# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 9/30/2022 |
| Case: 22−10381 | Form ID: OFRDNI | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned – SR

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
aty      Victor A. Sahn      vsahn@sulmeyerlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Spring Mountain Vineyard Inc.      2805 Spring Mountain Road      St. Helena, CA 94574

TOTAL: 1