# Notice Recipients

District/Off: 0971–1    User: admin    Date Created: 9/30/2022
Case: 22–10381    Form ID: 309F1    Total: 73

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr    Not Assigned – SR
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Spring Mountain Vineyard Inc. | 2805 Spring Mountain Road | St. Helena, CA 94574 |
| ust | Office of the U.S. Trustee / SR | Office of the United States Trustee | Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| aty | Victor A. Sahn | Greenspoon Marder LLP    333 S Grand Ave Suite 3400 | Los Angeles, CA 90071 |
| smg | CA Franchise Tax Board | Bankruptcy Group    P.O. Box 2952 | Sacramento, CA 95812–2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | IRS    P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 15440288 | AT&T    P.O. Box 5014 | Carol Stream, IL 60197 | |
| 15440289 | AT&T Long Distance    P.O. Box 5017 | Carol Stream, IL 60197 | |
| 15440285 | Abbott and Kindermann Inc.    2100 21st St, | Sacramento, CA 95818 | |
| 15440286 | Adventist Health St. Helena    Attn Steven Herber, President    10 Woodland Rd. | Saint Helena, CA 94574 | |
| 15440287 | Allen Group    120 Stony Point Rd. #230    Santa Rosa, CA 95401 | | |
| 15440290 | Bartelt Engineering    1303 Jefferson St. #200B    Napa, CA 94559 | | |
| 15440291 | Belkorp AG LLC    1856 Lincoln Ave.    Calistoga, CA 94515 | | |
| 15440292 | Bradley Saunders    1153 Pinewood Dr.    Napa, CA 94558 | | |
| 15440293 | Brown's Auto Parts    Attn Dan Beltramai, Owner    1218 Main St.    Saint Helena, CA 94574 | | |
| 15440294 | C Q and A Consulting, LLC    c/o Robert J. Hooy, Agent    3125 Clayhton Rd. 2nd Fl.    Concord, CA 94519 | | |
| 15440296 | C–Cline Express    Attn Todd Waker, Vice President    75 Mezzetta Ct.    Vallejo, CA 94589 | | |
| 15440298 | CHN Capital    Dept. 1801104747435    P.O. Box 78004    Phoenix, AZ 85062 | | |
| 15440295 | Castino Restaurant Equipment And Supply,    50 Utility Ct.    Rohnert Park, CA 94928 | | |
| 15440297 | Central Valley    1100 Vintage Ave.    Saint Helena, CA 94574 | | |
| 15440299 | Chubb Group of Insurance Companies    P.O. Box 777–1630    Philadelphia, PA 19175 | | |
| 15440300 | Comcast Business    P.O. Box 60533    City of Industry, CA 91716 | | |
| 15440301 | Constantine Yannis    2120 Lincoln Park W    Chicago, IL 60614 | | |
| 15440302 | Dellavalle Laboratory Inc.    502 Mace Blvd. #2–B    Davis, CA 95618 | | |
| 15440303 | Demptos    1050 Soscol Ferry Rd.    Napa, CA 94558 | | |
| 15440304 | Direct TV    P.O. Box 105249    Atlanta, GA 30348 | | |
| 15440307 | ETS Laboratories    899 Adams St. #A    Saint Helena, CA 94574 | | |
| 15440305 | Elite Brokerage    3238 Old Heather Rd,    San Diego, CA 92111 | | |
| 15440306 | Enartis USA, Inc.    7795 Bell Rd.    Windsor, CA 95492 | | |
| 15440308 | Famille Sylvain    855 Bordeaux Way #239    Napa, CA 94559 | | |
| 15440309 | Federal Express    P.O. Box 7722    Pasadena, CA 91109 | | |
| 15440310 | Francois Freres USA Inc.    1403 Jefferson St.    Napa, CA 94559 | | |
| 15440312 | GLS US    P.O. Box 1907    San Ramon, CA 945836 | | |
| 15440311 | Getzler Henrich    295 Madison Avenue 20th Fl.    New York, NY 10017 | | |
| 15440313 | Home Depot Credit Services    Dept. 32–2501064467 P.O. Box 78047    Phoenix, AZ 85062 | | |
| 15440314 | IPFS    49 Stevenson St. #127    San Francisco, CA 94105 | | |
| 15440315 | Jensen's Ornamental Inc.    561 California Blvd.    Napa, CA 94559 | | |
| 15440316 | Laffort USA    1460 Cedar Ln.#C    Petaluma, CA 94954 | | |
| 15440317 | M&M Sanitary Co.    1208 Green Island Rd.    American Canyon, CA 94503 | | |
| 15440320 | MGG (BV) Limited    c/o MGG California, LLC    One Penn Plaza 53rd Fl Attn Kevin Griffi    New York, NY 10119 | | |
| 15440321 | MGG California. LLC    One Penn Plaza, 53rd Fl.    Attn Kevin Griffin    New York, NY 10119 | | |
| 15440322 | MGG Canada Fund LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440323 | MGG Insurance Fund Series Interests of t    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440324 | MGG Investment Group LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440325 | MGG Onshore Funding I LLC    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440326 | MGG SF Drawdown Master Fund (Cayman) LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440327 | MGG SF Drawdown Unlevered Fund II LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440328 | MGG SF Drawdown Unlevered Fund LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440329 | MGG SF Drawdown Unlevered Master Fund I    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |
| 15440330 | MGG SF Evergreen Fund LP    c/o MGG California, LLC    One Penn Plaza 53rd Fl. Attn Kevin Griff    New York, NY 10119 | | |

| | | | |
|---|---|---|---|
| 15440331 | MGG SF Evergreen Master Fund (Cayman) LP | c/o MGG California, LLC | One Penn Plaza 53rd Fl. Attn Kevin Griff   New York, NY 10119 |
| 15440332 | MGG SF Evergreen Unlevered Fund LP | c/o MGG California, LLC | One Penn Plaza 53rd Fl. Attn Kevin Griff   New York, NY 10119 |
| 15440333 | MGG SF Evergreen Unlevered Master Fund I | c/o MGG California, LLC | One Penn Plaza 53rd Fl. Attn Kevin Griff   New York, NY 10119 |
| 15440334 | MGG Specialty Finance Fund I LP | c/o MGG California, LLC | One Penn Plaza 53rd Fl. Attn Kevin Griff   New York, NY 10119 |
| 15440335 | MGG Specialty Finance Fund LP | c/o MGG California, LLC | One Penn Plaza 53rd Fl. Attn Kevin Griff   New York, NY 10119 |
| 15440318 | Matheson Tri–Gas Inc. | Dept. LA 23793 | Pasadena, CA 91185 |
| 15440319 | Merry Maids | 2038 Redwood Rd. | Napa, CA 94558 |
| 15440336 | Napa County Treasurer | 1195 3rd St. #108 | Napa, CA 94559 |
| 15440337 | Napa Ford Lincoln | 170 Soscol Ave. | Napa, CA 94559 |
| 15440338 | Napa Valley Petroleum | P.O. Box 2670 | Napa, CA 94558 |
| 15440339 | Ogletree's | 935 Vintage Ave. | Saint Helena, CA 94574 |
| 15440340 | Orion Tonnellerie | ZA le Parc 82170 Canals | France |
| 15440341 | P and L Specialties | 1650 Almar Pkwy #8253 | Santa Rosa, CA 95403 |
| 15440342 | Pacific Gas and Electric | Box 997300 | Sacramento, CA 95899 |
| 15440343 | Panevino | 1080 Fulton Ln. #C | Saint Helena, CA 94574 |
| 15440344 | Petty Cash – Spring Mtn Vyd | 2805 Spring Mountain Rd. | Saint Helena, CA 94574 |
| 15440345 | Trico Braun Winepack | 2280 Cordelia Rd. | Fairfield, CA 94534 |
| 15440346 | Western Exterminator Co. | 600 East Todd Rd. | Santa Rosa, CA 95407 |
| 15440347 | Wilbur ? Ellis Company LLC | c/o Registered Agent Solutions Inc. | 720 14th St.   Sacramento, CA 95814 |
| 15440348 | Wine Secrets | 1446 Industrial Ave. | Sebastopol, CA 95472 |
| 15440349 | Wine Technology America Inc. | c/o Lloyd Matthews 1899 Larkspur St. | Yountville, CA 94599 |
| 15440350 | Wyatt Irrigation Co. | c/o CSC – Lawyers Incorporating Service | 2710 Gateway Oaks Dr. #150N   Sacramento, CA 95833 |

TOTAL: 72