# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 09/30/2022 |
| Case: 22−10381 | Form ID: OFP | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr        Not Assigned − SR

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
aty      Elvina Rofael      elvina.rofael@usdoj.gov
aty      Phillip John Shine      phillip.shine@usdoj.gov
aty      Victor A. Sahn      victor.sahn@gmlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Spring Mountain Vineyard Inc.      2805 Spring Mountain Road      St. Helena, CA 94574

TOTAL: 1