Fill in this information to identify the case:

Debtor name: Spring Mountain Vineyard Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA
Case number (if known): 1:22-bk-10381

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allen Group<br>120 Stony Point Rd. #230<br>Santa Rosa, CA 95401 | 7075283860 | | | | | $10,000.00 |
| Bartelt Engineering<br>1303 Jefferson St. #200B<br>Napa, CA 94559 | 7072581301 | | | | | $16,231.25 |
| Belkorp AG LLC<br>1856 Lincoln Ave.<br>Calistoga, CA 94515 | 7079424566 | | | | | $53,034.50 |
| Brown's Auto Parts<br>Attn Dan Beltramai, Owner<br>1218 Main St.<br>Saint Helena, CA 94574 | Dan Beltramai, Owner<br><br>7079633638 | | | | | $7,609.90 |
| Castino Restaurant Equipment And Supply,<br>50 Utility Ct.<br>Rohnert Park, CA 94928 | 7075853566 | | | | | $6,749.43 |
| Central Valley<br>1100 Vintage Ave.<br>Saint Helena, CA 94574 | 7072617900 | | | | | $21,778.13 |
| Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175 | 8003724822 | | | | | $17,406.45 |
| Elite Brokerage<br>3238 Old Heather Rd,<br>San Diego, CA 92111 | | | | | | $36,870.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Famille Sylvain 855 Bordeaux Way #239 Napa, CA 94559 | 7074923308 | | | | | $23,002.00 |
| Francois Freres USA Inc. 1403 Jefferson St. Napa, CA 94559 | 7072942204 | | | | | $21,380.80 |
| G3 Enterprises Inc (Tapp Labels) 580 Gateway Dr. Napa, CA 94558 | 7072528300 | | | | | $13,045.69 |
| IPFS 49 Stevenson St. #127 San Francisco, CA 94105 | 8776879826 | | | | | $1,873,376.00 |
| Napa County Treasurer 1195 3rd St. #108 Napa, CA 94559 | 7072534311 | | | | | $223,989.86 |
| Napa Ford Lincoln 170 Soscol Ave. Napa, CA 94559 | | | | | | $28,830.00 |
| Napa Valley Petroleum P.O. Box 2670 Napa, CA 94558 | 7072526888 | | | | | $13,985.27 |
| Ramondin U.S.A. Inc. 541 Technology Way Napa, CA 94558 | 7079442277 | | | | | $9,120.97 |
| Stanzler Law Group 390 Bridge Pkwy #220 Redwood City, CA 94065 | 6507390200 | | | | | $31,840.63 |
| Tonnellerie Sylvain 855 Bordeaux Way Napa, CA 94558 | 7074923308 | | | | | $23,001.08 |
| Wilbur Ellis Company LLC c/o Registered Agent Solutions Inc. 720 14th St. Sacramento, CA 95814 | 7079633495 | | | | | $8,350.18 |
| Wine Service Co-operative 1150 Dowell Ln. Saint Helena, CA 94574 | 7079639474 | | | | | $87,252.43 |