1  Victor A. Sahn (CA Bar No. 97299)
     *victor.sahn@gmlaw.com*
2  Mark S. Horoupian (CA Bar No. 175373)
     *mark.horoupian@gmlaw.com*
3  Steven F. Werth (CA Bar No. 205434)
     *steven.werth@gmlaw.com*
4  Greenspoon Marder LLP
   a Florida limited liability partnership
5  333 South Grand Ave., Suite 3400
   Los Angeles, CA 90071
6  Telephone: 213.626.2311
   Facsimile: 954.771.9264

Attorneys for Debtor and Debtor in Possession,
Spring Mountain Vineyard Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **OMNIBUS NOTICE OF HEARINGS ON SHORTENED TIME OF FIRST DAY MOTIONS:** |
| Federal EIN: 36-3844911 | **(1) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PREPETITION CLAIMS OF CERTAIN COMPANIES AS CRITICAL VENDORS;** |
| | **(2) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND/OR HONORING OF PREPETITION EMPLOYEE COMPENSATION, BENEFITS, REIMBURSEMENTS, WITHHOLDING TAXES, ACCRUED VACATION, AND RELATED EMPLOYEE CLAIMS;** |
| | **(3) DEBTOR'S EMERGENCY MOTION FOR ORDER: (1) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (2) ESTABLISHING PROCEDURES FOR REQUESTS FOR ADDITIONAL ASSURANCE; (3) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE: AND (4)** |

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

**PROVIDING FOR RELATED RELIEF;**

**(4) EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING DEBTOR TO MAINTAIN BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM ; AND**

**(5) DEBTOR'S EMERGENCY MOTION PURSUANT TO SECTION 363(c) OF THE BANKRUPTCY CODE AND RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

**Hearing Information**

Date: October 6, 2022
Time: 3:00 p.m.
Place: *Via Zoom Only*
U.S. Bankruptcy Court
Courtroom 215
1300 Clay Street
Oakland, CA 94612

**TO THE HONORABLE CHIEF JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE; SECURED CREDITOR MGG CALIFORNIA, LLC; THE OFFICE OF THE UNITED STATES TRUSTEE; THE 20 LARGEST UNSECURED CREDITORS, AND OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE THAT** Spring Mountain Vineyard Inc., a Delaware corporation, the debtor and debtor in possession in the above-captioned case ("Debtor"), has commenced a voluntary Chapter 11 Bankruptcy case before the above-captioned Bankruptcy Court, the Honorable Chief Judge Charles Novack, presiding.

**PLEASE TAKE NOTICE THAT,** on **October 6, 2022**, at **3:00 p.m.**, or as soon thereafter as the matter may be heard, specially set hearings will take place at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California, *via Zoom only*, to

SFW 51996984v1

consider the following emergency motions filed by the Debtor (collectively, the "<u>First Day Motions</u>"):

(1) "Debtor's Emergency Motion for Order Authorizing Debtor to Pay Prepetition Claims of Certain Companies as Critical Vendors"

(2) "Debtor's Emergency Motion for Order Authorizing Payment and/or Honoring of Prepetition Employee Compensation, Benefits, Reimbursements, Withholding Taxes, Accrued Vacation, and Related Employee Claims"

(3) "Debtor's Emergency Motion For Order: (1) Deeming Utility Companies Adequately Assured of Future Performance; (2) Establishing Procedures for Requests for Additional Assurance; (3) Restraining Utility Companies from Discontinuing, Altering, or Refusing Service; and (4) Providing for Related Relief"

(4) Emergency Motion of Debtor And Debtor In Possession For Order Authorizing Debtor to Maintain Bank Accounts and Cash Management System"; and

(5) Debtor's Emergency Motion Pursuant To Section 363(c) Of The Bankruptcy Code And Rule 4001(b) Of The Federal Rules Of Bankruptcy Procedure For Interim And Final Orders Authorizing Use Of Cash Collateral"

**PLEASE TAKE FURTHER NOTICE THAT** certain of the First Day Motions stated, on their caption page, that the hearing on the First Day Motions would take place at a location ***other*** than U.S. Bankruptcy Court, Courtroom 215, 1300 Clay Street, Oakland, CA 94612. That other address is not correct--the hearings of the First Day Motions are taking place as described in this notice.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to oppose the relief requested in any of the First Day Motions may present such opposition orally at the hearing.

SFW 51996984v1

**PLEASE TAKE FURTHER NOTICE THAT** that the hearings on the First Day Motions will be conducted via telephone or video webinar via Zoom only. A URL link for this Zoom hearing may be found at the Court's website, and the Zoom call-in information is:

Webinar ID: 161 015 1252

Passcode: 665768

Or join by phone: US: +1 669 254 5252 or +1 669 216 1590 or +1 551 285 1373 or +1 646 828 7666

**PLEASE TAKE FURTHER NOTICE THAT** if any party desires an emailed copy of any of the First Day Motions, they may contact Steven F. Werth, Esq. at Greenspoon Marder LLP, by email at *steven.werth@gmlaw.com*, or by phone at (213) 617 - 5210.

Dated: October 4, 2022 

Greenspoon Marder LLP
A Florida limited liability partnership

By: _____
Victor A. Sahn
Mark S. Horoupian
Steven F. Werth
Bankruptcy Counsel for Debtor and Debtor in Possession, Spring Mountain Vineyard Inc.

SFW 51996984v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **OMNIBUS NOTICE OF HEARINGS ON SHORTENED TIME OF FIRST DAY MOTIONS:**

**(1) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PREPETITION CLAIMS OF CERTAIN COMPANIES AS CRITICAL VENDORS;**

**(2) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND/OR HONORING OF PREPETITION EMPLOYEE COMPENSATION, BENEFITS, REIMBURSEMENTS, WITHHOLDING TAXES, ACCRUED VACATION, AND RELATED EMPLOYEE CLAIMS;**

**(3) DEBTOR'S EMERGENCY MOTION FOR ORDER: (1) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (2) ESTABLISHING PROCEDURES FOR REQUESTS FOR ADDITIONAL ASSURANCE; (3) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE; AND (4) PROVIDING FOR RELATED RELIEF;**

**(4) EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING DEBTOR TO MAINTAIN BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM ; AND**

**(5) DEBTOR'S EMERGENCY MOTION PURSUANT TO SECTION 363(c) OF THE BANKRUPTCY CODE AND RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 4, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

PMD 51997903v1 CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 5 of 14

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  October 4, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2022 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE

Case: 22-10381   Doc# 20   Filed: 10/04/22   Entered: 10/04/22 12:37:47   Page 6 of 14

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, vsahn@ecf.inforuptcy.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

**3. SERVED BY OVERNIGHT MAIL, U.S. MAIL AND EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com

**U.S. Trustee**

Tracy Hope Davis
United States Trustee for Region 17
Office of The United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Tel: (415) 705-3300

**Attorneys For U.S. Trustee**

Office of the United States Trustee
Attn: Elvina Rofael
450 Golden Gate Ave., Rm. 05-1053
San Francisco, California 94102
email: Elvina.Rofael@usdoj.gov
Tel: (415) 705-3333

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 7 of 14    F 9013-3.1.PROOF.SERVICE

Office of the United States Trustee
Attn: Phillip J. Shine
280 South First Street, Rm. 268
San Jose, CA 95113
email: phillip.shine@usdoj.gov
Tel: (408) 535-5526

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for Secured Creditors**

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 8 of 14

Tel: (212) 969-3023
email: FRagucci@proskauer.com

Jeff. J. Marwil, Esq.
Proskauer Rose LLP
70 W. Madison
Suite 3800
Chicago, IL 60602-4342
email:  jmarwil@proskauer.com

**20 Largest Unsecured Creditors**
Allen Group
Attn:  Timothy Allen, CPA - Managing Partner
120 Stony Point Road,  #230
Santa Rosa, CA 95401
(707) 528-3860
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn:  Paul Bartelt
303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301

Belkorp AG, LLC
Attn:  Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
ar@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
sales@castinosolutions.com

Central Valley
Attn:  Gerry Cruz, Accounting Mgr.
1100 Vintage Avenue.
Saint Helena, CA 94574

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 9 of 14

707 261-1900
gerryc@centralvalley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822

Conway Beverage Group, LLC
Dba: Elite Brands
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300

IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4311

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
(707) 255-2580

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888

Ramondin U.S.A. Inc.

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        Case: 22-10381   Doc# 20   Filed: 10/04/22   Entered: 10/04/22 12:37:47   Page 10 of 14        F 9013-3.1.PROOF.SERVICE

541 Technology Way
Napa, CA 94558
(707) 944-2277

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
email:  Jstanzler@stanzlerlawgroup.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn:  Bob Holmes
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
bob@wineservicecoop.com

**Critical Vendor**

C Q & A Consulting
P.O. Box 777
Pinole, CA 94564
Attn:  Deanna Leon
Tel:  (510) 964-7901
Fax:  (510) 223-8140
email:  dleon@cqaconsult.com

**Request for Special Notice**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
Dean C. Burnick
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 11 of 14

F 9013-3.1.PROOF.SERVICE

Email: mdp@proughlaw.com
       dcb@proughlaw.com

**Utilities**
AT&T
PO Box 5014
Carol Stream, IL  60197
(707) 967-1178

AT&T Long Distance
PO Box 5014
Carol Stream, IL  60197
(707) 967-1178

Comcast Business
PO Box 60533
City of Industry, CA  91716
(955) 564-1056

Culligan
1249 Illinois Street Suite 1
Fairfield, CA 94533
(707) 558-1000

Direct TV
PO Box 105249
Atlanta, GA  30348
800 288-2020

Federal Express
PO Box 7722
Pasadena, CA 91109
(800) 463-3339

M&M Sanitary Company
1208 Green Island Rd.
American Canyon, CA 94503
(800) 675-0025

Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA  95899
(800) 468-4743

City of St. Helena
1572 Railroad
St. Helena, CA  94574
Attn: Stephanie Killingsworth
Senior Accounting Technician
(707) 968-2750 x 513
skillingsworth@cityofsthelena.org

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 12 of 14    **F 9013-3.1.PROOF.SERVICE**

Upper Valley Disposal Service
1285 Whitehall Lane
St. Helena, CA 94574
(707) 963-7988

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic.Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-4750

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

<u>Service by Mail Address</u>:
Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814

PMD 51997903v1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 13 of 14

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
email: jvann@ctswlaw.com

Will Densenberger
Engel & Volkers St. Helena - Napa Valley
1111 Main Street, Suite A
St. Helena, CA 94574
(707) 302-8133
email: will@nvwineestates.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
email: john.vaughan@nmrk.com

Peter Ekman: PEkman@hilcoglobal.com

Mark Kasowitz: MKasowitz@kasowitz.com

Gavin D. Schryver: GSchryver@kasowitz.com

PMD 51997903v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 20    Filed: 10/04/22    Entered: 10/04/22 12:37:47    Page 14 of 14    **F 9013-3.1.PROOF.SERVICE**