Victor A. Sahn (CA Bar No. 97299)
victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
steven.werth@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Spring Mountain Vineyard Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Debtor.<br><br>Federal EIN: 36-3844911 | Case No.<br><br>Chapter 11<br><br>**DECLARATION OF PETER EKMAN IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL AND RESPECTING VALUE OF DEBTOR'S WINE INVENTORY**<br><br><u>Hearing</u>:<br><br>Date:   October 6, 2022<br>Time:   3:00 p.m.<br>Place:  U.S. Bankruptcy Court<br>             Courtroom<br>             99 South "E" Street<br>             Santa Rosa, CA 95404 |

I, Peter Ekman, hereby declare:

1.  I am over the age of twenty-one (21) years and am not a party to this action. I submit this Declaration in support of the Debtor's Motion for Authorization to Use Cash Collateral. I submit this Declaration based upon my personal knowledge and if called as a witness, would testify completely to each of the matters stated herein under the penalty of perjury.

1. I submit this Declaration regarding the value of the Debtor's wine inventory as more fully described below.

2. I am a successful winery, technology and e-commerce Chief Executive Officer with substantial experience working on company boards. I have decades of expertise in business development, profitable growth, successful turnarounds, and restructuring projects in the wine industry. Successful restructuring projects include B.R. Cohn Winery, Crushpad Inc., Cosentino Winery, Bounty Hunter Wine, and the restructuring and re-start of Wine.com, the largest eCommerce company in the wine industry. I provide my clients with a unique and powerful combination of financial acumen, creative strategic thinking, operations management, restructuring and turnaround expertise. I have been employed by the Chapter 11 Debtor in this bankruptcy case to provide these services and am working with the Getzler Henrich, LLC, a management and consulting firm to bring about a successful reorganization of the Debtor's business.

3. I was born and raised in Sweden, and started my career first as a trainee for Nestle in Europe followed by eight years in finance and sales with Procter & Gamble in Europe. I relocated to the Bay Area in 1997, where I started employment in the wine industry. I spent five years at Louis Vuitton Moet Hennessy (LVMH) in Napa and San Francisco. Since then, I have held C-suite positions at cutting-edge wine companies, including roles as turnaround Chairman & CEO at Bounty Hunter Wine, chief business development officer at Vivino, restructuring CEO of Crushpad and turnaround CEO of Wine.com. I received my B.S. in Economics and Finance from the University of Orebro, Sweden and am fluent in English, Swedish, Norwegian and Danish.

4. The Debtor maintains an inventory of its wines, with which I am familiar. The inventory includes wines dating back to 1979 vintages. This inventory is updated each month so that sales over the prior month of inventory are reflected in the subsequent month's updated inventory. Among other things, this inventory is provided to MGG California, LLC ("MGG")

each month as these reports are generated.[1]

5. As my credentials above indicate, I have substantial experience in the wine industry in Northern California, having spent most of my career in it since coming to Northern California in 1997. In the course of my work at Bounty Hunter Wine, Vivino, Crushpad and Wine.com, I have a lot of experience with wine inventories, how they are sold and how they are priced and how experts value them.

6. The inventory is sorted by two categories of pricing. The first is "FOB" which are the wholesale prices that the wine inventory could be sold to wine wholesalers. The second category are the retail prices at which the wine inventory can be sold to wine club members, online or to customers who come to the winery on wine tours. Based upon the pricing in the inventory, which is consistent with prices that have been paid by the Debtor's retail and wholesale customers in the past, the Debtor's wine inventory has a current wholesale value of $80 Million and a retail value of $160 Million.

I declare the matters stated herein to be true under the penalty of perjury.

Executed this 3rd day of October, 2022 at San Rafael, California.

Peter Ekman

---

[1] The inventory contains confidential and proprietary wholesale pricing information, and as such has not been included as an Exhibit to this Declaration.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify* DECLARATION OF PETER EKMAN IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL AND RESPECTING VALUE OF DEBTOR'S WINE INVENTORY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 4, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 4, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2022 | Patricia Dillamar | /s/Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 51988413v1 CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, vsahn@ecf.inforuptcy.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

3. **SERVED BY OVERNIGHT MAIL AND EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com

**U.S. Trustee**

Tracy Hope Davis
United States Trustee for Region 17
Office of The United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Tel: (415) 705-3300

**Attorneys For U.S. Trustee**

Office of the United States Trustee
Attn: Elvina Rofael
450 Golden Gate Ave., Rm. 05-1053
San Francisco, California 94102
email: Elvina.Rofael@usdoj.gov
Tel: (415) 705-3333

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 5 of 11            F 9013-3.1.PROOF.SERVICE

Office of the United States Trustee
Attn: Phillip J. Shine
280 South First Street, Rm. 268
San Jose, CA 95113
email: phillip.shine@usdoj.gov
Tel: (408) 535-5526

**Secured Creditors**

MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP

c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

MGG Investment Group LP
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com


**Counsel for Secured Creditors**

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 6 of 11

F 9013-3.1.PROOF.SERVICE

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

Jeff. J. Marwil, Esq.
Proskauer Rose LLP
70 W. Madison
Suite 3800
Chicago, IL 60602-4342
email: jmarwil@proskauer.com

**20 Largest Unsecured Creditors**
Allen Group
Attn: Timothy Allen, CPA - Managing Partner
120 Stony Point Road, #230
Santa Rosa, CA 95401
(707) 528-3860
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301

Belkorp AG, LLC
Attn: Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
ar@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 7 of 11

brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
sales@castinosolutions.com

Central Valley
Attn: Gerry Cruz, Accounting Mgr.
1100 Vintage Avenue.
Saint Helena, CA 94574
707 261-1900
gerryc@centralvalley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822

Conway Beverage Group, LLC
Dba: Elite Brands
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300

IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 8 of 11

(707) 253-4311

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
(707) 255-2580

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888

Ramondin U.S.A. Inc.
541 Technology Way
Napa, CA 94558
(707) 944-2277

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
email:  Jstanzler@stanzlerlawgroup.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn:  Bob Holmes
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
bob@wineservicecoop.com

**Critical Vendor**

C Q & A Consulting
P.O. Box 777
Pinole, CA 94564
Attn:  Deanna Leon

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 9 of 11

F 9013-3.1.PROOF.SERVICE

Tel: (510) 964-7901
Fax: (510) 223-8140
email: dleon@cqaconsult.com

**Request for Special Notice**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
Dean C. Burnick
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
dcb@proughlaw.com

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-4750

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Service by Mail Address:
Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 10 of 11

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
email: jvann@ctswlaw.com

Will Densenberger
Engel & Volkers St. Helena - Napa Valley
1111 Main Street, Suite A
St. Helena, CA 94574
(707) 302-8133
email: will@nvwineestates.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
email: john.vaughan@nmrk.com

Peter Ekman: PEkman@hilcoglobal.com

Mark Kasowitz: MKasowitz@kasowitz.com

Gavin D. Schryver: GSchryver@kasowitz.com

CC 51988413v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 24    Filed: 10/04/22    Entered: 10/04/22 13:18:35    Page 11 of 11    F 9013-3.1.PROOF.SERVICE