1  Victor A. Sahn (CA Bar No. 97299)
     *victor.sahn@gmlaw.com*
2  Mark S. Horoupian (CA Bar No. 175373)
     *mark.horoupian@gmlaw.com*
3  Steven F. Werth (CA Bar No. 205434)
     *steven.werth@gmlaw.com*
4  Greenspoon Marder LLP
   a Florida limited liability partnership
5  333 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
6  Telephone: 213.626.2311
   Facsimile: 954.771.9264
7
8  Attorneys for Debtor and Debtor in Possession,
   Spring Mountain Vineyard Inc.

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                 **SANTA ROSA DIVISION**

12 In re:                              Case No. 1:22-bk-10381 CN

13                                     Chapter 11
   SPRING MOUNTAIN VINEYARD INC., a
14 Delaware corporation,               **DECLARATION OF TELEPHONIC
                                       NOTICE RE DEBTOR'S OMNIBUS
15                                     NOTICE OF HEARINGS ON SHORTENED
                                       TIME OF FIRST DAY MOTIONS**
16         Debtor.
                                       [Relates to Dkt. Nos. 15, 16, 17, 18, 19, 20]
17
                                       Hearing:
18                                     Date:    October 6, 2022
                                       Time:    3:00 p.m..
19                                     Place:   ***Via Zoom Only***
                                                U.S. Bankruptcy Court
20                                              Courtroom 215
                                                1300 Clay Street.
21                                              Santa Rosa, CA  94612
22

23         I, Steven F. Werth, declare:

24         1.      I am over the age of eighteen and am an attorney with the law firm of Greenspoon

25 Marder LLP ("Greenspoon"), counsel of record for the above-captioned debtor and debtor in

26 possession ("Debtor").  Each of the facts contained in this declaration are based on my personal

27 knowledge and, if called as a witness, I could and would competently testify to those facts.

28

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

2.      On October 4, 2022, I coordinated the telephonic notice to various parties of the Debtor's emergency motions filed that afternoon, which will be heard by this Court at 3:00 p.m. on October 6, 2022.  I primarily coordinated with Cheryl Caldwell, who also gave telephonic notice.

3.      On October 4, 2022, I gave telephonic notice to the 20 largest unsecured creditors and the sole critical vendor who was not on that list.  In each instance in which I left a voicemail, I left my name, contact information, information regarding the Debtor's bankruptcy filing, and information regarding the nature of the hearings on the emergency motions to be heard by the Court on October 6, 2022, and informed the recipient that documents would be served overnight, Fedex, and by email if I possessed an email address.  In each instance in which I spoke to an individual, I provided the same information, and also sought to obtain an email address for that company if I did not already have one.  I also informed each person that Zoom information for Thursday's court hearing would be sent by email and overnight mail, and I also encouraged each person I spoke to to attend that hearing.  In each voicemail and conversation, I also informed the recipient if there were any specific emergency motions that affected that individual.  In each instance in which I spoke to an individual, I also obtained the name of that individual, and created a record of my conversation with that individual, but I have omitted those names from this declaration.

4.      In each instance in which I obtained an email address from an individual which I did not already have, I communicated that email address to my team at Greenspoon Marder who provided email notification of the Debtor's pleadings filed on October 4, 2022, and ensured that that "new" email address received the same service of papers as addressees which our office previously possessed.  I will identify all such email addresses in this declaration, and each time I identify such email address, it means that I also caused to be serve the entity at that email address.

5.      The following is the telephonic notice I provided, between the time of 2:25 p.m. and 4:00 p.m. Pacific Time on October 4, 2022.

        a.      At 2:25 p.m., I called Allen Group at (707) 528-3860.  I left a voicemail, as no one answered my call.

        b.      At 2:28 p.m., I called Bartelt Engineering at (707) 258-1301.  I left a

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

voicemail, as no one answered my call.

        c.     At 2:30 p.m., I called Belkorp AG, LLC at (209) 205-3706.  I spoke to an individual there.

        d.     At 2:40 p.m., I called Brown's Auto Parts at (707) 963-3706.  I spoke to an individual there.

        e.     At 2:54 p.m., I called Castino Restaurant Equipment And Supply at (707) 585-3566.  I spoke to an individual there.

        f.     At 2:57 p.m., I called Central Valley at (707) 261-1900, but that phone number did not work. I called a second time, and received the same information.

        g.     I called Chubb Group of Insurance Companies on two occasions on October 4, 2022.  The first time was approximately 10:00 a.m. in the morning, and I remained in their voicemail system, waiting for someone to pick up the phone, for about 10 minutes before hanging up.  Around 3:45 p.m. on October 4, 2022, I again called Chubb Group and again went into the voicemail system, attempting to either leave a message or speak to someone.  After about 5 minutes of not being able to do either, I hung up.

        h.     I did not call Conway Beverage Group, LLC, as I do not possess a phone number for them.  I went onto the company's website and learned of an email that can be used to contact the company, jayconway@elitebrands.biz, and I caused Conway to be served at that email address, as well as overnight mailed to its office address.

        i.     At 2:58 p.m., I called two companies who are creditors, who have the same phone number at (707) 294-2204:  Famile Sylvain, and Tonnellerie Sylvain.   I spoke to an individual there.  I also obtained the email address contactusa@famillesylvain.com.

        j.     At 3:08 p.m., I called Francois Freres USA Inc. at (707) 294-2204.  I spoke to an individual there.  I also obtained the email addresses:  office@francoisfreresusa.com, julie@francoisfreresusa.com, accounting@francoisfreresusa.com, and assistant@francoisfreresusa.com.

        k.     At 3:10 p.m., I called G3 Enterprises Inc. at (707) 252-8300.  I spoke to an individual there.  I also obtained the email:  jeff.licht@tapplabel.com.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

1    l. At 3:17 p.m., I called Imperial PFS aka IPFS, at (877) 687-9826.  I entered

2 the voicemail command to speak to a customer service associated, then remained on hold for 10

3 minutes with no one picking up.  I then hung up.

4    m. At 3:23 p.m., I called Napa County Treasurer at (707) 253-4311.  I spoke to

5 an individual there.  I obtained an updated phone number of (707) 253-4314 and an email address:

6 dawnette.martindale@countyofnapa.org.

7    n. At 3:31 p.m., I called Napa Ford Lincoln at (707) 255-2580.  I left a

8 voicemail for "Becky".

9    o. At 3:37 p.m., I called Napa Valley Petroleum at (707) 252-6888.  I spoke to

10 an individual there.  I obtained an email:  kamh@napavalleypetroleum.com.

11    p. At 3:40 p.m., I called Ramondin U.S.A. Inc. at (707) 944-2277.  I spoke to

12 an individual there.  I obtained an email:  accounting@ramondin.com.

13    q. At 3:50 p.m., I called Stanzler Law Group at (650) 739-0200.  I spoke to an

14 individual there.

15    r. At 3:52 p.m., I called Wilbur Ellis Company LLC at (707) 963-3495.  I

16 spoke to an individual there.  I obtained an email:  kzavala@wilburellis.com.

17    s.  At 3:54 p.m., I called Wine Service Cooperative at (707) 963-9474.  I left

18 a voicemail.

19    t. At 3:59 p.m., I called C Q & A Consulting at (510) 964-7901.  I spoke to an

20 individual there.

21   I declare under penalty of perjury under the laws of the United States of America that the

22 foregoing is true and correct.

23   Executed on this 5th day of October, 2022, at Los Angeles, California.

24

25

26        /s/ Steven F. Werth
          Steven F. Werth

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TELEPHONIC NOTICE RE DEBTOR'S OMNIBUS NOTICE OF HEARINGS ON SHORTENED TIME OF FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 5, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
Victor A. Sahn victor.sahn@gmlaw.com, vsahn@ecf.inforuptcy.com
Phillip John Shine phillip.shine@usdoj.gov
Steven F. Werth swerth@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October , 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 5, 2022 | Patricia Dillamar | */s/ Patricia Dillamar* |
| *Date* | *Printed Name* | *Signature* |

PMD 52006718v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**