1    Jeff J. Marwil (*pro hac vice* pending)
2    Ashley M. Weringa (*pro hac vice* pending)
       PROSKAUER ROSE LLP
3    70 West Madison, Suite 3800
       Chicago, Illinois 60602
4    Telephone: (312) 962-3550
       Facsimile: (312) 962-3551
5    Email: jmarwil@proskauer.com
              aweringa@proskauer.com
6

7    Peter J. Young (*pro hac vice* pending)
       Steve Ma (CA Bar No. 320997)
8    PROSKAUER ROSE LLP
       2029 Century Park East, Suite 2400
9    Los Angeles, California 90067
       Telephone: (310) 557-2900
10   Facsimile: (310) 557-2193
11   Email: pyoung@proskauer.com
              sma@proskauer.com

*Counsel for MGG California, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| In re: | Chapter 11 |
|---|---|
| SPRING MOUNTAIN VINEYARD INC., | Case No. 22-10381 CN |
|                      Debtor. | Judge Charles Novack |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 case on behalf of *MGG California, LLC* ("MGG California"), pursuant to rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that any and all notices given or required to be given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below at the following addresses:

PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, Illinois 60602
Attn: Jeff J. Marwil
     Ashley M. Weringa
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email: jmarwil@proskauer.com
     aweringa@proskauer.com

PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Attn: Peter J. Young
     Steve Ma
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: pyoung@proskauer.com
     sma@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit shall not be deemed or construed to be a waiver of the rights of MGG California: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which MGG California is or may be entitled under agreements,

in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

RESPECTFULLY SUBMITTED this 6th day of October, 2022.

> By:     /s/ Steve Ma
>
> Steve Ma (CA Bar No. 320997)
> Peter J. Young (*pro hac vice* pending)
> PROSKAUER ROSE LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, California 90067-3206
> Telephone:     (310) 557-2900
> Facsimile:     (310) 557-2193
> Email: jmarwil@proskauer.com
>           aweringa@proskauer.com
>
> Jeff J. Marwil (*pro hac vice* pending)
> Ashley M. Weringa (*pro hac vice* pending)
> PROSKAUER ROSE LLP
> 70 West Madison, Suite 3800
> Chicago, Illinois 60602-4342
> Telephone:     (312) 962-3550
> Facsimile:     (312) 962-3551
> Email: pyoung@proskauer.com
>           sma@proskauer.com
>
> *Counsel for MGG California, LLC*