

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
  steven.werth@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Spring Mountain Vineyard Inc.

The following constitutes the order of the Court.
Signed: October 19, 2022

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Debtor.<br><br>Federal EIN: 36-3844911 | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION REQUESTING A HEARING ON SHORTENED TIME, ON THE DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO HONOR PRE-PETITION PURCHASE ORDER; AND (2) AUTHORIZING DEBTOR TO ASSUME EXECUTORY CONTRACT**<br><br>[Relates to Docket Nos. 57 and 58]<br><br>Date:<br>Time:<br>    U.S. Bankruptcy Court<br>    Courtroom 215<br>    1300 Clay Street<br>    Oakland, CA 94612 |

On October 17, 2022, Spring Mountain Vineyard Inc., a Delaware corporation, debtor in possession in the above-captioned case ("Debtor"), filed "Debtor's Motion For Order (1) Authorizing Debtor To Honor Pre-Petition Purchase Order; And (2) Authorizing Debtor To

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

Assume Executory Contract; Memorandum Of Points And Authorities; Declarations Of Kevin A. Krakora And Dermot Whelan" (Docket No. 57, the "<u>Motion</u>") and "Debtor's Application Requesting A Hearing On Shortened Time, On The Debtor's Motion For Order Authorizing Debtor To Honor Pre-Petition Purchase Order; And (2) Authorizing Debtor To Assume Executory Contract; Declaration Of Mark S. Horoupian In Support Thereof (Docket No. 58, the "<u>Application</u>").

The Court, having considered the Motion, the declarations of in support of the Motion, and the Application, and the record in this case, and for good cause, **ORDERS** as follows:

1. The Application is granted;

2. The Motion shall be heard on October 25, 2022 at 3:30 p.m. via Tele/Videoconference – www.canb.uscourts.gov/calendarCN

3. Debtor give notice of the hearing on the Motion to the Office of the United States Trustee, counsel for the Debtor's secured creditors, MGG California, LLC as administrative agent ("MGG"), and all parties that have requested special notice or are otherwise required to receive NEF notices, by email, facsimile or overnight delivery, (if email is not available), by no later than the close of business two days prior to the scheduled hearing; and

4. Any opposition to the Motion shall be ~~filed by XXXXXXXXX Any reply to any opposition to the Motion shall be filed by XXXXXXX~~ made at the hearing. CN

**END OF ORDER**

COURT SERVICE LIST

Dean C. Burnick
Prough Law, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596

Department of the Treasury
Alcohol and Tobacco Tax and Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1436 2nd St, #531
Napa, CA 94559

Michael D. Prough
Prough Law, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264