# Notice Recipients

District/Off: 0971−1   User: admin   Date Created: 10/20/2022
Case: 22−10381   Form ID: pdfeoc   Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| cr | Department of the Treasury | Alcohol and Tobacco Tax and Trade Bureau | Daniel Peralta | Senior Counsel (Field Operations) | 1436 2nd St, #531   Napa, CA 94559 |
| aty | Dean C. Burnick | Prough Law, APC | 1550 Parkside Dr., Ste. 200 | Walnut Creek, CA 94596 | |
| aty | Michael D. Prough | Prough Law, APC | 1550 Parkside Dr., Ste. 200 | Walnut Creek, CA 94596 | |

TOTAL: 3