**Entered on Docket**
**October 24, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: October 24, 2022

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Debtor. | Case No. 22-10381 CN<br>Chapter 11<br><br>**ORDER SETTING HEARING TO REVIEW SECOND INTERIM CASH COLLATERAL ORDER** |

On October 18, 2022, the court conducted a hearing on Debtor's Emergency Motion to Use Cash Collateral. Following the hearing, Debtor submitted the Second Interim Order: (I) Authorizing the Debtor to Utilize Cash Collateral of Pre-Petition Secured Parties Through November 4, 2022; (II) Granting Adequate Protection to Pre-Petition Secured Parties; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (IV) Granting Related Relief (the "Second Interim Order). The court has reviewed the Second Interim Order. Accordingly,

**IT IS HEREBY ORDERED** that a hearing to review the Second Interim Order is set for **October 25, 2022 at 3:30 P.M.** Parties may appear in person or via Tele/Videoconference – www.canb.uscourts.gov/calendars. The court refers the parties to the Northern District of California's Guidelines for Cash Collateral & Financing Motions & Stipulations.

***END OF ORDER***

Case No. 22-10381

**<u>COURT SERVICE LIST</u>**

Recipients are ECF participants.