Spring Mountain Vineyard
## Statement of Cash Receipts & Disbursements
9/30/2022 (single-day)

Cash Receipts:

| | | | |
|---|---|---|---:|
| 9/30/2022 | capital contribution | $ | 600,000.00 |
| 9/30/2022 | direct-to-consumer sales receipts | $ | 17,932.28 |
| Total Receipts | | $ | 617,932.28 |

Cash Disbursements:
  n/a

| | |
|---|---:|
| Total Disbursements | $ - |