**Spring Mountain Vineyard, Inc.**
**Balance Sheet**
**September 30, 2022**

### ASSETS

**Current Assets**
| | | |
|---|---:|---:|
| Cash | $ | 925,216 |
| Accounts Receivable | | 293,828 |
| Inventory | | 21,472,298 |
| Sertabel Notes Receivable, net | | 20,239,547 |
| Other Current Assets | | 4,228,084 |
| Total Current Assets | | 47,158,973 |

**Property and Equipment**
| | | |
|---|---:|---:|
| Land, Buildings, Improvements | | 31,467,547 |
| Vehicles, Machinery, Equipment | | 4,564,101 |
| Construction in Progress | | 2,012,168 |
| Accumulated Depreciation | | (18,537,683) |
| Total Property and Equipment, net | | 19,506,133 |
| Total Assets | $ | 66,665,106 |

### LIABILITIES AND CAPITAL

**Current Liabilities**
| | | |
|---|---:|---:|
| Accounts Payable Pre Petition | $ | 647,774 |
| Accounts Payable Post Petition | | 13,568 |
| Notes Payable - Other | | 1,500,000 |
| Other Current Liabilities | | 2,728,832 |
| Total Current Liabilities | | 4,890,174 |

**Long-Term Liabilities**
| | | |
|---|---:|---:|
| Loan Payable - MGG | | 171,983,642 |
| Total Long-Term Liabilities | | 171,983,642 |
| **Total Liabilities** | | 176,873,817 |
| Total Equity | | (110,208,711) |
| **Total Liabilities & Capital** | $ | 66,665,106 |

**Notes to Balance Sheet**
1. The balance sheet has been presented according to the Debtor's internal books and records, and while prepared in accordance with GAAP, the balance sheet has not been audited. As a result, the amounts presented herein remain subject to material change and adjustment. All amounts are presented as book value and not as market or appraised value.
2. Inventory is presented on a cost basis as book value. Per the attached exhibit, the Debtor values its wine inventory at $80,716,071 at wholesale value and $162,074,359 at retail value.
3. Sertabel Notes Receivable, net is presented as the net of the Sertabel Note Receivable and Sertabel Note Payable. Sertabel is an entity under common ownership as the Debtor.
4. Property and Equipment is presented on a book value basis, not as market or appraised value. The Debtor's real propoerty consisting of 845 acres in the City and County of Napa, California was recently appraised at approximately $218,000,000.
5. Loan Payable - MGG amount may not included all accrued interest, fees and penalties and remains subject to reconciliation and material change.

|  | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  | \multicolumn{6}{c|}{Inventory as of 8/31/22} |
| 2 |  |  |  |  | NATURAL | \multicolumn{5}{c|}{9L CASES} |
| 3 |  |  |  |  |  |  |  |  |  |  |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 5 | SM79CSE212 | 1979 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 6 | SM79CSE306 | 1979 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 7 | SM80CSE212 | 1980 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 8 | SM80CSE306 | 1980 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 9 | SM81CSE306 | 1981 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 10 | SM85CSE212 | 1985 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 11 | SM86CSE212 | 1986 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 12 | SM86CSW206 | 1986 Cabernet - Wood Box | 750 ML | 6 pk |  |  |  |  |  |  |
| 13 | SM87CSE212 | 1987 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 14 | SM88CSE212 | 1988 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 15 | SM88CSW206 | 1988 Cabernet - Wood Box | 750 ML | 6 pk |  |  |  |  |  |  |
| 16 | SM90CSE212 | 1990 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 17 | SM90CSE306 | 1990 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 18 | SM91CSE212 | 1991 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 19 | SM91CSE306 | 1991 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 20 | SM92CSE206 | 1992 Cabernet 750ml 6pack | 750 ML | 6 pk |  |  |  |  |  |  |
| 21 | SM92CSE212 | 1992 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 22 | SM93CSC206 | 1993 Cabernet - CC | 750 ML | 6 pk |  |  |  |  |  |  |
| 23 | SM93CSC306 | 1993 Cabernet - CC | 1.5 L | 6 pk |  |  |  |  |  |  |
| 24 | SM93CSC401 | 1993 Cabernet - CC | 3 L | 1 pk |  |  |  |  |  |  |
| 25 | SM93CSE206 | 1993 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 26 | SM93CSE303 | 1993 Cabernet | 1.5 L | 3 pk |  |  |  |  |  |  |
| 27 | SM93CSE306 | 1993 Cabernet Alba | 1.5 L | 6 pk |  |  |  |  |  |  |
| 28 | SM93CSE401 | 1993 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 29 | SM93CSM206 | 1993 Cabernet - MV | 750 ML | 6 pk |  |  |  |  |  |  |
| 30 | SM93CSM306 | 1993 Cabernet - MV | 1.5 L | 6 pk |  |  |  |  |  |  |
| 31 | SM93CSM401 | 1993 Cabernet - MV | 3 L | 1 pk |  |  |  |  |  |  |
| 32 | SM94CSE206 | 1994 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 33 | SM94CSE212 | 1994 Cabernet  12 pack | 750 ML | 12 pk |  |  |  |  |  |  |
| 34 | SM94CSC212 | 1994 Cabernet - CC | 750 ML | 12 pk |  |  |  |  |  |  |
| 35 | SM94CSM212 | 1994 Cabernet - MV | 750 ML | 12 pk |  |  |  |  |  |  |
| 36 | SM94CSE303 | 1994 Cabernet | 1.5 L | 3 pk |  |  |  |  |  |  |
| 37 | SM94CSE306 | 1994 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 38 | SM94CSE401 | 1994 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 39 | SM95CSE206 | 1995 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 40 | SM95CSE212 | 1995 Cabernet  12 pack | 750 ML | 12 pk |  |  |  |  |  |  |
| 41 | SM95CSE306 | 1995 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 42 | SM95CSE401 | 1995 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 43 | SM95CSE601 | 1995 Cabernet | 6 L | 1 pk |  |  |  |  |  |  |
| 44 | SM96CSE306 | 1996 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 45 | SM96CSE401 | 1996 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 46 | SM96CSR206 | 1996 Cabernet - Rsv | 750 ML | 6 pk |  |  |  |  |  |  |
| 47 | SM96CSR212 | 1996 Cabernet Reserve  12 pack | 750 ML | 12 pk |  |  |  |  |  |  |
| 48 | SM96CSR306 | 1996 Cabernet - Rsv | 1.5 L | 6 pk |  |  |  |  |  |  |
| 49 | SM96CSR401 | 1996 Cabernet - Rsv | 3 L | 1 pk |  |  |  |  |  |  |
| 50 | SM97CSE206 | 1997 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 51 | SM97CSE212 | 1997 Cabernet | 750 ML | 12 pk |  |  |  |  |  |  |
| 52 | SM97CSE306 | 1997 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 53 | SM97CSE401 | 1997 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 54 | SM97CSR206 | 1997 Cabernet - Rsv | 750 ML | 6 pk |  |  |  |  |  |  |
| 55 | SM97CSR212 | 1997 Cabernet - Rsv | 750 ML | 12 pk |  |  |  |  |  |  |
| 56 | SM97CSR306 | 1997 Cabernet - Rsv | 1.5 L | 6 pk |  |  |  |  |  |  |
| 57 | SM97CSR401 | 1997 Cabernet - Rsv | 3 L | 1 pk |  |  |  |  |  |  |
| 58 | SM98CSE206 | 1998 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 59 | SM98CSE212 | 1998 Cabernet  12 pack w/ La Perla | 750 ML | 12 pk |  |  |  |  |  |  |
| 60 | SM98CSE306 | 1998 Cabernet | 1.5 L | 6 pk |  |  |  |  |  |  |
| 61 | SM98CSE401 | 1998 Cabernet | 3 L | 1 pk |  |  |  |  |  |  |
| 62 | SM98CSR206 | 1998 Cabernet - Rsv | 750 | 6 pk |  |  |  |  |  |  |
| 63 | SM98CSR212 | 1998 Cabernet - Rsv | 750 ML | 12 pk |  |  |  |  |  |  |
| 64 | SM98CSR306 | 1998 Cabernet - Rsv | 1.5 L | 6 pk |  |  |  |  |  |  |
| 65 | SM98CSR401 | 1998 Cabernet - Rsv | 3 L | 1 pk |  |  |  |  |  |  |
| 66 | SM99CSE206 | 1999 Cabernet | 750 ML | 6 pk |  |  |  |  |  |  |
| 67 | SM99CSE212 | 1999 Cabernet  12 pack | 750 ML | 12 pk |  |  |  |  |  |  |
| 68 | SM99CSR112 | 1999 Cabernet - Rsv | 375 ML | 12 pk |  |  |  |  |  |  |
| 69 | SM99CSR206 | 1999 Cabernet - Rsv | 750 ML | 6 pk |  |  |  |  |  |  |
| 70 | SM99CSR212 | 1999 Cabernet - Rsv 12pk | 750 ML | 12 pk |  |  |  |  |  |  |

Spring Mountain Vineyard, Inc.    Inventory quantities and values have been redacted for confidentiality purposes

|  | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Inventory as of 8/31/22 | | | | | |
| 2 | | | | | NATURAL | 9L CASES | | | | |
| 3 | | | | | | | | | | |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 71 | SM99CSR306 | 1999 Cabernet - Rsv | 1.5 L | 6 pk | | | | | | |
| 72 | SM99CSR401 | 1999 Cabernet - Rsv | 3 L | 1 pk | | | | | | |
| 73 | SM99CSR501 | 1999 Cabernet - Rsv | 5 L | 1 pk | | | | | | |
| 74 | SM99CSR601 | 1999 Cabernet - Rsv | 6 L | 1 pk | | | | | | |
| 75 | SM00CSE112 | 2000 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 76 | SM00CSE206 | 2000 Cabernet 750 6pk | 750 ML | 6 pk | | | | | | |
| 77 | SM00CSE212 | 2000 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 78 | SM00CSR112 | 2000 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 79 | SM00CSR11U | 2000 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 80 | SM00CSR124 | 2000 Elivette 375 | 375 ML | 24 pk | | | | | | |
| 81 | SM00CSR206 | 2000 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 82 | SM00CSR212 | 2000 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 83 | SM00CSR306 | 2000 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 84 | SM00CSR401 | 2000 Elivette 3.0 | 3 L | 1 pk | | | | | | |
| 85 | SM00CSR501 | 2000 Elivette 5.0 | 5 L | 1 pk | | | | | | |
| 86 | SM00CSR601 | 2000 Elivette 6.0 | 6 L | 1 pk | | | | | | |
| 87 | SM01CSE206 | 2001 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 88 | SM01CSE112 | 2001 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 89 | SM01CSE601 | 2001 Cabernet 6.0 | 6 L | 1 pk | | | | | | |
| 90 | SM01CSG206 | 2001 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 91 | SM01CSG212 | 2001 Cabernet 750 12 Pack | 750 ML | 12 pk | | | | | | |
| 92 | SM01CSR112 | 2001 Elivette 750 | 375 ML | 12 pk | | | | | | |
| 93 | SM01CSR206 | 2001 Elivette 750 6pk | 750 ML | 6 pk | | | | | | |
| 94 | SM01CSR212 | 2001 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 95 | SM01CSRW12 | 2001 Elivette 750 WOOD | 750 ML | 12 pk | | | | | | |
| 96 | SM01CSR306 | 2001 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 97 | SM01CSR401 | 2001 Elivette 3.0 | 3 L | 1 pk | | | | | | |
| 98 | SM01CSR601 | 2001 Elivette 6.0 | 6 L | 1 pk | | | | | | |
| 99 | SM02CSE206 | 2002 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 100 | SM02CSE212 | 2002 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 101 | SM02CSR206 | 2002 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 102 | SM02CSR212 | 2002 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 103 | SM02CSRW12 | 2002 Elivette 750 WOOD | 750 ML | 12 pk | | | | | | |
| 104 | SM02CSR112 | 2002 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 105 | SM02CSR306 | 2002 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 106 | SM02CSR401 | 2002 Elivette 3.0 | 3 L | 1 pk | | | | | | |
| 107 | SM02CSR601 | 2002 Elivette 6.0 | 6 L | 1 pk | | | | | | |
| 108 | SM03CSE206 | 2003 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 109 | SM03CSE212 | 2003 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 110 | SM03CSE112 | 2003 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 111 | SM03CSE306 | 2003 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 112 | SM03CSE406 | 2003 Cabernet 3.0 | 3 L | 1 pk | | | | | | |
| 113 | SM03CSC212 | 2003 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 114 | SM03CSR206 | 2003 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 115 | SM03CSR212 | 2003 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 116 | SM03CSR112 | 2003 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 117 | SM03CSR306 | 2003 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 118 | SM03CSR401 | 2003 Elivette 3.0 | 3 L | 1 pk | | | | | | |
| 119 | SM03CSR601 | 2003 Elivette 6.0 | 6 L | 1 pk | | | | | | |
| 120 | SM04CSE212 | 2004 Cabernet 750 | 750 ML | 12 pk | | | | | | |
| 121 | SM04CSE206 | 2004 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 122 | SM04CSE112 | 2004 Cabernet 375 12pk | 375 ML | 12 pk | | | | | | |
| 123 | SM04CSE306 | 2004 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 124 | SM04CSE401 | 2004 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 125 | SM04CSE601 | 2004 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 126 | SM04CSC212 | 2004 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 127 | SM04CSR112 | 2004 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 128 | SM04CSR206 | 2004 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 129 | SM04CSR212 | 2004 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 130 | SM04CSR306 | 2004 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 131 | SM04CSR401 | 2004 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 132 | SM04CSR601 | 2004 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 133 | SM05CSE112 | 2005 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 134 | SM05CSE212 | 2005 Cabernet 750 | 750 ML | 12 pk | | | | | | |

Spring Mountain Vineyard, Inc.          Inventory quantities and values have been redacted for confidentiality purposes

## Inventory as of 8/31/22

| | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NATURAL | 9L CASES | | | | |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 135 | SM05CSE206 | 2005 Cabernet 750 6pk | 750 ML | 6 pk | | | | | | |
| 136 | SM05CSE306 | 2005 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 137 | SM05CSE401 | 2005 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 138 | SM05CSE601 | 2005 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 139 | SM05CSF206 | 2005 Cabernet Franc | 750ML | 6 pk | | | | | | |
| 140 | CC06CSE212 | 2005 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 141 | SM05CSL212 | 2005 Cabernet La Perla | 750 ML | 12 pk | | | | | | |
| 142 | SM05CSR112 | 2005 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 143 | SM05CSR206 | 2005 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 144 | SM05CSR306 | 2005 Elivette 1.5 | 1.5 L | 1 pk | | | | | | |
| 145 | SM05CSR401 | 2005 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 146 | SM05CSR601 | 2005 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 147 | SM06CSE112 | 2006 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 148 | SM06CSE206 | 2006 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 149 | SM06CSE212 | 2006 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 150 | SM06CSE306 | 2006 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 151 | SM06CSE401 | 2006 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 152 | SM06CSE601 | 2006 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 153 | CC06CSE212 | 2006 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 154 | SM06CSF206 | 2006 Cabernet Franc | 750 ML | 6 pk | | | | | | |
| 155 | SM06CSF212 | 2006 Cabernet Franc | 750 ML | 12 pk | | | | | | |
| 156 | SM06CSR112 | 2006 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 157 | SM06CSR206 | 2006 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 158 | SM06CSR212 | 2006 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 159 | SM06CSR306 | 2006 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 160 | SM06CSR401 | 2006 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 161 | SM06CSR601 | 2006 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 162 | SM07CSC212 | 2007 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 163 | SM07CSE112 | 2007 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 164 | SM07CSE206 | 2007 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 165 | SM07CSE306 | 2007 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 166 | SM07CSE401 | 2007 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 167 | SM07CSE601 | 2007 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 168 | SM07CSE212 | 2007 Cabernet | 750 ML | 12 pk | | | | | | |
| 169 | SM07CSF212 | 2007 Cabernet Francisco | 750 ML | 12 pk | | | | | | |
| 170 | SM07CSV212 | 2007 SMV Chevalier Cab | 750 ML | 12 pk | | | | | | |
| 171 | SM07CSR112 | 2007 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 172 | SM07CSR206 | 2007 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 173 | SM07CSR212 | 2007 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 174 | SM07CSR306 | 2007 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 175 | SM07CSR401 | 2007 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 176 | SM07CSR601 | 2007 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 177 | SM08CCS112 | 2008 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 178 | SM08CSE206 | 2008 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 179 | SM08CSE306 | 2008 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 180 | SM08CSE401 | 2008 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 181 | SM08CSE601 | 2008 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 182 | SM08CSE212 | 2008 Chateau Chevalier | 750 ML | 12 pk | | | | | | |
| 183 | SM08CSR112 | 2008 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 184 | SM08CSR206 | 2008 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 185 | SM08CSR212 | 2008 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 186 | SM08CSR306 | 2008 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 187 | SM08CSR401 | 2008 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 188 | SM08CSR601 | 2008 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 189 | SM09CSE112 | 2009 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 190 | SM09CSE206 | 2009 Cabernet 750 | 750 ML | 6 pk | | | | | | |
| 191 | SM09CSE212 | 2009 Cabernet 750 | 750 ML | 12 pk | | | | | | |
| 192 | SM09CSE306 | 2009 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 193 | SM09CSE401 | 2009 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 194 | SM09CSE601 | 2009 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 195 | SM09CSC212 | 2009 Chevalier Cabernet | 750 ML | 12 pk | | | | | | |
| 196 | SM09CSR112 | 2009 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 197 | SM09CSR206 | 2009 Elivette 750 | 750 ML | 6 pk | | | | | | |
| 198 | SM09CSR306 | 2009 Elivette 1.5 | 750 ML | 6 pk | | | | | | |
| 199 | SM09CSR401 | 2009 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 200 | SM09CSR601 | 2009 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |

Spring Mountain Vineyard, Inc.   Inventory quantities and values have been redacted for confidentiality purposes

|   | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Inventory as of 8/31/22 | | | | | |
| 2 | | | | | NATURAL | 9L CASES | | | | |
| 3 | | | | | | | | | | |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 201 | SM10CSE112 | 2010 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 202 | SM10CSE206 | 2010 Cabernet 750 6pk | 750 ML | 6 pk | | | | | | |
| 203 | SM10CSE212 | 2010 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 204 | SM10CSE306 | 2010 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 205 | SM10CSE401 | 2010 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 206 | SM10CSE601 | 2010 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 207 | SM10CSR112 | 2010 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 208 | SM10CSR206 | 2010 Elivette 750 6pk | 750 ML | 6 pk | | | | | | |
| 209 | SM10CSR212 | 2010 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 210 | SM10CSR306 | 2010 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 211 | SM10CSR401 | 2010 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 212 | SM10CSR601 | 2010 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 213 | SM11CSE112 | 2011 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 214 | SM11CSE206 | 2011 Cabernet 750 6pk | 750 ML | 6 pk | | | | | | |
| 215 | SM11CSE306 | 2011 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 216 | SM11CSE406 | 2011 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 217 | SM11CSE601 | 2011 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 218 | SM11CSR112U | 2011 Elivette 375 12pk | 375 ml | 12 pk | | | | | | |
| 219 | SM11CSR206 | 2011 Elivette 750 6pk | 750 ML | 6 pk | | | | | | |
| 220 | SM11CSR212 | 2011 Elivette 12 pk | 750 ML | 12 pk | | | | | | |
| 221 | SM11CSR306 | 2011 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 222 | SM11CSR401 | 2011 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 223 | SM12CSE112 | 2012 Cabernet 375 | 375 ML | 12 pk | | | | | | |
| 224 | SM12CSE206 | 2012 Cabernet 750 6pk | 750 ML | 6 pk | | | | | | |
| 225 | SM12CSE212 | 2012 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 226 | SM12CSE306 | 2012 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 227 | SM12CSE401 | 2012 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 228 | SM12CSE601 | 2012 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 229 | SM12CSF212 | 2012 Cabernet Francisco | 750 ML | 12 pk | | | | | | |
| 230 | SM12CSR112 | 2012 Elivette 375 | 375 ML | 12 pk | | | | | | |
| 231 | SM12CSR206 | 2012 Elivette 750 6pk | 750 ML | 6 pk | | | | | | |
| 232 | SM12CSR212 | 2012 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 233 | SM12CSR306 | 2012 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 234 | SM12CSR401 | 2012 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 235 | SM12CSR601 | 2012 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 236 | SM13CSE212 | 2013 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 237 | SM13CSE306 | 2013 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 238 | SM13CSE401 | 2013 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 239 | SM13CSE601 | 2013 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 240 | SM13CSR212 | 2013 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 241 | SM13CSR306 | 2013 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 242 | SM13CSR401 | 2013 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 243 | SM13CSR601 | 2013 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 244 | SM14CSE206 | 2014 Cabernet 750 ml 6pk | 750 ml | 6 pk | | | | | | |
| 245 | SM14CSE212 | 2014 Cabernet 750 12pk | 750 ML | 12 pk | | | | | | |
| 246 | SM14CSE306 | 2014 Cabernet 1.5 | 1.5 L | 6 pk | | | | | | |
| 247 | SM14CSE401 | 2014 Cabernet 3.0 | 3.0 L | 1 pk | | | | | | |
| 248 | SM14CSE601 | 2014 Cabernet 6.0 | 6.0 L | 1 pk | | | | | | |
| 249 | SM14CSR206 | 2014 Elivette 750 ml 6 pk | 750 ml | 6 pk | | | | | | |
| 250 | SM14CSR212 | 2014 Elivette 750 12pk | 750 ML | 12 pk | | | | | | |
| 251 | SM14CSR306 | 2014 Elivette 1.5 | 1.5 L | 6 pk | | | | | | |
| 252 | SM14CSR401 | 2014 Elivette 3.0 | 3.0 L | 1 pk | | | | | | |
| 253 | SM14CSR601 | 2014 Elivette 6.0 | 6.0 L | 1 pk | | | | | | |
| 254 | SM15CSE212 | 2015 Cabernet 750 12 pk | 750ml | 12pk | | | | | | |
| 255 | SM15CSE206 | 2015 Cabernet 750 6 pk | 750 ML | 6 pk | | | | | | |
| 256 | SM15CSE306 | 2015 Cabernet 1.5 L | 1.5 L | 6 pk | | | | | | |
| 257 | SM15CSE401 | 2015 Cabernet 3.0 L | 3.0 L | 1 pk | | | | | | |
| 258 | SM15CSE601 | 2015 Cabernet 6.0 L | 6.0 L | 1 pk | | | | | | |
| 259 | SM15CSR206 | 2015 Elivette 750ml | 750 ML | 6 pk | | | | | | |
| 260 | SM15CSR212 | 2015 Elivette 750ml | 750 ML | 12 pk | | | | | | |
| 261 | SM15CSR306 | 2015 Elivette 1.5 L | 1.5 L | 1 pk | | | | | | |
| 262 | SM15CSR401 | 2015 Elivette 3.0 L | 3.0 L | 1 pk | | | | | | |
| 263 | SM15CSR601 | 2015 Elivette 6.0 L | 6.0 L | 1 pk | | | | | | |
| 264 | SM16CSE112 | 2016 Cabernet 375ml | 375 ml | 12 pk | | | | | | |
| 265 | SM16CSE11U | 2016 Cabernet 750 6 pk | 750 ML | 6 pk | | | | | | |
| 266 | SM16CSE206 | 2016 Cabernet 750 12 pk | 750 ML | 12 pk | | | | | | |

|     | A | B | C | D | Q | R | S | T | U | V |
|-----|---|---|---|---|---|---|---|---|---|---|
| 1   |   |   |   |   | Inventory as of 8/31/22 |||||
| 2   |   |   |   |   | NATURAL | 9L CASES ||||
| 3   |   |   |   |   |   |   |   |   |   |   |
| 4   | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 267 | SM16CSE212 | 2016 Cabernet 1.5 L | 1.5 L | 6 pk | | | | | | |
| 268 | SM16CSE30U | 2016 Cabernet 3.0 L | 3.0 L | 1 pk | | | | | | |
| 269 | SM16CSE401 | 2016 Cabernet 6.0 L | 6.0 L | 1 pk | | | | | | |
| 270 | SM16CSF212 | 2016 Cabernet Franc 750ml | 750 ML | 12 pk | | | | | | |
| 271 | SM16CSJ21U | 2016 Elivette 750ml Unlabeled | 750 ml | 12 pk | | | | | | |
| 272 | SM16CSR212 | 2016 Elivette 750ml | 750 ml | 12 pk | | | | | | |
| 273 | SM16CSR206 | 2016 Elivette 750ml 6pk | 750 ML | 6 pk | | | | | | |
| 274 | SM16CSR306 | 2016 Elivette 1.5 L | 1.5 L | 6 pk | | | | | | |
| 275 | SM16CSR406 | 2016 Elivette 3.0 L | 3.0 L | 1 pk | | | | | | |
| 276 | SM16CSR401 | 2016 Elivette 6.0 L | 6.0 L | 1 pk | | | | | | |
| 277 | SM17CSE112 | 2017 Cabernet 375ml | 375 ml | 12 pk | | | | | | |
| 278 | SM17CSE206 | 2017 Cabernet 750 6 pk | 750 ML | 6 pk | | | | | | |
| 279 | SM17CSE212 | 2017 Cabernet 750 12 pk | 750 ML | 12 pk | | | | | | |
| 280 | SM17CSE30U | 2017 Cabernet 1.5 L | 1.5 L | 6 pk | | | | | | |
| 281 | SM17CSE401 | 2017 Cabernet 3.0 L | 3.0 L | 1 pk | | | | | | |
| 282 | SM17CSE601 | 2017 Cabernet 6.0 L | 6.0 L | 1 pk | | | | | | |
| 283 | SM17CSF212 | 2017 Cabernet Franc 750ml | 750 ML | 12 pk | | | | | | |
| 284 | SM17CSR212 | 2017 Elivette 750ml | 750 ml | 12 pk | | | | | | |
| 285 | SM17CSR206 | 2017 Elivette 750ml 6pk | 750 ML | 6 pk | | | | | | |
| 286 | SM17CSR306 | 2017 Elivette 1.5 L | 1.5 L | 6 pk | | | | | | |
| 287 | SM17CSR401 | 2017 Elivette 3.0 L | 3.0 L | 1 pk | | | | | | |
| 288 | SM17CSR601 | 2017 Elivette 6.0 L | 6.0 L | 1 pk | | | | | | |
| 289 | SM18CSE112 | 2018 Cabernet 375ml | 375 ml | 12 pk | | | | | | |
| 290 | SM18CSE206 | 2018 Cabernet 750 6 pk | 750 ML | 6 pk | | | | | | |
| 291 | SM18CSE212 | 2018 Cabernet 750 12 pk | 750 ML | 12 pk | | | | | | |
| 292 | SM18CSE306 | 2018 Cabernet 1.5 L | 1.5 L | 6 pk | | | | | | |
| 293 | SM18CSE401 | 2018 Cabernet 3.0 L | 3.0 L | 1 pk | | | | | | |
| 294 | SM18CSE601 | 2018 Cabernet 6.0 L | 6.0 L | 1 pk | | | | | | |
| 295 | SM18CSF212 | 2018 Cabernet Franc 750ml | 750 ML | 12 pk | | | | | | |
| 296 | SM18CSR206 | 2018 Elivette 750ml | 750 ml | 6 pk | | | | | | |
| 297 | SM18CSR212 | 2018 Elivette 750ml 12pk | 750 ML | 12pk | | | | | | |
| 298 | SM18CSR306 | 2018 Elivette 1.5 L | 1.5 L | 6 pk | | | | | | |
| 299 | SM18CSR401 | 2018 Elivette 3.0 L | 3.0 L | 1 pk | | | | | | |
| 300 | SM18CSR601 | 2018 Elivette 6.0 L | 6.0 L | 1 pk | | | | | | |
| 301 | SM19CSE112 | 2019 Cab Sauv 375ml 12pk | 375 ml | 12 pk | | | | | | |
| 302 | SM19CSE206 | 2019 Cabernet 750ml 6pk | 750 ML | 6 pk | | | | | | |
| 303 | SM19CSE212 | 2019 Cabernet 750ml 12pk | 750 ML | 12 pk | | | | | | |
| 304 | SM19CSE306 | 2019 Cabernet 1.5L | 1.5 L | 6 pk | | | | | | |
| 305 | SM19CSE401 | 2019 Cabernet | 3.0 L | 1 pk | | | | | | |
| 306 | SM19CSE601 | 2019 Cabernet 6L | 6.0 L | 1 pk | | | | | | |
| 307 | SM19CSF212 | 2019 Cabernet Franc 750ml | 750 ML | 12 pk | | | | | | |
| 308 | SM19CSR112 | 2019 Elivette 375ml | 375 ml | 12 pk | | | | | | |
| 309 | SM19CSR206 | 2019 Elivette 6pk | 750 ML | 6 pk | | | | | | |
| 310 | SM19CSR212 | 2019 Elivette 12pk | 750 ML | 12 pk | | | | | | |
| 311 | SM19CSR301 | 2019 Elivette | 1.5 L | 6 pk | | | | | | |
| 312 | SM19CSR401 | 2019 Elivette | 3.0 L | 1 pk | | | | | | |
| 313 | SM19CSR601 | 2019 Elivette | 6.0 L | 1 pk | | | | | | |
| 314 | SMAECSR205 | 2000-04 Elivette Vertical | 750 ML | 5 pk | | | | | | |
| 315 | SMAFCSR212 | Elivette 2001-2012 12 yr vertical | 750 ML | 12 pk | | | | | | |
| 316 | SM95SYR212 | 1995 Syrah | 750 ML | 12 pk | | | | | | |
| 317 | SM95SYR306 | 1995 Syrah | 1.5 L | 6 pk | | | | | | |
| 318 | SM95SYR401 | 1995 Syrah | 3 L | 1 pk | | | | | | |
| 319 | SM96SYR212 | 1996 Syrah | 750 ML | 12 pk | | | | | | |
| 320 | SM96SYR306 | 1996 Syrah | 1.5 L | 6 pk | | | | | | |
| 321 | SM96SYR401 | 1996 Syrah | 3 L | 1 pk | | | | | | |
| 322 | SM97SYR206 | 1997 Syrah | 750 ML | 6 pk | | | | | | |
| 323 | SM97SYR212 | 1997 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 324 | SM97SYR306 | 1997 Syrah | 1.5 L | 6 pk | | | | | | |
| 325 | SM97SYR401 | 1997 Syrah | 3 L | 1 pk | | | | | | |
| 326 | SM99SYR212 | 1999 Syrah | 750 ML | 12 pk | | | | | | |
| 327 | SM99SYR206 | 1999 Syrah | 750 ML | 6 pk | | | | | | |
| 328 | SM99SYR212 | 1999 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 329 | SM00SYR206 | 2000 Syrah - Unlabeled | 750 ML | 6 pk | | | | | | |
| 330 | SM00SYR206 | 2000 Syrah | 750 ML | 6 pk | | | | | | |
| 331 | SM01SYR212 | 2001 Syrah | 750 ML | 12 pk | | | | | | |
| 332 | SM01SYR206 | 2001 Syrah | 750 ML | 6 pk | | | | | | |

| | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Inventory as of 8/31/22 | | | | | |
| 2 | | | | | NATURAL | 9L CASES | | | | | |
| 3 | | | | | | | | | | |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 333 | SM03SYR206 | 2003 Syrah | 750 ML | 6 pk | | | | | | |
| 334 | SM03SYR212 | 2003 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 335 | SM03SYC212 | 2003 Syrah CF 12pk | 750 ML | 12 pk | | | | | | |
| 336 | SM04SYR212 | 2004 Syrah | 750 ML | 12 pk | | | | | | |
| 337 | SM04SYR206 | 2004 Syrah 6pk | 750 ML | 6 pk | | | | | | |
| 338 | SM04SYR212 | 2004 Syrah CF 12pk | 750 ML | 12 pk | | | | | | |
| 339 | SM04SYC212 | 2004 Syrah | 750 ML | 12 pk | | | | | | |
| 340 | SM05SYR206 | 2005 Syrah | 750 ML | 6 pk | | | | | | |
| 341 | SM05SYR212 | 2005 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 342 | SM05SYC212 | 2005 Syrah CF 12 pk | 750 ML | 12 pk | | | | | | |
| 343 | SM06SYR206 | 2006 Syrah | 750 ML | 6 pk | | | | | | |
| 344 | SM06SYR212 | 2006 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 345 | SM06SYC212 | 2006 Syrah CF 12 pk | 750 ML | 12 pk | | | | | | |
| 346 | SM07SYR206 | 2007 Syrah | 750 ML | 6 pk | | | | | | |
| 347 | SM07SCC212 | 2007 Syrah CF 12 pk | 750 ML | 12 pk | | | | | | |
| 348 | SM08SYR206 | 2008 Syrah | 750 ML | 6 pk | | | | | | |
| 349 | SM08SYR212 | 2008 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 350 | SM08SYC212 | 2008 Syrah CF 12 pk | 750 ML | 12 pk | | | | | | |
| 351 | SM09SYR206 | 2009 Syrah | 750 ML | 6 pk | | | | | | |
| 352 | SM09SYR212 | 2009 Syrah | 750 ML | 12pk | | | | | | |
| 353 | SM09SYC212 | 2009 Syrah CF 12 pk | 750 ML | 12 pk | | | | | | |
| 354 | SM11SYR212 | 2011 Syrah 12pk | 750 ML | 12 pk | | | | | | |
| 355 | SM01PNR206 | 2001 Pinot Noir | 750 ML | 6 pk | | | | | | |
| 356 | SM04PNR212 | 2004 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 357 | SM05PNR212 | 2005 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 358 | SM06PNR212 | 2006 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 359 | SM06PNC212 | 2006 Chevalier Pinot | 750 ML | 12 pk | | | | | | |
| 360 | SM07PNR212 | 2007 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 361 | SM08PNR212 | 2008 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 362 | SM09PNR212 | 2009 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 363 | SM10PNR212 | 2010 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 364 | SM11PNR212 | 2011 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 365 | SM12PNR212 | 2012 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 366 | SM13PNR212 | 2013 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 367 | SM14PNR212 | 2014 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 368 | SM15PNR212 | 2015 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 369 | SM16PNR212 | 2016 Pinot Noir | 750 ML | 12 pk | | | | | | |
| 370 | SM93SBC212 | 1993 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 371 | SM94SBC212 | 1994 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 372 | SM95SBC212 | 1995 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 373 | SM96SBC212 | 1996 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 374 | SM97SBC212 | 1997 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 375 | SM98SBC212 | 1998 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 376 | SM99SBC212 | 1999 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 377 | SM00SBC212 | 2000 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 378 | SM01SYR212 | 2001 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 379 | SM02SBC206 | 2002 Sauvignon Blanc | 750 ML | 6 pk | | | | | | |
| 380 | SM02SBC212 | 2002 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 381 | SM04SBC206 | 2004 Sauvignon Blanc | 750 ML | 6 pk | | | | | | |
| 382 | SM04SBC212 | 2004 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 383 | SM05SBC112 | 2005 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 384 | SM05SBC206 | 2005 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 385 | SM05SBC212 | 2005 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 386 | SM05SCC212 | 2005 Ch. Chev. Sauvignon | 750 ML | 12 pk | | | | | | |
| 387 | SM06SBC112 | 2006 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 388 | SM06SBC206 | 2006 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 389 | SM06SBC212 | 2006 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 390 | SM06SCC212 | 2006 Ch. Chev. Sauvignon | 750 ML | 12 pk | | | | | | |
| 391 | SM07SBC112 | 2007 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 392 | SM07SBC206 | 2007 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 393 | CC07SBC212 | 2007 Ch. Chev. Sauvignon | 750 ML | 12 pk | | | | | | |
| 394 | SM08SBC112 | 2008 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 395 | SM08SBC206 | 2008 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 396 | SM08SBC212 | 2008 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |

| | A | B | C | D | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Inventory as of 8/31/22 | | | | | |
| 2 | | | | | NATURAL | 9L CASES | | | | |
| 3 | | | | | | | | | | |
| 4 | Code | Variety | Size | Pack | Natural Cases Total | 9L Cases | FOB Value/Case | FOB/ 750ml | Total FOB Value | Total Retail Value |
| 397 | CC08SBC212 | 2008 Chevalier Sauvignon | 750 ML | 12 pk | | | | | | |
| 398 | SM09SBC112 | 2009 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 399 | SM09SBC206 | 2009 Sauvignon Blanc 750 6pk | 750 ML | 6 pk | | | | | | |
| 400 | SM09SBC212 | 2009 Sauvignon Blanc 750 12 pk | 750 ML | 12 pk | | | | | | |
| 401 | SM09SBL112 | 2009 Late Harvest Sauvignon | 375 ML | 12 pk | | | | | | |
| 402 | SM10SBC112 | 2010 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 403 | SM10SBC206 | 2010 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 404 | SM10SBC212 | 2010 Sauvignon Blanc | 750 ML | 12 pk | | | | | | |
| 405 | SM10SCC212 | 2010 Ch. Chev. Sauvignon | 750 ML | 12 pk | | | | | | |
| 406 | SM11SBC112 | 2011 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 407 | SM11SBC206 | 2011 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 408 | SM12SBC112 | 2012 Sauvignon Blanc 375 | 375 ML | 12 pk | | | | | | |
| 409 | SM12SBC206 | 2012 Sauvignon Blanc 750 | 750 ML | 6 pk | | | | | | |
| 410 | SM13SBC206 | 2013 Sauvignon Blanc 750 6pk | 750 ML | 6 pk | | | | | | |
| 411 | SM13SBC212 | 2013 Sauvignon Blanc 750 12pk | 750 ML | 12 pk | | | | | | |
| 412 | SM14SBC206 | 2014 Sauvignon Blanc 750 6pk | 750 ML | 6 pk | | | | | | |
| 413 | SM14SBC212 | 2014 Sauvignon Blanc 750 12pk | 750 ML | 12 pk | | | | | | |
| 414 | SM15SBC212 | 2015 Sauvignon Blanc 750 12pk | 750 ML | 12 pk | | | | | | |
| 415 | SM15SBC206 | 2015 Sauvignon Blanc 750 6pk | 750 ML | 6 pk | | | | | | |
| 416 | SM16SBC212 | 2016 Sauvignon Blanc 750 12 pk | 750 ML | 12 pk | | | | | | |
| 417 | SM16SBC206 | 2016 Sauvignon Blanc 750 6 pk | 750 ml | 6 pk | | | | | | |
| 418 | SM17SBC206 | 2017 Sauvignon Blanc 750 6 pk | 750 ML | 6 pk | | | | | | |
| 419 | SM17SBC212 | 2017 Sauvignon Blanc 750 12 pk | 750 ml | 12 pk | | | | | | |
| 420 | SM18SBC206 | 2018 Sauvignon Blanc 750 6 pk | 750 ML | 6 pk | | | | | | |
| 421 | SM18SBC212 | 2018 Sauvignon Blanc 750 12 pk | 750 ml | 12 pk | | | | | | |
| 422 | SM19SBC112 | 2019 Sauvignon Blanc 375 12 pk | 375 ML | 12 pk | | | | | | |
| 423 | SM19SBC206 | 2019 Sauvignon Blanc 750 6 pk | 750 ML | 6 pk | | | | | | |
| 424 | SM19SBC212 | 2019 Sauvignon Blanc 750 12 pk | 750 ML | 12 pk | | | | | | |
| 425 | SM20SBC112 | 2020 Sauvignon Blanc 375ml 12pk | 375 ML | 12 pk | | | | | | |
| 426 | SM20SBC206 | 2020 Sauvignon Blanc 750 6 pk | 750 ML | 6 pk | | | | | | |
| 427 | SM20SBC212 | 2020 Sauvignon Blanc 750 12 pk | 750 ML | 12 pk | | | | | | |
| 428 | SM90CHD212 | 1990 Chardonnay | 750 ML | 12 pk | | | | | | |
| 429 | SM06CHD212 | 2006 Chardonnay | 750 ML | 12 pk | | | | | | |
| 430 | SM07CHD212 | 2007 Chardonnay | 750 ML | 12 pk | | | | | | |
| 431 | SM08CHD212 | 2008 Chardonnay | 750 ML | 12 pk | | | | | | |
| 432 | SM09CHD212 | 2009 Chardonnay | 750 ML | 12 pk | | | | | | |
| 433 | SM10CHD212 | 2010 Chardonnay | 750 ML | 12 pk | | | | | | |
| 434 | SM11CHR212 | 2011 Chardonnay | 750 ML | 12 pk | | | | | | |
| 435 | SM12CHR212 | 2012 Chardonnay | 750 ML | 12 pk | | | | | | |
| 436 | SM13CHD212 | 2013 Chardonnay | 750 ML | 12 pk | | | | | | |
| 437 | SM14CHR212 | 2014 Chardonnay | 750 ML | 12 pk | | | | | | |
| 438 | SM15CHD212 | 2015 Chardonnay | 750 ML | 12 pk | | | | | | |
| 439 | SM16CHD212 | 2016 Chardonnay | 750 ML | 12 pk | | | | | | |
| 440 | SM99MCT212 | 1999 Muscat | 750 ML | 12 pk | | | | | | |
| 441 | SM07MCT212 | 2007 Muscat | 750 ML | 12 pk | | | | | | |
| 442 | SM08MUS212 | 2008 Muscat | 750 ML | 12 pk | | | | | | |
| 443 | SM06PVR206 | 2006 Petit Verdot | 750 ML | 6 pk | | | | | | |
| 444 | SM06PVR212 | 2006 Petit Verdot | 750 ML | 12 pk | | | | | | |
| 445 | SM09PVR212 | 2009 Petit Verdot | 750 ML | 12 pk | | | | | | |
| 446 | SM18PVR212 | 2018 Petit Verdot | 750 ML | 12 pk | | | | | | |
| 447 | SM19PVR212 | 2019 Petit Verdot | 750 ML | 12 pk | | | | | | |
| 448 | SM98VIO212 | 1998 Viognier | 750 ML | 12 pk | | | | | | |
| 449 | | | | | 105,671 | 69,745 | | | $80,716,071 | $161,432,141 |
| 453 | | | | | | | | | | |
| 454 | | | | | $/Gal | Gallons | | | | Total Retail Value |
| 467 | | | | | | | SUBTOTAL | | $0.00 | $642,218 |
| 468 | | | | | | | | | | |
| 469 | | | | | | TOTAL | | | $80,716,071 | $162,074,359 |