Spring Mountain Vineyard
# Statement of Operations

|  | 9/30/2022<br>(1 day) |
|---|---:|
| **Net revenue** | 15,200 |
| **Cost of goods sold** | 5,900 |
| **Gross profit** | 9,300 |
| *gross profit %* | *61.2%* |
| **_Operating expenses:_** | |
| sales & marketing | 12,000 |
| finance & administrative | 15,400 |
| total operating expenses: | 27,400 |
| **Operating income (loss)** | (18,100) |
| Other (income) / expense | - |
| Interest expense | - |
| Income taxes | - |
| **Net income:** | $ (18,100) |

**Notes to Statement of Operations (Income Statement)**
1. The income statement has been presented according to the Debtor's internal books and records,
and while prepared in accordance with GAAP, the income statement has not been audited.
As a result, the amounts presented herein remain subject to material change and adjustment.
2. Interest expense on the Debtor's debt and notes payable has not been calculated, and
therefore the interest expense remains subject to material change and adjustment.