# Spring Mountain Vineyard, Inc.
## Aged Receivables
### As of Sep 30, 2022

| Customer ID | Customer | Current | 31 - 60 | 61 - 90 | Over 90 | Amount Due |
|---|---|---|---|---|---|---|
| 17THSTREET | 17TH STREET DISTRIBUTING | | | 4,008.00 | | 4,008.00 |
| **17THSTREET** | **17TH STREET DISTRIBUTING** | | | **4,008.00** | | **4,008.00** |
| Bouchon Bistro | Bouchon Bistro Yountville | | 720.00 | | | 720.00 |
| Bouchon Bistro | Bouchon Bistro Yountville | 720.00 | | | | 720.00 |
| Bouchon Bistro | Bouchon Bistro Yountville | 960.00 | | | | 960.00 |
| **Bouchon Bistro** | **Bouchon Bistro Yountville** | **1,680.00** | **720.00** | | | **2,400.00** |
| BRASSWOOD | Brasswood Restaurant | | | 750.00 | | 750.00 |
| BRASSWOOD | Brasswood Restaurant | | 750.00 | | | 750.00 |
| BRASSWOOD | Brasswood Restaurant | 750.00 | | | | 750.00 |
| **BRASSWOOD** | **Brasswood Restaurant** | **750.00** | **750.00** | **750.00** | | **2,250.00** |
| EUROPEANWINEIMPORT | | | 7,000.00 | | | 7,000.00 |
| **EUROPEANWINEIMPORT** | | | **7,000.00** | | | **7,000.00** |
| GOOSE | Goose & Gander | 1,080.00 | | | | 1,080.00 |
| **GOOSE** | **Goose & Gander** | **1,080.00** | | | | **1,080.00** |
| HABER | HABER FAMILY VINEYARDS | | | | -80.00 | -80.00 |
| **HABER** | **HABER FAMILY VINEYARDS** | | | | **-80.00** | **-80.00** |
| HARVEST | Harvest Inn | | 2,328.00 | | | 2,328.00 |
| **HARVEST** | **Harvest Inn** | | **2,328.00** | | | **2,328.00** |
| IMPERWINE | Imperial Wine Wholesalers | | | | 6,000.00 | 6,000.00 |
| **IMPERWINE** | **Imperial Wine Wholesalers** | | | | **6,000.00** | **6,000.00** |
| JOHNSON - MN | Johnson Bros. Liquor Co. | 2,445.00 | | | | 2,445.00 |
| **JOHNSON - MN** | **Johnson Bros. Liquor Co.** | **2,445.00** | | | | **2,445.00** |
| JOHNSON-NE | JOHNSON BROTHERS OF NEBRASKA | 3,500.00 | | | | 3,500.00 |
| **JOHNSON-NE** | **JOHNSON BROTHERS OF NEBRASKA** | **3,500.00** | | | | **3,500.00** |
| Market | Market Resturant | 432.00 | | | | 432.00 |
| **Market** | **Market Resturant** | **432.00** | | | | **432.00** |
| MSWALKNJ | MS Walker NJ | | -6,975.00 | | | -6,975.00 |
| MSWALKNJ | MS Walker NJ | 65,335.00 | | | | 65,335.00 |
| **MSWALKNJ** | **MS Walker NJ** | **65,335.00** | **-6,975.00** | | | **58,360.00** |
| RIGHTEOUS | Righteous Juice Productions, Inc | | | | 21,100.93 | 21,100.93 |
| **RIGHTEOUS** | **Righteous Juice Productions, Inc** | | | | **21,100.93** | **21,100.93** |
| RNDCCO | Republic National Dist. Co. Denver | | | 15,000.00 | | 15,000.00 |
| **RNDCCO** | **Republic National Dist. Co. Denver** | | | **15,000.00** | | **15,000.00** |
| RNDCGRANDP | Republic National Dist. Co., Grand Prai | 49,170.00 | | | | 49,170.00 |
| **RNDCGRANDP** | **Republic National Dist. Co., Grand Prai** | **49,170.00** | | | | **49,170.00** |
| RNDCHOUSTON | Republic National Dist. Co., LLC | 52,930.00 | | | | 52,930.00 |
| **RNDCHOUSTON** | **Republic National Dist. Co., LLC** | **52,930.00** | | | | **52,930.00** |
| RNDCJACKSON | Republic National Dist. Co., LLC | | 18,650.00 | | | 18,650.00 |
| **RNDCJACKSON** | **Republic National Dist. Co., LLC** | | **18,650.00** | | | **18,650.00** |

# Spring Mountain Vineyard, Inc.
## Aged Receivables
### As of Sep 30, 2022

| Customer ID | Customer | Current | 31 - 60 | 61 - 90 | Over 90 | Amount Due |
|---|---|---|---|---|---|---|
| RNDCSCHERTZ | Republic National Dist. Co. | 3,090.00 | | | | 3,090.00 |
| **RNDCSCHERTZ** | **Republic National Dist. Co.** | **3,090.00** | | | | **3,090.00** |
| RNDCWA | Republic National Dist. Co Washington | | | | 5,250.00 | 5,250.00 |
| RNDCWA | Republic National Dist. Co Washington | | 2,750.00 | | | 2,750.00 |
| **RNDCWA** | **Republic National Dist. Co Washington** | | **2,750.00** | | **5,250.00** | **8,000.00** |
| ROMANO | ROMANO BEVERAGE | | 6,300.00 | | | 6,300.00 |
| ROMANO | ROMANO BEVERAGE | 7,500.00 | | | | 7,500.00 |
| **ROMANO** | **ROMANO BEVERAGE** | **7,500.00** | **6,300.00** | | | **13,800.00** |
| SommSelect | SommSelect | | | | 300.00 | 300.00 |
| SommSelect | SommSelect | | | | 2,795.00 | 2,795.00 |
| SommSelect | SommSelect | | | 2,820.00 | | 2,820.00 |
| **SommSelect** | **SommSelect** | | | **2,820.00** | **3,095.00** | **5,915.00** |
| SUNSHINE | SUNSHINE FOODS | 752.00 | | | | 752.00 |
| **SUNSHINE** | **SUNSHINE FOODS** | **752.00** | | | | **752.00** |
| Vigilucci | Vigilucci_s Restaurant | 540.00 | | | | 540.00 |
| **Vigilucci** | **Vigilucci_s Restaurant** | **540.00** | | | | **540.00** |
| Wine Country Inn | Wine Country Inn | | 1,716.00 | | | 1,716.00 |
| **Wine Country Inn** | **Wine Country Inn** | | **1,716.00** | | | **1,716.00** |
| YOUNGSMORGAN | RNDC California - Morgan Hill | | | | 1,680.00 | 1,680.00 |
| **YOUNGSMORGAN** | **RNDC California - Morgan Hill** | | | | **1,680.00** | **1,680.00** |
| YOUNGSWASHINGTON | YMC Washington | | | | 6,332.76 | 6,332.76 |
| YOUNGSWASHINGTON | YMC Washington | | | | 5,428.08 | 5,428.08 |
| **YOUNGSWASHINGTON** | **YMC Washington** | | | | **11,760.84** | **11,760.84** |
| **Report Total** | | **189,204.00** | **36,059.00** | **19,758.00** | **48,806.77** | **293,827.77** |