## Spring Mountain Vineyard, Inc.
## Aged Payables
## As of Sep 30, 2022

| Vendor ID | Vendor | Date | Current | 31 - 60 | 61 - 90 | Over 90 | Amount Due |
|---|---|---|---:|---:|---:|---:|---:|
| ALLENGROUP | Allen Group | 9/30/22 | 10,000.00 | | | | 10,000.00 |
| **ALLENGROUP** | **Allen Group** | | **10,000.00** | | | | **10,000.00** |
| CULLIGAN | Culligan of Napa Valley | 9/30/22 | 516.15 | | | | 516.15 |
| **CULLIGAN** | **Culligan of Napa Valley** | | **516.15** | | | | **516.15** |
| ETS | ETS Laboratories | 9/30/22 | 126.00 | | | | 126.00 |
| **ETS** | **ETS Laboratories** | | **126.00** | | | | **126.00** |
| M&M | M&M Sanitary Company | 9/30/22 | 39.06 | | | | 39.06 |
| **M&M** | **M&M Sanitary Company** | | **39.06** | | | | **39.06** |
| MATHESONGAS | Matheson Tri-Gas, Inc. | 9/30/22 | 445.52 | | | | 445.52 |
| **MATHESONGAS** | **Matheson Tri-Gas, Inc.** | | **445.52** | | | | **445.52** |
| NVPET | Napa Valley Petroleum | 9/30/22 | 2,441.07 | | | | 2,441.07 |
| **NVPET** | **Napa Valley Petroleum** | | **2,441.07** | | | | **2,441.07** |
| **Report Total** | | | **13,567.80** | | | | **13,567.80** |