

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

**DUPLICATE**

**Primary Account: [redacted]7558**
**For the Period 9/1/22 to 9/30/22**

00000701 DPI 111 171 27422 NNNNNNNNNNN P 1 000000000 60
SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY
SPRING MOUNTAIN VINEYARD
ATTN JIM MEREDITH
2805 SPRING MOUNTAIN RD
SAINT HELENA CA 94574-1775

# Banking Account(s)

## Table of Contents

| | Page |
|---|---|
| Consolidated Summary | 2 |
| Commercial Checking | 3 |
| Commercial Checking | 8 |
| Check Images | 14 |

## J.P. Morgan Team

| | |
|---|---|
| Rebecca Gray | (877) 576-0415 |
| Francois-Arsene Ekoko | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: **www.jpmorganonline.com** | |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 1 of 31



Primary Account: [REDACTED]7558

For the Period 9/1/22 to 9/30/22

# Consolidated Summary

| Assets | Account Number | Prior Period Value | Current Period Value | Change In Value |
|---|---|---|---|---|
| **Checking** | | | | |
| Commercial Checking | [REDACTED]7558 | 26,937.82 | 790,794.24 | 763,856.42 |
| Commercial Checking | [REDACTED]7699 | 221,227.38 | 70,963.68 | (150,263.70) |
| **Total Value** | | **$248,165.20** | **$861,757.92** | **$613,592.72** |
| **Total Assets** | | **$248,165.20** | **$861,757.92** | **$613,592.72** |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 2 of 31



7558
SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Primary Account: 7558
For the Period 9/1/22 to 9/30/22

# Commercial Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | **26,937.82** |
| Deposits & Credits | 34 | 1,776,361.20 |
| Payments & Transfers | 14 | (1,012,504.78) |
| **Ending Balance** | **48** | **$790,794.24** |

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/01 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202208 CO Entry Descr:Global Depsec:CCD Trace#:091000018462163 Eed:220901 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2438462163Tc | 77,007.00 |
| 09/02 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014530408 Eed:220902 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2444530408Tc | 6,211.52 |
| 09/06 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014087663 Eed:220906 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2494087663Tc | 10,599.39 |
| 09/06 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014087665 Eed:220906 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2494087665Tc | 10,409.62 |
| 09/06 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014087667 Eed:220906 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2494087667Tc | 8,559.03 |
| 09/06 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014087661 Eed:220906 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2494087661Tc | 3,623.97 |
| 09/07 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000012048263 Eed:220907 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2492048263Tc | 2,325.09 |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 3 of 31

## Deposits & Credits CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/08 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000012823154 Eed:220908 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2502823154Tc | 33,540.27 |
| 09/09 | JPMorgan Access Transfer From Account [redacted]7699 | 100,000.00 |
| 09/12 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000018722530 Eed:220912 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2528722530Tc | 556,339.36 |
| 09/12 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000018309877 Eed:220912 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2558309877Tc | 4,944.48 |
| 09/12 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000018309879 Eed:220912 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2558309879Tc | 4,046.28 |
| 09/12 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000018309881 Eed:220912 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2558309881Tc | 3,063.21 |
| 09/13 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014225986 Eed:220913 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2554225986Tc | 1,687.83 |
| 09/14 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015137158 Eed:220914 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2565137158Tc | 8,741.14 |
| 09/15 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014940040 Eed:220915 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2574940040Tc | 8,354.38 |
| 09/16 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015140457 Eed:220916 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2585140457Tc | 3,554.59 |
| 09/19 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015669523 Eed:220919 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2625669523Tc | 12,831.37 |


## Deposits & Credits CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/19 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015669519 Eed:220919 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2625669519Tc | 11,472.20 |
| 09/19 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015669521 Eed:220919 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2625669521Tc | 4,436.62 |
| 09/20 | Credit / Deposit | 36,814.60 |
| 09/20 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000012967958 Eed:220920 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2622967958Tc | 13,014.11 |
| 09/21 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000011001205 Eed:220921 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2631001205Tc | 4,252.52 |
| 09/22 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014887110 Eed:220922 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2644887110Tc | 8,714.26 |
| 09/23 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000017828171 Eed:220923 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2657828171Tc | 2,551.38 |
| 09/26 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014535235 Eed:220926 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2694535235Tc | 9,502.13 |
| 09/26 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000014535233 Eed:220926 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2694535233Tc | 7,064.83 |
| 09/26 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000017224788 Eed:220926 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2667224788Tc | 2,892.68 |
| 09/27 | JPMorgan Access Transfer From Account [redacted]9022 | 193,107.18 |
| 09/27 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000018349449 Eed:220927 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2698349449Tc | 3,788.01 |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 5 of 31

10007011103000000064



## Deposits & Credits CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/28 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000017326261 Eed:220928 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2707326261Tc | 3,056.44 |
| 09/29 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000015701650 Eed:220929 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2715701650Tc | 1,923.43 |
| 09/30 | JPMorgan Access Transfer From Account0[redacted]9072 | 600,000.00 |
| 09/30 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Depsec:CCD Trace#:091000019781694 Eed:220930 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2729781694Tc | 17,932.28 |
| **Total Deposits & Credits** | | **$1,776,361.20** |

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/02 | Orig CO Name:Global Payments Orig ID:N469221406 Desc Date:202209 CO Entry Descr:Global Stlsec:CCD Trace#:091000015329179 Eed:220902 Ind ID:8788242944997 Ind Name:Spring Mountain Vineya Bankcard Processing Trn: 2445329179Tc | 13,624.53 |
| 09/08 | 09/08 JPMorgan Access Transfer To Account[redacted]9525 | 5,000.00 |
| 09/12 | Orig CO Name:Ipfs800-774-8282 Orig ID:8631659615 Desc Date: CO Entry Descr:Ipfspmtcafsec:CCD Trace#:101000019448069 Eed:220912 Ind ID:D19192 Ind Name:Spring Mountain Vineya Trn: 2559448069Tc | 245,568.67 |
| 09/13 | 09/13 JPMorgan Access Transfer To Account[redacted]9525 | 137,000.00 |
| 09/14 | 09/14 Fedwire Debit Via: Sil Vly Bk Scla/121140399 A/C: Malloy Imrie & Vasconi Ins Svcs St. Helena, CA 94574 US Ref: Inv# 38717 - $15,487.50 Excess D&O Inv# 38718 - $26,062.50 Primary D&O Inv# 38742 - $8,429.00 Equip Renewl/Time/15:32 Imad: 0914B1Qgc02C011315 Trn: 6021800257Jo | 49,979.00 |
| 09/15 | 09/15 Book Transfer Debit A/C: Getzler Henrich & Associates LLC New York NY 10017-6358 US Ref: Invoice #1-08 - $26,911.97 Trn: 8798900258Jo | 26,911.97 |
| 09/15 | 09/15 Fedwire Debit Via: Mypoint CU SD/322281484 A/C: Jay Conway/Elite Brands San Diego, CA 92122 US Imad: 0915B1Qgc07C024386 Trn: 8799000258Jo | 18,485.40 |
| 09/16 | 09/16 JPMorgan Access Transfer To Account[redacted]7699 | 91,400.00 |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 6 of 31



## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/20 | Orig CO Name:Pei Orig ID:7777700026 Desc Date:220919 CO Entry Descr:Web Pay Sec:CCD Trace#:242071753910850 Eed:220920 Ind ID:Pei Ind Name:Spring Mountain Vineya 8884729001 Trn: 2623910850Tc | 12,980.00 |
| 09/21 | 09/21 JPMorgan Access Transfer To Account [redacted]9525 | 5,000.00 |
| 09/23 | 09/23 Online Transfer To Chk ...9525 Transaction#: 15364809978 | 5,000.00 |
| 09/27 | 09/27 Fedwire Debit Via: Mid OR Fcu Bend/323274186 A/C: Btl Lining, Inc Prineville, OR 97754 US Ref: Ref: Spring Mountain Vineyard Inc. Imad: 0927B1Qgc08C008135 Trn: 4140100270Jo | 193,107.18 |
| 09/28 | 09/28 JPMorgan Access Transfer To Account [redacted]9525 | 155,924.00 |
| 09/29 | 09/29 Book Transfer Debit A/C: Getzler Henrich & Associates LLC New York NY 10017-6358 US Ref: Ref: Invoices 1-10, 1-11 Trn: 5915600272Jo | 52,524.03 |
| **Total Payments & Transfers** | | **($1,012,504.78)** |

*Your service charges, fees and earnings credit have been calculated through account analysis.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 103,944.82 | 09/13 | 448,101.67 | 09/22 | 355,531.09 |
| 09/02 | 96,531.81 | 09/14 | 406,863.81 | 09/23 | 353,082.47 |
| 09/06 | 129,723.82 | 09/15 | 369,820.82 | 09/26 | 372,542.11 |
| 09/07 | 132,048.91 | 09/16 | 281,975.41 | 09/27 | 376,330.12 |
| 09/08 | 160,589.18 | 09/19 | 310,715.60 | 09/28 | 223,462.56 |
| 09/09 | 260,589.18 | 09/20 | 347,564.31 | 09/29 | 172,861.96 |
| 09/12 | 583,413.84 | 09/21 | 346,816.83 | 09/30 | 790,794.24 |

10007011104000000064

[redacted]7699
SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY

Primary Account: [redacted]7558
For the Period 9/1/22 to 9/30/22

# Commercial Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | **221,227.38** |
| Deposits & Credits | 14 | 414,314.57 |
| Checks Paid | 59 | (391,174.19) |
| ATM & Debit Card Transactions | 28 | (5,907.20) |
| Payments & Transfers | 13 | (167,496.88) |
| **Ending Balance** | **114** | **$70,963.68** |

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/01 | Remote Online Deposit 1 | 231,075.00 |
| 09/02 | Remote Online Deposit 1 | 6,672.00 |
| 09/06 | Remote Online Deposit 1 | 8,232.00 |
| 09/08 | Remote Online Deposit 1 | 2,388.00 |
| 09/13 | Remote Online Deposit 1 | 13,508.00 |
| 09/14 | Remote Online Deposit 1 | 3,210.00 |
| 09/15 | Card Purchase Return 09/15 Adobe Inc 800-8336687 CA Card 3584 | 249.97 |
| 09/15 | Card Purchase Return 09/15 Adobe Inc 800-8336687 CA Card 3584 | 13.80 |
| 09/15 | Card Purchase Return 09/15 Adobe Inc 800-8336687 CA Card 3584 | 13.80 |
| 09/16 | Remote Online Deposit 1 | 720.00 |
| 09/16 | JPMorgan Access Transfer From Account [redacted]7558 | 91,400.00 |
| 09/19 | Remote Online Deposit 1 | 3,132.00 |
| 09/27 | Remote Online Deposit 1 | 51,330.00 |
| 09/28 | Remote Online Deposit 1 | 2,370.00 |
| **Total Deposits & Credits** | | **$414,314.57** |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 8 of 31



7699

SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY

**Primary Account:** ▓▓▓▓7558
**For the Period 9/1/22 to 9/30/22**

## Checks Paid



| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 60405 | 09/07 | 174.90 | 60517 | 09/09 | 99.72 | 60539 | 09/19 | 2,920.00 |
| 60420 | 09/26 | 712.00 | 60518 | 09/06 | 30.00 | 60540 | 09/19 | 339.80 |
| 60431 | 09/07 | 87.45 | 60519 | 09/07 | 7,300.70 | 60541 | 09/19 | 3,040.50 |
| 60486 | 09/01 | 1,165.63 | 60520 | 09/06 | 1,200.00 | 60542 | 09/20 | 11,176.68 |
| 60487 | 09/01 | 919.48 | 60521 | 09/06 | 936.25 | 60543 | 09/23 | 207.00 |
| 60496 | 09/07 | 1,261.73 | 60522 | 09/07 | 79,374.77 | 60545 | 09/21 | 1,601.56 |
| 60497 | 09/01 | 3,462.08 | 60523 | 09/09 | 4,759.82 | 60546 | 09/23 | 2,834.55 |
| 60498 | 09/02 | 1,118.00 | 60524 | 09/06 | 15,900.00 | 60548 | 09/19 | 538.54 |
| 60502 | 09/19 | 850.00 | 60525 | 09/16 | 17,973.92 | 60549 | 09/28 | 445.00 |
| 60503 | 09/07 | 179.25 | 60526 | 09/19 | 1,196.82 | 60550 | 09/22 | 129.24 |
| 60504 | 09/19 | 960.00 | 60527 | 09/14 | 4,804.59 | 60551 | 09/19 | 641.11 |
| 60505 | 09/06 | 445.00 | 60528 | 09/14 | 4,617.00 | 60552 | 09/22 | 63.00 |
| 60506 | 09/02 | 122.29 | 60529 | 09/15 | 4,053.83 | 60553 | 09/19 | 4,980.00 |
| 60510 | 09/13 | 578.00 | 60531 | 09/28 | 6,317.60 | 60554 | 09/23 | 1,000.00 |
| 60511 | 09/01 | 52,762.19 | 60532 | 09/15 | 6,000.00 | 60555 | 09/26 | 12,179.13 |
| 60512 | 09/06 | 4,875.80 | 60533 | 09/23 | 6,889.23 | 60557 | 09/26 | 7,094.02 |
| 60513 | 09/09 | 630.32 | 60534 | 09/15 | 14,263.82 | 60558 | 09/26 | 2,541.54 |
| 60514 | 09/09 | 127.71 | 60535 | 09/19 | 5,300.14 | 60559 | 09/27 | 43,465.70 |
| 60515 | 09/08 | 110.05 | 60537 | 09/20 | 14,505.51 | 60560 | 09/29 | 25,000.00 |
| 60516 | 09/08 | 216.70 | 60538 | 09/19 | 4,694.52 | | | |

**Total Checks Paid** ($391,174.19)

*You can view images of the checks above at JPMorganOnline.com. To enroll in JPMorgan Online, please contact your J.P. Morgan Team.*

Case: 22-10381    Doc# 69-6    Filed: 10/24/22    Entered: 10/24/22 14:50:08    Page 9 of 31

J.P.Morgan

7699
SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Primary Account: 7558
For the Period 9/1/22 to 9/30/22

## ATM & Debit Card Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 09/02 | Card Purchase | 09/01 Indeed 203-564-2400 CT Card 3584 | 225.63 |
| 09/02 | Card Purchase | 09/01 Computer Engineering G 707-2579701 CA Card 3584 | 6.00 |
| 09/06 | Card Purchase | 09/04 Indeed 203-564-2400 CT Card 3584 | 601.68 |
| 09/06 | Card Purchase | 09/05 Amazon Prime*1V0A370 Amzn.Com/Bill WA Card 3584 | 14.99 |
| 09/08 | Recurring Card Purchase | 09/07 Adobe Inc 800-8336687 CA Card 3584 | 254.87 |
| 09/09 | Card Purchase | 09/08 Indeed 203-564-2400 CT Card 3584 | 601.68 |
| 09/12 | Recurring Card Purchase | 09/10 Zoom.US 888-799-9666 Www.Zoom.US CA Card 3584 | 29.98 |
| 09/13 | Card Purchase | 09/12 Dsx Voice 415-500-4784 CA Card 3584 | 288.85 |
| 09/13 | Card Purchase | 09/12 Indeed 203-564-2400 CT Card 3584 | 601.68 |
| 09/14 | Recurring Card Purchase | 09/13 Att*Website Solutions 888-932-4678 TX Card 3584 | 28.00 |
| 09/14 | Recurring Card Purchase | 09/13 Canva* I03542-300851 Httpscanva.CO DE Card 3584 | 12.99 |
| 09/15 | Card Purchase | 09/14 Dsx Voice 415-500-4784 CA Card 3584 | 288.85 |
| 09/15 | Card Purchase | 09/14 Adobe Inc 800-8336687 CA Card 3584 | 13.80 |
| 09/15 | Card Purchase | 09/14 Adobe Inc 800-8336687 CA Card 3584 | 13.80 |
| 09/15 | Card Purchase | 09/14 Adobe Inc 800-8336687 CA Card 3584 | 21.24 |
| 09/16 | Recurring Card Purchase | 09/16 Vintrace Www.Winerysof CA Card 3584 | 620.48 |
| 09/19 | Card Purchase | 09/17 Amzn Mktp US*1M4S781 Amzn.Com/Bill WA Card 3584 | 159.59 |
| 09/19 | Card Purchase | 09/16 Amsterdam Prnt & Lith 800-842-6006 NY Card 3584 | 449.61 |
| 09/19 | Card Purchase | 09/17 Indeed 203-564-2400 CT Card 3584 | 601.68 |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 10 of 31



7699
SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Primary Account: 7558
For the Period 9/1/22 to 9/30/22

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|---|---|---|---|
| 09/19 | Recurring Card Purchase 09/18 Mailchimp 000-0000000 GA Card 3584 | | 159.00 |
| 09/21 | Card Purchase | 09/21 Amzn Mktp US*1U4th0Z Amzn.Com/Bill WA Card 3584 | 12.97 |
| 09/21 | Card Purchase | 09/21 Amzn Mktp US*1M2Nr9W Amzn.Com/Bill WA Card 3584 | 22.57 |
| 09/21 | Card Purchase | 09/21 Amzn Mktp US*1M7Lf5Q Amzn.Com/Bill WA Card 3584 | 11.28 |
| 09/21 | Card Purchase | 09/21 Msft * E0800Kd36B 800-6427676 WA Card 3584 | 212.50 |
| 09/22 | Card Purchase | 09/21 Amzn Mktp US*1U8Ip8O Amzn.Com/Bill WA Card 3584 | 283.11 |
| 09/22 | Card Purchase | 09/21 Amzn Mktp US*1U99D8N Amzn.Com/Bill WA Card 3584 | 26.88 |
| 09/22 | Card Purchase | 09/22 Amzn Mktp US*1U9Ud34 Amzn.Com/Bill WA Card 3584 | 8.88 |
| 09/29 | Card Purchase | 09/28 Hp *Hp.Com Store 888-345-5409 CA Card 3584 | 334.61 |
| **Total ATM & Debit Card Transactions** | | | **($5,907.20)** |

## ATM & Debit Card Summary

| | | |
|---|---|---|
| RONALD PAUL ROSENBRAND Card 3584 | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $5,907.20 |
| | Total Card Deposits & Credits | $277.57 |
| ATM & DEBIT CARD TOTALS | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $5,907.20 |
| | Total Card Deposits & Credits | $277.57 |



**■■■■■■7699**

SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY

Primary Account: ■■■■■■7558
For the Period 9/1/22 to 9/30/22

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 09/02 | Orig CO Name:Ford Motor CR    Orig ID:3534610003 Desc Date:220901 CO Entry Descr:Fordcreditsec:Web Trace#:021000025329185 Eed:220902  Ind ID:061106820    Ind Name:Spring Mountain Vineya Trn: 2445329185Tc | 1,025.00 |
| 09/02 | Orig CO Name:Ford Motor CR    Orig ID:3534610003 Desc Date:220901 CO Entry Descr:Fordcreditsec:Web Trace#:021000025329184 Eed:220902  Ind ID:061041129    Ind Name:Spring Mountain Vineya Trn: 2445329184Tc | 899.99 |
| 09/02 | Orig CO Name:Ford Motor CR    Orig ID:3534610003 Desc Date:220901 CO Entry Descr:Fordcreditsec:Web Trace#:021000025329183 Eed:220902  Ind ID:059377948    Ind Name:Spring Mountain Vineya Trn: 2445329183Tc | 673.69 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917810 Eed:220907  Ind ID:27916807090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917810Tc | 3,294.16 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917808 Eed:220907  Ind ID:27916482090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917808Tc | 2,449.26 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917806 Eed:220907  Ind ID:27915436090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917806Tc | 504.18 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917805 Eed:220907  Ind ID:27915179090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917805Tc | 467.70 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917809 Eed:220907  Ind ID:27916651090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917809Tc | 155.97 |
| 09/07 | Orig CO Name:Pgande    Orig ID:5940742640 Desc Date:SEP 22 CO Entry Descr:Web Onlinesec:Web Trace#:028000082917807 Eed:220907  Ind ID:27916290090622    Ind Name:Spring Mountain Vineya Web Online Trn: 2492917807Tc | 11.94 |
| 09/08 | 09/08 Book Transfer Debit A/C: Getzler Henrich & Associates LLC New York NY 10017-6358 US Ref: Invoice #1-06 - $25,243.93 Invoice #1-07 - $25,143.75 Trn: 8239300251Jo | 50,387.68 |
| 09/09 | 09/09 JPMorgan Access Transfer To Account■■■■■■7558 | 100,000.00 |

Case: 22-10381   Doc# 69-6   Filed: 10/24/22   Entered: 10/24/22 14:50:08   Page 12 of 31

**J.P.Morgan**


███████7699
SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Primary Account: ███████7558
For the Period 9/1/22 to 9/30/22

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/21 | Orig CO Name:Dlx For Business Orig ID:1411877307 Desc Date:220920 CO Entry Descr:Deluxe Sbssec:CCD Trace#:042000011651501 Eed:220921 Ind ID:02052253788128 Ind Name:Spring Mountain Vineya Trn: 2631651501Tc | 424.39 |
| 09/23 | Orig CO Name:CA Dept Tax Fee Orig ID:2822162215 Desc Date:220923 CO Entry Descr:Cdtfa Epmtsec:CCD Trace#:122000499457096 Eed:220923 Ind ID:12544822 Ind Name:Spring Mountain Vineya Trn: 2669457096Tc | 7,202.92 |
| **Total Payments & Transfers** | | **($167,496.88)** |

*Your service charges, fees and earnings credit have been calculated through account analysis.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 393,993.00 | 09/13 | 142,769.61 | 09/22 | 133,486.98 |
| 09/02 | 396,594.40 | 09/14 | 136,517.03 | 09/23 | 115,353.28 |
| 09/06 | 380,822.68 | 09/15 | 112,139.26 | 09/26 | 92,826.59 |
| 09/07 | 285,560.67 | 09/16 | 185,664.86 | 09/27 | 100,690.89 |
| 09/08 | 236,979.37 | 09/19 | 161,965.55 | 09/28 | 96,298.29 |
| 09/09 | 130,760.12 | 09/20 | 136,283.36 | 09/29 | 70,963.68 |
| 09/12 | 130,730.14 | 09/21 | 133,998.09 | | |

10007011107000000064

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 13 of 31



Primary Account: [redacted]7558

For the Period 9/1/22 to 9/30/22

## Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60405
Jul 12, 2022
PAY TO THE ORDER OF The Hitmen Termite & Pest, Inc
600 East Todd Road
Santa Rosa, CA 95407
$ 174.90
One Hundred Seventy-Four and 90/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060405 071000013

005570206645 SEP 07 #0000060405 $174.90

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60420
Jul 26, 2022
PAY TO THE ORDER OF CT Corporation System
880 N Rush St.
Chicago, IL 60611-2747
$ 712.00
Seven Hundred Twelve and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060420 071000013

004280354326 SEP 26 #0000060420 $712.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60431
Jul 26, 2022
PAY TO THE ORDER OF The Hitmen Termite & Pest, Inc
600 East Todd Road
Santa Rosa, CA 95407
$ 87.45
Eighty-Seven and 45/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060431 071000013

005570206640 SEP 07 #0000060431 $87.45

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60486
Aug 26, 2022
PAY TO THE ORDER OF Brown's Auto Parts
1218 Main Street
St. Helena, CA 94574
$ 1,165.63
One Thousand One Hundred Sixty-Five and 63/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060486 071000013

003580276032 SEP 01 #0000060486 $1,165.63

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60487
Aug 26, 2022
PAY TO THE ORDER OF Brown's Auto Parts
1218 Main Street
St. Helena, CA 94574
$ 919.48
Nine Hundred Nineteen and 48/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060487 071000013

003580276031 SEP 01 #0000060487 $919.48

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60496
Aug 26, 2022
PAY TO THE ORDER OF My Enologist, Inc.
1370 Trancas Street, #789
Napa, CA 94558
$ 1,261.73
One Thousand Two Hundred Sixty-One and 73/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060496 071000013

003390837653 SEP 07 #0000060496 $1,261.73

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60497
Aug 26, 2022
PAY TO THE ORDER OF Sovos Compliance LLC
PO Box 347977
Pittsburg, PA 15251-4977
USA
$ 3,462.08
Three Thousand Four Hundred Sixty-Two and 08/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060497 071000013

002670279092 SEP 01 #0000060497 $3,462.08

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60498
Aug 26, 2022
PAY TO THE ORDER OF Missing Link Networks, Inc.
PO Box 497
Calistoga, CA 94515
$ 1,118.00
One Thousand One Hundred Eighteen and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060498 071000013

003290264489 SEP 02 #0000060498 $1,118.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Check Number 60502
Aug 26, 2022
PAY TO THE ORDER OF A-1 PRO ENTERTAINMENT
1962 WILKINS COURT
NAPA, CA 94559
USA
$ 850.00
Eight Hundred Fifty and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
060502 071000013

009270430179 SEP 19 #0000060502 $850.00

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 14 of 31



## Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Check Number 60503
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF Big Sky Enterprises PO Box 481 Benicia, CA 94510
$ 179.25
One Hundred Seventy-Nine and 25/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060503 071000013 [redacted]

004290788115 SEP 07 #0000060503 $179.25

Check Number 60504
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF CPA Valet 448 Ignacio Blvd., #251 Novato, CA 94949
$ 960.00
Nine Hundred Sixty and 00/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060504 071000013 [redacted]

004290420627 SEP 19 #0000060504 $960.00

Check Number 60505
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF Napa Valley Vintners Association PO Box 141 St. Helena, CA 94574
$ 445.00
Four Hundred Forty-Five and 00/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060505 071000013 [redacted]

008770053116 SEP 06 #0000060505 $445.00

Check Number 60506
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF Direct TV P.O. Box 105249 Atlanta, GA 30348-5249
$ 122.29
One Hundred Twenty-Two and 29/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060506 071000013 [redacted]

002790333015 SEP 02 #0000060506 $122.29

Check Number 60510
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF Merry Maids 2038 Redwood Road Napa, CA 94558
$ 578.00
Five Hundred Seventy-Eight and 00/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060510 071000013 [redacted]

002290133147 SEP 13 #0000060510 $578.00

Check Number 60511
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Aug 26, 2022
PAY TO THE ORDER OF Getzler Henrich 295 Madison Ave 20th Floor New York, NY 10017
$ 52,762.19
Fifty-Two Thousand Seven Hundred Sixty-Two and 19/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060511 071000013 [redacted]

009670941593 SEP 01 #0000060511 $52,762.19

Check Number 60512
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 1, 2022
PAY TO THE ORDER OF United Rentals File 51122 Los Angeles, CA 90074-1122
$ 4,875.80
Four Thousand Eight Hundred Seventy-Five and 80/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060512 071000013 [redacted]

008790402348 SEP 06 #0000060512 $4,875.80

Check Number 60513
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 1, 2022
PAY TO THE ORDER OF Central Valley 1804 Soscol Ave #205 Napa, CA 94589
$ 630.32
Six Hundred Thirty and 32/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060513 071000013 [redacted]

009980905396 SEP 09 #0000060513 $630.32

Check Number 60514
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 1, 2022
PAY TO THE ORDER OF Wilson's Feed and Supply 1700 Yajome Street Napa, CA 94558
$ 127.71
One Hundred Twenty-Seven and 71/100 Dollars DOLLARS
MEMO AUTHORIZED SIGNATURE
060514 071000013 [redacted]

002290782209 SEP 09 #0000060514 $127.71

10007011108000000064

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 15 of 31




Primary Account: [redacted]7558

For the Period 9/1/22 to 9/30/22

## Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60515

Sep 1, 2022

PAY TO THE ORDER OF Scarpete Hay Sales
PO Box 35
Penngrove, CA 94951

$ 110.05

One Hundred Ten and 05/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060515⑈ ⑆071000013⑆

008490935048 SEP 08 #0000060515 $110.05

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60516

Sep 1, 2022

PAY TO THE ORDER OF Steves Hardware, Inc.
1370 Main Street
St. Helena, CA 94574

$ 216.70

Two Hundred Sixteen and 70/100 Dollars DOLLARS

MEMO 17559

AUTHORIZED SIGNATURE

⑈060516⑈ ⑆071000013⑆

009990263571 SEP 08 #0000060516 $216.70

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60517

Sep 1, 2022

PAY TO THE ORDER OF Steves Hardware, Inc.
1370 Main Street
St. Helena, CA 94574

$ 99.72

Ninety-Nine and 72/100 Dollars DOLLARS

MEMO 17559

AUTHORIZED SIGNATURE

⑈060517⑈ ⑆071000013⑆

002290917209 SEP 09 #0000060517 $99.72

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60518

Sep 1, 2022

PAY TO THE ORDER OF OK Tire Store
910 Dowdell Lane
St. Helena, CA 94574

$ 30.00

Thirty and 00/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060518⑈ ⑆071000013⑆

008770005105 SEP 06 #0000060518 $30.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60519

Sep 1, 2022

PAY TO THE ORDER OF Napa Valley Petroleum
PO Box 2670
Napa, CA 94558-0528

$ 7,300.70

Seven Thousand Three Hundred and 70/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060519⑈ ⑆071000013⑆

004290756050 SEP 07 #0000060519 $7,300.70

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60520

Sep 1, 2022

PAY TO THE ORDER OF Calistoga Solutions Electric
1710 Cedar Street
Calistoga, CA 94515

$ 1,200.00

One Thousand Two Hundred and 00/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060520⑈ ⑆071000013⑆

002070898560 SEP 06 #0000060520 $1,200.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60521

Sep 1, 2022

PAY TO THE ORDER OF PJ Fairbairn

$ 936.25

Nine Hundred Thirty-Six and 25/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060521⑈ ⑆071000013⑆

007090954374 SEP 06 #0000060521 $936.25

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60522

Sep 1, 2022

PAY TO THE ORDER OF Wine Service Co-operative
1150 Dowdell Lane
St. Helena, CA 94574

$ 79,374.77

Seventy-Nine Thousand Three Hundred Seventy-Four and 77/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060522⑈ ⑆071000013⑆

005570682090 SEP 07 #0000060522 $79,374.77

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747

J.P.MORGAN CHASE BANK, N.A.
2-1/710

Check Number 60523

Sep 1, 2022

PAY TO THE ORDER OF Dickenson, Peatman & Fogarty
1455 First Street, #301
Napa, CA 94559

$ 4,759.82

Four Thousand Seven Hundred Fifty-Nine and 82/100 Dollars DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈060523⑈ ⑆071000013⑆

003290153965 SEP 09 #0000060523 $4,759.82

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.



## Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60524
Sep 1, 2022
PAY TO THE ORDER OF Dal Poggetto & Company LLP, 149 Stony Circle, Suite 100, Santa Rosa, CA 95401-4105
$15,900.00
Fifteen Thousand Nine Hundred and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060524⑈ ⑆071000013⑆ [redacted]

008770655613 SEP 06 #0000060524 $15,900.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60525
Sep 8, 2022
PAY TO THE ORDER OF Belkorp AG, LLC, 2413 Crows Landing Road, Modesto, CA 95358
$17,973.92
Seventeen Thousand Nine Hundred Seventy-Three and 92/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060525⑈ ⑆071000013⑆ [redacted]

007370341484 SEP 16 #0000060525 $17,973.92

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60526
Sep 8, 2022
PAY TO THE ORDER OF Central Valley, 1804 Soscol Ave #205, Napa, CA 94559
$1,196.82
One Thousand One Hundred Ninety-Six and 82/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060526⑈ ⑆071000013⑆ [redacted]

009980790077 SEP 19 #0000060526 $1,196.82

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60527
Sep 8, 2022
PAY TO THE ORDER OF Wilbur-Ellis Co., PO Box 45326, San Francisco, CA 94145-0326
$4,804.59
Four Thousand Eight Hundred Four and 59/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060527⑈ ⑆071000013⑆ [redacted]

009490264829 SEP 14 #0000060527 $4,804.59

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60528
Sep 8, 2022
PAY TO THE ORDER OF Dellavalle Laboratory, Inc., 1910 West McKinley, Suite 110, Fresno, CA 93728
$4,617.00
Four Thousand Six Hundred Seventeen and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060528⑈ ⑆071000013⑆ [redacted]

009290603568 SEP 14 #0000060528 $4,617.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60529
Sep 8, 2022
PAY TO THE ORDER OF Ramondin U.S.A., Inc., 541 Technology Way, Napa, CA 94558
$4,053.83
Four Thousand Fifty-Three and 83/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060529⑈ ⑆071000013⑆ [redacted]

104090299350 SEP 15 #0000060529 $4,053.83

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60531
Sep 8, 2022
PAY TO THE ORDER OF Dickenson, Peatman & Fogarty, 1455 First Street, #301, Napa, CA 94559
$6,317.60
Six Thousand Three Hundred Seventeen and 60/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060531⑈ ⑆071000013⑆ [redacted]

004180154180 SEP 28 #0000060531 $6,317.60

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60532
Sep 8, 2022
PAY TO THE ORDER OF Dal Poggetto & Company LLP, 149 Stony Circle, Suite 100, Santa Rosa, CA 95401-4105
$6,000.00
Six Thousand and 00/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060532⑈ ⑆071000013⑆ [redacted]

003290207249 SEP 15 #0000060532 $6,000.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60533
Sep 15, 2022
PAY TO THE ORDER OF Dermot Whelan, 2218 Valley Road, Oceanside, CA 92056
$6,889.23
Six Thousand Eight Hundred Eighty-Nine and 23/100 Dollars DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060533⑈ ⑆071000013⑆ [redacted]

002190895114 SEP 23 #0000060533 $6,889.23

10007011109000000064

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 17 of 31


Primary Account: ██████7558

For the Period 9/1/22 to 9/30/22

## Commercial Checking

██████7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Check Number 60534
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Ron Rosenbrand
PO Box 4197
Napa, CA 94558
$ 14,263.82
Fourteen Thousand Two Hundred Sixty-Three and 82/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060534⑈ ⑆071000013⑆

004870945985 SEP 15 #0000060534 $14,263.82

Check Number 60535
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Fidelity Investments
PO Box 77001
Cincinnati, OH 45277-0003
$ 5,300.14
Five Thousand Three Hundred and 14/100 Dollars
1 9/19/2022 1500 0107 078
DOLLARS
MEMO 2BT-020982
AUTHORIZED SIGNATURE
⑈060535⑈ ⑆071000013⑆

004590157818 SEP 19 #0000060535 $5,300.14

Check Number 60537
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Doshier Gregson, Inc.
5365 Broadway Street
American Canyon, CA 94503
$ 14,505.51
Fourteen Thousand Five Hundred Five and 51/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060537⑈ ⑆071000013⑆

002470605300 SEP 20 #0000060537 $14,505.51

Check Number 60538
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Napa Valley Petroleum
PO Box 2670
Napa, CA 94558-0528
$ 4,694.52
Four Thousand Six Hundred Ninety-Four and 52/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060538⑈ ⑆071000013⑆

002880689300 SEP 19 #0000060538 $4,694.52

Check Number 60539
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF FELIX GUZMAN GONZALEZ
$ 2,920.00
Two Thousand Nine Hundred Twenty and 00/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060539⑈ ⑆071000013⑆

002880689187 SEP 19 #0000060539 $2,920.00

Check Number 60540
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF W.W. Grainger, Inc.
Dept. 838406189
Palatine, IL 60038-0001
$ 339.80
Three Hundred Thirty-Nine and 80/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060540⑈ ⑆071000013⑆

003790349039 SEP 19 #0000060540 $339.80

Check Number 60541
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Ramondin U.S.A., Inc.
541 Technology Way
Napa, CA 94558
$ 3,040.50
Three Thousand Forty and 50/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060541⑈ ⑆071000013⑆

106380308866 SEP 19 #0000060541 $3,040.50

Check Number 60542
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF Wine Technology America
474 Walten Way
Windsor, CA 95492
$ 11,176.68
Eleven Thousand One Hundred Seventy-Six and 68/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060542⑈ ⑆071000013⑆

002470541707 SEP 20 #0000060542 $11,176.68

Check Number 60543
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
00126
J.P.MORGAN CHASE BANK, N.A.
2-1/710
Sep 15, 2022
PAY TO THE ORDER OF ETS Laboratories
899-A Adams Street
St. Helena, CA 94574
$ 207.00
Two Hundred Seven and 00/100 Dollars
DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈060543⑈ ⑆071000013⑆

009980870300 SEP 23 #0000060543 $207.00

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.

J.P.Morgan

Page 18 of 22



# Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60545
Sep 15, 2022
PAY TO THE ORDER OF Prospero Engineering 7587 Bell Road Windsor, CA 95492
$ 1,601.56
One Thousand Six Hundred One and 56/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060545⑈ ⑆071000013⑆ [redacted]

004870128894 SEP 21 #0000060545 $1,601.56

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60546
Sep 15, 2022
PAY TO THE ORDER OF My Enologist, Inc. 1370 Trancas Street, #789 Napa, CA 94558
$ 2,834.55
Two Thousand Eight Hundred Thirty-Four and 55/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060546⑈ ⑆071000013⑆ [redacted]

009980870072 SEP 23 #0000060546 $2,834.55

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60548
Sep 15, 2022
PAY TO THE ORDER OF Catherine White
$ 538.54
Five Hundred Thirty-Eight and 54/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060548⑈ ⑆071000013⑆ [redacted]

001470680465 SEP 19 #0000060548 $538.54

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60549
Sep 15, 2022
PAY TO THE ORDER OF Napa Valley Vintners Association PO Box 141 St. Helena, CA 94574
$ 445.00
Four Hundred Forty-Five and 00/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060549⑈ ⑆071000013⑆ [redacted]

008490043485 SEP 28 #0000060549 $445.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60550
Sep 15, 2022
PAY TO THE ORDER OF Direct TV P.O. Box 105249 Atlanta, GA 30348-5249
$ 129.24
One Hundred Twenty-Nine and 24/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060550⑈ ⑆071000013⑆ [redacted]

009490239491 SEP 22 #0000060550 $129.24

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60551
Sep 15, 2022
PAY TO THE ORDER OF Don's Swimming Pool Center 1403 Lincoln Avenue Napa, CA 94558
$ 641.11
Six Hundred Forty-One and 11/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060551⑈ ⑆071000013⑆ [redacted]

002880597602 SEP 19 #0000060551 $641.11

2749305
SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60552
Sep 15, 2022
PAY TO THE ORDER OF ABC Santa Rosa 50 D Street Room 130 Santa Rosa, CA 95404
$ 63.00
Sixty-Three and 00/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060552⑈ ⑆071000013⑆ [redacted]

005480505906 SEP 22 #0000060552 $63.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60553
Sep 15, 2022
PAY TO THE ORDER OF Nicholas & Hicks, Inc. 1294 East 1st Ave. Suite 110 Chico, CA 95926
$ 4,980.00
Four Thousand Nine Hundred Eighty and 00/100 Dollars
MEMO
AUTHORIZED SIGNATURE
⑈060553⑈ ⑆071000013⑆ [redacted]

002880554936 SEP 19 #0000060553 $4,980.00

SPRING MOUNTAIN VINEYARD INC.
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO, IL 606112747
J.P.MORGAN CHASE BANK, N.A. 2-1/710
Check Number 60554
Sep 16, 2022
PAY TO THE ORDER OF Napa County Dept of Enviroment 1195 Third Street, Suite 210 Napa, CA 94559
$ 1,000.00
One Thousand and 00/100 Dollars
MEMO ENG22-00002
AUTHORIZED SIGNATURE
⑈060554⑈ ⑆071000013⑆ [redacted]

002290302380 SEP 23 #0000060554 $1,000.00

10007011110000000064

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.


Primary Account: [redacted]7558

For the Period 9/1/22 to 9/30/22

## Commercial Checking

[redacted]7699 SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

008670665028 SEP 26 #0000060555 $12,179.13

003680244803 SEP 26 #0000060557 $7,094.02

003680452513 SEP 26 #0000060558 $2,541.54

002180440146 SEP 27 #0000060559 $43,465.70

009070941619 SEP 29 #0000060560 $25,000.00

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.JPMorganOnline.com.

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 20 of 31



# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-consumers, use your J.P. Morgan Team contact information) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transactions:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member FINRA and SIPC.

**Investment Products: Not FDIC insured • No bank guarantee • May lose value**



Primary Account: [redacted]7558
For the Period 9/1/22 to 9/30/22

This Page Intentionally Left Blank

J.P.Morgan
Page 22 of 22

JP Morgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Primary Acc
For the

## J.P. Morgan Team

Rebecca Gray
Francois-Arsene Ekoko
For assistance after business hours, 7 days a week
Deaf and Hard of Hearing
Online access: **www.jpmorganonline.com**

00000314 DPB 111 161 27422 NNNNNNNNNNN T 1 000000000 60 0000
SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY
C/O BOKER INVESTMENT MGMT INC
660 N RUSH
CHICAGO IL 60611-2747

# Commercial Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | **263,457.81** |
| Deposits & Credits | 1 | 193,107.18 |
| Payments & Transfers | 2 | (393,107.18) |
| **Ending Balance** | **3** | **$63,457.81** |

J.P.Morgan


## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/26 | Fedwire Credit Via: First Republic Bank/321081669 B/O: Mgg Investment Group Lp Fbo Mgg Funnew York-NY-10119 Ref: Chase Nyc/Ctr/Bnf=Spring Mountain Vineyard Inc. Dba Chicago IL 60611-2 747 US/Ac-000000000092 Rfb=O/B Fst Rep Bk S Obi=Attn: Sinon P. Bennett Bbi=/Acc/DDA/9239022 Spring Mounta IN VI Neyard Inc Imad: 0926Mmqfmprn003038 Trn: 0562460269Ff | 193,107.18 |
| **Total Deposits & Credits** | | **$1 )3,1 7.18** |

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/27 | 09/27 JPMorgan Access Transfer To Account [redacted] 7558 | 193,107.18 |
| 09/29 | 09/29 Fedwire Debit Via: Cy Natl Bk LA/122016066 A/C: Greenspoon Marder Llp IOLTA Trust FT Lauderdale US Ref: Ref: Spring Mountain Vineyard Inc. Attn: Victor Sahn/Time/16:56 Imad: 0929B1Qgc03C013295 Trn: 8142400272Jo | 200,000.00 |
| **Total Payments & Transfers** | | **($3 )3,1 7.18)** |

## Daily Ending Balance

| Date | Amount |
|---|---|
| 09/26 | 456,564.99 |
| 09/27 | 263,457.81 |
| 09/29 | 63,457.81 |

*Your service charges, fees and earnings credit have been calculated through account analysis.*



Primary Account: [redacted] 22
For the Period 9/1/22 to 9/30/22

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-consumers, use your J.P. Morgan Team contact information) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transactions:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member FINRA and SIPC.

10003140202000000062

**Investment Products: Not FDIC insured • No bank guarantee • May lose value**

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 25 of 31



This Page Intentionally Left Blank

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 26 of 31



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

**Primary Account: 9525**
**For the Period 9/1/22 to 9/30/22**

## J.P. Morgan Team

| | |
|---|---|
| Rebecca Gray | (877) 576-0415 |
| Francois-Arsene Ekoko | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: **www.jpmorganonline.com** | |

00000680 DPI 111 161 27422 NNNNNNNNNNN P 1 000000000 60 0000
SPRING MOUNTAIN VINEYARD INC. DBA GOOD
WINE COMPANY
C/O BOKER INVESTMENT MANAGEMENT
660 N RUSH ST
CHICAGO IL 60611-2747

# Commercial Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | **83,600.60** |
| Deposits & Credits | 7 | 309,221.56 |
| Checks Paid | 64 | (101,783.34) |
| Payments & Transfers | 19 | (244,078.48) |
| **Ending Balance** | **90** | **$46,960.34** |

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 27 of 31

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/08 | JPMorgan Access Transfer From Account [redacted]7558 | 5,000.00 |
| 09/13 | JPMorgan Access Transfer From Account [redacted]7558 | 137,000.00 |
| 09/15 | Orig CO Name:Paychex Inc. Orig ID:1161124166 Desc Date: CO Entry Descr:Payroll Sec:CCD Trace#:043000095042331 Eed:220915 Ind ID:98958300046915X Ind Name:Spring Mountain Vineya Trn: 2575042331Tc | 387.45 |
| 09/19 | Orig CO Name:Advantage Busine Orig ID:9000750020 Desc Date: CO Entry Descr:Cash C&D Sec:CCD Trace#:064101672614487 Eed:220919 Ind ID:000408163 Ind Name:Spring Mountain Vineya Trn: 2592614487Tc | 910.11 |
| 09/21 | JPMorgan Access Transfer From Account [redacted]7558 | 5,000.00 |
| 09/23 | Online Transfer From Chk ...7558 Transaction#: 15364809978 | 5,000.00 |
| 09/28 | JPMorgan Access Transfer From Account [redacted]7558 | 155,924.00 |
| **Total Deposits & Credits** | | **$309,221.56** |

## Checks Paid

| Check Number | Date Paid | Amount |
|---|---|---|
| 36878 | 09/07 | 758.44 |
| 36897 | 09/07 | 1,209.47 |
| 36899 | 09/06 | 1,475.07 |
| 36915 | 09/01 | 8,666.92 |
| 36917 | 09/26 | 1,389.84 |
| 36934 | 09/15 | 8,666.92 |
| 36943 | 09/30 | 504.15 |
| 101143 | 09/06 | 1,417.07 |
| 101144 | 09/07 | 1,322.54 |
| 101146 | 09/02 | 1,445.86 |
| 101147 | 09/02 | 1,438.67 |
| 101148 | 09/02 | 1,498.35 |
| 101149 | 09/02 | 1,474.63 |
| 101150 | 09/02 | 598.42 |
| 101151 | 09/02 | 1,606.27 |
| 101152 | 09/02 | 1,576.27 |
| 101155 | 09/07 | 1,382.44 |
| 101156 | 09/02 | 1,887.32 |
| 101157 | 09/02 | 984.48 |
| 101158 | 09/02 | 604.98 |
| 101159 | 09/06 | 752.99 |
| 101160 | 09/06 | 1,276.08 |
| 101161 | 09/02 | 1,445.86 |
| 101162 | 09/02 | 1,480.32 |
| 101163 | 09/01 | 1,486.31 |
| 101167 | 09/02 | 1,531.58 |
| 101168 | 09/02 | 1,508.99 |
| 101169 | 09/06 | 1,512.17 |
| 101170 | 09/02 | 1,512.17 |
| 101172 | 09/02 | 1,499.75 |
| 101174 | 09/02 | 1,512.84 |
| 101179 | 09/06 | 1,520.22 |
| 101180 | 09/08 | 1,520.22 |
| 101181 | 09/02 | 1,519.39 |
| 101182 | 09/20 | 1,445.86 |
| 101183 | 09/19 | 1,071.12 |



████████9525

**SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY**

**Primary Account:** ████████9525
**For the Period 9/1/22 to 9/30/22**

## Checks Paid CONTINUED

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 101185 | 09/15 | 1,330.05 | 101197 | 09/15 | 1,365.10 | 101210 | 09/22 | 1,398.23 |
| 101186 | 09/15 | 932.28 | 101198 | 09/19 | 1,154.95 | 101212 | 09/19 | 1,303.04 |
| 101187 | 09/15 | 1,270.99 | 101199 | 09/15 | 1,138.12 | 101217 | 09/19 | 1,416.21 |
| 101188 | 09/16 | 1,378.14 | 101200 | 09/22 | 1,327.82 | 101218 | 09/22 | 1,365.10 |
| 101189 | 09/15 | 1,378.13 | 101201 | 09/16 | 1,348.19 | 101219 | 09/16 | 1,365.09 |
| 101190 | 09/16 | 1,378.13 | 101205 | 09/19 | 1,374.38 | 101221 | 09/30 | 1,211.09 |
| 101191 | 09/16 | 1,634.19 | 101206 | 09/16 | 1,374.38 | 101228 | 09/30 | 1,915.69 |
| 101194 | 09/20 | 1,365.09 | 101207 | 09/16 | 1,354.97 | 101229 | 09/30 | 1,894.83 |
| 101195 | 09/20 | 1,878.79 | 101208 | 09/16 | 1,354.99 | 101258 | 09/30 | 1,519.40 |
| 101196 | 09/15 | 1,551.99 | | | | | | |

**Total Checks Paid** ($101,783.34)

*You can view images of the checks above at JPMorganOnline.com. To Enroll in JPMorgan Online, please contact your J.P. Morgan Team.*



## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/01 | Orig CO Name:Advantage Payrol      Orig ID:9000000020 Desc Date:090122 CO Entry Descr:Payroll   Sec:CCD    Trace#:064101679203360 Eed:220901   Ind ID:000408163           Ind Name:Spring Mountain Vineya Trn: 2439203360Tc | 20,389.43 |
| 09/01 | Orig CO Name:Advantage Payrol      Orig ID:9000000020 Desc Date:090122 CO Entry Descr:Payroll   Sec:CCD    Trace#:064101679203361 Eed:220901   Ind ID:000408941           Ind Name:Spring Mountain Vineya Trn: 2439203361Tc | 13,797.11 |
| 09/12 | Orig CO Name:Paychex Eib      Orig ID:3161124166 Desc Date:220912 CO Entry Descr:Invoice   Sec:CCD    Trace#:021000029315553 Eed:220912   Ind ID:X98806900000557         Ind Name:Spring Mountain Vineya Trn: 2529315553Tc | 533.47 |
| 09/12 | Orig CO Name:Paychex Eib      Orig ID:3161124166 Desc Date:220912 CO Entry Descr:Invoice   Sec:CCD    Trace#:021000029315552 Eed:220912   Ind ID:X98806900000556         Ind Name:Spring Mountain Vineya Trn: 2529315552Tc | 333.33 |
| 09/14 | Orig CO Name:Paychex Inc.      Orig ID:1161124166 Desc Date:      CO Entry Descr:Payroll   Sec:CCD    Trace#:021000025854154 Eed:220914   Ind ID:98934700004332X         Ind Name:Spring Mountain Vineya Trn: 2565854154Tc | 42,154.09 |

Case: 22-10381   Doc# 69-6   Filed: 10/24/22   Entered: 10/24/22 14:50:08   Page 29 of 31

**J.P.Morgan**


## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/14 | Orig CO Name:Paychex Inc. Orig ID:1161124166 Desc Date: CO Entry Descr:Payroll Sec:CCD Trace#:021000025854155 Eed:220914 Ind ID:98934700004350X Ind Name:Spring Mountain Vineya Trn: 2565854155Tc | 21,807.64 |
| 09/14 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:220914 CO Entry Descr:Invoice Sec:CCD Trace#:021000025854158 Eed:220914 Ind ID:X98928500000301 Ind Name:Spring Mountain Vineya Trn: 2565854158Tc | 2,998.50 |
| 09/14 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:220914 CO Entry Descr:Invoice Sec:CCD Trace#:021000025854157 Eed:220914 Ind ID:X98928500000300 Ind Name:Spring Mountain Vineya Trn: 2565854157Tc | 576.70 |
| 09/14 | Orig CO Name:Paychex Cgs Orig ID:1161124166 Desc Date:091422 CO Entry Descr:Garnish Sec:CCD Trace#:043000095854160 Eed:220914 Ind ID:Col0105854912 Ind Name:Spring Mountain Vineya Trn: 2565854160Tc | 433.84 |
| 09/15 | Orig CO Name:Advantage Payrol Orig ID:9000000020 Desc Date:091522 CO Entry Descr:Payroll Sec:CCD Trace#:064101675866987 Eed:220915 Ind ID:000408163 Ind Name:Spring Mountain Vineya Trn: 2575866987Tc | 21,754.12 |
| 09/15 | Orig CO Name:Advantage Payrol Orig ID:9000000020 Desc Date:091522 CO Entry Descr:Payroll Sec:CCD Trace#:064101675866988 Eed:220915 Ind ID:000408941 Ind Name:Spring Mountain Vineya Trn: 2575866988Tc | 13,711.32 |
| 09/16 | Orig CO Name:Advantage Payrol Orig ID:9000000020 Desc Date:091622 CO Entry Descr:Payroll Sec:CCD Trace#:064101675907730 Eed:220916 Ind ID:000408163 Ind Name:Spring Mountain Vineya Trn: 2585907730Tc | 811.81 |
| 09/29 | Orig CO Name:Paychex Inc. Orig ID:1161124166 Desc Date: CO Entry Descr:Payroll Sec:CCD Trace#:091000016313819 Eed:220929 Ind ID:99140000034226X Ind Name:Spring Mountain Vineya Trn: 2716313819Tc | 36,384.99 |
| 09/29 | Orig CO Name:Paychex Inc. Orig ID:1161124166 Desc Date: CO Entry Descr:Payroll Sec:CCD Trace#:091000016313820 Eed:220929 Ind ID:99140000034231X Ind Name:Spring Mountain Vineya Trn: 2716313820Tc | 24,068.45 |
| 09/29 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:220929 CO Entry Descr:Invoice Sec:CCD Trace#:021000026313817 Eed:220929 Ind ID:X99138500000579 Ind Name:Spring Mountain Vineya Trn: 2716313817Tc | 2,998.50 |
| 09/29 | Orig CO Name:Paychex Eib Orig ID:3161124166 Desc Date:220929 CO Entry Descr:Invoice Sec:CCD Trace#:021000026313816 Eed:220929 Ind ID:X99138500001842 Ind Name:Spring Mountain Vineya Trn: 2716313816Tc | 702.20 |
| 09/29 | Orig CO Name:Paychex Cgs Orig ID:1161124166 Desc Date:092922 CO Entry Descr:Garnish Sec:CCD Trace#:021000026313822 Eed:220929 Ind ID:Col0106097543 Ind Name:Spring Mountain Vineya Trn: 2716313822Tc | 433.84 |
| 09/30 | Orig CO Name:Advantage Payrol Orig ID:9000000020 Desc Date:093022 CO Entry Descr:Payroll Sec:CCD Trace#:064101670736227 Eed:220930 Ind ID:000408163 Ind Name:Spring Mountain Vineya Trn: 2720736227Tc | 22,529.37 |
| 09/30 | Orig CO Name:Advantage Payrol Orig ID:9000000020 Desc Date:093022 CO Entry Descr:Payroll Sec:CCD Trace#:064101670736228 Eed:220930 Ind ID:000408941 Ind Name:Spring Mountain Vineya Trn: 2720736228Tc | 17,659.77 |
| **Total Payments & Transfers** | | **($244,078.48)** |



██████9525
SPRING MOUNTAIN VINEYARD INC. DBA GOOD WINE COMPANY

Primary Account: ██████9525
For the Period 9/1/22 to 9/30/22

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 39,260.83 | 09/14 | 73,150.40 | 09/22 | (751.54) |
| 09/02 | 14,134.68 | 09/15 | 20,438.83 | 09/23 | 4,248.46 |
| 09/06 | 6,181.08 | 09/16 | 8,438.94 | 09/26 | 2,858.62 |
| 09/07 | 1,508.19 | 09/19 | 3,029.35 | 09/28 | 158,782.62 |
| 09/08 | 4,987.97 | 09/20 | (1,660.39) | 09/29 | 94,194.64 |
| 09/12 | 4,121.17 | 09/21 | 3,339.61 | 09/30 | 46,960.34 |
| 09/13 | 141,121.17 | | | | |

*Your service charges, fees and earnings credit have been calculated through account analysis.*

Case: 22-10381 Doc# 69-6 Filed: 10/24/22 Entered: 10/24/22 14:50:08 Page 31 of 31