Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 27, 2022     X _____

Signature of individual signing on behalf of debtor

Kevin A. Krakora
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Debtor name    Spring Mountain Vineyard Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

Case number (if known)    1:22-bk-10381

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................................  $    218,700,000.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*......................................................................................  $    252,820,017.39

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*........................................................................................  $    471,520,017.39

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $    204,188,912.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $    7,000.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$    4,272,994.57

4.    **Total liabilities** ............................................................................................................
     Lines 2 + 3a + 3b

$    208,468,906.57

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase | Checking | 9022 | $63,457.81 |
| 3.2. | JP Morgan Chase | Checking | 7699 | $70,963.68 |
| 3.3. | JP Morgan Chase | Checking | 7558 | $172,861.96 |
| 3.4. | JP Morgan Chase | Checking | 9525 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $307,283.45 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 3 of 51

**7.   Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.   BTL Liners - 50% deposit for reservoir liner                               $96,548.59

    7.2.   Getzler Henrich - Unapplied retainer for professional services             $29,856.25

    7.3.   Greenspoon Marder LLP - Unapplied retainer for professional services       $205,192.10

    7.4.   Abbott & Kindermann, Inc. - Unapplied retainer for professional services   $2,506.29

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.   Customer prepayments for wine to be shipped                                Unknown

    8.2.   Prepaid insurance policies for various insurance providers                 $1,103,806.75

    8.3.   C Q & A Consulting - Custody account for state sales taxes                 $4,686.30

    8.4.   Napa County Dept. of Environment - prepayment of various permits and inspection expenses   $5,341.89

**9.   Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                      | $1,447,938.17 |

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

    ☐ No.   Go to Part 4.
    ☒ Yes Fill in the information below.

**11.   Accounts receivable**

| 11a. 90 days old or less: | 244,301.00 | - | 0.00 | = .... | $244,301.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 48,806.77 | - | 0.00 | = .... | $48,806.77 |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

| $293,107.77 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** Packaging materials, bottles, corks, labels and general bottling materials | | $64,742.00 | | Unknown |
| **20.** **Work in progress** Bulk Wine Inventory | | $2,511,319.00 | | Unknown |
| **21.** **Finished goods, including goods held for resale** Bottled Wine Inventory | | $18,896,237.00 | Retail value | $161,432,141.00 |

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

| $161,432,141.00 |

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.    Go to Part 7.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |

| Crops, harvested and unharvested in 2022 | $839,362.00 | | Unknown |
|---|---|---|---|

**29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

**30.** **Farm machinery and equipment** *(Other than titled motor vehicles)*

| Various farm equipment | $222,490.00 | | Unknown |
|---|---|---|---|

**31.** **Farm and fishing supplies, chemicals, and feed**

**32.** **Other farming and fishing-related property not already listed in Part 6**

**33.** **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Various Office and Tasting Room Furniture | $1,262.00 | | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Various Office equipment and computers | $0.00 | | Unknown |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Farm and shop trucks | $19,780.00 | | Unknown |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Barrels | $255,529.00 | | Unknown |
| Bottling machinery, press, tanks, pumps, other machinery and equipment | $400,818.00 | | Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50.    Copy the total to line 87.

| $0.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | Spring Mountain Vineyard 2805 Spring Mountain Road Saint Helena, California 94574 | Fee Simple | $14,891,597.00 | Appraisal | $218,700,000.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$218,700,000.00

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademarks:   Chateau Chevalier, Elivette, Spring Mountain, La Perla Ranch, Miravalle Ranch, Miravalle House, Alba Ranch, Good Wine Company, Spring Mountain Vineyard | Unknown | | Unknown |
| 61. **Internet domain names and websites** www.springmountainvineyard.com | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** Liquor license | $0.00 | | Unknown |
| Use permits from Napa County allowing Debtor to manufacture a certain number of gallons of wine per year | $0.00 | | Unknown |
| Licenses authorizing sale of alcohol outside of California | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** Customer list and Wine Club list | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Property Right in aisle in store owned by Wine
Service Coop - right to display wine                              Unknown                                          Unknown

---

65.      **Goodwill**

66.      **Total of Part 10.**                                                                    $0.00

         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
         ☒ No
         ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ☒ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

                                                                                           **Current value of
                                                                                           debtor's interest**

71.      **Notes receivable**
         Description (include name of obligor)

                                            20,239,547.00  –                    0.00  =
         Note receivable from Sertabel     Total face amount    doubtful or uncollectible amount        $20,239,547.00

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

         Net Operating Loss - Federal                              Tax year  2021                $30,200,000.00

         Net Operating Loss - State                                Tax year  2021                $10,900,000.00

73.      **Interests in insurance policies or annuities**
         Landmark American Insurance Company, Inc. - coverage for
         $28 million in unreimbursed property damage and losses
         due to September 2020 Glass Fire - (See B.74)                                             Unknown

74.      **Causes of action against third parties (whether or not a lawsuit
         has been filed)**
         Claim against Landmark American Ins. Co., Case No.
         22CV000270, pending in Cal. Superior Court, Napa County                                $28,000,000.00
         Nature of claim        Trade debt
         Amount requested                        $0.00

---

Case: 22-10381   Doc# 78   Filed: 10/27/22   Entered: 10/27/22 16:43:41   Page 9 of 51

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | $89,339,547.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 10 of
                                          51

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $307,283.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,447,938.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $293,107.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $161,432,141.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $218,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $89,339,547.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $252,820,017.39 | + 91b. $218,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $471,520,017.39 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 11 of
51

## Fill in this information to identify the case:

Debtor name **Spring Mountain Vineyard Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

Case number (if known) **1:22-bk-10381**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** IPFS Corporation of California
Creditor's Name

49 Stevenson St. #127
San Francisco, CA 94105
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Insurance Proceeds

Describe the lien
Insurance Proceeds
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,873,376.00     Column B: $0.00

**2.2** MGG California. LLC
Creditor's Name
Attn: Kevin F. Griffin, CEO
One Penn Plaza, 53rd Floor
New York, NY 10119
Creditor's mailing address

creditagreementnotices@mgginv.com
Creditor's email address, if known

Date debt was incurred
October 11, 2018
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor,

Describe debtor's property that is subject to a lien
First Priority Security Interest In Substantially All Assets (See Footnote 1)

Describe the lien
First Priority Security Interest in Substantially all Assets
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

Column A: $202,315,536.00     Column B: $471,444,367.41

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

including this creditor and its relative    ☐ Unliquidated
priority.                                    ☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $204,188,912 .00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

fn 1 - The Debtor has until November 1, 2022 to provide any disputes that it has with the validity, priority and amount of MGG's claim, after which such objections are waived.

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 13 of
                                    51

Debtor name    Spring Mountain Vineyard Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

Case number (if known)   1:22-bk-10381

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Bradley Saunders<br>1153 Pinewood Dr.<br>Napa, CA 94558 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,000.00 | $7,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Adventist Health St. Helena<br>Attn Steven Herber, President<br>10 Woodland Rd.<br>Saint Helena, CA 94574 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $510.91 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Allen Group<br>120 Stony Point Rd. #230<br>Santa Rosa, CA 95401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.3 | Nonpriority creditor's name and mailing address<br>Bartelt Engineering<br>1303 Jefferson St. #200B<br>Napa, CA 94559 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,026.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>Belkorp AG LLC<br>1856 Lincoln Ave.<br>Calistoga, CA 94515 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,034.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Bright Event Rental<br>22674 Broadway # A<br>Sonoma, CA 95476 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,964.07 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Brown's Auto Parts<br>Attn Dan Beltramai, Owner<br>1218 Main St.<br>Saint Helena, CA 94574 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,216.95 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade debt _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>C Q and A Consulting, LLC<br>P.O. Box 777<br><br>Pinole, CA 94564 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,400.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Licensing & Compliance _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Castino Restaurant Equipment And Supply,<br>50 Utility Ct.<br>Rohnert Park, CA 94928 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,749.43 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Central Valley<br>Attn G. Cruz<br>1804 Soscol Ave. #205<br>Napa, CA 94559 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,920.39 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Insurance _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 15 of 51

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

City of St. Helena
1572 Railroad Ave.
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.00 |
|---|---|---|---|

Cline Express
Attn Todd Waker, Vice President
75 Mezzetta Ct.
American Canyon, CA 94503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,980.20 |
|---|---|---|---|

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,198,940.47 |
|---|---|---|---|

Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York, NY 10170-2499

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,538,867.12 |
|---|---|---|---|

Constantine Yannis
2120 Lincoln Park W.
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Conway Beverage Group, LLC
dba Elite Brands
3238 Old Heather Rd,
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Winery Brokerage_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,202.00 |
|---|---|---|---|

Dellavalle Laboratory Inc.
502 Mace Blvd. #2-B
Davis, CA 95618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.88 |
|---|---|---|---|

Direct   TV
P.O. Box 105249
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-10381   Doc# 78   Filed: 10/27/22   Entered: 10/27/22 16:43:41   Page 16 of 51

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.91 |
|---|---|---|---|
| | Enartis USA, Inc.<br>7795 Bell Rd.<br>Windsor, CA 95492 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,455.00 |
|---|---|---|---|
| | ETS Laboratories<br>c/o Marjorie Burns<br>899 Adams Street #A<br>Saint Helena, CA 94574-1160 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Famille Sylvain<br>855 Bordeaux Way #239<br>Napa, CA 94559 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,380.80 |
|---|---|---|---|
| | Francois Freres USA Inc.<br>1403 Jefferson St.<br>Napa, CA 94559 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,045.69 |
|---|---|---|---|
| | G3 Enterprises Inc (Tapp Labels)<br>580 Gateway Dr.<br>Napa, CA 94558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.33 |
|---|---|---|---|
| | GLS US<br>P.O. Box 1907<br>San Ramon, CA 94583 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.96 |
|---|---|---|---|
| | Home Depot Credit Services<br>Dept. 32-2501064467<br>P.O. Box 78047<br>Phoenix, AZ 85062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 17 of 51

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Jacob E. Safra | | |
| | c/o Silvie Buhagiar | ☒ Contingent | |
| | 11 Rue Michel Chauvet | ☒ Unliquidated | |
| | Geneva | ☐ Disputed | |
| | Switzerland 1208 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|
| | Jensen's Ornamental Inc. | | |
| | 561 California Blvd. | ☐ Contingent | |
| | Napa, CA 94559 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.43 |
|---|---|---|---|
| | Laffort USA | | |
| | 1460 Cedar Ln.#C | ☐ Contingent | |
| | Petaluma, CA 94954 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,854.79 |
|---|---|---|---|
| | Matheson Tri-Gas Inc. | | |
| | Dept. LA 23793 | ☐ Contingent | |
| | Pasadena, CA 91185 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.00 |
|---|---|---|---|
| | Merry Maids | | |
| | 2038 Redwood Rd. | ☐ Contingent | |
| | Napa, CA 94558 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.00 |
|---|---|---|---|
| | Missing Link Networks, Inc. | | |
| | 801 Washington St. #C | ☐ Contingent | |
| | Calistoga, CA 94515 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509.68 |
|---|---|---|---|
| | My Enologist, Inc. | | |
| | 1370 Trancas St. #789 | ☐ Contingent | |
| | Napa, CA 94558 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223,989.86 |
|---|---|---|---|
| | Napa County Treasurer | | |
| | 1195 3rd St. #108 | ☐ Contingent | |
| | Napa, CA 94559 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 18 of 51

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,830.00 |
|---|---|---|---|

**Napa Ford Lincoln**
170 Soscol Ave.
Napa, CA 94559

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.38 |
|---|---|---|---|

**Napa Glove**
550 California Blvd.
Napa, CA 94559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Harvest Supplies_
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Napa Valley Petroleum**
P.O. Box 2670
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.00 |
|---|---|---|---|

**Napa Valley Vintners Association**
P.O. Box 141
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.17 |
|---|---|---|---|

**Ogletree's**
935 Vintage Ave.
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.05 |
|---|---|---|---|

**OK Tire**
910 Dowdell Ln.
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,015.32 |
|---|---|---|---|

**Orion Tonnellerie**
ZA le Parc
82170 Canals
France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.30 |
|---|---|---|---|

**P and L Specialties**
1650 Almar Pkwy #8253
Santa Rosa, CA 95403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 19 of 51

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|
| | Panevino | | |
| | 1080 Fulton Ln. #C | ☐ Contingent | |
| | Saint Helena, CA 94574 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $249.50 |
|---|---|---|---|
| | Pitney Bowes Global Financial Services | | |
| | P.O. Box 981022 | ☐ Contingent | |
| | Boston, MA 02298 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.25 |
|---|---|---|---|
| | PJ Fairbairn | | |
| | 1948 Vineyard Ave. | ☐ Contingent | |
| | Saint Helena, CA 94574 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,120.97 |
|---|---|---|---|
| | Ramondin U.S.A. Inc. | | |
| | 541 Technology Way | ☐ Contingent | |
| | Napa, CA 94558 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $251.06 |
|---|---|---|---|
| | RNDC - Houston | | |
| | 8045 Northcourt Rd. | ☐ Contingent | |
| | Houston, TX 77040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,466.08 |
|---|---|---|---|
| | Sovos Compliance LLC | | |
| | 200 Ballardvale St. Bldg 1 4th Fl. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Wilmington, MA 01887 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Compliance _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.18 |
|---|---|---|---|
| | St. Helena Vet | | |
| | 584 Main St. | ☐ Contingent | |
| | Saint Helena, CA 94574 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,082.91 |
|---|---|---|---|
| | Stanzler Law Group | | |
| | 390 Bridge Pkwy #220 | ☐ Contingent | |
| | Redwood City, CA 94065 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 20 of 51

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.00 |
|---|---|---|---|
| | State Water Resources Control Board | | |
| | SWRCB Accounting Office | | |
| | P.O. Box 1888 | ☐ Contingent | |
| | Sacramento, CA 95812-1888 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $534.84 |
|---|---|---|---|
| | Steve's Hardware | | |
| | 1370 Main St. | ☐ Contingent | |
| | Saint Helena, CA 94574 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vineyard Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,001.08 |
|---|---|---|---|
| | Tonnellerie Sylvain | | |
| | 855 Bordeaux Way | ☐ Contingent | |
| | Napa, CA 94558 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,134.79 |
|---|---|---|---|
| | Trico Braun Winepack | | |
| | 2280 Cordelia Rd. | ☐ Contingent | |
| | Fairfield, CA 94534 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Vinwizard | | |
| | 474 Walten Way | ☐ Contingent | |
| | Windsor, CA 95492 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68.28 |
|---|---|---|---|
| | W.W. Grainger Inc. | | |
| | Dept. 838406189 | ☐ Contingent | |
| | Palatine, IL 60038-0001 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.08 |
|---|---|---|---|
| | Water Tool Tech | | |
| | 423 H Aaron St. | ☐ Contingent | |
| | Cotati, CA 94931 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87.45 |
|---|---|---|---|
| | Western Exterminator Co. | | |
| | P.O. Box 740608 | ☐ Contingent | |
| | Cincinnati, OH 45274 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 21 of 51

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,735.98 |
|---|---|---|---|

Wilbur Ellis Company LLC
975 Vintage Ave.
Saint Helena, CA 94574

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vineyard Supplies

Is the claim subject to offset? ☒ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.55 |
|---|---|---|---|

Wine Secrets
1446 Industrial Ave.
Sebastopol, CA 95472

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Wine Service Co-operative
1150 Dowell Ln.
Saint Helena, CA 94574

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Licensing & Compliance

Is the claim subject to offset? ☒ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,920.00 |
|---|---|---|---|

Wine Technology America
474 Waltern Way
Windsor, CA 95492

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

Winejobs.com
584 First St. E
Sonoma, CA 95476

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,416.73 |
|---|---|---|---|

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vineyard Supplies

Is the claim subject to offset? ☒ No ☐ Yes

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 7,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,272,994.57 |

Case: 22-10381   Doc# 78   Filed: 10/27/22   Entered: 10/27/22 16:43:41   Page 22 of 51

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 4,279,994.57

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 23 of
51

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | Leases for three trucks: 2020 Ford F150,   2021 Ford F150 and 2021 Ford Expedition | |
|       State the term remaining | 10 mos., 33 mos., 29 mos. | |
|       List the contract number of any government contract | | Cab West LLC<br>P.O. Box 552679<br>Detroit, MI 48255-2679 |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | Compliance services and license maintenance | |
|       State the term remaining | | |
|       List the contract number of any government contract | | C Q and A Consulting, LLC<br>P.O. Box 777<br>Pinole, CA 94564 |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | Winery Brokerage | |
|       State the term remaining | | |
|       List the contract number of any government contract | | Conway Beverage Group, LLC<br>dba Elite Brands<br>3238 Old Heather Rd,<br>San Diego, CA 92111 |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | Licensing & Compliance | |
|       State the term remaining | | |
|       List the contract number of any government contract | | Wine Service Co-operative<br>1150 Dowell Ln.<br>Saint Helena, CA 94574 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Accounting Support | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Allen Wine Group LLP<br>120 Stony Point Rd. #230<br>Santa Rosa, CA 95401 |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 25 of 51

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1   Freecrest Limited | c/o CDL Consultants, S.A.<br>Attn Dominique Liardet<br>29 Rue De Laz Coulouvreniere<br>1204 Geneva<br>Switzerland | MGG California. LLC | ☒ D    2.2<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2   Jacob E. Safra | c.o Silvie Buhagiar<br>11 Rue Michel Chauvet<br>Geneva, Switzerland 1208<br>Guarantor of full amount owed to MGG<br>California LLC | MGG California. LLC | ☒ D    2.2<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name    Spring Mountain Vineyard Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

Case number (if known)    1:22-bk-10381

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2022 to Filing Date | ☒ Operating a business<br>☐ Other | $6,086,638.00 |
| For prior year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $8,227,138.00 |
| For year before that:<br>From 01/01/2020 to 12/31/2020 | ☒ Operating a business<br>☐ Other | $6,747,288.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2022 to Filing Date | Insurance Proceeds | $16,000.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   AG Health Benefits Alliance | 8/2/2022, 8/19/2022, 9/27/2022 | $133,429.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   Advantage Payroll | 7/7/2022 - 9/19/2022 | $218,049.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Payroll Taxes_ |
| 3.3.   California Dept.of Taxes and Fee Admin. | 8/10/2022, 8/22/2022, 8/24/2022, 9/23/2022 | $21,913.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Sales Taxes_ |
| 3.4.   Belkorp AG, LLC<br>1856 Lincoln Ave.<br>Calistoga, CA 94515 | 9/16/2022 | $17,973.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   BTL Lining | 9/27/2022 | $193,107.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Deposit_ |
| 3.6.   Central Valley<br>Attn G. Cruz<br>1804 Soscol Ave. #205<br><br>Napa, CA 94559 | 7/20/22, 7/21/22, 830/22, 9/9/22, 9/19/22 | $25,258.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.   Calistoga Catering | 9/26/22 | $12,179.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.   Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175 | 7/21/22, 7/28/22, 8/24/22 | $12,029.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.   C Q and A Consulting, LLC<br>P.O. Box 777<br><br>Pinole, CA 94564 | 6/29/22, 7/18/22, 8/24/22 | $36,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 22-10381     Doc# 78     Filed: 10/27/22     Entered: 10/27/22 16:43:41     Page 28 of 51

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. Del Poggeto & Company LLP<br>149 Stony Cr. 1st Fl.<br>Santa Rosa, CA 95401-4105 | 9/6/22 | $21,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Dermot Whelan | 8/12/22,<br>9/23/22 | $15,498.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Expense Report |
| 3.12. Dickenson, Peatman and Fogarty | 9/9/22,<br>9/28/22 | $11,077.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Doshier Gregson, Inc. | 8/3/22,<br>9/20/22 | $27,505.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Conway Beverage Group, LLC<br>dba Elite Brands<br>3238 Old Heather Rd,<br>San Diego, CA 92111 | 7/19/22,<br>9/15/22 | $85,059.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Fidelity Investments | 8/29/22,<br>9/19/22,<br>9/26/22 | $30,777.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  401k Funding |
| 3.16. Ford Motor Credit | 7/8/22,<br>8/19/22,<br>9/2/22 | $7,796.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Getzler Henrich<br>295 Madison Avenue 20th Fl.<br>New York, NY 10017 | 7/7/22,<br>8/11/22,<br>8/18/22,<br>9/1/22,<br>9/8/22,<br>9/15/22,<br>9/29/22 | $335,770.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Professional Fees |
| 3.18. Global Payments | 7/5/22,<br>8/2/22, 9/2/22 | $30,727.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 29 of 51

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.19. | Greenspoon Marder LLP<br>333 S. Grand Ave. #3400<br>Los Angeles, CA 90071 | 9/29/22 | $200,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Professional Fees |
| 3.20. | Mallory Imrie and Vasconi | 8/17/22,<br>9/14/22 | $1,485,541.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | MGG Investment Group LP<br>c/o MGG California, LLC - the main one.<br>Attn: Kevin F. Griffin, CEO<br>One Penn Plaza, 53rd Floor<br>New York, NY 10119 | 7/20/22 | $87,667.82 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA 94558 | 7/26/22,<br>8/11/22,<br>8/23/22,<br>8/30/22,<br>9/7/22,<br>9/19/22 | $40,029.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | Paychex - Employee Direct Deposit | 7/6/22,<br>7/20/22,<br>8/3/22,<br>8/17/22,<br>8/31/22,<br>9/14/22,<br>9/15/22,<br>9/29/22 | $436,826.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Payroll |
| 3.24. | Paychex | 7/7/22,<br>7/21/22,<br>8/4/22,<br>8/18/22,<br>8/31/22,<br>9/12/22,<br>9/14/22,<br>9/29/22 | $13,836.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. Payroll Check | 6/29/22, 6/30/22, 7/1/22, 7/6/22, 7/8/22, 7/11/22, 7/12/22, 7/14/22, 7/18/22, 7/21/22, 7/22/22, 7/25/22, 7/26/222, 8/4/22, 8/5/22, 8/8/22, 8/10/22, 8/19/22, 8/22/22, 8/23/22, 8/24/22, 8/25/22, 9/1/22, 9/2/22, 9/6/22, 9/8/22, 9/15/22, 9/16/22, 9/19/22, 9/20/22, 9/22/22, 9/26/22/ | $299,200.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Payroll_ |
| 3.26. Pacific Gas and Electric<br>Box 997300<br>Sacramento, CA 95899 | 7/11/22, 8/10/22, 9/7/22, | $20,232.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. Preferred Employers Insurance | 8/22/22, 8/23/22, 9/20/22 | $46,294.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. Ron Rosenbrand | 9/15/22 | $14,263.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Expense Report_ |
| 3.29. Stanzler Law Group<br>390 Bridge Pkwy #220<br>Redwood City, CA 94065 | 7/15/22, 8/23/22 | $12,855.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.30. Volante Construction Consulting Group | 7/1/22 | $11,487.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. Wilbur Ellis Company LLC<br>975 Vintage Ave<br>Saint Helena, CA 94574 | 7/25/22,<br>8/29/22,<br>9/14/22 | $21,200.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. Wine Service Co-operative<br>1150 Dowell Ln.<br>Saint Helena, CA 94574 | 7/20/22,<br>8/23/22,<br>9/7/22 | $113,849.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. Wine Technology America Inc.<br>c/o Lloyd Matthews<br>1899 Larkspur St.<br>Yountville, CA 94599 | 9/20/22 | $11,176.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. IPFS<br>49 Stevenson St. #127<br>San Francisco, CA 94105 | 9/12/22 | $245,568.67 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Greenlight Investment Holdings<br>Switzerland 1208<br>Affiliate | 11/30/2021,<br>2/25/2022,<br>3/17/2022,<br>3/29/2022,<br>4/13/2022 | $1,089,873.16 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 32 of
51

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | Spring Mountain Vineyards, Inc. v. Landmark American Ins. Co. 22CV000270 | Civil | Napa County Superior Court 825 Brown St. Napa, CA 94559 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Spring Mountain Vineyard Inc. and Jacob E. Safra v. MGG California, LLC, MGG (BVI) Limited, MGG Canada Fund LP, MGG Insurance Fund Series Interests Of The Sali Multi-Series Fund, L.P., MGG Onshore Funding II LLC, MGG SF Drawdown Master Fund (Cayman) L 653564/2022 | Civil | Supreme Court of the State of New York | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Mt. Hawley Ins. Co. v Spring Mountain Vineyards, Inc. 1:22-cv-03191-GHW (SDNY) | Civil | United States District Court, Southern District of New York | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Greenspoon Marder LLP<br>333 S. Grand Ave. #3400<br>Los Angeles, CA 90071 | | September 26 - September 28, 2022 | $250,000.00 |
| | **Email or website address**<br>gmlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Green Light Investments - $50,000.00 | | | |
| 11.2. | Getzler Henrich and Associates<br>150 S. Wacker Dr. 24th Fl.<br>Chicago, IL 60606 | | July 7, 2022 - September 29, 2022 | $335,770.86 |
| | **Email or website address**<br>getzlerhenrich.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 34 of 51

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

name and address

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Spring Mountain Vineyard 401(k) Profit Sharing Plan | EIN:  36-3844911 |

Has the plan been terminated?
☒ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Wine Service Cooperative 1150 Dowdell Ln. Saint Helena, CA 94574 | Wine Service Cooperative, 1150 Dowdell Ln., St. Helena, CA 94574 | Wine bottles | ☐ No ☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Allen Wine Group<br>120 Stony Point Rd. #230<br>Santa Rosa, CA 95401 | September 7, 2022 |
| 26a.2. | Del Poggetto & Company LLP<br>149 Stony Cr. 1st Fl.<br>Santa Rosa, CA 95401-4105 | 1/1/2021 - 9/29/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Del Poggetto & Company LLP<br>149 Stony Cr. 1st Fl.<br>Santa Rosa, CA 95401-4105 | July 15, 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    MGG California LLC |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Constantine F. Yannias | 2120 Lincoln Park West Chicago, IL 60614 | President and Chair | 0 % |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Freecrest Limited | c/o CDL Consultants, S.A Attn Dominique Liardet 29 Rue DeLa Coulouvreniere 1204 Geneva Switzerland | Equity Owner | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin A. Krakora | c/o Getzler Henrich and Associates LLC 150 S. Wacker Dr. 24th Fl. Chicago, IL 60606 | Chief Restructurning Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jacob E. Safra c/o Silvie Buhagiar 11 Rue Michel Chauvet Geneva Switzerland 1208 | $1,089,873.16 | 11/30/2021, 2/25/2022, 3/17/2022, 3/29/2022, 4/13/2022 | |
| | **Relationship to debtor** Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 38 of 51

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____October 27, 2022_____

_____          ___Kevin A. Krakora_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   ___Chief Restructuring Officer_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California, Santa Rosa Division

In re    Spring Mountain Vineyard Inc.                   Case No.    1:22-bk-10381
                                          Debtor(s)         Chapter      11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)      For legal services rendered or to be rendered in contemplation of and in connection with this case.......................................................................... $      205,192.10 [1]
   - b)      Prior to the filing of this statement, debtor(s) have paid .......................... $      44,807.90 [2]
   - c)      The unpaid balance due and payable is .................................................... $      0.0

3.      $ __1,738.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   - a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation rendered or to be paid except as follows:

fn 1 - **of this amount, $5,192.10 was paid by Debtor's affiliate Green Light Investments. fn 2 -paid by Debtor's affiliate Green Light Investment Holdings**

Dated:    October 27, 2022                       Respectfully submitted,

                                           /s/ Victor A. Sahn

                                           Attorney for Debtor: Victor Sahn
                                           Greenspoon Marder LLP
                                           333 S Grand Ave Suite 3400
                                           Los Angeles, CA 90071
                                            Fax:
                                           victor.sahn@gmlaw.com

Case: 22-10381    Doc# 78    Filed: 10/27/22    Entered: 10/27/22 16:43:41    Page 40 of 51

# United States Bankruptcy Court
## Northern District of California

In re   Spring Mountain Vineyard Inc.                          Case No.    22-10381

                                                 Debtor(s)          Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Spring Mountain Vineyard Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Freecrest Limited
c/o CDL Consultants, S.A.
Attn Dominique Liardet
29 Rue De Laz Coulouvreniere
1204 Geneva
Switzerland

☐ None [*Check if applicable*]

October 27, 2022
_____
Date

*/s/ Victor A. Sahn*
_____
Victor A. Sahn
Signature of Attorney or Litigant
Counsel for   Spring Mountain Vineyard Inc.
Greenspoon Marder LLP
333 S Grand Ave Suite 3400
Los Angeles, CA 90071
(213) 626-2311  Fax:
victor.sahn@gmlaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re                                        Case No.     1:22-bk-10381

Spring Mountain Vineyard Inc.

_____ Debtor(s).     /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   October 27, 2022

_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2022 Best Case, LLC   - www.bestcase.com

Best Case Bankruptcy

Adventist Health St. Helena
Attn Steven Herber, President
10 Woodland Rd.
Saint Helena, CA 94574


Allen Group
120 Stony Point Rd. #230
Santa Rosa, CA 95401


Allen Wine Group LLP
120 Stony Point Rd. #230
Santa Rosa, CA 95401


Bartelt Engineering
1303 Jefferson St. #200B
Napa, CA 94559


Belkorp AG LLC
1856 Lincoln Ave.
Calistoga, CA 94515


Bradley Saunders
1153 Pinewood Dr.
Napa, CA 94558


Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476


Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574

C Q and A Consulting, LLC
P.O. Box 777
Pinole, CA 94564


Cab West LLC
P.O. Box 552679
Detroit, MI 48255-2679


Castino Restaurant Equipment And Supply,
50 Utility Ct.
Rohnert Park, CA 94928


Central Valley
Attn G. Cruz
1804 Soscol Ave. #205
Napa, CA 94559


Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175


City of St. Helena
1572 Railroad Ave.
Saint Helena, CA 94574


Cline Express
Attn Todd Waker, Vice President
75 Mezzetta Ct.
American Canyon, CA 94503


CNH Capital
Dept. 1801104747435 P.O. Box 78004
Phoenix, AZ 85062

Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York, NY 10170-2499


Constantine Yannis
2120 Lincoln Park W.
Chicago, IL 60614


Conway Beverage Group, LLC
dba Elite Brands 3238 Old Heather Rd,
San Diego, CA 92111


Cooksey Toolen Gage Duffy & Woog
Attn Randall P. Mroczynski
535 Anton Blvd. 10th Fl.
Costa Mesa, CA 92626


Dellavalle Laboratory Inc.
502 Mace Blvd. #2-B
Davis, CA 95618


Direct  TV
P.O. Box 105249
Atlanta, GA 30348


Enartis USA, Inc.
7795 Bell Rd.
Windsor, CA 95492


ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94559


Ford Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962


Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559


Freecrest Limited
Attn Dominique Liardet
c/o CDL Consultants, S.A. 29 Rue De Laz
Switzerland


G3 Enterprises Inc (Tapp Labels)
580 Gateway Dr.
Napa, CA 94558


GLS US
P.O. Box 1907
San Ramon, CA 94583


Home Depot Credit Services
Dept. 32-2501064467  P.O. Box 78047
Phoenix, AZ 85062


IPFS Corporation of California
49 Stevenson St. #127
San Francisco, CA 94105

Jacob E. Safra
c/o Silvie Buhagiar
11 Rue Michel Chauvet Geneva
Switzerland 1208


Jensen's Ornamental Inc.
561 California Blvd.
Napa, CA 94559


Laffort USA
1460 Cedar Ln.#C
Petaluma, CA 94954


Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185


Merry Maids
2038 Redwood Rd.
Napa, CA 94558


MGG California. LLC
Attn: Kevin F. Griffin, CEO
One Penn Plaza, 53rd Floor
New York, NY 10119


Missing Link Networks, Inc.
801 Washington St. #C
Calistoga, CA 94515


My Enologist, Inc.
1370 Trancas St. #789
Napa, CA 94558

```
Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559


Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559


Napa Glove
550 California Blvd.
Napa, CA 94559


Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558


Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574


Ogletree's
935 Vintage Ave.
Saint Helena, CA 94574


OK Tire
910 Dowdell Ln.
Saint Helena, CA 94574


Orion Tonnellerie
ZA le Parc 82170 Canals
France
```

```
P and L Specialties
1650 Almar Pkwy #8253
Santa Rosa, CA 95403


Panevino
1080 Fulton Ln. #C
Saint Helena, CA 94574


Pitney Bowes Global Financial Services
P.O. Box 981022
Boston, MA 02298


PJ Fairbairn
1948 Vineyard Ave.
Saint Helena, CA 94574


Ramondin U.S.A. Inc.
541 Technology Way
Napa, CA 94558


RNDC - Houston
8045 Northcourt Rd.
Houston, TX 77040


Sovos Compliance LLC
200 Ballardvale St. Bldg 1 4th Fl.
Wilmington, MA 01887


St. Helena Vet
584 Main St.
Saint Helena, CA 94574
```

Stanzler Law Group
390 Bridge Pkwy #220
Redwood City, CA 94065


State Water Resources Control Board
SWRCB Accounting Office P.O. Box 1888
Sacramento, CA 95812-1888


Steve's Hardware
1370 Main St.
Saint Helena, CA 94574


Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558


Trico Braun Winepack
2280 Cordelia Rd.
Fairfield, CA 94534


Vinwizard
474 Walten Way
Windsor, CA 95492


W.W. Grainger Inc.
Dept. 838406189
Palatine, IL 60038-0001


Water Tool Tech
423 H Aaron St.
Cotati, CA 94931

Western Exterminator Co.
P.O. Box 740608
Cincinnati, OH 45274


Wilbur Ellis Company LLC
975 Vintage Ave.
Saint Helena, CA 94574


Wine Secrets
1446 Industrial Ave.
Sebastopol, CA 95472


Wine Service Co-operative
1150 Dowell Ln.
Saint Helena, CA 94574


Wine Technology America
474 Waltern Way
Windsor, CA 95492


Winejobs.com
584 First St. E
Sonoma, CA 95476


Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558