Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
  steven.werth@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor and Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Debtor. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**FIRST SUPPLEMENTAL DECLARATION OF PERRY DeLUCA IN SUPPORT OF APPLICATION BY CHAPTER 11 DEBTOR TO EMPLOY AND RETAIN BNP PARIBAS SECURITIES CORP. AS INVESTMENT BANKER EFFECTIVE AS OF OCTOBER 14, 2022**<br>[Hearing Date by Separate Notice] |

**TO THE HONORABLE CHIEF JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

1.  I am a licensed securities broker at BNP Paribas Securities Corp. ("BNPP") and Managing Director and Senior Banker in the Beverage Vertica, Mergers & Acquisitions and Financings Group at BNPP's affiliate, Bank of the West. BNPP is the proposed investment banker to the debtor and debtor in possession in this chapter 11 case. On November 8, 2022 the debtor (the "Debtor") in the above captioned chapter 11 case filed the *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of as Investment Banker for the Debtor and Debtor in*

1. *Possession, Effective as of October 14, 2022* (Docket No. 96) (the "Application"). In support of the Application the Debtor filed the *Declaration of Perry DeLuca in Support of Application by Chapter 11 Debtor to Employ and Retain BNP Paribas Securities Corp. as Investment Banker Effective as of October 14, 2022* (Docket No. 98) (the "Initial Declaration").

2. After filing the Application, the Debtor provided BNPP with a list of additional interested parties.[1] I conducted a review of these additional parties similar to the review I conducted in connection with the Initial Declaration.[2] My analysis revealed no additional connections between BNPP or any Relevant Affiliate and the Interested Parties other than what is disclosed in Schedule 2 attached to this declaration. All of the connections described in Schedule 2 pertain to a relationship wholly unrelated to the Debtor and its chapter 11 case.

3. It should be noted that BNPP is a single discrete subsidiary of a large, multinational, full-service investment bank. Given the nature of the Debtor's business and the Interested Parties, it is unlikely these numerous, mostly international, affiliates (who are not Relevant Affiliates) have material connection to the Debtor or other Interested Parties. That being said I have made appropriate inquiries, and will disclose any connections BNPP's affiliates have to the Interested Parties of which I become aware. Furthermore, to the extent employees of additional affiliates of BNPP provide services to the Debtor during this chapter 11 case, rendering such an affiliate a Relevant Affiliate, I will ensure a review is conducted to identify any connection such affiliate has to the Debtor or other Interested Parties. Finally, for the avoidance of doubt, to the extent that any new relevant facts or relationships bearing on BNPP's retention are discovered or arise for any reason, BNPP will file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

---

[1] The full list of interested parties which I reviewed is attached as Schedule 1 to this declaration (the "Interested Parties").

[2] As explained in my Initial Declaration, I will rely personnel associated with certain BNPP affiliates to perform the services under BNPP's engagement letter (the "Relevant Affiliates").

4. BNPP remains a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code and BNPP's employment is permissible under sections 327(a) and 328(a) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge and belief.

Dated: November 29, 2022

By: /s/ *Perry DeLuca*
Perry DeLuca

**Schedule 1**

**Debtor**
Spring Mountain Vineyard Inc.

**Debtor's Equity Holder**
Jacqui Safra

**Debtor's Advisors**
Greenspoon Marder LLP
Getzler Henrich & Associates LLC, a Hilco Global Company
Cohen Tauber Spievack & Wagner P.C.
Stanzler Law Group
Allen Wine Group, LLP
Jigsaw Advisors LLC
Abbott & Kindermann, Inc.

**Secured Creditor Advisors**
Gordian Group LLC
Proskauer Rose LLP

**Bankruptcy Judges for the Northern District of California**
Chief Bankruptcy Judge Charles Novack
Bankruptcy Jude Hannah L. Blumenstein
Bankruptcy Judge Roger L. Efremsky
Bankruptcy Judge M. Elaine Hammond
Bankruptcy Judge Stephen L. Johnson
Bankruptcy Judge William Lafferty
Bankruptcy Judge Dennis Montali

**U.S. Trustee Personnel**
Elvina Rofael
Phillip J. Shine

**Secured Creditors**
MGG California, LLC
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP

**Largest Unsecured Creditors**
Allen Wine Group LLP
Bartelt Engineering

| | |
|---|---|
| 1 | Belkorp AG, LLC |
| | Brown's Auto Parts |
| 2 | Castino Restaurant Equipment And Supply |
| | Central Valley Builders Supply |
| 3 | Chubb Group of Insurance Companies |
| | Conway Beverage Group, LLC d/b/a Elite Brands |
| 4 | Elite Brokerage |
| | Famille Sylvain |
| 5 | Tonnellerie Sylvain |
| | Francois Freres USA Inc. |
| 6 | G3 Enterprises Inc. |
| | Napa County Treasurer |
| 7 | Napa Ford Lincoln |
| | Ford Motor Credit Company |
| 8 | Napa Valley Petroleum |
| | Napa Valley Vintners Association |
| 9 | Ramondin U.S.A. Inc. |
| | Stanzler Law Group |
| 10 | Wilbur Ellis Company LLC |
| | Wine Service Cooperative |
| 11 | CNH Capital |
| | ETS Laboratories |
| 12 | Matheson Tri-Gas Inc. |
| | Sovos Compliance LLC |
| 13 | Wine Technology America |
| | Wyatt Irrigation Co. |
| 14 | |
| | **Other Parties in Interest** |
| 15 | Alcohol & Tobacco Tax & Trade Bureau |
| | Arcade Capital, LLC |
| 16 | |
| | **Critical Vendor** |
| 17 | C Q & A Consulting |
| 18 | **Taxing Agencies** |
| | California Dept. of the Treasury, Alcoholic Beverage Control |
| 19 | California Department of Tax and Fee Administration |
| | California Franchise Tax Board |
| 20 | California Employment Development Department |
| 21 | **Utilities** |
| | AT&T |
| 22 | AT&T Long Distance |
| | Comcast Business |
| 23 | Culligan |
| | Direct TV |
| 24 | Federal Express |
| | M&M Sanitary Company |
| 25 | Pacific Gas & Electric |
| | City of St. Helena |
| 26 | Upper Valley Disposal Service |
| 27 | |
| 28 | |

**Schedule 2**

| Party-in-Interest | Relationship to Debtor | Relationship to BNPP |
|---|---|---|
| Abbott & Kindermann, Inc. | Advisor | Former Client of a Relevant Affiliate |
| Allen Wine Group LLP | Advisor; Unsecured Creditor | Former Client of a Relevant Affiliate |
| AT&T | Utility | Current Client |
| Bartelt Engineering | Unsecured Creditor | Potential Former Client of a Relevant Affiliate[3] |
| Central Valley Builders Supply | Unsecured Creditor | Current Client of a Relevant Affiliate |
| Charles Novack | Bankruptcy Judge | Potential Former Client of a Relevant Affiliate |
| City of St. Helena | Utility | Current Client of a Relevant Affiliate |
| CNH Capital | Unsecured Creditor | Former Client |
| Comcast Business | Utility | Former Client |
| Culligan | Utility | Former Client; Potential Current Client of a Relevant Affiliate |
| Federal Express | Utility | Former Client |
| Ford Motor Credit | Unsecured Creditor | Current Client |
| Francois Freres USA Inc. | Unsecured Creditor | Affiliate of Current Client of a Relevant Affiliate |
| Gordian Group LLC | Advisor to Secured Creditor | Former Client of a Relevant Affiliate |
| Jacqui Safra | Shareholder | Potential Current Client of a Relevant Affiliate |
| Jigsaw Advisors LLC | Advisor | Potential Current Client of a Relevant Affiliate |
| Napa Ford Lincoln | Unsecured Creditor | Former Client of a Relevant Affiliate |
| Pacific Gas & Electric | Utility | Current Client |
| Stephen L. Johnson | Bankruptcy Judge | Potential Current Client of a Relevant Affiliate |
| William Lafferty | Bankruptcy Judge | Potential Current Client of a Relevant Affiliate |

---

[3] For certain interested parties BNPP could not conclusively determine whether a client relationship existed with the Interested Party, due to circumstances such as slight discrepancy between the name of the Interested Party and the name of a client of BNPP or a Relevant Affiliate. BNPP has identified such Interested Parties as potential relationships on this Schedule 2 in the interest of full disclosure.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST SUPPLEMENTAL DECLARATION OF PERRY DELUCA IN SUPPORT OF APPLICATION BY CHAPTER 11 DEBTOR TO EMPLOY AND RETAIN BNP PARIBAS SECURITIES CORP. AS INVESTMENT BANKER EFFECTIVE AS OF OCTOBER 14, 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 29, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 29, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 29, 2022 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381   Doc# 144   Filed: 11/29/22   Entered: 11/29/22 17:21:32   Page 7 of 12

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  Case: 22-10381   Doc# 144   Filed: 11/29/22   Entered: 11/29/22 17:21:32   Page 8 of 12  **F 9013-3.1.PROOF.SERVICE**

**SERVED BY EMAIL OR UNITED STATES MAIL**

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy
Recovery Manager
lisa.chandler@ipfs.com

**Largest Unsecured Creditors**
Allen Wine Group LLP
Attn: Timothy Allen, CPA - Managing Partner
120 Stony Point Road, #230
Santa Rosa, CA 95401
(707) 528-3860
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301
paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
ar@belkorpag.com
AR@BelkorpAg.com
ldunhouse@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
sales@castinosolutions.com

Central Valley
Administrative Offices
1804 Soscol Ave., #205
Napa, CA 94559
Attn: Gerry Cruz, Accounting Mgr.
(707) 261-7900
gerryc@central-valley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822
**Returned – Box Closed**

Conway Beverage Group, LLC
Dba: Elite Brands
Elite Brokerage
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway
Jayconway@elitebrands.biz

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308
contactusa@famillesylvain.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308
contactusa@famillesylvain.com

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204
office@francoisfreresusa.com
julie@francoisfreresusa.com
accounting@francoisfreresusa.com
assistant@francoisfreresusa.com

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381   Doc# 144   Filed: 11/29/22   Entered: 11/29/22 17:21:32   Page 9 of 12    F 9013-3.1.PROOF.SERVICE

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300
jeff.licht@tapplabel.com

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4314
Dawnette.martindale@countyofnapa.org
Napa County Treasurer-Tax Collector
Bob.Minahen@countyofnapa.org
Napa County Attorney
Wendy.dau@countyofnapa.org

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
(707) 255-2580
**Via Regular Mail**

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs CO 80962-2180
(800) 955-8232
fcffald@ford.com

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888
kamh@napavalleypetroleum.com

Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574
(707) 963-3388
Attn: Steve Tradewell, CFO
stradewell@napavinters.com

Ramondin U.S.A. Inc.
Tammy Frandsen
Finance Manager
541 Technology Way
Napa, CA 94558
(707) 944-2277
tfrandsen@ramondin.com

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
Jstanzler@stanzlerlawgroup.com

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495
KZavala@wilburellis.com
MHAMMETT@wilburellis.com

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
Steve@wineservicecoop.com

Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476
(707) 940-6060
Attn: Michelle Minsk, Acctg.
accountsreceivable@bright.com

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062
Attn: Steve Wright, Bankruptcy Dept.
(717) 355-5790
**Via Regular Mail**

CNH Industrial Capital America, LLC
PO Box 71264
Philadelphia, PA 19176-6264
Attn: John Chiavacci, HRBK Analyst
(717) 355-5913
john.chiavacci@cnhind.com

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                        Case: 22-10381   Doc# 144   Filed: 11/29/22   Entered: 11/29/22 17:21:32   Page 10 of 12   **F 9013-3.1.PROOF.SERVICE**

ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160
(707) 963-4806
Attn Accounts Receivable Team
ar@etslabs.com
accounts@etslabs.com

Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185
(707) 963-4307
**Via Regular Mail**

Sovos Compliance LLC
200 Ballardvale St. Bldg 1 4th Fl.
Wilmington, MA 01887
(866) 890-3970
**Via Regular Mail**

Wine Technology America
aka Wine Technology, Inc.
474 Walten Way
aka Vinwizard
Windsor, CA 95492
(707) 703-5919
Attn: Kelly Graves, Director
(720) 284-2059
kelly@vinwizard.us

Wine Technology America Inc.
c/o Lloyd Matthews, Agent
1899 Larkspur St.
Yountville, CA 94599-1237
**Via Regular Mail**

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558
(707) 578-3747
Lynne Colombano, Acct Receivable Mgr.
lynne@wyattsupply.com

Wyatt Irrigation Co.
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr. #150N
Sacramento, CA 95833-3502
**Via Regular Mail**

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
Attn: Daniel Paralta, Senior Counsel, Field Operations
1436 2nd Street #531
Napa, CA 94559
**Via Regular Mail**

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537
tracie.parker@abc.ca.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424
**Via Regular Mail**

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115
**Via Regular Mail**

Franchise Tax Board
Attn: Vivian Ho
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-7069
Vivian.Ho@ftb.ca.gov

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
**Via Regular Mail**

Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814
**Via Regular Mail**

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Case: 22-10381    Doc# 144    Filed: 11/29/22    Entered: 11/29/22 17:21:32    Page 11 of 12    **F 9013-3.1.PROOF.SERVICE**

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8735
email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8724
email: jvann@ctswlaw.com

Will Densenberger
Engel & Volkers St. Helena - Napa Valley
1111 Main Street, Suite A
St. Helena, CA 94574
(707) 302-8133
email: will@nvwineestates.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
(808) 797-0148
email: john.vaughan@nmrk.com

Mark Kasowitz: MKasowitz@kasowitz.com

Gavin D. Schryver: GSchryver@kasowitz.com

Attorneys for Napa County Treasurer
Jacquelyn H. Choi
jacquelyn.choi@rimonlaw.com,
docketing@rimonlaw.com

Luckey McDowell
luckey.mcdowell@shearman.com
Jonathan Dunworth
jonathan.dunworth@shearman.com

CC 52274685v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 144    Filed: 11/29/22    Entered: 11/29/22 17:21:32    Page 12 of 12    F 9013-3.1.PROOF.SERVICE