

The following constitutes the order of the Court.
Signed: December 27, 2022

_____
Charles Novack
U.S. Bankruptcy Judge

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
  steven.werth@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor and Debtor in Possession
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>        Debtor.<br><br>Federal EIN: 36-3844911 | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 DEBTOR AND MGG CALIFORNIA, LLC REGARDING EXTENSION OF CASH COLLATERAL USAGE DEADLINE FROM CURRENT EXPIRATION DATE OF DECEMBER 31, 2022 UNTIL JANUARY 16, 2023**<br><br>**[Relates to Docket No. 181]**<br><br>**[Hearing Date Not Necessary]** |

    The Court, having considered the Stipulation Between Chapter 11 Debtor and MGG California, LLC Regarding Extension Of Cash Collateral Usage Deadline From Current Expiration Date Of December 31, 2022 Until January 16, 2023 (the "Stipulation") [Docket No. 181], and good cause existing for the relief requested,

/ / /

/ / /

1 | HEREBY ORDERS that:
2 | 1. The Stipulation is approved.
3 | ** END OF ORDER **
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

COURT SERVICE LIST

SERVICE OF ORDER IS NOT REQUIRED.