Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Attorneys for Napa County Treasurer – Tax Collector

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>                Debtor and Debtor-in-Possession. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO MOTION FOR APPROVAL OF SECURED DEBTOR IN POSSESSION FINANCING AGREEMENT WITH MGG CALIFORNIA, LLC AS DIP AGENT AND FOR CONTINUED USAGE OF CASH COLLATERAL PURSUANT TO STIPULATION WITH MGG CALIFORNIA, LLC AS ADMINISTRATIVE AGENT**<br><br>Date: January 11, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 215<br>        1300 Clay Street<br>        Oakland, CA 94612 |

**TO THE HONORABLE CHIEF JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND DEBTOR-IN-POSSESSION, MGG CALIFORNIA, LLC, THE TWENTY LARGEST UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTES IN INTEREST:**

**PLEASE TAKE NOTICE** that on January 4, 2023, secured creditor, Napa County Treasurer – Tax Collector (the "**Tax Collector**") filed an *Objection to Motion for Approval of Secured Debtor in Possession Financing Agreement With MGG California, LLC as DIP Agent and for Continued Usage of Cash Collateral Pursuant to Stipulation With MGG California, LLC As Administrative Agent; and Declaration of Dawnette Martindale in Support Thereof* [Docket No. 191] (the "**Objection**") in the above-captioned bankruptcy case of *In re Spring Mountain Vineyard, Inc.* (the "**Debtor**").

**PLEASE TAKE FURTHER NOTICE** that based upon an agreement with the Debtor, the Tax Collector hereby withdraws (without prejudice), its Objection.

Dated: January 9, 2023                    RIMON, P.C.

By: _____
Jacquelyn H. Choi
Attorneys for Napa County Treasurer – Tax Collector

2