Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Creditor and Movant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In Re: SPRING MOUNTAIN VINEYARD INC., <br><br> Debtor | No. 22-10381 CN <br><br> Chapter 11 <br><br> NOTICE OF HEARING ON MT. HAWLEY INSURANCE COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY <br><br> Date: February 17, 2023 <br> Time: 10:00 a.m. <br> Place: U.S. Bankruptcy Court <br> Courtroom 215 <br> 1300 Clay Street, Suite 300 <br> Oakland, CA 94612 <br><br> Chief Judge Charles Novack |
|---|---|

TO THE HONORABLE CHIEF JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND DEBTOR-IN-POSSESSION, MGG CALIFORNIA, LLC, THE TWENTY LARGEST UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on **February 17, 2023**, at **10:00 a.m.**, or as soon as the matter may be heard before the Honorable Charles Novack in Courtroom 215 of the United States Bankruptcy Court for the Northern District of

California, **via Zoom only**, located at Courtroom 215, 1300 Clay Street, Oakland, CA 94612, creditor Mt. Hawley Insurance Company in the above-captioned matter will move this Court for an order granting relief from automatic stay on the grounds set forth in Mt. Hawley's Motion for Relief from Automatic Stay filed concurrently herewith. The Motion is further supported by Movant's Memorandum of Points and Authorities, and by the Declaration of Michael D. Prough, also filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that Respondents may appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities, and declarations. If Respondents fail to appear, default may be entered.

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted via telephone or video webinar via Zoom only. A URL link for this hearing may be found at the Court's website: http://www.canb.uscourts.gov/judge/novack/calendar.

PLEASE TAKE FURTHER NOTICE that if any party desires an emailed copy of the Motion, they may contact Dean C. Burnick, at Prough Law, APC, by email at dcb@proughlaw.com or by phone at (925) 433-5894.

Dated: February 1, 2023      PROUGH LAW, APC

By: */s/ Michael D. Prough*
      Michael D. Prough

Attorneys for Creditor and Movant
Mt. Hawley Insurance Company