Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Creditor and Movant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In Re: SPRING MOUNTAIN VINEYARD INC., | No. 22-10381 CN 11 |
|---|---|
| Debtor | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that Mt. Hawley Insurance Company's Notice of Motion, Motion for Relief From Automatic Stay, Memorandum of Points and Authorities In Support, Declaration of Michael D. Prough, and Notice of Hearing were electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties receiving notice pursuant to the CM/ECF system on this 2nd day of February 2023, including the Debtor/Debtor In Possession, MGG California, LLC, the twenty largest unsecured creditors and the Office of the United States Trustee, as listed.

/s/ Michael D. Prough
Michael D. Prough

# SERVICE LIST

| | |
|---|---|
| Debtor / DIP Spring Mountain Vineyard Inc.<br><br>Victor A. Sahn (victor.sahn@gmlaw.com)<br>Steven F. Werth (steven.werth@gmlaw.com)<br>Mark S Horoupian (mark.horoupian@gmlaw.com)<br>Steve Burnell steve.burnell@gmlaw.com<br>Greenspoon Marder LLP<br>333 S. Grand Ave., Ste 3400<br>Los Angeles, CA 90071 | Creditor MGG California, LLC<br><br>Jeff J. Marwil (jmarwil@proskauer.com)<br>Peter J Young (pyoung@proskauer.com)<br>Steve Ma (sma@proskauer.com)<br>Ashley M. Weringa<br>(aweringa@proskauer.com)<br>Proskauer Rose LLP<br>70 West Madison<br>Suite 3800<br>Chicago, Illinois 60602-4342 |
| Office of the United States Trustee / SR<br><br>Elvina Rofael (elvina.rofael@usdoj.gov)<br>Trevor Ross Fehr (trevor.fehr@usdoj.gov)<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave., 5th Floor, #05-0153<br>San Francisco, CA 94102 | Belkorp AG, LLC<br>Attn: Laura Correll, Accounting<br>2413 Crows Landing Rd Modesto, CA 95358<br>(209) 205-3706<br>ar@belkorpag.com<br>AR@BelkorpAg.com<br>ldunhouse@belkorpag.com |
| Allen Wine Group LLP<br>Altn: Timothy Allen, CPA - Managing Partner<br>120 Stony Point Road, #230<br>Santa Rosa, CA 95401<br>(707) 528-3860<br>tim@allenwine.com<br>Tim@allengroupllp.com<br>Brent Garrison (Brent@allengroupllp.com) | Central Valley Administrative Offices<br>1804 Soscol Ave., #205<br>Napa, CA 94559<br>Attn: Gerry Cruz, Accounting Mgr.<br>(707) 261-7900<br>gerryc@central-valley.com |
| Bartelt Engineering<br>Attn: Paul Bartelt<br>1303 Jefferson St #20013<br>Napa, CA 94559<br>(707) 258-130 I<br>paulb@barteltengineering.com | Conway Beverage Group, LLC Dba:<br>Elite Brands<br>Elite Brokerage<br>3238 Old Heather Rd.<br>San Diego, CA 92111-7716<br>Attn: Mr. Jay Conway<br>Jayconway@elitebrands.biz |
| Matheson Tri-Gas Inc.<br>Dept. LA 23793<br>Pasadena, CA 91185<br>(707) 963-4307 | Tonnellerie Sylvain<br>855 Bordeaux Way<br>Napa, CA 94558<br>(707) 492-3308<br>contactusa@famillesylvain.com |

1

Case: 22-10381    Doc# 229-3    Filed: 02/02/23    Entered: 02/02/23 16:12:13    Page 2 of 5

| | |
|---|---|
| G3 Enterprises 1nc.<br>(Tapp Labels)<br>580 Gateway Dr.<br>Napa, CA 94558<br>(707) 252-8300<br>Jeff.licht@tapplabel.com | Brown's Auto Parts<br>Attn Dan Beltramai, Owner<br>l218 MainSt.<br>Saint Helena, CA 94574-1901<br>(707) 963-3638<br>Brownsauto169@gmail.com |
| Napa Ford Lincoln<br>170 Soscol Ave.<br>Napa, CA 94559<br>(707) 255-2580 | Castino Restaurant Equipment And Supply<br>50 Utility Ct.<br>Rohnert Park, CA 94928-1659<br>(707) 585-3566<br>sales@castinosolutions.com |
| Wyatt Irrigation Co.<br>4407 Solano Ave.<br>Napa, CA 94558<br>(707) 578-3747<br>Lynne Colombano, Acct Receivable Mgr.<br>lynne@wyattsupply.com | Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175-0001<br>(800) 372-4822 |
| Wyatt Irrigation Co.<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. #150N Sacramento, CA 95833-3502 | Famille Sylvain<br>855 Bordeaux Way #239<br>Napa, CA 94558-7549<br>(707) 492-3308<br>contactusa@famillcsylvain.com |
| Wine Technology America aka Wine Technology, Inc. 474 Walten Way<br>aka Vinwizard<br>Windsor CA 95492<br>(707) 703-59 1 9<br>Attn: Kelly Graves, Director<br>(720) 284-2059<br>kelly@vinwizard.us | Francois Freres USA Inc.<br>1403 Jefferson St.<br>Napa, CA 94559-J 708 (707) 294-2204<br>office@francoisfreresusa.com<br>julie@francoisfreresusa.com<br>accounting@francoisfreresusa.com<br>assistant@francoisfreresusa.com |
| Wine Technology America Inc<br>c/o Lloyd Matthews, Agent<br>1899 Larkspur St.<br>Yountville, CA 94599-1237 | Napa County Treasurer<br>1195 3rd St. #108<br>Napa, CA 94559-3035<br>(707) 253-43 1 4<br>Dawnette.martindalc@countyofnapa.org |

| | |
|---|---|
| Sovos Compliance LLC<br>200 Ballardvale St., Bldg 14th Fl.<br>Wilmington, MA 01887<br>(866) 890-3970<br>lori.bradshaw@sovos.com | Ford Motor Credit Company<br>National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs CO 80962-2180<br>(800) 955-8232<br>fcffald@ford.com |
| Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA 94558-0528<br>(707) 252-6888<br>kamh@,napavalleypetroleum.com | Napa Valley Vintners Association<br>P.O. Box 141<br>Saint Helena, CA 94574<br>(707) 963-3388<br>Attn: Steve Tradewell, CFO<br>stradewell@napavintners.com |
| Ramondin U.S.A. Inc.<br>Tammy Frandsen Finance Manager<br>541 Technology Way<br>Napa, CA 94558<br>(707) 944-2277<br>tfrandsen@ramondin.com | Stanzler Law Group<br>Attn: Jordan S. Stanzlcr<br>390 Bridge Pkwy #220<br>Redwood City, CA 94065<br>(650) 739-0200<br>Jstanzler@stanzlerlawgroup.com |
| Wilbur Ellis Company LLC<br>c/o Registered Agent Solutions Inc.<br>720 14th St.<br>Sacramento, CA 95814-1905<br>(707) 963-3495<br>KZavala@wilburellis.com<br>MHAMMETT@wilburellis.com<br>SPRIM@wilburellis.com | Wine Service Cooperative<br>1150 Dowdell Lane<br>Saint Helena, CA 94574<br>Attn: Steven Tamburelli, General Manager<br>Tel: (707) 963-9474<br>Fax: (707) 963 9359<br>Steve(@wineservicecoop.com |
| Bright Event Rental<br>22674 Broadway #A<br>Sonoma, CA 95476<br>(707) 940-6060<br>Attn: Michelle Minsk, Acctg.<br>accountsreceivable@bright.com | CNH Capital<br>Dept. 1801104747435<br>P.O. Box 78004<br>Phoenix, AZ 85062<br>Attn: Steve Wright, Bankruptcy Dept.<br>(717) 355-5790 |
| CNII Industrial Capital America, LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264<br>Attn: John Chiavacci, HRBK Analyst<br>(717) 355-5913<br>john.chiavacci@cnhind.com | ETS Laboratories<br>c/o Marjorie Burns<br>899 Adams Street I#A<br>Saint Helena, CA 94574-1160<br>(707) 963-4806<br>Attn Accounts Receivable Team<br>ar@etslabs.com |

3

|  | accounts@etslabs.com |
|--|----------------------|