UNITED STATES BANKRUPTCY COURT
Northern District of California Santa Rosa

In re:
Spring Mountain Vineyard Inc.,
    Debtor(s).

Case No.: 22-10381
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on February 15, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

U.S. Trustee's Response and Reservation of Rights to the Supplemental Briefs filed in Support of Debtor's Motion for Order Approving Employee Retention Plan

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. February 15, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

# Exhibit A - Certificate of Service
# Spring Mountain Vineyard Inc. 22-10381

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 7045 | Abbott & Kindermann, Inc., 2100 Twenty First St., Sacramento, CA, 95818 | **First Class** |
| 7045 | Allen Group, 120 Stony Point Rd. #230, Santa Rosa, CA, 95401 | **First Class** |
| 7045 | Bartelt Engineering, 1303 Jefferson St. #200B, Napa, CA, 94559 | **First Class** |
| 7045 | Belkorp AG LLC, 1865 Lincoln Ave., Calistoga, CA, 94515 | **First Class** |
| 7045 | BNP Paribas Securities Corp., 787 Seventh Ave., New York, NY , 10019 | **First Class** |
| 7045 | Brown's Auto Parts Attn: Dan Beltramai, 1218 Main St., St. Helena, CA, 94574 | **First Class** |
| 7045 | Cab West LLC, P.O. Box 552679, Detroit, MI, 48255 | **First Class** |
| 7045 | Castino Restaurant Equipment and Supply, 50 Utility Ct., Rohnert Park, CA, 94928 | **First Class** |
| 7045 | Central Valley, 1100 Vintage Ave., St. Helena, CA, 94574 | **First Class** |
| 7045 | Chubb Group of Insurance Companies, P.O. Box 777-1630, Philadlephia, PA, 19175 | **First Class** |
| 7045 | Cohen Tauber Spievack & Wagner P.C., 420 Lexington Ave., Ste. 2400, New York, NY, 10170, USA | **First Class** |
| 7045 | CQ and A Consulting, LLC, P.O. Box 777, Pinole, CA, 94564 | **First Class** |
| 7045 | Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau Attn: Daniel Peralta, 1436 2nd St. #531, Napa, CA, 94559 | **First Class** |
| 7045 | Elite Brokerage, 3238 Old Heather Rd., San Diego, CA, 92111 | **First Class** |
| 7045 | Family Sylvain, 855 Bordeaux Way #239, Napa, CA, 94559 | **First Class** |
| 7045 | Francois Freres USA Inc., 1403 Jefferson St., Napa, CA, 94559 | **First Class** |
| 7045 | Freecrest Limited Attn: Dominique Liardet, 29 Rue De Laz Coulovreniere 1204, Geneva, Switzerland | **First Class** |
| 7045 | G3 Enterprises Inc. (Tapp Labels), 580 Gateway Dr., Napa, CA, 94558 | **First Class** |
| 7045 | Getzler Henrich & Associates LLC, 295 Madison Ave., 20th Fl., New York, NY, 10017 | **First Class** |
| 7045 | IPFS, 49 Stevenson St. #127, San Francisco, CA, 94105 | **First Class** |
| 7045 | Jacob E. Safra c/o Silvia Buhagiar, 11 Rue Michel Chauvet 1208, Geneva, Switzerland | **First Class** |
| 7045 | Jigsaw Advisors LLC, 3581 Mt. Diablo Blvd. #215, Lafayette, CA, 94549 | **First Class** |
| 7045 | Kevin A. Krakora Getzler Henrich & Associates LLC, 150 S. Wacker Dr., 24th Fl., Chicago, IL, 60606 | **First Class** |
| 7045 | Mark S. Horoupian Greenspoon Marder LLP, 333 South Grand Ave., Ste. 3400, Los Angeles, CA, 90071, USA | **First Class** |
| 7045 | MGG California, LLC Attn: Steve Ma Proskauer Rose LLP, 2029 Century Park E #2400, Los Angeles, CA, 90067 | **First Class** |
| 7045 | Michael D. Prough Prough Law, APC, 1550 Parkside Dr. Ste. 200, Walnut Creek, CA, 94596 | **First Class** |
| 7045 | Napa County Treasurer, 1195 3rd St. #108, Napa, CA, 94559 | **First Class** |
| 7045 | Napa Ford Lincoln, 170 Soscol Ave., Napa, CA, 94559 | **First Class** |
| 7045 | Napa Valley Petroleum, P.O. Box 2670, Napa, CA, 94558 | **First Class** |
| 7045 | Ramondin USA, Inc., 541 Technology Way, Napa, CA, 94558 | **First Class** |
| 7045 | Spring Mountain Vineyard Inc., 2805 Spring Mountain Road, St. Helena, CA, 94574, USA | **First Class** |
| 7045 | Stanzler Law Group, 390 Bridge Pkwy. #220, Redwood City, CA, 94065 | **First Class** |
| 7045 | Tonnellerie Sylvain, 855 Bordeaux Way, Napa, CA, 94558 | **First Class** |
| 7045 | Victor A. Sahn Greenspoon Marder LLP, 333 South Grand Ave., Ste. 3400, Los Angeles, CA, 90071, USA | **First Class** |
| 7045 | Wilbur Ellis Company LLC c/o Registered Agent Solutions, Inc., 720 14th St., Sacramento, CA, 95814 | **First Class** |
| 7045 | Wine Service Co-Operative, 1150 Dowell Ln., St. Helena, CA, 94574 | **First Class** |