# EXHIBIT 4

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

MT. HAWLEY INSURANCE COMPANY,
    Petitioner,
v.
THE SUPERIOR COURT OF NAPA COUNTY,
    Respondent;
SPRING MOUNTAIN VINEYARDS, INC.,
    Real Party in Interest.

A165994

(Napa County
Super. Ct. No. 22CV000270 )

THE COURT:*

    The Petition for Writ of Mandate and the request for a stay are denied. Petrou, J., would have issued an order to show cause and granted the stay request.

Date: September 27, 2022          Tucher, P.J.    P.J.

---

* Tucher, P.J., Fujisaki, J., and Petrou, J.

Document received by the CA Supreme Court.