# EXHIBIT 6

SUPREME COURT
FILED
NOV 2 2 2022
Jorge Navarrete Clerk
_____
Deputy

Court of Appeal, First Appellate District, Division Three - No. A165994

S276766

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

MT. HAWLEY INSURANCE COMPANY, Petitioner,

v.

SUPERIOR COURT OF NAPA COUNTY, Respondent;

SPRING MOUNTAIN VINEYARDS, INC., Real Party in Interest.

---

The petition for review and application for stay are denied.

CANTIL-SAKAUYE
*Chief Justice*