# EXHIBIT 10

PROUGH LAW, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
*Attorneys for Plaintiff*
*Mt. Hawley Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
MT. HAWLEY INSURANCE COMPANY, an Illinois Corporation,

Civil Action No: 1:22-cv-03191

Plaintiff,

-against-

**MT. HAWLEY INSURANCE COMPANY'S AMENDED RULE 26 INITIAL DISCLOSURES**

SPRING MOUNTAIN VINEYARD, INC. a Delaware Corporation
Defendant.

-------------------------------------------------------------------

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") hereby sets forth its amended initial disclosures pursuant to FRCP 26(a)(1). Mt. Hawley's identification of particular individuals or categories of documents does not mean each is properly the subject of deposition or discovery, given the relevance and proportionality requirements of the FRCP: some witnesses had minimal or clerical involvement in the files and are identified here for the sake of disclosure.

1. <u>Witnesses</u>

The following individuals who may have discoverable information that RLI may use to support its claims or defenses:

a. RLI employees: Adam Kotara (Claim), Matthew Campen (Claim), Rob Smith (Underwriting) and Linda Paul (Underwriting) c/o Michael Prough and Dean Burnick of Prough Law, APC, 1550 Parkside Drive, Suite 200, Walnut Creek, CA 94596, (925) 433-5894.

b. Spring Mountain Vineyard, Inc. officers and employees: Don Yannias, Mary Seavoy, Ron Rosenbrand, Barrett Anderson, Dermott Whelan, Jim Meredith, Bradley Saunders and records custodian, c/o Jay B. Spievack, Cohen Tauber Spievack & Wagner P.C., 420 Lexington Avenue, New York, NY, (212) 586-5095.

c. The Greenspan Company dba Greenspan Co./Adjusters International, Inc. members and/or employees: Tim Larsen, Paul Migdal, Steve Severaid, Gina Laudari, Chris Glenister, JD Franco, Jojo Choi, Jenny Schultz, Ashley Mendoza and records custodian, 9301 Corbin Ave., Suite 2100, Northridge, CA 91324, (800) 359-1586.

d. Jay B. Spievack and Joseph Vann of Cohen Tauber Spievack & Wagner P.C., 420 Lexington Avenue, New York, NY, (212) 586-5095.

e. Freecrest Ltd.'s authorized representative, records custodian, and current and former directors and officers. The location of Freecrest Ltd. is currently unknown. Freecrest Ltd. owns Spring Mountain Vineyard, Inc., who is represented by Jay B. Spievack, Cohen Tauber Spievack & Wagner P.C., 420 Lexington Avenue, New York, NY, (212) 586-5095.

f. Boker Management Investment Inc. members, officers and/or employees: Don Yannias, Mary Seavoy and records custodian, c/o Jay B. Spievack, Cohen Tauber Spievack & Wagner P.C., 420 Lexington Avenue, New York, NY, (212) 586-5095.

g. McLarens employees: Mike Vadney and Steve Bluemel, 500 W. Colorado Street, Unit C, PMB 144, Glendale, CA 91204, (818) 265-0277.

h. Young & Associates member and/or employees: Brig Spurck and Tom Sullivan, Young & Associates, 15108 Vizcaya Drive, Dallas, TX 75248, (832) 372-1287.

i. J.S. Held LLC member and/or employee: Max Flynn, 55 Roswell Street, Suite 300, Alpharetta, GA 30009, (404) 481-4888.

j. Arthur J. Gallagher & Co. employees: Dina C. Smith, Linda Pierce, Jaime Yaudes and records custodian, c/o Kristi Dean and Alisa Morgenthaler, Stone Dean LLP, 21052 Oxnard Street, Woodland Hills, CA 91367, (818) 999-2232.

k.  Malloy Imrie & Vasconi Insurance Services LLC members and/or employees: Kevin Dickenson and records custodian, 899 Adams Street, Suite C, Saint Helena, CA 94574, (707) 963-2777.

l.  Brown & Riding Insurance Services, Inc. employees: Turner Chatterton, Christopher Bading, Aeriel Parker, Jessica Cason and records custodian, 901 5th Avenue, Suite 2300, Seattle, WA 98164, (206) 816-6767.

m.  Risksmith Insurance Services, LLC employees: Ann Owen, Chrissy Anthony, Jackie Pepsis, Lorna Wirtz and records custodian, 8270 Grogans Ferry Road, Atlanta, GA 30350, (404) 387-6954.

n.  First Specialty Insurance Corporation / Swiss Re employees: Stacy Barkdull, Nathan Lord, Breck Ruckle, other underwriters and records custodian, 1200 Main Street, Suite 800, Kansas City, MO 64105.

o.  Beazley Insurance Services employees: Christopher Haffner, underwriters and records custodian, 141 Tremont Street, Suite 1200, Boston, MA 02111 (617) 239-2600.

p.  Kinsale Insurance Company employees: Laura Patterson, underwriters and records custodian c/o Rebecca Weinrich and Jordon Harriman, Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071, (213) 250-1800.

q.  Landmark American Insurance Company / RSUI / RSUI Group, Inc. employees: Jonna Holm, underwriters and records custodian c/o Rebecca Weinrich and Jordon Harriman, Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071, (213) 250-1800.

r.  Hallmark Specialty Insurance Company employees: Travis Clifford, underwriters and records custodian c/o Rebecca Weinrich and Jordon Harriman, Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071, (213) 250-1800.

s. Western World Insurance Company employees: Steven Livingston, underwriters, and records custodian c/o Rebecca Weinrich and Jordon Harriman, Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071, (213) 250-1800.

t. Axis Surplus Insurance Company employees: Kyle Galvond, Chip Dickerson, underwriters and records custodian c/o Rebecca Weinrich and Jordon Harriman, Lewis Brisbois Bisgaard & Smith LLP, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071, (213) 250-1800.

u. Allianz Underwriters Insurance Company (including its corporate parents and affiliates) employees: Underwriters, claim professionals and records custodian, 225 West Washington Street, Suite 1800, Chicago, IL 60606.

v. National Fire & Marine Insurance Company employees: Underwriters, claim professionals and records custodian, 1314 Douglas Street,, Suite 1400, Omaha, NE 68102.

w. The Princeton Excess And Surplus Lines Insurance Company employees: Underwriters, claim professionals and records custodian, 555 College Road East, Princeton, NJ 08543-5241, (800) 305-4975.

x. Lexington Insurance Company employees: Underwriters, claim professionals and records custodian, 99 High Street, Floor 24, Boston, MA 02110-2378.

y. Evanston Insurance Company employees: Underwriters, claim professionals and records custodian, 10275 West Higgins Road, Suite 750, Rosemont, IL 60018.

z. MGG California, LLC employees: Kevin Griffin, records custodian and others, One Penn Plaza, Ste. 5320, New York, NY 10119.

2. <u>Documents</u>

The following categories of documents in Mt. Hawley's possession or control may be used to support Mt. Hawley's claims:

a. Mt. Hawley Policies: MCP0170029 and MCP0165742.

4

b.  Mt. Hawley's claim file, including reports, other insurer policies, and all of the other documents provided to Mt. Hawley in relation to the claim.

c.  Mt. Hawley's underwriting files, including submissions by Defendant and its representatives.

d.  Correspondence between the parties, including their representatives or agents, regarding the policies or the claim.

3.  Damages

For its first claim for relief, Mt. Hawley identifies its contract damages (which are ongoing and accruing each month and thus will be updated through trial, as appropriate), to include at least the following amounts paid in March, April, May, June and July of 2022:

| | |
|---|---|
| March 2022 | $8,369.11 |
| April 2022 | $12,128.74 |
| May 2022 | $29,029.22 |
| June 2022 | $13,276.64 |
| July 2022 | $46,728.38 |
| | $109,532.09 |

4.  Insurance

Not applicable.

Dated: September 21, 2022

**PROUGH LAW, APC**

*s/Michael D. Prough*

Michael D. Prough, Esq. (*admitted pro hac vice*)
Dean C. Burnick, Esq. (*admitted pro hac vice*)
*Attorney for Plaintiff*
*Mt. Hawley Insurance Company*
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
(925) 433-5894
mdp@proughlaw.com

5

# CERTIFICATE OF SERVICE

**Mt. Hawley Ins. Co. v. Spring Mountain Vineyard, Inc.**
**Civil Action No. 1:22-cv-03191**

I, the undersigned, an employee of Prough Law, APC, located at 1550 Parkside Dr., Suite 200, Walnut Creek, California 94596, am over the age of 18 years and not a party to this matter, action or proceeding.

On September 21, 2022, I served a copy of the following document(s):

**MT. HAWLEY INSURANCE COMPANY'S AMENDED RULE 26 INITIAL DISCLOSURES**

to the person(s) at the address(es) shown and listed on the below service list:

## SERVICE LIST

| | |
|---|---|
| Cohen Tauber Spievack & Wagner, P.C.<br>Jay B. Spievack, Esq.<br>jpievack@ctswlaw.com<br>Jackson S. Davis, Esq.<br>jdavis@ctswlaw.com<br>420 Lexington Ave., Suite 2400<br>New York, N.Y. 10170 | Attorneys for SPRING MOUNTAIN VINEYARD, INC. |
| Matthew D. Kraus, Esq.<br>mkraus@chartwelllaw.com<br>Linda Fridegotto, Esq.<br>lfridegotto@chartwelllaw.com<br>Chartwell Law<br>One Battery Park Plaza, Suite 710<br>New York, NY 10004<br>Tel: 212-968-2300<br>Fax: 968-2400 | Attorneys for MT. HAWLEY INSURANCE COMPANY |

__X__ **BY U.S. MAIL**: Unless otherwise indicated above, I placed the document(s) for collection and processing for mailing with the United States Postal Service in Walnut Creek, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and processing for mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope or package with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2022, at Walnut Creek, California.

*/s/ Sandra C. Marrujo*
Sandra C. Marrujo