Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Creditor and Movant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| In Re: SPRING MOUNTAIN VINEYARD INC., <br><br>Debtor | No. 22-10381 CN 11 <br><br>**MT. HAWLEY INSURANCE COMPANY'S EVIDENTIARY OBJECTIONS TO DECLARATION OF JAY SPIEVACK;** <br>**MOTION TO STRIKE** <br><br>Date: March 1, 2023 <br>Time: 11:00 a.m. <br>Place: U.S. Bankruptcy Court <br>  Courtroom 215 <br>  1300 Clay Street, Suite 300 <br>  Oakland, CA 94612 <br><br>Chief Judge Charles Novack |

Creditor and Movant Mt. Hawley Insurance Company ("Mt. Hawley") submits the following objections to the Declaration of Jay B. Spievack filed in support of Debtor Spring Mountain Vineyard, Inc.'s Opposition to Mt. Hawley's Motion For Relief From Automatic Stay:

**EVIDENTIARY OBJECTIONS**

Bankruptcy L.R. 9013-1(c) states that memoranda of point and authorities opposing motions "shall not exceed 25 pages of text". Debtor's Opposition brief already exceeds the page limit prescribed by the Local Rules. The Spievack Declaration, however, amounts to 19 more pages of argument and preferred legal conclusions that flout the generous space limits for moving

- 1 -

and opposition papers granted by the Local Rules. The Court should not consider the Spievack Declaration for any purpose other than to authenticate the documents it attaches. Mt. Hawley does not object to the authenticity of Exhibit 1-10 (dkt. Nos.250-1 to 250-11); they are what they are (although arguments are not evidence, and plenty of other papers have been filed in each of the cases). Mt. Hawley objects to the lengthy and argumentative Spievack Declaration and the documents it attaches on relevance and the other grounds stated herein and in Mt. Hawley's Reply filed concurrently herewith.

Bankruptcy L.R. 9013-1(d)(1) provides in part: "Factual contentions made in support of, or in opposition to, any motion, application or objection should be supported by affidavits or declarations and appropriate references to the record." Subjection (d)(2) mandates that:

> **Affidavits and declarations shall contain only facts**, shall conform as far as possible to the requirements of Fed. R. Civ. P. 56(e), **and shall avoid conclusions and argument**. [Emphasis added.]

The Spievack Declaration is replete with legal arguments, opinions and conclusions that have no place and should not be considered. Mt. Hawley objects to all improper arguments and conclusions in the Spievack Declaration. Debtor's Opposition also repeats or cites to them. For these reasons, the Court should decline to consider the vast bulk of the Spievack Declaration that violates both the space limitations for oppositions and the content requirements for declarations imposed by the Local Rules.

Mt. Hawley incorporates by this reference the above General Objections into each specific objections to the Spievack Declaration below. The text of the Spievack Declaration to which Mt. Hawley objects is identified by paragraph and footnote number. In the interest of brevity, the massive volume of objectionable text is not reiterated.

| Material Objected to: | Grounds for Objection: |
|---|---|
| 1. Spievack Dec., Para. 3. | 1. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *State Compensation Insurance Fund (SCIF) v. Drobot*, 2016 WL 6661338, *2 (C.D. CA) ("a court considers relevant evidence, and ignores improper legal arguments and conclusions even in the absence of evidentiary objections.")); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |

| | | |
|---|---|---|
| 2. Spievack Dec., Para. 4. | 2. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602). |
| 3. Spievack Dec., Para. 5. | 3. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702). |
| 4. Spievack Dec., Para. 6. | 4. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602). |
| 5. Spievack Dec., Para. 7. | 5. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 6. Spievack Dec., Para. 8. | 6. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 7. Spievack Dec., Para. 9. | 7. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 8. Spievack Dec., Para. 10 | 8. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 9. Spievack Dec., Para. 11. | 9. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 10. Spievack Dec., Para. 12. | 10. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). |

| | | |
|---|---|---|
| 11. Spievack Dec., Para. 13. | 11. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602). |
| 12. Spievack Dec., Para. 14. | 12. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 13. Spievack Dec., Para. 16. | 13. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 14. Spievack Dec., Para. 18. | 14. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 403). |
| 15. Spievack Dec., Para. 20. | 15. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). |
| 16. Spievack Dec., Para. 21. | 16. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |
| 17. Spievack Dec., Para. 22. | 17. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 18. Spievack Dec., Para. 23. | 18. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). |
| 19. Spievack Dec., Para. 24. | 19. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). |
| 20. Spievack Dec., Para. 25. | 20. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation (Fed. R. Ev. 602). |

| | | |
|---|---|---|
| 21. Spievack Dec., Para. 27. | 21. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 403). |
| 22. Spievack Dec., Para. 28. | 22. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation (Fed. R. Ev. 602). |
| 23. Spievack Dec., Para. 29. | 23. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Calls For Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |
| 24. Spievack Dec., Para. 30. | 24. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). |
| 25. Spievack Dec., Para. 31. | 25. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). |
| 26. Spievack Dec., Para. 32. | 26. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |
| 27. Spievack Dec., Para. 33. | 27. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Improper Expert Testimony (Fed. R. Ev. 701, 702). |
| 28. Spievack Dec., Para. 34. | 28. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation; Improper Expert Testimony (Fed. R. Ev. 701, 702); Irrelevant (Fed. R. Ev. 401). |
| 29. Spievack Dec., Para. 35. | 29. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Irrelevant (Fed. R. Ev. 401). |
| 30. Spievack Dec., Para. 36. | 30. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation (Fed. R. Ev. 602); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |

| | | |
|---|---|---|
| 31. Spievack Dec., Para. 37. | 31. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). | |
| 32. Spievack Dec., Para. 38. | 32. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation, lacks foundation (Fed. R. Ev. 602); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403). | |
| 33. Spievack Dec., Para. 39. | 33. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 34. Spievack Dec., Para. 40. | 34. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 35. Spievack Dec., Para. 41. | 35. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). | |
| 36. Spievack Dec., Para. 42. | 36. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation (Fed. R. Ev. 602); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 37. Spievack Dec., Para. 43. | 37. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 38. Spievack Dec., Para. 44. | 38. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403). | |
| 39. Spievack Dec., Footnote 2. | 39. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). | |

| | | |
|---|---|---|
| 40. Spievack Dec., Footnote 4. | 40. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 41. Spievack Dec., Footnote 6. | 41. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Misleading/Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 42. Spievack Dec., Footnote 7. | 42. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading/Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |
| 43. Spievack Dec., Footnote 8. | 43. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403). | |
| 44. Spievack Dec., Footnote 10. | 44. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). | |
| 45. Spievack Dec., Footnote 11. | 45. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). | |
| 46. Spievack Dec., Footnote 12. | 46. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Irrelevant (Fed. R. Ev. 401). | |
| 47. Spievack Dec., Footnote 13. | 47. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). | |
| 48. Spievack Dec., Footnote 14. | 48. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Misleading / Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). | |

| | |
|---|---|
| 49. Spievack Dec., Footnote 15. | 49. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |
| 50. Spievack Dec., Footnote 16. | 50. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). |
| 51. Spievack Dec., Footnote 17. | 51. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Improper Expert Testimony (Fed. R. Ev. 701, 702); Irrelevant (Fed. R. Ev. 401). |
| 52. Spievack Dec., Footnote 18. | 52. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). |
| 53. Spievack Dec., Footnote 19. | 53. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Misleading /Mischaracterizes Evidence (Fed. R. Ev. 403); Irrelevant (Fed. R. Ev. 401). |
| 54. Spievack Dec., Footnote 20. | 54. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Improper Expert Testimony (Fed. R. Ev. 701, 702); Irrelevant (Fed. R. Ev. 401). |
| 55. Spievack Dec., Footnote 21. | 55. Improper legal argument and conclusions (Bk. L.R. 9013-1(d); *SCIF v. Drobot*, 2016 WL 6661338 at *2); Speculation/Lacks Foundation/No Personal Knowledge (Fed. R. Ev. 602); Irrelevant (Fed. R. Ev. 401). |

Dated: February 27, 2023             PROUGH LAW, APC


By: /s/ *Michael D. Prough*
         Michael D. Prough

Attorneys for
Mt. Hawley Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties receiving notice pursuant to the CM/ECF system on this 27th day of February 2023.

> */s/ Michael D. Prough*
> Michael D. Prough