| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  *victor.sahn@gmlaw.com*<br>Mark S. Horoupian (CA Bar No. 175373)<br>  *mark.horoupian@gmlaw.com*<br>Steve Burnell (CA Bar No. 286557)<br>  *steve.burnell@gmlaw.com*<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>333 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>Attorneys for Debtor in Possession,<br>Spring Mountain Vineyard Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br>a Delaware corporation,<br><br>                 Debtor. | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**Monthly Fee Statement**<br>**Number: 4**<br>**Month of: February 2023** |

| | |
|---|---|
| 1. Name of Professional: | Stanzler Law Group |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard, a Delaware corporation, Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought: | February 1, 2023 through February 28, 2023 |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $1,921.20 (80% of $2,401.50) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $1,156.90 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $3,078.10 |

> DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>RECIPIENTS</u>"). COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS **WITHIN 15 DAYS** FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated: March 8, 2023

Type Name of Professional: Stanzler Law Group

Signature of Professional:

By: *[signature]*
Jordan Stanzler

Respectfully submitted,

Greenspoon Marder LLP,
A Florida limited liability partnership

*[signature]*

Victor A. Sahn

KLF 53659010v1
Case: 22-10381    Doc# 267    Filed: 03/09/23    Entered: 03/09/23 13:33:55    Page 2 of 10

# EXHIBIT 1

Stanzler Law Group
390 Bridge Parkway
Suite 220
Redwood City, CA 94065
Tax I.D. 32-0351979

Invoice submitted to:

Mary Seavoy via email
cc: Jay Spievack, Esq. via email
cc: Joseph Vann, Esq. via email

March 5, 2023
In Reference To: Spring Mountain Vineyards, Inc. v. Landmark American Insurance Company, et al., Case No. 22CV000270, Napa Superior Court

Invoice # 1014

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2023 | JSS | Reviewed tentative ruling; sent email to J. Spiievack with arguments to be made to contest the ruling; discussed same with J. Spievack. | 1.50 | |
| 2/2/2023 | JSS | Attended oral argument on demurrer by excess carriers. | 1.50 | |
|  | JSS | Discussion with J. Spievack re next steps in case. | 0.40 | |
|  | JSS | Researched conspiracy between insurance companiies as possible claim for bad faith. | 0.40 | |
| 2/6/2023 | SR | Prepared notice of deposit of jury fees for service; prepared notice of withdrawal of motion for relief from waiver of jury fees for e-filing and service. | 0.50 | |
| 2/14/2023 | JSS | Discussion with J. Spievack re pending issues and status of discovery. | 0.30 | |
| 2/22/2023 | SR | Prepared notice of entry of order re Mt. Hawley's demurrer for e-filing and service; prepared notice of entry of order re Hallmark-Western, Axis demurrer for e-filing and service. | 0.80 | |
| 2/23/2023 | JSS | Discussion with J. Spievack re motion to compel discovery of claim file; provided case authority. | 0.40 | |
| 2/24/2023 | JSS | Email to J. Spievack about privilege assertion by insurance carriers. | 0.20 | |
|  |  | For professional services rendered | 6.00 | $2,401.50 |

Mary Seavoy via email                                                                                  Page    2

    Additional Charges :

                                                                                     Amount

| Date | Description | Amount |
|---|---|---|
| 2/6/2023 | Napa Superior Court filing fees including motion. | 92.00 |
| 2/10/2023 | Carol Nygard & Associates (transcript of hearing on 2/2/23) | 981.90 |
| 2/21/2023 | Bay Area Express (Court run for two orders re demurrers.) | 51.00 |
| 2/22/2023 | Napa Superior Court filing fees re two notices of entry of orders re demurrers. | 32.00 |

    Total costs                                                                                              $1,156.90

    Total amount of this bill                                                                $3,558.40

    Balance due                                                                         $3,558.40

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jordan S. Stanzler | 4.70 | 475.00 | $2,232.50 |
| Sharran Rodd | 1.30 | 130.00 | $169.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY FEE STATEMENT NUMBER 4 MONTH OF FEBRUARY 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March , 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 9, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2023 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

**3. SERVED BY EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 267    Filed: 03/09/23    Entered: 03/09/23 13:33:55    Page 8 of 10

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com


**Request for Special Notice - NEF**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
 dcb@proughlaw.com

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 267    Filed: 03/09/23    Entered: 03/09/23 13:33:55    Page 9 of 10

Napa, CA 94559
(513) 684-2509
(202) 453-2412
Daniel.Peralta@ttb.gov

**Request for Special Notice - NEF**
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381   Doc# 267   Filed: 03/09/23   Entered: 03/09/23 13:33:55   Page 10 of 10