
```
1  Victor A. Sahn (CA Bar No. 97299)
     victor.sahn@gmlaw.com
2  Mark S. Horoupian (CA Bar No. 175373)         The following constitutes the order of the Court.
     mark.horoupian@gmlaw.com                    Signed: March 9, 2023
3  GREENSPOON MARDER LLP
   a Florida limited liability partnership
4  333 South Grand Ave., Suite 3400
   Los Angeles, CA  90071
5  Telephone: 213.626.2311                       _____
   Facsimile: 213.629.4520                       Charles Novack
6                                                U.S. Bankruptcy Judge
7  Attorneys for Debtor in Possession,
   Spring Mountain Vineyard Inc.
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **ORDER DENYING MOTION OF SPRING MOUNTAIN VINEYARD, INC. FOR AUTHORIZATION TO SEAL CERTAIN CONFIDENTIAL INFORMATION PURSUANT TO 11 U.S.C. §§ 105 AND 107(b) OF THE BANKRUPTCY CODE** |
| Federal EIN:  36-3844911 | [Related to Docket No. 222] |
| | **Hearing Information:**<br>Date:   March 1, 2023<br>Time:   11:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>          Courtroom 215<br>          1300 Clay Street<br>          Oakland, CA 94612 |

On March 1, 2023, at 11:00 a.m. in the above-entitled court (the "Hearing"), the "Motion Of Spring Mountain Vineyard, Inc. For Authorization To Seal Certain Confidential Information Pursuant To 11 U.S.C. §§ 105 And 107(B) Of The Bankruptcy Code" [Docket No. 222] (the "Motion") filed by Spring Mountain Vineyard Inc., the above-captioned debtor in possession ("Debtor") came of regularly for hearing before the Honorable Charles Novak, United

States Bankruptcy Judge, presiding.[1]

Appearances at the Hearing were as noted on the record. The Court having considered the Motion, including all pleadings, declarations, and exhibits thereto and the record in this case; and this Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Application having been provided to all necessary parties, and it appearing that no other or further notice need be provided; and the arguments and representations by the attorneys at the Hearing; and no opposition having been filed to the Motion; and for good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The Motion is denied.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY