Attorney or Professional Name, Address, Telephone and FAX

Victor A. Sahn (CA Bar No. 97299)
 *victor.sahn@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
 *mark.horoupian@gmlaw.com*
Steven F. Werth (CA Bar No. 205434)
 *steven.werth@gmlaw.com*
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br>a Delaware corporation,<br><br><div align="center">Debtor.</div> | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**Monthly Fee Statement**<br>**Number: 2**<br>**Month of: November 2022** |

| | |
|---|---|
| 1. Name of Professional: | Jigsaw Advisors LLC |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard Inc., a Delaware corporation, Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought: | November 1, 2022 through November 30, 2022<br><br>Exhibit A contains the time and cost detail supporting this Fee Statement. |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $88,968.00 (80% of $111,210.00) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $454.28 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $89,422.28 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>RECIPIENTS</u>").  COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS **<u>WITHIN 15 DAYS</u>** FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated:     March 23, 2023

Type Name of Professional:                    _Jigsaw Advisors LLC_____

Signature of Professional:

                                              By: */s/ William R. Brinkman*_____


                                              Respectfully submitted,

                                              Greenspoon Marder LLP,
                                              A Florida limited liability partnership


                                              _/s/ Victor A. Sahn_____
                                              Victor A. Sahn

# EXHIBIT A

Jigsaw Advisors Time and Expense Detail

**Jigsaw Advisors LLC**

**Exhibit A**

**Hours and Fees by Professional**

**Spring Mountain Vineyard: November 1, 2022 - November 30, 2022**

| Professional | | Hours | Rate | Fees |
|---|---|---|---|---|
| Peter Ekman | Managing Director | 191.5 | $550.00 | $105,325.00 |
| Peter Ekman | Managing Director | 21.4 | $275.00 | $5,885.00 |
| William R Brinkman | Managing Director | 1.4 | $575.00 | $0.00 |
| | | | | |
| **Total** | | **214.3** | | **$111,210.00** |
| | | | | |
| **Average Blended Rate Per Hour** | | | **$518.95** | |



Invoice submitted to:

Spring Mountain Vineyard
2805 Spring Mountain Rd
St Helena, CA 94574

3581 Mt. Diablo Blvd.
Suite 215
Lafayette, CA 94549

February 17, 2023

Invoice Number:
22SMV-DIP-2

**Professional Services Rendered for the Period:**      **November 1, 2022**     -     **November 30, 2022**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Asset Analysis & Recovery | | |
| 11/1/2022 | Peter Ekman | Analyzed and reviewed the proposal from B.Riley re SMV independent inventory valuation. Email my summary, questions, and proposal to V.Sahn, M.Horoupian, K.Krakora. | 0.60 | $330.00 |
| 11/2/2022 | Peter Ekman | Telephone conference with CRO K.Krakora, V.Sahn re potentil valuation issue. Also discussed solutions how to retain accounting team resources. | 0.30 | $165.00 |
| | Peter Ekman | Email to J.Henrich (Gordon Brother's) re request for an independent SMV bottled wine inventory appraisal. Call w J.Henrich. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with (and emails) with J.Henrich re potential retention of Gordon Brothers to value SMV's bottled inventory. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with P.DeLuca re SMV inventory valuation issues. | 0.40 | $220.00 |
| 11/6/2022 | Peter Ekman | Responded to requests from BNPP re SMV bottled inventory valuation issues, bulk wine inventory, bottling plans. Prepared asset analyses and summaries, and investigated specific valuation issues. | 1.40 | $770.00 |
| 11/8/2022 | Peter Ekman | Analyzed report from S.Soares re inventory updates and changes in case goods volume stored at the Coop. | 0.60 | $330.00 |
| 11/9/2022 | Peter Ekman | Analyzed bulk wine reports from Vintrace and updatd operating plan to utilize inventory. | 0.60 | $330.00 |
| | Peter Ekman | Responded to information requests re Sep 30 bottled inventory report. Analzyed material changes and prepared fluctuation analysis. | 0.80 | $440.00 |
| | Peter Ekman | Prepared September 30 report re SMV actual bottled inventory volumes and value, and analyzed variances. Meetings with ops team re: inventory issues and inventory management issues going-forward. | 1.70 | $935.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/2022 | Peter Ekman | Analyzed bulk wine inventory discrepancies and requested additional bulk wine information from B.Anderson for further analysis. Prepared detailed write-up. | 0.50 | $275.00 |
| | Peter Ekman | Prepared SMV's final inventory report incl. bottled and bulk inventory with explanations for material changes. | 0.70 | $385.00 |
| | Peter Ekman | Prepared updates of Sep 30 bulk wine report. Telephone conference and follow up with CRO (K.Krakora). | 0.40 | $220.00 |
| | Peter Ekman | Updated and finalized Sep 30 inventory report, and presented to to M.Seavoy, D.Yannias and mgmt team. Distributed to lender (MGG). | 0.40 | $220.00 |
| 11/11/2022 | Peter Ekman | Responded to questions from D.Yannias and mgmt team re inventory. | 0.20 | $110.00 |
| 11/15/2022 | Peter Ekman | Analyzed SMV bulk wine forecast and updated sales and usage amounts. | 0.20 | $110.00 |
| | Peter Ekman | Emailed B.Anderson, SMV winemaker, re bulk wine to potentially sell to the market. Prepared forecast summary. | 0.30 | $165.00 |
| | Peter Ekman | Analyzed SMV's bulk wine inventory to determine usage and potential sale plan and strategy. | 0.50 | $275.00 |
| 11/17/2022 | Peter Ekman | Emailed Sep 30 SMV inventory report to key managers for planning purposes incl. analysis and clarifications. Followed up with inquiries re: strategic option input. | 0.20 | $110.00 |
| 11/18/2022 | Peter Ekman | Analyzed SMV bulk wine inventory as part of analysis to potentially sell bulk wine. Researched current market pricing and supply/demand anticipated in 1Q23. | 0.40 | $220.00 |
| 11/20/2022 | Peter Ekman | Responded to information requests related to proposed bulk wine sales. Updated forecast from B.Anderson, wine maker at SMV to analyze cash impact and operating issues. | 0.40 | $220.00 |
| 11/23/2022 | Peter Ekman | Telephone conference with P.DeLuca re action items, timeline and next steps start appraisal of the SMV bottled inventory. Follow up with operations team. | 0.40 | $220.00 |
| 11/25/2022 | Peter Ekman | Emails to Bruce and P.DeLuca at BotW/BNPP re inventory valuation issues and arranged for a conference call with potential service providers. | 0.20 | $110.00 |
| | Peter Ekman | Prepared and emailed T.Angelo, BotW/BNPP an analysis and summary re SMV's current bulk wine inventory. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with Melissa Smith re FMV bottled inventory valuation services. | 0.50 | $275.00 |
| 11/26/2022 | Peter Ekman | Responded to emails from M.Smith re valuation issues. | 0.20 | $110.00 |
| 11/28/2022 | Peter Ekman | Analyzed SMV buildings losses in the 2020 Glass Fire, and prepared summary of options re potential rebuilding to future improved value of the property. | 0.70 | $385.00 |

005

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/29/2022 | Peter Ekman | Prepared October 30 inventory report. Analyzed inventory variances and changes, and created summaries per reporting requirements for both lender and SMV mgmt team. Published official report and support schedules. | 2.60 | $1,430.00 |
| 11/30/2022 | Peter Ekman | Email to P.DeLuca and K.Krakora to propose solutions to inventory valuation issues and plan and timeline to complete analysis. | 0.20 | $110.00 |
| | Peter Ekman | Email to P.DeLuca, BNPP re inventory valuation services and related issues. Analyzed and detailed appraisal issues. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with P.DeLuca, BNPP, re SMV's bottled inventory and valuation issues. | 0.50 | $275.00 |
| | Peter Ekman | Prepared guidelines for B.Garrison, S.Soares re SMV's year end inventory count process, and communicated process for count. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with S.Soares re October inventory count and reconciliation vs Sep inventory. | 0.50 | $275.00 |
| | SUBTOTAL: | | 18.30 | $10,065.00 |

**Business Analysis**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/3/2022 | Peter Ekman | Emails w D.Wheelan re pricing strategy and proposed changes to the SMV wine portfolio (all wines, all sales channels), implementation of price changes, tactics and trade communication issues. | 0.50 | $275.00 |
| 11/4/2022 | Peter Ekman | Analyzed SMV events information as part of financial model for forecasting. Created updates to model. | 0.90 | $495.00 |
| | Peter Ekman | Prepared SMV eCommerce & Website analysis and incorporated analytics into financial model. Follow up with eComm team. | 1.00 | $550.00 |
| | Peter Ekman | Prepared and analyzed SMV 2021 tasting room analytics, and created a DTC financial model for forecasting and planning purposes going forward. | 1.30 | $715.00 |
| 11/7/2022 | Peter Ekman | Responded to info requests from Investment Bankers (T.Angelo) at BNPP for financial and operating information. | 1.10 | $605.00 |
| 11/9/2022 | Peter Ekman | Prepared financial and operations reports and materials for BNPP. | 2.50 | $1,375.00 |
| 11/10/2022 | Peter Ekman | Analyzed and reviewed Chateau Chevalier's (one of 4 SMV vineyard parcels) basic use permit for wine production to ensure compliance and for disclosure purposes. | 0.50 | $275.00 |
| | Peter Ekman | Researched SMV's historical and current permits re wine production to understand production limits as part of disclosures to potential buyers. Analyzed and reviewed existing documentation. | 1.30 | $715.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/15/2022 | Peter Ekman | Telephone conference with D.Whelan (VP Sales) re Nov sales update vs forecast. | 0.30 | $165.00 |
| 11/17/2022 | Peter Ekman | Emailed operating plan to P.DeLuca, T.Angelo re key strategic initiatives propolsed at SMV for faster growth and profitability. Prepared updates to plan. | 0.60 | $330.00 |
| | Peter Ekman | Prepared new January 1, 2023 pricing changes to be implemented in all sales channels. Analyzed expected cash impact. | 0.70 | $385.00 |
| 11/18/2022 | Peter Ekman | Analyzed and researched SMV's accounts sold to data in order to understand major accounts (restaurants, retailers) that SMV wines are being sold through.  Prepared sales summary. | 0.60 | $330.00 |
| 11/23/2022 | Peter Ekman | Analyzed SMV's direct sales marketing calendar, and proposed additional campaigns to improve cash flow and financial performance. | 0.50 | $275.00 |
| 11/28/2022 | Peter Ekman | Analyzed 2022 marketing plan and proposed changes and improvements to strengthen the Dec 2022 and 1Q23 cash flow forecast. | 0.50 | $275.00 |
| | Peter Ekman | Responded to emails from BotW/BNPP re inquiries related to SMV operations and requests for financial and operations data. | 0.60 | $330.00 |
| | Peter Ekman | Drafted (continued) SMV's go-forward business plan. | 1.50 | $825.00 |
| 11/30/2022 | Peter Ekman | Responded to numerous emails from SMV mgrs, BotW bankers, SMV lawyers re operations questions and issues, inventory inquiries, organizational questions, financials, and reporting. | 0.70 | $385.00 |
| | SUBTOTAL: | | 15.10 | $8,305.00 |

Business Operations

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re payments to service providers post-petition and operating issues. | 0.20 | $110.00 |
| 11/3/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re cash flow issues, MGG/lender issues, and review of potential insider transaction documentation. | 0.30 | $165.00 |
| 11/7/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re action steps re permits and licenses. | 0.30 | $165.00 |
| | Peter Ekman | Responded to requests from CRO and BNPP re accounting and operations. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with D.Kindermann re SMV's permits and licenses, and prepared summary of permit issues for SMV mgmt and bankers. | 0.70 | $385.00 |
| | Peter Ekman | Responded to emails and sent emails from/to SMV Managers re operations, priorities, vendor issues. Prepared summaries and analyses for operations teams. | 1.00 | $550.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/7/2022 | Peter Ekman | Analyzed and reviewed land use permit documentation. Prepared for call with D.Kindermann (land use lawyer) re SMV's permit and licensing status. | 0.50 | $275.00 |
| 11/8/2022 | Peter Ekman | Responded to emails and phone calls from SMV Managers re operations, vendor and client issues around payments, operational priorities. | 0.50 | $275.00 |
| 11/9/2022 | Peter Ekman | Telephone conference with CRO, K.Krakora re cost saving initiatives underway and future projects to improve financial performance.  Prepared updates to forecast and model. | 0.70 | $385.00 |
| | Peter Ekman | Responded to emails from SMV managers re operations, priorities, info requests. Follow up preparation of work priorities and timelines for deliverables. | 0.70 | $385.00 |
| | Peter Ekman | Analyzed and reviewed Chevalier parcel re historical and current permit issues. | 0.70 | $385.00 |
| | Peter Ekman | Telephone conference with CRO, K.Krakora, re operations cost savings opportunities, budwood project and burned forest cleaning.  Analyzed cost and CapEx requirements. | 0.80 | $440.00 |
| 11/10/2022 | Peter Ekman | Analyzed existing accounting processes. Prepared revised steps and processes with Allen Wine Group staff for better AP controls and reporting. | 0.70 | $385.00 |
| 11/11/2022 | Peter Ekman | Responded to V.Sahn re SMV Privacy Policy development. Prepare draft of issues. | 0.10 | $55.00 |
| | Peter Ekman | Telephone conference with K.Krakora re operating issues and operations priorities. Updates to CIM to support sale process. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with M.Seavoy re SMV cost of goods sold accounting processes and how applied to financials. | 0.30 | $165.00 |
| | Peter Ekman | Emailed B.Garrison (AWG) and K.Baker re marketing services and eCellars reporting.  Responded to inquiries from marketing team. | 0.40 | $220.00 |
| 11/14/2022 | Peter Ekman | Researched SMV wine cave capacity issues. Analyzed options for operating improvements. | 0.40 | $220.00 |
| 11/16/2022 | Peter Ekman | Meeting with S.Soares (Allen Wine Group) re SMV's general ledger structure to accurately capture and allocate costs. Updated GL and simplified reporting. | 0.50 | $275.00 |
| | Peter Ekman | Meeting with B.Garrison from Allen Wine Accounting Group re financial reporting issues and COGS.  Analyzed issues and shortfalls in current reporting and prepared changes and improvements to simplify and clarify financial reports. | 1.60 | $880.00 |
| 11/17/2022 | Peter Ekman | Meeting with B.Anderson, winemaker, re Kosher wine production progress and strategy planning. | 0.30 | $165.00 |
| | Peter Ekman | EmailedD.Kindermann re ERP Phase 2 & Pandemic Assistance Revenue Program (PARP) issues. | 0.30 | $165.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/17/2022 | Peter Ekman | Responded to inquiry from accounting team re SMV cost center issues. Analyzed and reviewed cost center detail for proposal to expand to provide for accurate cost accounting. | 0.40 | $220.00 |
| | Peter Ekman | Responded to emails from B.Garrison re changing the cost center structure in the SMV financial systems and reporting. Prepared action item work plan. | 0.40 | $220.00 |
| | Peter Ekman | Responded to several emails from S.Soares, B.Garrison from accounting re property taxes, revenue reconciliations, cash flow and registration of PO's in the accounting system. Researched accounting system limitations and solutions. | 0.50 | $275.00 |
| | Peter Ekman | Meeting with SMV Accounting team re invoicing process and implementation of controls to pay SMV wholesale sales broker. | 0.50 | $275.00 |
| | Peter Ekman | Prepared summary of new pricing and responded to compliance consultant re state by state reporting to retain permits and for state official postings. | 0.70 | $385.00 |
| 11/18/2022 | Peter Ekman | Responded to operating and financial information requests from Greenspoon Lawyers re business practices and operations at SMV. | 0.20 | $110.00 |
| | Peter Ekman | Researched SMV's eligibility for Emergency Relief Program related to 2020 Glass Fire. Follow up communications with ops team. | 0.60 | $330.00 |
| 11/20/2022 | Peter Ekman | Responded to questions from the CRO re operating issues and the M&A process. | 0.20 | $110.00 |
| | Peter Ekman | Analzyed permit issues. Emailed D.Kindermann re SMV current permits and licenses. | 0.30 | $165.00 |
| 11/21/2022 | Peter Ekman | Responded to S.Soares, AWG, re proposed SMV property tax estimates for 2022-2023. Analyzed potential tax issues. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with CRO, K.Krakora, re financial reporting updates and issues and insurance claims filed by SMV. | 0.40 | $220.00 |
| | Peter Ekman | Drafted updated structure for improved general ledger, cost center recognition, account family updates. Analyzed accounting system simple changes to improve and simplify reporting. | 0.70 | $385.00 |
| 11/23/2022 | Peter Ekman | Email to K.Baker (DTC Director at SMV) re: forecast of large bottle format sales and other sales issues for upcoming email marketing campaigns. Follow up with changes to forecast. | 0.20 | $110.00 |
| | Peter Ekman | Prepared for the call with J.Safra, D.Yannias, K.Krakora, BotW / BNPP re review operations for disclosure in the CIM. Discussed processes, timlines, and answered questions from Safra and mgmt team. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with D.Whelan re SMV email campaigns forecast and execution for Dec-Feb. Updated forecast model. | 0.50 | $275.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/29/2022 | Peter Ekman | Responded to emails from V.Sahn re SMV conference calls, D.Kindermann, permits & licenses, lender issues and updates, priorities and info requests. | 0.50 | $275.00 |
| | | SUBTOTAL: | 18.20 | $10,010.00 |

### Creditor Meetings & Communicat

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/7/2022 | Peter Ekman | Prepared for upcoming weekly call w MGG P.Flynn, A.Green re weekly cash flow forecast and operations update. Created summary analysis. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with MGG, P.Flynn, A.Green, K.Krakora re weekly cash flow forecast and operations update. | 0.70 | $385.00 |
| 11/14/2022 | Peter Ekman | Telephone conference with A.Gern (MGG) re SMV 4Q22 cash flow and 1Q23 forecast, and employee issues. | 0.40 | $220.00 |
| 11/21/2022 | Peter Ekman | Telephone conference with A.Gern (MGG) re SMV weekly cash flow forecast and update related to SMV operations. | 0.30 | $165.00 |
| 11/28/2022 | Peter Ekman | Analyzed budget updates for professional fees and other costs to be incorported into the weekly cash flow forecast.  Responded to V.Sahn. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with MGG (A.Gern, P.Flynn) re weekly cash flow forecast and SMV funding of 1Q23. | 0.30 | $165.00 |
| | Peter Ekman | Updated SMV budget, analyzed fluctuations, and prepared for weekly call with MGG (A.Gern, P.Flynn) re weekly cash flow forecast. | 0.30 | $165.00 |
| | | SUBTOTAL: | 2.70 | $1,485.00 |

### Hearing Prep - Ops Support

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/2022 | Peter Ekman | Meeting (court hearing), and follow telephone conferenece with K.Krakora. Responded to emails from V.Sahn, Greenspoon. | 1.20 | $660.00 |
| 11/4/2022 | Peter Ekman | Analyzed and reviewed inquiries from counsel and CRO related to 341 trustee hearing preparation.  Responded to operations focused issues. | 0.30 | $165.00 |
| 11/9/2022 | Peter Ekman | Meeting (Zoom) in bankruptcy court re use of cash collateral and prepared to testify related to impact on SMV operations. | 0.40 | $220.00 |
| | | SUBTOTAL: | 1.90 | $1,045.00 |

### Operations Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Telephone conference with B.Brinkman re operating issues, sale process, feedback on retention agreement. | 0.30 | $165.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/2022 | Peter Ekman | Prepared for SMV admin issue and retention issues. Emailed B.Brinkman re employment app issues and court hearings. | 0.10 | $55.00 |
| 11/14/2022 | William R Brinkman | Prepared response to UST's questions related to Jigsaw employment application. Revised and updated supplemental response and Brinkman declaration. | 1.20 | NO CHARGE |
| 11/15/2022 | Peter Ekman | Telephone conference with V.Sahn, B.Brinkman re Jigsaw employment application. Reviewed and responded to relevant application issues. | 0.20 | $110.00 |
| | William R Brinkman | Telephone conference with V Sahn (GM) and P Ekman re: Jigsaw employment application questions raised by the UST's office.  Provided responses and details and actions to complete. | 0.20 | NO CHARGE |
| 11/23/2022 | Peter Ekman | Drafted a summary of the SMV permits and licenses for the M&A data room | 0.50 | $275.00 |
| 11/25/2022 | Peter Ekman | Analyzed (reviewed) requests and emails fr D.Leon & D.Whelan, re SMV licenses and permits in need of renewal to continue sales in some US states. | 0.30 | $165.00 |
| 11/29/2022 | Peter Ekman | Responded to emails from ops team and from V.Sahn re info for upcoming meetings and deadlines.  Prepared updates to finance and accounting calendar. | 0.30 | $165.00 |
| | SUBTOTAL: | | 3.10 | $935.00 |

Operations Data Analysis

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Telephone conference with key Bank of the West/BNPP managers (P.DeLuca, T.Angelo) re new requested operating and accounting materials. Analyzed and uploaded documents into the data room.  Engaed in vineyard financials discussion. | 0.60 | $330.00 |
| 11/2/2022 | Peter Ekman | Analyzed and reviewed SMV appraisal report from Aug 2022. | 0.70 | $385.00 |
| 11/4/2022 | Peter Ekman | Responded to long list of emails and inquiries from Greenspoon lawyers, from BotW bankers, and from SMV managers related to operations, sales, marketing, DTC issues, sales process support, and general SMV admin. | 0.70 | $385.00 |
| 11/7/2022 | Peter Ekman | Analyzed October inventory report detail.  Responded to information requests from investment bankers. | 0.20 | $110.00 |
| 11/10/2022 | Peter Ekman | Analyzed SMV's cash flow for the week of Nov 7. Prepared updates for intenral use by debtor and for the secured lender. | 0.70 | $385.00 |
| 11/11/2022 | Peter Ekman | Researched and analyzed cost of clearing burned forest on the SMV property and impact on the CapEx budget. Updated budgets. | 0.60 | $330.00 |
| 11/17/2022 | Peter Ekman | Analyzed d the vine rootstock for SMV to consider as part of redevelopment plan from fire that damaged vineyards. | 0.70 | $385.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/28/2022 | Peter Ekman | Drafted an organization development for SMV as part of the long-term financial forecast. Analzyed personnel needs and expected costs | 1.80 | $990.00 |
| 11/29/2022 | Peter Ekman | Analyzed SMV's aged AR re implementation of new collection processes and activities to improve short-term cash flow. | 0.30 | $165.00 |
| 11/30/2022 | Peter Ekman | Prepared financial and accounting materials, business plan inputs and support, and general Debtor information per request by BotW (T.Angelo, P.DeLuca). | 1.20 | $660.00 |
| | SUBTOTAL: | | 7.50 | $4,125.00 |

Operations Financial Analysis

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Emails to J.Ringelstein and S.Soares with detailed Cash-Flow reconciliation and reporting guidelines | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference and emails with J.Ringelstein re SMV's updated cash flow forecast and reconciled the forecast to actual results. Prepared fluctuation analysis of deviations and analyzed and explained material differences. Emailed the accounting department team members to support analysis. Reviewed and prepared comments related to cash-flow info, and impletmented coments from from K.Krakora and S.Soares. | 0.80 | $440.00 |
| 11/2/2022 | Peter Ekman | Telephone conference with J.Ringelstein re SMV cash flow reconciliations. Follow up emails with ops team. | 0.40 | $220.00 |
| 11/3/2022 | Peter Ekman | Prepared and analyzed SMV financial information to create and build out a budget and P&L for the SMV wine club aspect of operations. Updated key metrics and drivers. Meetings with accounting and sales teams. | 2.80 | $1,540.00 |
| 11/8/2022 | Peter Ekman | Analyzed actual payments re prepared reconciliation vs. cash flow forecast. | 0.30 | $165.00 |
| 11/14/2022 | Peter Ekman | Prepared updaed cash flow report for the call with MGG. | 0.20 | $110.00 |
| 11/18/2022 | Peter Ekman | Analyzed, reviewed and updated the cash receipts forecast re cash flow projections for 1Q23. | 0.30 | $165.00 |
| 11/21/2022 | Peter Ekman | Analyzed and reviewed comprehensived updates to the SMV financial model prepared by BotW/BNPP. Prepared detailed comments and feedback. | 1.50 | $825.00 |
| | SUBTOTAL: | | 6.80 | $3,740.00 |

Operations Reporting

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/3/2022 | Peter Ekman | Telephone conference with CRO K.Krakora, J.Ringelstein, S.Soares, B.Garrison re updates to weekly cash flow forecast, reconciliation of forecast vs actuals, and prepared work plan for additional data gathering and analysis. Follow up mails to the various team members. | 1.20 | $660.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/7/2022 | Peter Ekman | Analyzed bank statements and prepared reconciliation with prior week cash flow forecast. | 0.20 | $110.00 |
| 11/9/2022 | Peter Ekman | Prepared report for Debtor and K.Krakora re SMV bulk wine inventory issues, valuation and volume needs. | 0.50 | $275.00 |
| | Peter Ekman | Prepared updated financial and ops report for lender and Debtor managers.  Updated model. | 0.70 | $385.00 |
| | Peter Ekman | Prepared analysis and updates re changes to the GL to improve reporting and controls and to allow for more efficient reporting of cash flow for mgmt and Chapter 11 reporting purposes. Prepared and communicated recommendations to SMV's consultant controller, B.Garrison. | 0.90 | $495.00 |
| 11/14/2022 | Peter Ekman | Telephone conference with K.Krakora re info needs and data request related to MOR report.  Prepared updates and managed internal team related to data requests. | 0.30 | $165.00 |
| 11/16/2022 | Peter Ekman | Emailed updates and feedback to J.Ringelstein re SMV's 1Q23 cash flow forecast. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with J.Ringelstein re SMV Cash Flow forecast. | 0.30 | $165.00 |
| 11/17/2022 | Peter Ekman | Email response to J.Ringelstein re issues and questions in the cash flow forecast. | 0.20 | $110.00 |
| 11/18/2022 | Peter Ekman | Responded to questions from V.Sahn, K.Krakora re SMV's OCT reporting and financial results. | 0.50 | $275.00 |
| 11/29/2022 | Peter Ekman | Emailed S.Soares re questions and info requests for monthly inventory reporting. | 0.20 | $110.00 |
| 11/30/2022 | Peter Ekman | Responded to emails from V.Sahn and K.Krakora re audit services going-forward, land use issues and need for assistance from counsel. | 0.50 | $275.00 |
| | SUBTOTAL: | | 5.70 | $3,135.00 |

Ops - Travel

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.00 | $825.00 |
| 11/9/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.20 | $880.00 |
| 11/16/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.00 | $825.00 |
| 11/17/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.10 | $852.50 |
| 11/18/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.50 | $962.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/21/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.40 | $935.00 |
| 11/22/2022 | Peter Ekman | Travel time to San Francisco (BotW/BNPP's offices) to meet with BotW/BNPP banking team to review marketing documents/CIM and management presentation materials. | 2.20 | $605.00 |
| | SUBTOTAL: | | 21.40 | $5,885.00 |

### Ops Business Plan Development

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/2022 | Peter Ekman | Reviewed and responded to letter communication from SMV President D.Yannias related to wholesale wine & spirits trade and broker communications. | 0.30 | $165.00 |
| 11/7/2022 | Peter Ekman | Analyzed report from R.Rosenbrand re deferred operations maintenance program. Prepared updates to CapEx plan. | 0.30 | $165.00 |
| | Peter Ekman | Prepared documents and responses to information requested by BNPP Bankers re CIM and SMV go forward business plan. Calls with BNPP bankers. | 1.20 | $660.00 |
| 11/11/2022 | Peter Ekman | Prepared financial material for the SMV business plan, and analyzed historical results for trends and budgeting purposes. | 1.80 | $990.00 |
| 11/14/2022 | Peter Ekman | Prepared and developed a G&A organization cost forecast for SMV. Analzyed historical trends and benchmarked wine industry norms. Emailed finance team re: information needs and questions. | 1.80 | $990.00 |
| | Peter Ekman | Prepared and developed marketing, sales & DTC forecast for SMV. Analyzed sales issues and trends, and created DTC plan to boost sales. | 2.20 | $1,210.00 |
| 11/15/2022 | Peter Ekman | Emailed drafts and detailed supporting documents and footnotes of the comprehensive SMV forecast to the Debtor team and the BotW bankers. Responded to numerous follow up questions. | 0.40 | $220.00 |
| 11/16/2022 | Peter Ekman | Telephone conference with T.Angelo, BotW/BNPP re SMV financial forecast info and data. | 0.40 | $220.00 |
| 11/17/2022 | Peter Ekman | Analyzed and developed updates to the DTC strategy and action steps for implementation related to the SMV overall strategy. | 1.20 | $660.00 |
| 11/20/2022 | Peter Ekman | Responded to questions from P.DeLuca re SMV financial info and operations. | 0.40 | $220.00 |
| 11/22/2022 | Peter Ekman | Prepared and produced business plan details, strategy and tactics re SMV's CIM and operating business plan. Updated key inputs and drafted new analyses. | 2.00 | $1,100.00 |
| | SUBTOTAL: | | 12.00 | $6,600.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Ops Personnel Management**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Analzyed, reviewed , and responded to emails from SMV managers (R.Rosenbrand, D.Whelan, B.Anderson) re disbursements issues, equipment issues at the winery, and tasting room operations details. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with CRO, K.Krakora re SMV salesissues, cash flow, DTC email marketing issues and plans, and operational and organizaitonal priorities. Follow up with ops team. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with K.Krakora re short term priorities to support the sale process, 1Q23 cash flow forecast and budget, and organizational issues. | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with D. Yannias, CRO, K.Krakora re SMV manager issues, letter to the trade and customers re Chapter 11, critical opering issues  and MGG debt issues. | 0.80 | $440.00 |
| 11/2/2022 | Peter Ekman | Received and responded to emails and calls from SMV managers (R.Rosenbrand, B.Anderson) re operational issues including harvest, farming issues, equipment needs , accounting needs and services, cash flow needs and reporting, and sales receipts isues. | 0.70 | $385.00 |
| | Peter Ekman | Meeting with SMV exective management team including  CRO K.Krakora, D.Whelan, B.Anderson, R.Rosenbrand, K.Baker. Prep time for management meeting and follow up communications to ensure managers aligned and priority action items are all organization's focus. | 1.50 | $825.00 |
| 11/3/2022 | Peter Ekman | Responded to emails and calls from SMV managers, AWG (accounting team), and lawyers re employent and sale processes. Discussed potential acquirers, cash flow reporting, wine making issues, and harvest priorities. | 1.00 | $550.00 |
| 11/8/2022 | Peter Ekman | Telephone conference with K.Krakora re SMV key personnel and compensation issues. | 0.30 | $165.00 |
| | Peter Ekman | Responded to requests to review proposal re KERP.  Analzyed and reviewed KERP components for reasonableness and ensured that the budget accurately reflected key components. | 0.30 | $165.00 |
| | Peter Ekman | Prepared meeting agenda for comprehensive mgmt team meeting at SMV. Updated meeting materials and priorities for operations and accounting teams. | 0.60 | $330.00 |
| | Peter Ekman | Responded to SMV managers requests for assistance responding to inquiries related to outside news organization questions. Prepared talking points and updates. | 0.70 | $385.00 |
| | Peter Ekman | Responded to R.Rosenbrand's analaysis and proposal re vineyard workers compensation. Analyzed overall comp issues. | 0.70 | $385.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/2022 | Peter Ekman | Responded to inquiries from Bank of the West bankers, SMV managers, Greenspoon lawyers re operations, cash flow questions and updates, accounts payable and vendor issues, and permit issues. | 0.80 | $440.00 |
| 11/11/2022 | Peter Ekman | Analyzed final compensation proposals and impact on budget. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with K.Krakora re personnel issues for SMV in order to reduce key employees turnover. Communicated with ops team managers. | 0.70 | $385.00 |
| | Peter Ekman | Prepared budget updates including compensation changes for Board review and approval.  Updated and summarized changes to comp plans. | 0.80 | $440.00 |
| 11/14/2022 | Peter Ekman | Emailed R.Rosenbrand & B.Anderson re potential buyer visit to SMV. Prepared team for meeting. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with L.Brallies re personnel issues and communication issues with former employees. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with the K.Krakora re staffing plan for the SMV vineyard operations. Updated vineyard personnel plan and operting model. | 0.40 | $220.00 |
| | Peter Ekman | Prepared final personnel compensation plan. Incorporated into master budget. | 0.50 | $275.00 |
| | Peter Ekman | Analyzed and updated SMV staffing plans for the Nov-Apr period. Updated planning forecast. | 0.50 | $275.00 |
| 11/15/2022 | Peter Ekman | Responded to emails from CRO re SMV compensation, bonus, KERP issues. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with B.Brinkman re employee and personnel issues. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with K.Krakora re implementation of comp plans and communications with personnel. | 0.20 | $110.00 |
| | Peter Ekman | Responded to emails from SMV Manager questions and suggestions re operations | 0.40 | $220.00 |
| | Peter Ekman | Prepared for phone calls with SMV managers re compensation plans.  Telephone conference with w D.Whelan re marketing and sales organization. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with CRO and D.Whelan re sales organization compensation issues and implemenation of final plan. | 0.80 | $440.00 |
| | Peter Ekman | Telephone conference with D.Yannias, K.Krakora re SMV bonus programs compensation review, and KERP review. | 0.80 | $440.00 |
| 11/16/2022 | Peter Ekman | Prepared ops team meeting agenda and materials for managers to review prior to the meeting. | 0.30 | $165.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/2022 | Peter Ekman | Telephone conference with D.Whelan re 2022 bonus and 2023 merit increases for the sales team members.  Updates to financial forecast. | 0.40 | $220.00 |
| 11/17/2022 | Peter Ekman | Prepared meeting materials for management meeting.  Updated agenda and action items list. | 0.50 | $275.00 |
| | Peter Ekman | Meeting with SMV's management team to analyze and review key initiatives and priorities, operating challenges, go-forward plan. | 1.60 | $880.00 |
| 11/18/2022 | Peter Ekman | Meeting with D.Whelan re org. changes needed in the SMV accounting team and personnel issues. | 0.20 | $110.00 |
| | Peter Ekman | Meeting (all-hands) with SMV organization at the winery to provide key business updates, status overviews, sale process and to answer questions related to Chapter 11 processes. | 2.20 | $1,210.00 |
| 11/22/2022 | Peter Ekman | Responded to numerous emails and phone calls from SMV managers re operations and financial reporting, priorities, and action plans. | 0.40 | $220.00 |
| 11/28/2022 | Peter Ekman | Responded to info requests from T.Angelo and BNPP related to personnel and other operating issues. | 0.50 | $275.00 |
| 11/30/2022 | Peter Ekman | Telephone conference with K.Krakora re pesonnel issus in the vineyard organization. | 0.30 | $165.00 |
| | Peter Ekman | Email to S.Soares re planning for personnel changes in the vineyard organization. | 0.40 | $220.00 |
| | Peter Ekman | Prepared for the weekly mgmt meeting with SMV's management team. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with R.Rosenbrand re vineyard personnel needs and winter projects requirements. | 0.50 | $275.00 |
| | Peter Ekman | Meeting with senior managers re updates on projects, priorities, plans, personnel issues, sale process, and other operating issues. | 1.00 | $550.00 |
| | SUBTOTAL: | | 24.40 | $13,420.00 |

Ops Planning & Forecasting

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Drafted an analysis of potential grape sale scenarios, farming operation requirements, and prepared updates to the finacial model for management planning ans sale process. | 1.80 | $990.00 |
| 11/2/2022 | Peter Ekman | Prepared and continued the buildout of SMV's vineyard analysis model re grapes sales, profitability, farming cost, CapEx. Meetings with SMV team members to review key inputs in model. | 0.80 | $440.00 |
| | Peter Ekman | Prepared and updated (ongoing) SMV business plan analysis, and updated PowerPoint presentation to support the BNPP sale process. | 1.30 | $715.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/2022 | Peter Ekman | Prepared SMV vineyard management plan, replanting analysis, vineyard CapEx analysis, grape sales scenarios, and ROI analysis. | 1.80 | $990.00 |
| 11/3/2022 | Peter Ekman | Prepared, updated, and analyzed SMV's Inventory Workouts (production and bottling planning) to determine bottled inventory availability for future sales. | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with P.DeLuca, BotW/BNPP re SMV vineyard valuation questions and issues. Analyzed, reviewed and discussed SMV revenue streams by business channel and potential for improvement. | 1.30 | $715.00 |
| 11/4/2022 | Peter Ekman | Prepared 2021 financial schedules (P&L) per business channel to support the sale process and for management review. Communicated with key managers of each group re: results. | 1.80 | $990.00 |
| 11/7/2022 | Peter Ekman | Prepared draft of SMV's wholesale sales forecast for financial forecasting and management purposes. | 3.70 | $2,035.00 |
| 11/8/2022 | Peter Ekman | Prepared SMV channel specific P&L's re financial forecasting per requests from investment bankers P.DeLuca, T.Angelo. Revised and updated forecasts with managers. | 4.20 | $2,310.00 |
| 11/15/2022 | Peter Ekman | Telephone conference with T.Angelo re SMV financial forecast. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with L.Bellaries re financial info and support needed from accounting team for SMV forecasting. Follow up email communication. | 0.30 | $165.00 |
| | Peter Ekman | Prepared the the brand specific SMV forecast for the Debtor's management team and D.Yannias. Numerous meetings and calls with managers while creating the brand summary. | 2.20 | $1,210.00 |
| 11/16/2022 | Peter Ekman | Analyzed and revised SMV cost estimates for operating plan (including L-T initiatives). | 0.40 | $220.00 |
| | Peter Ekman | Prepared draft SMV SG&A budget and forecast for financial forecast tools and budget purposes. Updated prior analysis. | 1.10 | $605.00 |
| 11/17/2022 | Peter Ekman | Telephone conference with P.DeLuca (BotW/BNPP) re SMV's operating plan and issues related to sale efforts that involve operations and finance. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference (follow up) with T.Angelo (BotW/BNPP) re cost assumptions for financial forecasts. Update of forecast. | 0.50 | $275.00 |
| 11/18/2022 | Peter Ekman | Responded to requests from BotW re SMV financial modeling and forecasting, and prepared updates to the SMV operating plan and support schedules. | 0.40 | $220.00 |
| | Peter Ekman | Meeting with B.Anderson (SMV Winemaker) re 2023 bottling plan and dry-goods needs and planning. | 0.50 | $275.00 |
| 11/28/2022 | Peter Ekman | Drafted plan re 2023 email marketing campaigns and strategic plan including cost estimates. | 0.90 | $495.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/28/2022 | Peter Ekman | Prepared updates to the SMV organization chart and impact on the financial forecast. Follow up with ops team. | 1.10 | $605.00 |
| | | SUBTOTAL: | 25.40 | $13,970.00 |

### Ops Vineyard Management

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Telephone conference with Maayan (Melka Studios) to review and analyze harvest to-date results, vineyard replanting strategy, vineyard operations issues. | 0.50 | $275.00 |
| 11/2/2022 | Peter Ekman | Meeting with SMV winemaker, B.Anderson, re 2022 harvest update, operations issues, grape picking plan, block performance, and expected yields. | 0.30 | $165.00 |
| 11/3/2022 | Peter Ekman | Telephone conference and emails with B.Anderson, SMV winemaker, re SMV winery and winemaking equipment issues needed for valuation and planning purposes. | 0.30 | $165.00 |
| | Peter Ekman | Analyzed and collected vineyard and harvest data, and prepared analyses for the M&A/Sale process. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with R.Rosenbrand re reconciliation of harvest actual v. forecast including analysis of vineyard blocks that did not produce grapes in 2022 and planning session re replanting of vines requirements. | 0.40 | $220.00 |
| 11/7/2022 | Peter Ekman | Telephone conference with B.Anderson re operating issues in the cellar.  Follow up with ops team. | 0.40 | $220.00 |
| 11/8/2022 | Peter Ekman | Telephone conference with Maayan Koschitzky, Melka Studios re SMV vineyard and farming issues and future planning. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with CRO K.Krakora re personnel issues, vineyard operating priorities, and winter projects in the vineyards. | 0.60 | $330.00 |
| | Peter Ekman | Prepared analysis of personnel requirements related to vineyard workers needed for the winter projects and on a go-forward basis. | 0.70 | $385.00 |
| 11/9/2022 | Peter Ekman | Responded to email fr R.Rosenbrand re plan to graft vines in certain blocks.  Prepared cost analysis updates and expected yield impact summary. | 0.40 | $220.00 |
| | Peter Ekman | Prepared updates of budgets for R.Rosenbrand re vineyard winter projects.  Analyzed cash availability for operating initiatives and prepared priority list update. | 0.70 | $385.00 |
| 11/10/2022 | Peter Ekman | Emailed to R.Rosenbrand re budwood for spring 2023 grafting of vines. Researched options and cost impact. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with K.Krakora re vineyard operations. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with K.Krakora (CRO) re review of proposed vineyard cost savings, and review of detailed cash flow issues. | 0.60 | $330.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/2022 | Peter Ekman | Responded to proposed projects request and associated budgets for the vineyards. Updated forecast for vineyard operations, and followed up with operations team for feedback. | 0.70 | $385.00 |
| 11/11/2022 | Peter Ekman | Prepared the ops team's SMV winter vineyard project proposal to J.Safra, D.Yannias, and SMV team, and drafted summary of opeating issues and recommendations. | 0.70 | $385.00 |
| | Peter Ekman | Prepared an updated analysis and budget related to cost savings initiatives, and recommended plan forward to CRO (K.Krakora) re Nov-22 - -Mar-23 cost saving projects in the vineyards. | 1.20 | $660.00 |
| 11/14/2022 | Peter Ekman | Prepared updates for J.Safra, D.Yannias and leadership team re SMV vineyard projects and cost savings initiatives. Follow up with ops team members. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with J.Safra, D.Yannias, K.Krakora re SMV strategic plan, vineyard CapEx projects and potential cost savings plan. | 0.40 | $220.00 |
| 11/15/2022 | Peter Ekman | Prepared analysis and detailed back-up for for strategy call with R.Rosenbrand, K.Krakora re vineyard initiatives. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with R.Rosenbrand re follow up related to SMV projects in the vineyards and cost-saving opportunities. Prepared updates to operating plan, and follow up with R.Rosenbrand. | 0.80 | $440.00 |
| 11/16/2022 | Peter Ekman | Meeting with R.Rosenbrand re status of "Track 1" and "Track 2" vineyard plans. Updated and revised operating plan and inputs. | 0.70 | $385.00 |
| | Peter Ekman | Meeting with R.Rosenbrand re tree removal issues in the vineyards and process and timing for actions. | 0.80 | $440.00 |
| | Peter Ekman | Meeting with M. Koschitzky, winemaker Melka Studios, re vineyard valuations, SMV vineyard replanting plan and budget, detailed updates to cost estimates, and plan-forward. | 1.60 | $880.00 |
| 11/21/2022 | Peter Ekman | Telephone conference with M.Koschitzky re SMV vineyard development strategy issues, tactics and crop potential. Prepared analysis of expected outcomes for budgeting and planning purposes. | 0.50 | $275.00 |
| 11/28/2022 | Peter Ekman | Telephone conference with R.Rosenbrand re Track 1 (development of new vineyards) including updates to CapEx costs, investment timing, and initiatives to minimize costs. | 0.60 | $330.00 |
| | Peter Ekman | Analyzed and updated vineyard planting strategy, and reviewed info from R.Rosenbrand re SMV plantable acres and replant status.  Updated support analyses, and followed up with ops team. | 0.70 | $385.00 |
| | SUBTOTAL: | | 15.80 | $8,690.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Sell-Side Ops Support

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/2022 | Peter Ekman | Reviewed and responded to emails re operating issues impacting the Chapter 11 process from Greenspoon lawyers, investment bank, and SMV leadership team. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with J.Safra, J.Vann, D.Yannias, K.Krakora, M.Horoupian, V.Sahn re sale support issues from an operating/financial reporting perspective, status and timing to support the sell-side efforts, process to identify and select banker. | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with K.Krakora, M.Horoupian re SMV's sell-side process and how to help and assist the process as operations/reporting will be critical to sale efforts. Analyzed and discussed process needs, Chapter 11 needs, and options to provide the best value to the Debtor. | 0.80 | $440.00 |
| | Peter Ekman | Prepared and developed draft SMV presentation material for potential buyers re vineyard financials, investments, CapEx, and timing of future block plantings. Analyzed and developed detailed support schedules and investment thesis. | 2.70 | $1,485.00 |
| 11/2/2022 | Peter Ekman | Prepared and updated support schedules for the SMV sale presentation materials and CIM as requested by Bank of the West/BNPP to support the sale/M&A process. | 1.60 | $880.00 |
| 11/3/2022 | Peter Ekman | Telephone conference with CRO K.Krakora to update on operating developments and support needs going forward from the ops and finance teams. | 0.30 | $165.00 |
| | Peter Ekman | Emailed and followed-up via telephone conference with P.DeLuca (BotW) re ongoing support issues involving the M&A/sale process, historical operations reports, and financial reporting needs, etc. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with Maayan (Melka Studios) re grapes sold by SMV, and requested introduction to potential buyer of SMV. | 0.30 | $165.00 |
| | Peter Ekman | Prepared, developed and analyzed operational analyses and documents for the data room to support the M&A/Sale process. Numerous follow ups with ops team members. | 0.60 | $330.00 |
| 11/4/2022 | Peter Ekman | Prepared, developed and communicated (to BotW team) presentation materials about SMV history, real property key attributes and selling points, and potential development for the M&A sale materials to be sent to prospective buyers. | 1.00 | $550.00 |
| | Peter Ekman | Telephone conference with BotW/BNPP IB Team to explain and analyze the current sales and marketing documents, additional document requests, and operations explanations to be included in the materials for the M&A process. | 1.30 | $715.00 |
| | Peter Ekman | Prepared and reviewed investor materials requested by BotW/BNPP, and call with banking team to discuss open items, questions, processes and priorities, data production timeline. Updated ops and finance teams, and prioritized work plan. | 1.30 | $715.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/7/2022 | Peter Ekman | Telephone conference with J.Henrich at Gordon Brothers re bottled inventory valuation services. | 0.20 | $110.00 |
| 11/8/2022 | Peter Ekman | Telephone conference with D.Whelan re future price increase issues, vendor communication plan, and tactics for implementation of strategic initiatives. Prepared updates to strategic plan and budget to reflect impact of initiatives. | 0.90 | $495.00 |
| 11/10/2022 | Peter Ekman | Prepared financial information and analyzed reports to support the banking process and to be included in the CIM as part of the M&A process.  Updates support schedules and SMV reports. | 2.00 | $1,100.00 |
| 11/11/2022 | Peter Ekman | Telephone conference with SMV Board to review financial and operating analyses prepared, operating reports, and SMV plan forward for the sale process materials. | 0.50 | $275.00 |
|  | Peter Ekman | Prepared introductions of P.DeLuca (BotW/BNPP) to potentail buyers of SMV.  Contacted potential buyers. | 0.50 | $275.00 |
| 11/14/2022 | Peter Ekman | Telephone conference with P. DeLuca re key updates to the SMV CIM and revisions needed to operating reports and support materials. | 0.20 | $110.00 |
|  | Peter Ekman | Telephone conference with P. DeLuca re a potential buyer and its request for additional management and operating materials. | 0.20 | $110.00 |
|  | Peter Ekman | Meeting (online) with P.DeLuca, T.Angelo, K.Krakora re the updated CIM and sale materials. | 0.40 | $220.00 |
|  | Peter Ekman | Prepared meeting materails, agenda, and operations summary for potential buyer visit to SMV. Planned and prepared the team for the investor/buyer meeting. | 0.50 | $275.00 |
| 11/15/2022 | Peter Ekman | Prepared operations team (R.Rosenband & B.Anderson) for tour and meeting with potential buyer.  Coordinated winery visit and tour issues. | 0.20 | $110.00 |
| 11/16/2022 | Peter Ekman | Prepared updates to emailed to T.Angelo the updated SMV G&A budget and support schedules for the sale forecast. | 0.20 | $110.00 |
|  | Peter Ekman | Analyzed and updated target list re SMV's M&A outreach process.  Follow up with BotW team. | 0.40 | $220.00 |
|  | Peter Ekman | Telephone conference with P.DeLuca, BotW/BNPP, re potential buyers of SMV assets and update of support that the BotW team needs for the sale process. | 0.50 | $275.00 |
|  | Peter Ekman | Meeting with potential buyer and team at the SMV winery, tour of property, and answered questions re the SMV assets and future potential/strategic plan. | 2.40 | $1,320.00 |
| 11/17/2022 | Peter Ekman | Responded to emails from T.Angelo re buyer support issues and financial modeling of SMV's business. | 0.40 | $220.00 |
|  | Peter Ekman | Prepared support and slides for BotW/BNPP re SMV's core operating strategy, and updated analyses for M&A process and buyer presentations/meetings. | 1.40 | $770.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/18/2022 | Peter Ekman | Telephone conference with P.DeLuca, BotW/BNPP, re additional material needed for the data room, updates to financial reports, and inventory detail and support schedules. | 0.50 | $275.00 |
| | Peter Ekman | Prepared update materials for telephone conference with J.Safra, D.Yannias, P.DeLuca, K.Krakora re SMV's sale process and operations issues. Communicated with ops team members follow up issues. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with J.Safra, D.Yannias, P.DeLuca, K.Krakora re sale effort progress and status of the M&A process. Prepared next steps and updates for leadership team. | 0.50 | $275.00 |
| 11/20/2022 | Peter Ekman | Analyzed and reviewed BotW/BNPP's CIM re permits and licenses as per request of BotW team. Provided operations detail and updates. | 0.40 | $220.00 |
| 11/21/2022 | Peter Ekman | Analyzed and reviewed the SMV CIM per BNPP request and provided substantial feedback. Updated support documents and ops and finance data. Calls with BNPP team as part of review. | 1.30 | $715.00 |
| | Peter Ekman | Responded to requests from P.DeLuca re potential buyers of SMV. Communicated with SMV ops team. | 0.40 | $220.00 |
| | Peter Ekman | Emailed potential buyer to respond to questions and interest in acquiring the SMV property. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with T.Angelo, BotW/BNPP, re specific operating and reporting issues, and need for additional information, updates and corrections in the materials. Prepared updates. | 0.60 | $330.00 |
| | Peter Ekman | Prepared and emailed substantial comments and feedback to BotW/BNPP re: questions and materials to present to to possible buyers. | 0.70 | $385.00 |
| 11/22/2022 | Peter Ekman | Prepared financial reports and property specific materials for BotW/BNPP. Analyzed specific operating issues and questions raised by the bankers, and provided updates to the CIM and presentation materials. | 1.40 | $770.00 |
| | Peter Ekman | Meeting with the BotW / BNPP team (P.DeLuca, T.Angelo) in San Francisco re key items and issues in the CIM, management presentation, and other marketing documents. Reviewed and analyzed the documents, and provided feedback and updates. Prepared and developed additional materials to support the sale process as requested by the bankers. | 3.80 | $2,090.00 |
| | Peter Ekman | Emailed potential acquirers of SMV, and provded information related to the acquisition opportunity. | 0.60 | $330.00 |
| 11/23/2022 | Peter Ekman | Telephone conference with J.Safra, J.Vann, D.Yannias, K.Krakora (CRO), P.DeLuca and T.Angelo re CIM, M&A process and status, support needs requested by the BotW bankers, and operations/finance priorities to suppor the sale process. | 0.70 | $385.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/25/2022 | Peter Ekman | Analyzed and reviewed the employment apps as requested by Greenspoon to provide feedback on accuracy of SMV historical, operating, and financial reporting. | 0.30 | $165.00 |
| 11/28/2022 | Peter Ekman | Responded to P.DeLuca re financial information requests. Updated materials for sale process status update meetings and calls with lender and lender counsel. | 0.20 | $110.00 |
| | Peter Ekman | Emailed P.DeLuca, BNPP, re inventory valuation issues and potential service provider. | 0.20 | $110.00 |
| 11/29/2022 | Peter Ekman | Provided introduction to a potential buyer and P.DeLuca re SMV sale.  Follow up re process. | 0.20 | $110.00 |
| | Peter Ekman | Analyzed SMV's privacy policy per requests from Greenspoon lawyers, and reviewed implementation issues re the website. Communicated with BotW team re: privacy issues. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with P.DeLuca, BNPP, re inventory questions and issues, inventory valuation service providers, and operations issues. | 0.80 | $440.00 |
| | SUBTOTAL: | | 36.00 | $19,800.00 |
| | Total For Professional Services Rendered | | 214.30 | $111,210.00 |

Consultant Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William R Brinkman | 1.40 | $0.00 | $0.00 |
| Peter Ekman | 191.50 | $550.00 | $105,325.00 |
| Peter Ekman | 21.40 | $275.00 | $5,885.00 |

Additional Charges: Expenses Incurred and Advanced

| Date | Name | Description | |
|------|------|-------------|--|
| | | **Operations Administration** | |
| 11/2/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |
| 11/9/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |
| 11/16/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |
| 11/17/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |
| 11/18/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/21/2022 | Peter Ekman | Mileage (115 miles R/T) from San Rafael to Spring Mountain Vineyards in St. Helena. | $71.88 |
| 11/22/2022 | Peter Ekman | Mileage (36.8 miles R/T) from San Rafael to San Francisco for meeting at BotW offices. | $23.00 |

SUBTOTAL:      $454.28

Additional Charges: Expenses Incurred      $454.28

Total Amount of This Invoice      $111,664.28

**BALANCE DUE**      **$111,664.28**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  **MONTHLY FEE STATEMENT NUMBER 2 MONTH OF NOVEMBER 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  March   , 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 27, 2023 | Patricia Dillamar | /s/ Patricia Dillamar |
| *Date* | *Printed Name* | *Signature* |

PMD 53898217v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* F 9013-3.1.PROOF.SERVICE

Case: 22-10381     Doc# 282     Filed: 03/27/23     Entered: 03/27/23 16:21:10     Page 27 of 31

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 53898217v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 282    Filed: 03/27/23    Entered: 03/27/23 16:12:12    F 9013-3.1.PROOF.SERVICE    Page 28 of 31

**3. SERVED BY EMAIL ONLY**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

PMD 53898217v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 282    Filed: 03/27/23    Entered: 03/27/23 16:24 Page 29 of 31

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

**<u>Secured Creditor</u>**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com

**<u>Request for Special Notice</u>**
Alcohol & Tobacco Tax & Trade Bureau
Attn: Daniel Paralta, Senior Counsel, Field Operations
1436 2nd Street #531
Napa, CA 94559
Daniel.Peralta@ttb.gov

**<u>Request for Special Notice - NEF</u>**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
        dcb@proughlaw.com

**<u>Request for Special Notice - NEF</u>**
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

PMD 53898217v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 282    Filed: 03/27/23    Entered: 03/27/23 16:24:15    Page 30 of 31

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com

PMD 53898217v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 282    Filed: 03/27/23    Entered: 03/27/23 16:24:10    Page 31 of 31