Attorney or Professional Name, Address, Telephone and FAX
Victor A. Sahn (CA Bar No. 97299)
*victor.sahn@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
*mark.horoupian@gmlaw.com*
Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br>a Delaware corporation,<br><br>Debtor. | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11 |
| | **Monthly Fee Statement**<br>**Number: 3**<br>**Month of: December 2022** |

| | |
|---|---|
| 1. Name of Professional: | Jigsaw Advisors LLC |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard Inc., a Delaware corporation, Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought: | December 1, 2022 through December 31, 2022<br>Exhibit A contains the time and cost detail supporting this Fee Statement. |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $69,300.00 (80% of $86,625.00) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $143.76 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $69,443.76 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS EXHIBIT 1 AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "RECIPIENTS"). COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS **WITHIN 15 DAYS** FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated: March 23, 2023

Type Name of Professional: _Jigsaw Advisors LLC___________

Signature of Professional: By: */s/ William R. Brinkman*________

Respectfully submitted,

Greenspoon Marder LLP,
A Florida limited liability partnership

_*/s/ Victor A. Sahn*____________
Victor A. Sahn

# EXHIBIT A

Jigsaw Advisors Time and Expense Detail

## Jigsaw Advisors LLC

### Exhibit A

### Hours and Fees by Professional

### Spring Mountain Vineyard: December 1, 2022 - December 31, 2022

| Professional | | Hours | Rate | Fees |
|---|---|---|---|---|
| Peter Ekman | Managing Director | 152.7 | $550.00 | $83,985.00 |
| Peter Ekman | Managing Director | 9.6 | $275.00 | $2,640.00 |
| | | | | |
| **Total** | | **162.3** | | **$86,625.00** |
| | | | | |
| **Average Blended Rate Per Hour** | | | **$533.73** | |

JIGSAW ADVISORS

Invoice submitted to:

Spring Mountain Vineyard
2805 Spring Mountain Rd
St Helena, CA 94574

3581 Mt. Diablo Blvd.
Suite 215
Lafayette, CA 94549

February 17, 2023

Invoice Number: 22SMV-DIP-3

**Professional Services Rendered for the Period: December 1, 2022 - December 31, 2022**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | Asset Analysis & Recovery | | | |
| 12/1/2022 | Peter Ekman | Analyzed inventory issues and responded to S.Soares re inventory discrepancies and year-end inventory count plan issues. | 0.40 | $220.00 |
| | Peter Ekman | Responded to emails from CRO, K.Krakora and P.DeLuca re inventory valuation issues. | 0.20 | $110.00 |
| 12/5/2022 | Peter Ekman | Telephone conference with Allen Wine Group Accounting Team and K.Krakora re accounting issues, inventory management initiatives, year end inventory counts processes and guidelines, GL and balance sheet issues, and COGS issues. | 0.90 | $495.00 |
| 12/7/2022 | Peter Ekman | Prepared SMV's November bottled wine and bulk wine inventory report re bottled and bulk wine. | 0.50 | $275.00 |
| 12/9/2022 | Peter Ekman | Telephone conference with valuation provider re valuation isuses, timeline, costs, and questions related to the RFP. | 0.50 | $275.00 |
| 12/14/2022 | Peter Ekman | Emailed comments and suggestions (from operations perspective) re SMV's bottled inventory valuation to V.Sahn and K.Krakora. Follow up with K.Krakora. | 0.30 | $165.00 |
| | Peter Ekman | Responded to email from provider re SMV bottled inventory valuation issues and adjustments. | 0.30 | $165.00 |
| | Peter Ekman | Analyzed, reviewed and updated contract from re SMV's bottled inventory FMV valuation proposal. | 0.40 | $220.00 |
| 12/15/2022 | Peter Ekman | Emailed (several messages) and telephone calls (two of them) with valuation professionals re SMV bottled wine valuation issues, employment process, and financial documents needed. | 0.40 | $220.00 |
| 12/30/2022 | Peter Ekman | Emailed BotW and V.Sahn re the valuation issues and process to retain firm to prepared the appraisal of SMV's bottled inventory. | 0.50 | $275.00 |
| | SUBTOTAL: | | 4.40 | $2,420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | Business Analysis | | | |
| 12/1/2022 | Peter Ekman | Researched key creditors and analyzed critical products and services including alternative sources as requested by V.Sahn (Greenspoon). | 0.90 | $495.00 |
| | SUBTOTAL: | | 0.90 | $495.00 |
| | Business Operations | | | |
| 12/3/2022 | Peter Ekman | Meeting with SMV sales team re the consumer sales event at SMV, update of sales and marketing plan, and creation of 2023 sales objectives and strategy. | 3.00 | $1,650.00 |
| 12/4/2022 | Peter Ekman | Responded to requests and questions from SMV operations managers and accounting team. Follow up with accounting team leaders. | 0.60 | $330.00 |
| 12/5/2022 | Peter Ekman | Telephone conference with CRO, K.Krakora re preparation for call with lender, weekly cash-flow forecast updates, and general ops issues. | 0.40 | $220.00 |
| | Peter Ekman | Responded to emails from CRO and accounting manager re AP and AR reporting, status, and ongoing issues. | 0.30 | $165.00 |
| | Peter Ekman | Responded to emails from SMV managers, BotW/BNPP bankers, CRO re operating issues and priorities, CIM, financial analysis, info requests. | 0.80 | $440.00 |
| 12/6/2022 | Peter Ekman | Responded to emails from SMV operations team re operations issues, priorities, and work plan. Updated personnel planning and activities. | 0.40 | $220.00 |
| 12/7/2022 | Peter Ekman | Responded to, and sent emails to SMV managers re operating issues, functional questions, requests, and proposals improve daily business operations. Calls with numerous managers. | 0.80 | $440.00 |
| | Peter Ekman | Telephone conference with SMV's management team re projects, priorities, progress, and status updates. Prepared plans and agenda for weekly coordination meeting. | 1.10 | $605.00 |
| 12/9/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re cash flow updates, operations, late payments, and sale process. | 0.30 | $165.00 |
| 12/12/2022 | Peter Ekman | Analyzed a large amount of documents from D.Kindermann re SMV's permits, licenses, land-use maps, legal applications to adjust terms of operations, legal decisions and approvals as part of research for strategic plan development. Follow up with D.Kindermann and operations leaders and preparation of findings. | 3.20 | $1,760.00 |
| | Peter Ekman | Emailed purchaser of SMV grapes re grape payments to SMV, and provided feedback and guidance re NDA for the sale process. | 0.30 | $165.00 |
| | Peter Ekman | Responded to inquiries from A.Beak (BotW/BNPP) re SMV operations and operating plans. | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/2022 | Peter Ekman | Prepared documents and requested analyses related to SMV operations including licenses, permits, land-use maps. | 0.40 | $220.00 |
| 12/13/2022 | Peter Ekman | Responded to questions from BotW/BNPP re SMV's water rights and water usage. Prepared and updated summaries. | 0.40 | $220.00 |
| | Peter Ekman | Analyzed SMV insurance coverages, and responded to additional questions from BotW, T.Angelo re SMV's future insurance premiums. | 0.20 | $110.00 |
| 12/14/2022 | Peter Ekman | Telephone conference (second call) with B.Garrison (AWG) re closing of the books for year end, recons, and inventory count. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with B.Garrison, AWG re planning for year end inventory count, personnel and process. | 0.50 | $275.00 |
| 12/15/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re vendor payment issues, data room requests and support, and cash flow. | 0.30 | $165.00 |
| 12/18/2022 | Peter Ekman | Responded to inquiries from K.Krakora and MGG re payment issues with grape buyer. Communication with buyer. | 0.40 | $220.00 |
| 12/20/2022 | Peter Ekman | Analyzed A/R detail, and prepared summaries for K.Krakora re payment issues. Emailed grape purchase clients. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with CRO K.Krakora re late payments by customers, operations issues, and personnel issues. | 0.50 | $275.00 |
| | Peter Ekman | Responded to email grape client re late payment for grapes purchased. Updated management and cash flow forecast. | 0.30 | $165.00 |
| 12/21/2022 | Peter Ekman | Responded to emails from CRO K.Krakora re payment issues from grape customers, cash flow questions, and ops issues. | 0.20 | $110.00 |
| 12/22/2022 | Peter Ekman | Responded to emails re SMV grape customers and non-payment issues. Updated forecast and impact on cash flow. | 0.30 | $165.00 |
| 12/29/2022 | Peter Ekman | Responded to emails from SMV managers and K.Krakora re flow of payments, operations challenges, and personnel. | 0.30 | $165.00 |
| | SUBTOTAL: | | 15.70 | $8,635.00 |
| | Creditor Meetings & Communicat | | | |
| 12/1/2022 | Peter Ekman | Responded to inquiries related to weekly cash flow, and prepared updates of cash flow for MGG reporting. | 0.20 | $110.00 |
| | Peter Ekman | Analyzed and updated Nov 28 cash-flow forecast for MGG meeting. | 0.30 | $165.00 |
| 12/5/2022 | Peter Ekman | Responded to inquiries re lender meetings and issues of cash, collateral status and condition, and funding needs. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with A.Gern (MGG) re cash flow forecast, collateral issues, M&A process, and operating issues. | 0.50 | $275.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/9/2022 | Peter Ekman | Telephone conference with MGG's counsel, P.Kaufman, P.DeLuca, K.Krakora, D.Herman, R.Rupe re sale process issues, operations reporting issues, legal issues, appraisal status and update, marketing materials update, real estate appraisal process and update, and data room issues. | 0.50 | $275.00 |
| 12/12/2022 | Peter Ekman | Telephone conference with CRO (K.Krakora) re operations issues to cover during call with MGG (A.Gern, P.Flynn). Updated meeting materials and documents. | 0.40 | $220.00 |
| 12/14/2022 | Peter Ekman | Analyzed loan documentation and updated cash requirements re meeting with MGG related to proposed financing for Spring Mountain. | 0.40 | $220.00 |
| 12/16/2022 | Peter Ekman | Telephone conference with MGG, P.Kaufman (Gordian Group), D.Herman, K.Krakora, R.Rupe, P.DeLuca re operating issues, M&A process, update on lender issues issues, marketing materials and potential buyer update. | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with K.Krakora and SMV finance team re updates to forecasts for lender and support needed to analyze operating issues impacting cash flow. | 0.60 | $330.00 |
| 12/19/2022 | Peter Ekman | Telephone conference with MGG, K.Krakora re Spring Mountain weekly cash flow forecast, cash collateral issues, and operating update. | 0.20 | $110.00 |
| 12/20/2022 | Peter Ekman | Prepared and emailed to MGG (P.Flynn, A.Gern) the SMV October inventory report re bottled and bulk wine inventory. | 0.60 | $330.00 |
| 12/21/2022 | Peter Ekman | Emailed MGG (P.Flynn, A.Gern) re payment issues related to sale of grapes. | 0.20 | $110.00 |
| 12/22/2022 | Peter Ekman | Analyzed unpaid property tax issues, and prepared recommended actions and timelines. Communicated issues MGG (P.Flynn, A.Gern). | 0.20 | $110.00 |
| | Peter Ekman | Analyzed cash collateral needs and usage for SMV through April 2023 to update reports for MGG and operations planning. | 0.20 | $110.00 |
| | Peter Ekman | Analyzed operations requirements and cash needs, and prepared recommendations re changes to MGG's loan to SMV. | 0.60 | $330.00 |
| 12/23/2022 | Peter Ekman | Analyzed and updated SMV budgets and forecasts in preparation for discussion and negotiations with MGG. | 0.30 | $165.00 |
| 12/27/2022 | Peter Ekman | Reviewed and analyzed SMV documents and prepared analyses for creditor meeting re MGG's financing for SMV. | 0.40 | $220.00 |
| | SUBTOTAL: | | 6.40 | $3,520.00 |
| | Hearing Prep - Ops Support | | | |
| 12/27/2022 | Peter Ekman | Reviewed and analyzed motion and declaration documents re SMV's revised budgets per request by Greenspoon. | 0.30 | $165.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/2022 | Peter Ekman | Analyzed, reviewed, and prepared updates to motion re DIP financing. Provided feedback from an operations perspective re adequacy. | 0.30 | $165.00 |
| | SUBTOTAL: | | 0.60 | $330.00 |
| | Operations Administration | | | |
| 12/3/2022 | Peter Ekman | Travel time to SMV from San Rafael (R/T). | 3.20 | $880.00 |
| 12/13/2022 | Peter Ekman | Analyzed and final review of contract proposal from potential valuation provider and emailed to V.Sahn, K.Krakora. Follow up with K.Krakora re retention. | 0.20 | $110.00 |
| | Peter Ekman | Analyzed Moss Adam's proposal re NOL issues and prepared feedback for management. | 0.20 | $110.00 |
| | Peter Ekman | Responded to email questions from V.Sahn, K.Krakora re inventory valuation services. | 0.20 | $110.00 |
| | Peter Ekman | Analyzed and reviewed valuation proposal, and prepared feedback to service provider re bottled inventory valuation issues. | 0.40 | $220.00 |
| | Peter Ekman | Analyzed and reviewed the proposal received from valuation provider re valuation services for SMV's bottled inventory. Prepared summary and recommendation for leadership. | 0.50 | $275.00 |
| 12/14/2022 | Peter Ekman | Responded to emails re SMV payment from J.Hernandez for grapes purchased. Prepared update of outstanding amounts and updated cash flow forecast. | 0.30 | $165.00 |
| 12/15/2022 | Peter Ekman | Responded to P.DeLuca re creation of the data room for the M&A process and process issues for SMV to move forward. | 0.20 | $110.00 |
| | Peter Ekman | Responded to M.Savoy re Jigsaw hourly rates and admin issues. | 0.10 | $55.00 |
| 12/16/2022 | Peter Ekman | Telephone conference with CRO K.Krakora re Oct inventory, MOR reporting, BotW support issues and process. | 0.30 | $165.00 |
| 12/18/2022 | Peter Ekman | Responded to a grape buying client re grapes that his company purchased from SMV during the 2022 harvest. Researched contract, communications, and history with buyer. | 0.50 | $275.00 |
| 12/19/2022 | Peter Ekman | Responded to emails from BotW (T.Angelo) re requested documents and support for the sale process. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conferences (3 of them) with CRO K.Krakora re client payment issues, personnel issues, and general operating issues. | 0.50 | $275.00 |
| | Peter Ekman | Drafted a detailed email response to an SMV client re the SMV sale process, and provided detail re SMV grape purchasing contracts for a potential deal. | 0.70 | $385.00 |
| 12/21/2022 | Peter Ekman | Responded to emails from counsel and accounting team re potential engagement of service provider for SMV tax analysis work. | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | | 7.70 | $3,355.00 |
| | Operations Data Analysis | | | |
| 12/6/2022 | Peter Ekman | Analyzed Dec 6 version of weekly cash-flow forecast re funding for 1Q2023, and updated forecast. | 0.30 | $165.00 |
| 12/7/2022 | Peter Ekman | Responded to requests and questions from S.Soares re recent broker commissions. | 0.20 | $110.00 |
| | Peter Ekman | Responded to emails from AWG, S.Soares, re broker commissions in prior years and whether any 2021 commissions were paid in 2022. Analyzed commission history and trends.. | 0.30 | $165.00 |
| 12/16/2022 | Peter Ekman | Analyzed 4Q2022 revenue projection, and updated forecast for expected impact from Chapter 11 process on revenue in all channels. | 0.30 | $165.00 |
| | SUBTOTAL: | | 1.10 | $605.00 |
| | Operations Financial Analysis | | | |
| 12/2/2022 | Peter Ekman | Prepared for financial analysis update conference call with V.Sahn and K.Krakora re cash flow budgeting and assumptions, actual results, and payments. | 0.40 | $220.00 |
| | Peter Ekman | Prepared financial and asset analysis, operating assumptions, and back-up material to T.Angelo. Analzyed key historical operations metrics and updated summaries. | 3.00 | $1,650.00 |
| | Peter Ekman | Telephone conference with CRO K.Krakora re extended weekly cash flow assumptions, budget issues, and personnel updates. | 0.20 | $110.00 |
| 12/7/2022 | Peter Ekman | Drafted requests for the SMV accounting team re specific needs to estimate insurance costs and property tax costs for the comprehensive financial forecast. Follow up with accounting team. | 0.30 | $165.00 |
| | Peter Ekman | Analyzed forecast and responded to emails to P.Flynn and A.Gern (both of MGG) re weekly cash-flow forecast. | 0.80 | $440.00 |
| 12/8/2022 | Peter Ekman | Prepared (continued) cost assumptions re the 10-year financial forecast (SG&A, insurance, farming costs, property taxes, commissions, broker fees). | 2.00 | $1,100.00 |
| 12/12/2022 | Peter Ekman | Analyzed BotW's financial model for SMV. Provided feedback re industry standards, COGS assumptions, and general inputs. Prepared for the weekly call w T.Angelo, A.Aggarwal, P.DeLuca. | 1.20 | $660.00 |
| 12/16/2022 | Peter Ekman | Analyzed weekly cash flow forecast and updated operations model. | 0.30 | $165.00 |
| 12/21/2022 | Peter Ekman | Telephone conference with T.Angelo, BotW/BNPP re SMV's financial model, feedback related to inputs, and improvements to clarify the output. Analyzed specific inputs for T.Angelo. | 0.80 | $440.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/22/2022 | Peter Ekman | Analyzed forecast issues, and emailed CRO K.Krakora re latest version of the financial model and SMV business tactics. | 0.30 | $165.00 |
| 12/27/2022 | Peter Ekman | Responded to emails and questions from BotW, T.Angelo re SMV financial model. | 0.50 | $275.00 |
| 12/30/2022 | Peter Ekman | Responded to questions from P.DeLuca, T.Angelo re SMV financial forecast. | 0.50 | $275.00 |
| | Peter Ekman | Analyzed data and info for January 2023 price increases on all SMV products, and updated forecast. | 0.60 | $330.00 |
| | SUBTOTAL: | | 10.90 | $5,995.00 |
| | Operations Reporting | | | |
| 12/1/2022 | Peter Ekman | Prepared a detailed report for BotW, A.Agarwal re SMV's Oct 31 inventory of bottled wines including cost of goods detail and support. Analyzed COGS issues and prepared summary. | 1.00 | $550.00 |
| | Peter Ekman | Analyzed the assumptions in the extended weekly cash flow report, and provided a comprehensive list of updates to assumptions and key inputs. | 0.50 | $275.00 |
| 12/2/2022 | Peter Ekman | Telephone conference with CRO K.Krakora, M.Horoupian, V.Sahn re weekly cash flow budget through 1Q2023, key assumptions, actual results, and vendor and creditor payment plans. | 0.60 | $330.00 |
| | Peter Ekman | Responded to email requests from CRO K.Krakora and V.Sahn re questions related to weekly cash flow forecast through April 23, 2023. Updated qualitative support schedules and analysis. | 0.80 | $440.00 |
| 12/5/2022 | Peter Ekman | Analyzed and updated weekly cash flow forecast, and prepared Dec 5 updates and reconciliations for lender and management. | 0.40 | $220.00 |
| 12/14/2022 | Peter Ekman | Analyzed A/P issues, and responded to emails and requests re SMV Accounts Payable. | 0.20 | $110.00 |
| 12/15/2022 | Peter Ekman | Analyzed updates to the weekly cash flow forecast through mid April 2023, and and email correspondence with ops team. | 0.30 | $165.00 |
| 12/16/2022 | Peter Ekman | Prepared updates of information and reports re MOR reporting. | 0.30 | $165.00 |
| 12/19/2022 | Peter Ekman | Telephone conference with B.Garrison, S.Soares and K.Krakora re year end planning to close the financial books and related reporting requirements to lender and the Court. | 0.60 | $330.00 |
| 12/22/2022 | Peter Ekman | Analyzed reports and updates re SMV's extended weekly cash flow. Provided updates and feedback to accounting team. | 0.30 | $165.00 |
| 12/29/2022 | Peter Ekman | Analyzed and updated latest version re SMV's weekly cash flow reporting. | 0.30 | $165.00 |
| | SUBTOTAL: | | 5.30 | $2,915.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | Ops - Travel | | | |
| 12/9/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.30 | $907.50 |
| 12/15/2022 | Peter Ekman | Travel time from San Rafael to SMV in St. Helena (RT) in total 115 miles [billed at 50% rates]. | 3.10 | $852.50 |
| | SUBTOTAL: | | 6.40 | $1,760.00 |
| | Ops Business Plan Development | | | |
| 12/1/2022 | Peter Ekman | Prepared draft marketing plan for 2023 re SMV's Direct to Consumer Business. Updated detail and model to support plan. | 2.30 | $1,265.00 |
| 12/5/2022 | Peter Ekman | Drafted a recommendation how to drive more visitors to the SMV property and winery re improving the DTC revenue. This to be sent to BotW for inclusion in the CIM | 0.70 | $385.00 |
| | Peter Ekman | Drafted marketing and sales selling points and content re SMV grape business for the CIM. Information forwarded to BotW for inclusion into the CIM | 0.80 | $440.00 |
| | Peter Ekman | Drafted a plan re: how to market the parcels on the property to enhance visitor's experience and drive visits. Plan updates provided to management and BotW. | 0.90 | $495.00 |
| 12/6/2022 | Peter Ekman | Emailed T.Angelo re feedback to the CIM (business development section). | 0.20 | $110.00 |
| | Peter Ekman | Email to A.Agrawal re SMV's financial model and SG&A issues. Prepared updates to correctly estimate SG&A costs and potential improvements. | 0.40 | $220.00 |
| | Peter Ekman | Prepared detailed yearly organizational/personnel plans and detailed yearly SG&A budgets for SMV's long-term financial forecast for both the internal business plan and the CIM. Analyzed key cost drivers and ability to create operating leverage. | 3.30 | $1,815.00 |
| 12/7/2022 | Peter Ekman | Telephone conference with T.Angelo, A.Agarwal re SMV L-T financial forecast, SG&A questions, and DTC revenue assumptions. Analyzed forecast and model inputs. Prepared updates for overall business plan. | 2.30 | $1,265.00 |
| 12/13/2022 | Peter Ekman | Analyzed and provided in-depth feedback re historical and future pricing assumptions, operations strategy, and calculations for the SMV financial forecast. Follow up with bankers. | 1.40 | $770.00 |
| 12/15/2022 | Peter Ekman | Prepared (continued) SMV business plan re the L-T forecast with focus on operating improvements and financial reporting/systems updates. | 2.40 | $1,320.00 |
| 12/20/2022 | Peter Ekman | Analyzed and discussed with bankers specific assumptions re improvements of SMV's future profitability potential and cash flow improvement initiatives. | 0.60 | $330.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2022 | Peter Ekman | Analyzed and prepared updates for BotW/BNPP's P.DeLuca and T.Angelo re the latest version of SMV's financial model and forecast. | 1.10 | $605.00 |
| 12/21/2022 | Peter Ekman | Prepared updates to SMV's email marketing program for 2023. Calls with marketing team. | 0.50 | $275.00 |
| | Peter Ekman | Prepared analysis re SMV's grape sale strategy, and prepared estimated impact on cash flow and operational needs. | 0.80 | $440.00 |
| 12/22/2022 | Peter Ekman | Prepared and analyzed strategy and tactics re SMV's future vineyard and farming methods. Analyzed historical results and yields, and estimated CapEx needs and water issues. | 1.70 | $935.00 |
| | Peter Ekman | Drafted SMV's long-term strategic plan and supporting budget forecast. Prepared summaries and slides for the sale process. | 2.20 | $1,210.00 |
| 12/23/2022 | Peter Ekman | Prepared (continued) business plan development. Updated presentation materials and support schedules. Meeting with operations team. | 2.30 | $1,265.00 |
| | Peter Ekman | Prepared business plan details (financial analysis, farming forecast, PPT slides) re SMV's L-T financial forecast. Updated presentation materials and support schedules. Follow up with ops team and management. | 2.10 | $1,155.00 |
| 12/26/2022 | Peter Ekman | Prepared farming cost estimates for SMV's long-term forecast and cash flow modeling. Updated budget and corresponded with farming team. | 1.20 | $660.00 |
| 12/27/2022 | Peter Ekman | Analyzed SMV's DTC email marketing plan and updated to drive revenue. Evaluated SG&A costs for the long-term financial plan. | 0.50 | $275.00 |
| | Peter Ekman | Analyzed process and timing related to potential sale of SMV's aged bottle inventory, and researched potential outcomes. | 1.10 | $605.00 |
| 12/28/2022 | Peter Ekman | Analyzed and responded to BotW's latest addendum to the financial model re the CIM and buyer presentations. | 1.20 | $660.00 |
| | Peter Ekman | Prepared, updated, and analyzed farming cost estimates, and prepared future improvement estimates for 2023 and beyond with better controls, processes and reporting. | 0.60 | $330.00 |
| 12/29/2022 | Peter Ekman | Analyzed the long-term financial forecast (latest version ) and updated key inputs. Provided feedback for BotW/BNPP for buyer presentations. | 0.80 | $440.00 |
| 12/30/2022 | Peter Ekman | Analyzed pricing discount assumptions re SMV's financial model | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with T.Angelo re 1979 and 1980-1989 vintages in the financial model, pricing, pace of selling out | 0.60 | $330.00 |
| | Peter Ekman | Analyzed pricing assumptions re SMV's financial model | 0.50 | $275.00 |
| | Peter Ekman | Responded to T.Angelo's questions re wholesale growth for inclusion in the SMV financial model. | 0.50 | $275.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | | 33.60 | $18,480.00 |
| | Ops Personnel Management | | | |
| 12/1/2022 | Peter Ekman | Responded to issues re customer payment issues. Analyzed invoices and collections efforts. Drafted memo of collection tactics for accounting team and management. | 0.50 | $275.00 |
| 12/2/2022 | Peter Ekman | Responded to emails from SMV Managers re operations, priorities, key projects, budgeting, financial reports and issues with accounting software. Calls with key managers re: personnel issues. | 0.70 | $385.00 |
| 12/5/2022 | Peter Ekman | Analyzed impact of updated proposal re the KERP for key SMV employees, and prepared summary of changes for budget. | 0.30 | $165.00 |
| 12/6/2022 | Peter Ekman | Responded to emails from Greenspoon re SMV personnel proposal. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with Greenspoon lawyers re SMV KERP issues and data needed for personnel analysis. | 0.20 | $110.00 |
| | Peter Ekman | Prepared support schedules based on historical data for SMV KERP program per request from CRO and Greenspoon. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference (incl. call-prep) with K.Krakora, V.Sahn, M.Horoupian, D.Yannias re operations related issues, KERP proposal, and cash flow issues. Analyzed and reviewed reasons for losing key personnel during the Chapter 11 process and prepared a plan to stabilize. | 0.90 | $495.00 |
| 12/8/2022 | Peter Ekman | Responded to emails from SMV managers re operations questions, priorities, and support of bankers. Prepared updated work plans and timelines. | 0.60 | $330.00 |
| 12/9/2022 | Peter Ekman | Responded to emails from SMV managers, accounting department re operations, priorities, vendors, cost accounting, general ledger issues, and bulk wine planning. | 0.40 | $220.00 |
| 12/12/2022 | Peter Ekman | Responded to emails and phone calls from SMV Managers re operations, priorities, project questions, and general personnel issues. | 0.50 | $275.00 |
| 12/14/2022 | Peter Ekman | Analyzed and reviewed per request of Greenspoon final proposal re SMV KERP plan. Provided analysis and feedback. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with SMV mgmt team and CRO K.Krakora re updates on operations, ops team priorities, personnel issues, and sale process. | 1.20 | $660.00 |
| 12/15/2022 | Peter Ekman | Responded to emails and calls from SMV managers re operations. | 0.60 | $330.00 |
| 12/19/2022 | Peter Ekman | Responded to emails and phone calls from SMV managers re operations issues. Follow up call with two managers. | 0.70 | $385.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2022 | Peter Ekman | Responded to questions, emails and phone calls from SMV managers re operational issues, projects and priorities. | 0.80 | $440.00 |
| 12/21/2022 | Peter Ekman | Telephone conference with SMV's management team and K.Krakora re updates on operations, critical projects, the sale process, and personnel issues. | 1.00 | $550.00 |
| 12/22/2022 | Peter Ekman | Analyzed the personnel planning issues for winter and 2023. Updated model to reflect impact. | 0.30 | $165.00 |
| | Peter Ekman | Responded to emails, calls from SMV personnel re operations, projects, priorities, reporting requirements, and general management issues. | 0.50 | $275.00 |
| | Peter Ekman | Responded to emails from K.Krakora and SMV accounting team re priorities, open items, grape contract payments, weekly cash-flow forecast issues and updates, and accounts payable. | 0.40 | $220.00 |
| 12/23/2022 | Peter Ekman | Responded to emails and questions from SMV Managers re SMV operating issues and personnel management issues. | 0.30 | $165.00 |
| | SUBTOTAL: | | 10.70 | $5,885.00 |
| | Ops Planning & Forecasting | | | |
| 12/1/2022 | Peter Ekman | Responded to proposals re maintenance and repair of the Miravalle Estate House. | 0.30 | $165.00 |
| 12/2/2022 | Peter Ekman | Prepared for call re extended weekly Cash Flow forecast. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with CRO K.Krakora, J.Ringelstein re wine club execution strategy and revenue receipts forecast for 1Q2023. | 0.40 | $220.00 |
| | Peter Ekman | Prepared updates and summaries to present on a conference call with CRO, SMV management, SMV lawyers re cash planning and use of cash collateral issues. | 0.50 | $275.00 |
| 12/5/2022 | Peter Ekman | Telephone conference with T.Angelo BotW/BNPP re review of the latest version of the SMV financial model. Provided feedback, changes, and updates. | 1.40 | $770.00 |
| 12/6/2022 | Peter Ekman | Responded to info requests from T.Angelo, Botw/BNPP re overhead expenses at SMV.  Prepared G&A summaries and run-rate analyses. | 0.30 | $165.00 |
| 12/7/2022 | Peter Ekman | Prepared and analyzed improvements to the SMV SG&A estimates for the 10-year financial forecasting model. Modeled rational cost savings from proposed initiatives and investment in systems and people. | 0.50 | $275.00 |
| | Peter Ekman | Responded to questions and info requests from BothW/BNPP A.Agarwal re SMV SG&A forecast. | 0.40 | $220.00 |
| 12/8/2022 | Peter Ekman | Prepared operating costs estimates and insurance premium analysis (incl. gathering and researching insurance detail), and forecasted 10-year financial forecasting model. | 1.30 | $715.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/8/2022 | Peter Ekman | Prepared cost assumptions re the 10-year financial forecast (SG&A, insurance, farming costs, property taxes, commissions, broker fees). | 2.20 | $1,210.00 |
| | Peter Ekman | Analyzed marketing costs and assumptions re Spring Mountain Vineyard financial forecast for the CIM and planning purposes. Follow up with marketing and ops teams. | 1.20 | $660.00 |
| | Peter Ekman | Analyzed and reviewed revenue and key assumptions in forecast re SMV's financial forecast for planning and sales materials. Provided updates and support schedules. | 1.40 | $770.00 |
| 12/10/2022 | Peter Ekman | Responded to requests from T.Angelo, A.Aggarwal re assumptions in the financial modeling for SMV. Analyzed run-rates for forecasting purposes and updated support. | 1.30 | $715.00 |
| 12/13/2022 | Peter Ekman | Prepared wholesale marketing plan re SMV's 10 year financial forecast. | 1.30 | $715.00 |
| | Peter Ekman | Analyzed SMV's 2022 insurance premium costs, and updated model/forecast for 2023 and L-T forecast. Calls with ops team and bankers re: assumptions. | 0.70 | $385.00 |
| | Peter Ekman | Drafted (continued) a DTC email marketing plan re forecasting revenue for SMV's Direct to Consumer channel. Calls with marketing. | 1.00 | $550.00 |
| 12/14/2022 | Peter Ekman | Responded to emails re wholesale COGS and gross margin assumptions and related accounting problems to be solved. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with CRO K.Krakora re MGG, personnel issues, the loan issues, and KERP support requests. | 0.50 | $275.00 |
| | Peter Ekman | Prepared updates to operating plan, and responded to questions, calls and emails fr BotW re CIM, financial modeling, SG&A modeling. | 2.20 | $1,210.00 |
| 12/15/2022 | Peter Ekman | Analyzed, prepared feedback to the latest, updated version of the SMV financial model. Calls with ops team and accounting team. | 2.20 | $1,210.00 |
| 12/16/2022 | Peter Ekman | Prepared a preliminary checklist for the accounting organization re closing the SMV books for 2022. Communicated with accounting team. | 0.40 | $220.00 |
| 12/17/2022 | Peter Ekman | Analyzed revisions and updates to the SMV 10 year forecasting model. Prepared feedback and assumptions critique. | 1.20 | $660.00 |
| 12/19/2022 | Peter Ekman | Analyzed operating plan for 2023. Responded to emails and requests from BotW, P.DeLuca, T.Angelo re SMV financial model and forecast | 0.40 | $220.00 |
| | Peter Ekman | Additional analysis and responses to the BotW/BNPP's financial model and L-T forecast. | 1.30 | $715.00 |
| 12/20/2022 | Peter Ekman | Responded to questions by BotW/T.Angelo re SMV's financial model. | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2022 | Peter Ekman | Responded to emails from CRO K.Krakora and B.Garrison re year-end planning isuses related to accounting close and priorities. | 0.30 | $165.00 |
| 12/21/2022 | Peter Ekman | Analyzed and reviewed latest version re the SMV 10-year financial forecast. Prepared updates and summary support schedules. Feedback for bankers. | 2.20 | $1,210.00 |
| | SUBTOTAL: | | 25.80 | $14,190.00 |
| | Ops Vineyard Management | | | |
| 12/6/2022 | Peter Ekman | Telephone conference with D.Kindermann, Greenspoon Lawyers, Gordian Lawyers and winery experts, MGG, P.Flynn, V.Sahn, A.Gern, CRO K.Krakora, M.Horoupian and more, re SMV winery licenses and use permits to operate, transition plan when selling the property incl. Miravalle, LaPerla, Ch.Chevalier. | 0.90 | $495.00 |
| | Peter Ekman | Prepared for call w D.Kindermann, V.Sahn, Gordian, MGG, CRO re SMV vineyard issues, winery licenses, use-permits etc. and transition requirements re those in the sale of the company. | 0.50 | $275.00 |
| | Peter Ekman | Researched and analyzed vineyard regulatory issues and use permits as part of go-forward plan for vineyards and farming strategy. Analyzed costs to improve farming and vine yields (including replacement costs) for all vineyards. | 1.30 | $715.00 |
| 12/19/2022 | Peter Ekman | Emailed B.Garrison and accounting team at SMV re data requests for SMV yearly farming expenses. | 0.20 | $110.00 |
| 12/20/2022 | Peter Ekman | Analyzed preliminary 2022 total cost re SMV farming expenses. Updated forecast models. | 0.60 | $330.00 |
| | Peter Ekman | Analyzed vineyard development report re benchmarking vineyard development cost for SMV vineyards. Prepared updates for SMV. | 0.70 | $385.00 |
| 12/23/2022 | Peter Ekman | Telephone conference with B.Garrison re SMV's 2022 farming cost, reporting requirements, and future forecasts for vineyards. | 0.90 | $495.00 |
| 12/29/2022 | Peter Ekman | Responded to email from B.Garrison (AWG) re how to improve SMV's accounting reports to track farming costs. Analyzed system issues and updates. | 0.50 | $275.00 |
| | SUBTOTAL: | | 5.60 | $3,080.00 |
| | Sell-Side Ops Support | | | |
| 12/2/2022 | Peter Ekman | Telephone conference with Gordian Group, MGG Lawyers, CRO, BNPP re sale process, CIM review, review of SMV financials, and inventory valuation challenges. | 0.60 | $330.00 |
| | Peter Ekman | Telephone conference with CRO, K.Krakora, J.Safra, D.Yannias, J.Vann, P.DeLuca, T.Angelo re changes and updates to the CIM, fact checks, and discussed updates for the sale materials. Follow up with bankers re: support schedules needed.. | 1.00 | $550.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/4/2022 | Peter Ekman | Responded to requests from BotW re information and feedback needed for the CIM. Prepared updates and analyses. | 0.70 | $385.00 |
| 12/5/2022 | Peter Ekman | Analyzed and reviewed CIM changes, and prrepared for call re the revised CIM with BotW/BNPP, SMV management, and CRO. | 0.40 | $220.00 |
| | Peter Ekman | Telephone conference with BotW/BNPP P.DeLuca, CRO, K.Krakora, J.Safra, J.Vann, V.Sahn re updates and changes to the CIM. Provided support and operations analyses. | 0.80 | $440.00 |
| 12/6/2022 | Peter Ekman | Emailed and responded to emails to/from D.Whelan re from prior week events at SMV. | 0.30 | $165.00 |
| 12/7/2022 | Peter Ekman | Responded to info requests from T.Angelo, A.Agarwal BotW/BNPP re cost, revenue assumptions for the financial model. Prepared detailed analyses and support schedules. | 0.80 | $440.00 |
| | Peter Ekman | Emailed buyer of SMV grapes re late payments for SMV 2022 grapes purchased. Followed up with accounting team. | 0.20 | $110.00 |
| | Peter Ekman | Researched potential buyer through wine industry contacts per request by bankers. | 0.30 | $165.00 |
| 12/8/2022 | Peter Ekman | Prepared for meeting with potential buyer, and updated materials and talking points. Call to coordinate with P. DeLuca. | 0.70 | $385.00 |
| 12/9/2022 | Peter Ekman | Telephone conference with K.Rakora, V.Sahn re the SMV sale process and timing. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with P.DeLuca, BotW/BNPP re the CIM questions, financial forecast updates, and model. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with V.Sahn (Greenspoon) re sale process. | 0.20 | $110.00 |
| | Peter Ekman | Meeting with potential buyer re potential acquisition of Spring Mountain Vineyard assets. | 3.50 | $1,925.00 |
| | Peter Ekman | Prepared agenda and overview for the morning call with J.Safra, V.Sahn, P.DeLuca, K.Krakora, Angelo, D.Yannias, Vann re update of sale process, the progress on the CIM, and related M/A issues. | 0.30 | $165.00 |
| | Peter Ekman | Telephone conference with SMV owner J.Safra, CRO Krakora, BotW (DeLuca, Angelo, Aggarwal) V.Sahn, J.Vann re CIM, M&A process, operational updates, inventory valuation process, estate appraiser needs, and cash flow issues. | 0.90 | $495.00 |
| 12/12/2022 | Peter Ekman | Telephone conference with BotW/BNPP (T.Angelo, P.DeLuca) re feedback and adjustments to the SMV financial forecasting model, discussing the CIM and the M&A process for this week, milestones | 0.80 | $440.00 |
| | Peter Ekman | Responded to questions and requests from BotW (T.Angelo, P.DeLuca) re SMV's financial forecasting. | 1.20 | $660.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/2022 | Peter Ekman | Telephone conference (Zoom) with P.DeLuca, T.Angelo, CRO Krakora, M.Horoupian, V.Sahn re issues with sale process, timelines & priorities, info needed for the data-room. Prepared schedules for BotW. | 0.80 | $440.00 |
| 12/14/2022 | Peter Ekman | Responded to emails from BotW re the Data Room for the sale/M&A process | 0.20 | $110.00 |
| | Peter Ekman | Responded to email from P.DeLuca, BotW re potential buyer that is interested in acquiring SMV assets, and coordinated for a tour. | 0.20 | $110.00 |
| | Peter Ekman | Telephone conference with P.DeLuca, BotW/BNPP re the M&A process, financing issues, and CIM updates. Provided schedules requested by P.DeLuca. | 0.70 | $385.00 |
| 12/15/2022 | Peter Ekman | Analyzed and reviewed revised presentation slides re the CIM. | 0.20 | $110.00 |
| | Peter Ekman | Prepared for visit by potential buyer of SMV. Coordinated with on-site team and bankers. | 0.50 | $275.00 |
| 12/16/2022 | Peter Ekman | Responded to requests from BNPP and prepared detail related to SMV permits and licenses for the data room. | 0.30 | $165.00 |
| | Peter Ekman | Analyzed historical operating trends for sale process materials. Prepped for call with J.Safra, K.Krakora, V.Sahn to review progress sale process. | 0.40 | $220.00 |
| | Peter Ekman | Emails and correspondence messages to/from P.DeLuca and T.Angelo at BotW re meetings with SMV buyers, availability, timing. | 0.40 | $220.00 |
| | Peter Ekman | Prepared for the meeting/winery visit by potential buyer. Arranged and coordinated for potential buyer to meet with Ron Rosenbrand and other team members at SMV. | 0.50 | $275.00 |
| | Peter Ekman | Telephone conference with BotW, P.DeLuca, T.Angelo, J.Safra, V.Sahn, J.Vann, K.Krakora re review and update on the SMV sale process, appraisals, and buyer list. | 0.60 | $330.00 |
| | Peter Ekman | Responded to info requests from BotW M&A team re SMV's CIM and financial model. Prepared support schedules as requested. | 1.20 | $660.00 |
| 12/17/2022 | Peter Ekman | Analyzed and reviewed BotW/BNP Paribas letter to Prospective Purchasers for accuracy and completeness per request of BotW bankers. | 0.40 | $220.00 |
| 12/19/2022 | Peter Ekman | Responded to inquiries and emails from R.Rosenbrand re visits of potential buyers of the SMV assets. | 0.20 | $110.00 |
| | Peter Ekman | Emailed R.Rosenbrand re planning for potential buyer visits at the winery. | 0.20 | $110.00 |
| | Peter Ekman | Meeting with A.Beak, President BotW/BNPP's US Wine Division re SMV, the sale and M&A process | 1.90 | $1,045.00 |
| 12/20/2022 | Peter Ekman | Prepared for call with V.Sahn, K.Krakora, BotW/BNPP re sale & M&A process issues. | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2022 | Peter Ekman | Telephone conference with BotW/BNPP P.DeLuca, T.Angelo, CRO K.Krakora, G.Fatzinger, V.Sahn, M.Horoupian re status and next steps in the sale and M&A process, appraisals, bottled inventory valuation issues. | 0.80 | $440.00 |
| | Peter Ekman | Meeting with BotW/BNPP P.DeLuca and T.Angelo re analyzing, reviewing and improving SMV's financial model and 10-year forecast. | 1.20 | $660.00 |
| 12/21/2022 | Peter Ekman | Analyzed the latest version of the BotW Financial Model to support the sale and M&A process. | 1.40 | $770.00 |
| 12/23/2022 | Peter Ekman | Analyzed, reviewed and provided feedback to BotW's addendum re the CIM. | 0.70 | $385.00 |
| 12/28/2022 | Peter Ekman | Responded to emails from T.Angelo (BotW) re scheduling issues for buyers visits to SMV. | 0.20 | $110.00 |
| 12/29/2022 | Peter Ekman | Responded to questions from T.Angelo, BotW re SMV's financial model, assumptions. Prepared support schedules. | 0.50 | $275.00 |
| | SUBTOTAL: | | 27.20 | $14,960.00 |
| | Total For Professional Services Rendered | | 162.30 | $86,625.00 |

Consultant Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Peter Ekman | 152.70 | $550.00 | $83,985.00 |
| Peter Ekman | 9.60 | $275.00 | $2,640.00 |

Additional Charges: Expenses Incurred and Advanced

| Date | Name | Description | Amount |
|---|---|---|---|
| | Ops Personnel Management | | |
| 12/15/2022 | Peter Ekman | Mileage from San Rafael to Spring Mountain and back (115 miles R/T) for staff meetings. | $71.88 |
| | SUBTOTAL: | | $71.88 |
| | Sell-Side Ops Support | | |
| 12/9/2022 | Peter Ekman | Mileage (R/T) from San Rafael to Spring Mountain re staff meetings and meeting with potential buyer (115 miles). | $71.88 |
| | SUBTOTAL: | | $71.88 |
| | Additional Charges: Expenses Incurred | | $143.76 |
| | Total Amount of This Invoice | | $86,768.76 |

| | Amount |
|---|---|
| **BALANCE DUE** | **$86,768.76** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY FEE STATEMENT NUMBER 3 MONTH OF DECEMBER 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March , 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2023 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

3. **SERVED BY EMAIL ONLY**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
Attn: Daniel Paralta, Senior Counsel, Field Operations
1436 2nd Street #531
Napa, CA 94559
Daniel.Peralta@ttb.gov

**Request for Special Notice - NEF**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
dcb@proughlaw.com

**Request for Special Notice - NEF**
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com