Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Appellant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

In Re: SPRING MOUNTAIN
VINEYARD INC.,

        Debtor

No. 22-10381 CN 11

Chief Judge Charles Novack

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Part 1: Identify the appellant(s):

    1.    Name(s) of appellant(s):

    **Mt. Hawley Insurance Company**

    2.    Position of appellant(s) for appeals in a bankruptcy case and not in an

    adversary proceeding:

    **Appellant is a Creditor in the Debtor/DIP Spring Mountain
Vineyard, Inc.'s Chapter 11 Bankruptcy proceeding**.

Part 2: Identify the subject of this appeal:

    1.    Describe the judgment, order, or decree appealed from: **Order**

    **Denying Motion for Relief from Automatic Stay**

    2.    State the date on which the judgment, order, or decree was entered:

    **March 20, 2023**

PROUGH LAW, APC

Case: 22-10381   Doc# 293   Filed: 03/31/23   Entered: 03/31/23 12:57:14   Page 1 of 3

Part 3: Identify the other parties to the appeal:

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Debtor**
   **Spring Mountain.**
   **Vineyard, Inc.**
   **("Debtor")**

   **Attorney:** **Victor A. Sahn/Steven Burnell**
   **Greenspoon Marder, LLP**
   **333 South Grand Avenue, Ste. 3400**
   **Los Angeles, CA 90071**
   **(213) 626-2311**

2. **Debtor**

   **Attorney:** **Jay B. Spievack**
   **Cohen Tauber Spievack & Wagner, PC**
   **420 Lexington Avenue, Suite 2400**
   **New York, New York 10170**
   **(212) 586-5800**

**See Attachment for additional counsel.**

Part 4: Optional election to have appeal heard by District Court:

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.**

Part 5: Sign below:

Dated: March 31, 2023                    PROUGH LAW, APC


By: */s/ Michael D. Prough*
            Michael D. Prough

Attorneys for
Mt. Hawley Insurance Company

1    The undersigned hereby certifies that the foregoing was electronically filed

2  with the Clerk of the Court using the CM/EFT system and served upon all parties

3  receiving notice pursuant to the CM/ECF system on this 31st day of March 2023.

4

5

6                                    /s/ Michael D. Prough
                                     Michael D. Prough
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL AND STATEMENT OF ELECTION

Case: 22-10381    Doc# 293    Filed: 03/31/23    Entered: 03/31/23 12:57:14    Page 3 of 3