Victor A. Sahn (CA Bar No. 97299)
 victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
 mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
 steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| | **JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331** |
| Federal EIN: 36-3844911 | |
| Debtor. | Filed Concurrently with Declarations of Kevin A. Krakora and William R. Brinkman In Support Thereof |
| | Covering period of September 29, 2022 to February 28, 2023 |
| | **Hearing Information:** |
| | Date: April 21, 2023 |
| | Time: 11:00 a.m. |
| | Place: Courtroom 215 |
| | 1300 Clay Street |
| | Oakland, CA 94612 |

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, THE TWENTY LARGEST CREDITORS, THE UNITED STATES TRUSTEE FOR REGION 17, AND ALL INTERESTED PARTIES:**

Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016, and in compliance with the Court's *Guideline for Compensation and Expense Reimbursement of Professional and Trustee*, effective February 19, 2014 (the "Court Compensation Guidelines"), and the *Notice of Applicability of Large-Case United States Trustee Fee Guidelines* [Docket no. 99] (the "UST Fee Guidelines"), Jigsaw Advisors LLC ("Jigsaw" or "Applicant"), winery operations and management advisor for Spring Mountain Vineyard Inc., a Delaware corporation, the debtor-in-possession in the above-captioned case (the "Debtor"), hereby submits its first interim fee application (the "First Interim Application") for allowance and payment of its professionals' fees and expenses incurred from September 29, 2022 to February 28, 2023 (the "Application Period").

**I.**

**SUMMARY OF FEES AND EXPENSES REQUESTED IN THE**

**FIRST INTERIM APPLICATION**

**A.     General Information**

| | |
|---|---|
| Name of Applicant: | Jigsaw Advisors LLC |
| Scope of Services: | Outside winery operations and management advisory services |
| Petition Date: | September 29, 2022 |
| Retention Date: | Order entered on December 21, 2022 [Docket. no. 171], retroactive to the Petition Date |
| Prior Applications: | None |

**B.     Total Fees and Expenses Sought in this First Interim Application**

| | |
|---|---|
| Time Period Covered: | September 29, 2022 to February 28, 2023 |
| **Total Amount of Fees Requested for the Application Period:** | **$536,690.00** |

SB 53928001v3

Amount of Fees Previously Paid
via Monthly Fee Statements (80%): $429,352.00 [1]

Amount of Fees Remaining to Be Paid: $107,338.00

**Amount of Expenses Requested for
the Application Period:** **$1,930.63**

Amount of Expenses Previously Paid
via Monthly Fee Statements: $1,930.63

Amount of Fees Remaining to Be Paid: $0.00

**Total Fees and Expenses Requested for
the Application Period:** **$538,620.63**

C. **Other Information**

All Professionals Blended Rate in this
First Interim Application: $517.39

Number of Professionals in this
First Interim Application: 3

Number of Timekeepers billing fewer
than 15 hours during the Application
Period: 2

Difference Between Fees Budgeted and
Compensation Sought in this First
Interim Application $8,310.00 (positive variance)

---

[1] Jigsaw filed its Monthly Fee Statements for each period from September 29, 2022 – February 28, 2023 (the "Statements") on March 27, 2023 [Docket nos. 281, 282, 283, 284, and 285]. In total Jigsaw requested payment of $431,282.63, consisting of 80% of total fees of $536,690.00 and $1,930.63 of expenses incurred during all periods. Because the objection period for the Statements will expire prior to the hearing on this First Interim Application, this chart and the total amount of "Fees Previously Paid" line item in the First Interim Application anticipates the monthly payments totaling $431,282.63 for 80% of fees and 100% of expenses incurred for the September 29, 2022 - February 28, 2023 Statements will be made prior to the hearing.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

## II.

## CASE STATUS

Prior to bankruptcy, the Debtor has owned and operated the Spring Mountain Vineyard in Napa County, California (the "Vineyard") since 1992. The Vineyard consists of up to 70 total employees during harvest season, approximately 35 vineyard blocks across 211 acres, millions of dollars in annual sales, and relationships with dozens of suppliers and thousands of customers. As a result of the Glass Fire of 2020 and the Covid-19 pandemic, the Debtor became unable to pay its operating expenses and debt service due to revenue shortfalls, leading to the Debtor's bankruptcy.

On September 29, 2022 (the "Petition Date"), the Debtor filed an emergency chapter 11 petition to prevent the seizure of the Vineyard and the Debtor's personal property. Kevin A. Krakora ("CRO") from Getzler Henrich & Associates LLC was appointed as the Debtor's Chief Restructuring Officer and he continues in that role post-petition. Peter Ekman from Jigsaw was retained due to his expertise and experience managing troubled wineries and he continues in the role of winery operations and management services advisor. The order granting the application to employ Applicant as the Debtor's winery operations and management advisor under 11 U.S.C. §§ 327(a), 330 and 331 was entered on December 21, 2022 ("Jigsaw Employment Order") [Docket no. 171]. A copy of the Jigsaw Employment Order is attached hereto as **<u>Exhibit 1</u>** and authenticated by the concurrently filed declaration of William R. Brinkman ("Brinkman Declaration"). Debtor continues to manage its affairs and operate the Vineyard as debtor in possession. No trustee or creditors' committee has been appointed in this case.

Since its bankruptcy filing, the Debtor has made substantial progress in stabilizing its operations and moving towards reorganization. Within days of the Petition Date, the Debtor filed its "first day motions" to address its utilities [Docket no. 15], its cash management procedures [Docket no. 16], employee payroll and benefits [Docket no. 17], critical vendors [Docket no. 18], and cash collateral [Docket no. 19]. With regard to cash collateral, the Debtor's indebtedness owed to MGG California, LLC, as administrative and collateral agent ("MGG") is secured by substantially all of the Debtor's personal and real property. The Debtor negotiated with MGG for continued consensual use of cash collateral until December 31, 2023. Each of these matters was subsequently

approved by Court orders. The Debtor and MGG subsequently stipulated to the Debtor's continued consensual use of cash collateral until January 16, 2023.

In addition to Jigsaw, since the Petition Date, the Debtor has employed several professionals to continue managing the Debtor's daily operations and its overall finances. The Debtor employed special counsel to continue negotiations with Napa County regarding the Debtor's land use and water rights [Docket no. 164], and to continue its litigation against several of its prepetition insurance carriers who have refused to honor their insurance policies after the Glass Fire in 2020 caused severe damage and/or destroyed multiple buildings and significant portions of the Debtor's vineyard stock (i.e. its grape growing vine plants) [Docket nos. 166 & 170]. The Debtor also cooperated with the Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee") to consensually resolve the U.S. Trustee's objections to the Debtor's proposed employments.

In spite of the uniqueness of its real estate and wine-related assets, however, the Debtor has not generated sufficient revenue from its postpetition operations to pay its normal course operating expenses and service MGG's debt. In order to provide the necessary funds to underwrite operations from the Petition Date until December 31, 2022, the Debtor received approximately $2.05 Million from sources related to the Debtor's ultimate principal, Mr. Jaqui Safra, in order to cover the shortfalls in operating costs. Because Mr. Safra was not in a position at this time to make any further advances, the Debtor reached an agreement with MGG for debtor-in-possession financing (the "DIP Financing Loan") in the amount of up to $4 Million to preserve the Debtor's going concern value until April 15, 2023 - the projected closing date of the sale transaction which is currently being pursued. The Court approved the terms of the DIP Financing Loan per final order entered on January 27, 2023 [Docket no. 224]. To that end, the Debtor employed BNP Paribas Securities Corp. ("BNP Paribas") as its investment banker [Docket no. 161]. The Debtor's bidding procedures motion was approved on March 6, 2023 [Docket no. 261].

To ensure the Debtor's continuance of operations and further preserve the Debtor's going concern value while the Debtor pursued its proposed sale transaction, the Debtor implemented a key employee retention program ("KERP"). The Court approved the KERP program for 14 of the 15 employees for which the Debtor requested approval [Docket no. 275 & Docket Text Order entered

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

February 1, 2023].

As of March 29, 2023, the bankruptcy estate is holding approximately $1.9 Million in cash and has a credit line of up to $1.4 Million with MGG to pay operating expenses, including professional fees, pursuant to the Court-approved DIP Financing Loan. The deadlines under 11 U.S.C. § 1121 for the Debtor to file its chapter 11 plan and obtain confirmation of the plan are July 26, 2023 and September 23, 2023, respectively [Docket no. 270].

**III.**

**PROFESSIONAL FEES REQUESTED IN THIS FIRST INTERIM APPLICATION**

Applicant's professionals incurred 1,037.3 total hours for total legal fees of $536,690.00 during the Application Period.

The professional fees charged by Applicant were billed in accordance with Applicant's existing billing rates and procedures in effect during the Application Period. The hourly rates charged by Applicant for services rendered by its professionals are the same rates charged in comparable bankruptcy and non-bankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled professionals in comparable bankruptcy and non-bankruptcy situations in a competitive national market.

Applicant maintains computerized time records detailing the time spent by all professionals in connection with Applicant's representation of the Debtor in this case. In compliance with UST Fee Guidelines, Applicant has provided summary tables and exhibits analyzing the total hours and fees incurred by Applicant. All such summary tables and exhibits are incorporated herein by this reference and are authenticated in the Brinkman Declaration. **Exhibit 2** attached hereto summarizes the fees and expenses previously paid to Applicant during the Application Period pursuant to Applicant's prior monthly fee statements.[2] **Exhibit 3** lists all professionals and provides information regarding each professional's title, standard billing rate, years of applicable experience, and the aggregate number of hours and fees billed for the period. **Exhibit 4** attached hereto summarizes the total hours and fees billed under each project category during the Application Period. Copies of Applicant's detailed time entries were

---

[2] *See* footnote 1.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

1  previously provided by Applicant in support of its filed monthly fee statements [Docket nos. 281, 282, 283,

2  284 and 285]. For ease of reference, these detailed time entries are shown for the entire Application Period

3  and are included as Exhibit 9 to the Brinkman Declaration. Electronic copies of these time records will be

4  provided to the UST in LEDES format as required by the UST Fee Guidelines.

5      The services for which Applicant requests compensation were performed for, or on behalf

6  of the Debtor, and not on behalf of any creditor, or for the benefit of any other person. At all times

7  covered by this First Interim Application, Applicant diligently sought to fulfill its duty as advisor to

8  the Debtor. Applicant has no agreement with any other person, firm, or entity for the division or

9  sharing of any fees received in this case, in violation of the Bankruptcy Code, the Bankruptcy Rules,

10  or any other provision of state or federal law.

11      The services rendered by Applicant were reasonable, necessary, proper, and beneficial to the

12  Debtor and Debtor's bankruptcy estate. Services performed by Applicant throughout this case were

13  performed in a professional, skilled, and expeditious manner requiring substantially less time than

14  would have been required of professionals with less expertise and direct experience. Applicant has

15  made every attempt to reduce hours expended.

16      Prepetition, and as previously disclosed in Applicant's employment application [Docket no.

17  84], Applicant (almost exclusively through Peter Ekman ("Ekman"), an experienced wine industry

18  manager) worked closely with the CRO and the Getzler Heinrich & Associates firm to restructure

19  the Debtor's business operations and its revenues and expenses. In addition to operations services

20  rendered pre-petition, shortly after the Debtor's retention of Greenspoon Marder LLP ("GM") as its

21  bankruptcy counsel on September 27, 2022, the Applicant worked closely with the Debtor, the CRO

22  and GM attorneys in connection with the Debtor's bankruptcy filing, including, but not limited to,

23  preparing a 13-week budget projection, negotiating and communicating with MGG regarding the

24  use of cash collateral, and providing other information critical for the preparation and prosecution

25  of the Debtor's "first day" papers and motions. The Applicant's services have been vital to the

26  success of this chapter 11 case thus far as the Debtor requires advisors knowledgeable and

27  experienced in winery and vineyard management and operations, such as Jigsaw and Ekman.

28      The applicant did not request or receive a retainer from the Debtor. **Exhibit 5** attached hereto

summarizes the fees previously budgeted versus actual fees and expenses requested herein. Through Applicant Period ending February 28, 2023, Jigsaw's total fees incurred and requested are approximately $8,300 less than the amount budgeted. **Exhibit 6** attached hereto summarizes the monthly fees expenses incurred under each project category during the Application Period

Pursuant to the Court Compensation Guidelines, Applicant will requesting reasonable fees and expenses incurred preparing the First Interim Application in a future fee application. Applicant estimates that total of hours and fees billed to prepare the instant First Interim Application is less than one (1%) percent of the total amount of professional fees and expenses requested in the First Interim Application. Note that time incurred preparing the First Interim Application was recorded by Yan Tomimoto ($225 per hour rate) and William R. Brinkman ($575 per hour rate but will be billed as "no charge").

**IV.**

**<u>SUMMARY OF PROFESSIONAL SERVICES RENDERED BY APPLICANT</u>**

**<u>DURING THE APPLICATION PERIOD</u>**

During the Application Period, Jigsaw rendered substantial professional services to the Debtor in order to efficiently and economically assist the Debtors in their ongoing restructuring efforts and to administer the chapter 11 case. The following is a summary of the significant professional services rendered by Jigsaw during the Applicant Period, organized in accordance with Jigsaw's internal system of work codes. *See* Exhibit 6 for a table detailing fees and costs by work code, or category, by month.

**A.** **<u>Asset Analysis & Recovery</u>**

Total Fees: $44,550.00

Total Hours: 81.00

Ave Hourly Rate: $550

Applicant's services included:

- Activities related to research and analysis of asset values including interactions and communications with appraisers, valuation specialists, and asset sale

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

professionals.

- Evaluation and analysis of asset estimates and strategies by the Debtor to monetize certain assets in order to maximize recovery to the Debtor including discussions and meetings with potential wine merchants and buyers and the creation of a bottled inventory valuation RFP process.

- Managing the marketing and sale process of some of the Debtors grapes during the 2022 harvest season.

- Evaluating asset losses from the Glass Fire, and analyzed strategic options and associated costs going forward including those related to water rights and operating permits.

- Updating and maintaining inventory reports and variance analyses.

- Specific efforts in the matter were focused on supporting the valuation and sale of Debtor's inventory assets.

**B.** **Business Analysis**

Total Fees: $23,155.00

Total Hours: 42.10

Ave Hourly Rate: $550

Applicant's services included:

- Analysis of data and information provided by the Debtor related to the Vineyard's operating results, corporate operations, and the plan forward.

- Preparing capital expenditure estimates and forecasts related to vineyard replacement, water requirements for operations, and general CapEx needs.

- Analyzing critical business services needed, cost estimates to retain, and overall evaluation business operations.

- Meetings and discussions with potential capital providers to support operations.

- Preparing and analyzing eCommerce and web analytics, and incorporating those

inputs into the financial modeling process for wine club and DTC inputs.

- Preparing wine production plans along with expected capital needs.
- Analyzing the validity of data, assumptions and trends included in the forecasts, operating reports and supporting schedules generated by the Debtor.

C. **Business Operations**

Total Fees: $39,930.00

Total Hours: 74.20

Ave Hourly Rate: $538.14

Applicant's services included:

- Managing general operating issues of the Debtor while in Chapter 11, including those involving Debtor business units, vendors, accounting and finance people, processes and systems planning.
- Advising management regarding winery and vineyard specific operating issues.
- Creating and managing production plans, inventory sell-through plans, and general operating plans.
- Coordinating the wine production team and internal farming teams.
- Maintaining and managing the accounting and reporting processes, and creating initiatives to improve timeliness and accuracy of reporting.
- Evaluating and analyzing cost-savings initiatives and EBITDA generation initiatives, and managing implementation of such initiatives.
- Supporting overall inquiries related to business operations, processes, and operating cash needs, managing the responses from the accounting, sales, and operations teams
- Analyzing and reviewing permit and license issues, and managing compliance with regulatory requirements.
- Managing collection of grape sale receivables and export/distributor shipping

and logistics issues.

**D.   Creditor Meetings & Communications**

Total Fees: $33,935.00

Total Hours: 61.70

Ave Hourly Rate: $550

Applicant's services included:

- Meetings and communications with creditors of the Debtor, including MGG, and responding to specific operating and financial inquiries.
- Analyzing and researching issues related to cash collateral, overall collateral values, and other asset issues impacting creditors.
- Preparing analysis and updates to cash flow forecasts for the secured creditor/DIP lender.

**E.   Hearing Prep - Ops Support**

Total Fees: $9,900.00

Total Hours: 18.00

Ave Hourly Rate: $550

Applicant's services included:

- Preparing schedules and written summaries related to the Debtor's operations used in the filings and hearings with the bankruptcy court.
- Reviewing and analyzing various filings, including declarations and motions, as requested by Debtor's counsel and the CRO.
- Supporting the Debtor related to first day motions, use of cash collateral, KERP issues, and other filings.
- Participating in hearings as requested by the Debtor and its counsel.
- Providing general support as requested related to preparing the Debtor and its counsel

for hearings and filing various motions.

**F.** **Operations Administration**

Total Fees: $11,467.50

Total Hours: 44.90

Ave Hourly Rate: $255.40

Applicant's services included:

- General support of the Debtor and its counsel related to the Chapter 11 process, and guiding the operations team through the bankruptcy administration process.
- Preparing and reviewing monthly operating reports.
- Preparing and reviewing documents such as Jigsaw's employment application.
- Preparing fee applications and supporting documentation.

**G.** **Operations Data Analysis**

Total Fees: $27,390.00

Total Hours: 49.80

Ave Hourly Rate: $550

Applicant's services included:

- Analyzing trends and run-rates related to the Debtor's operations, and preparing updates to forecasts and budgets.
- Analyzing and reviewing operating results, and preparing summaries for management, Debtor's counsel, and the investment bankers.
- Preparing and updating vineyard analytics, harvest yield forecasts, and general operational reporting utilizing the Debtors data.
- Managing and working with the accounting team and operations team to respond to specific data requests from potential buyers.

**GREENSPOON MARDER LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

**H. Operations Financial Analysis**

Total Fees:  $17,380.00

Total Hours:  31.60

Ave Hourly Rate: $550


Applicant's services included:

- Preparing and updating cash flow forecasts and other budgets.
- Evaluating the Debtor's cash flow performance v. budgeted amounts, and researching cause of varianes.
- Analyzing historical operating metrics for use in forecasting.


**I. Operations Reporting**

Total Fees:  $33,880.00

Total Hours:  61.60

Ave Hourly Rate: $550


Applicant's services included:

- Creating and updating operations and financial reports utilized by management and by participants in the sale process.
- Preparing and updating detailed inventory reports.
- Analyzing and updating accounts payable and receivable reports used to manage the Debtor's day to day operations.
- Collecting, preparing, and updating reports used in MOR reporting.
- Responding to requests for sales, operational and financial reports from Debtor's counsel and creditors.
- Preparing reconciliations of key accounts and amounts.
- Preparing and updating reports used in regulatory reporting.

**GREENSPOON MARDER LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

**J.**   **Ops – Travel**

Total Fees:  $19,717.50

Total Hours:  71.70

Ave Hourly Rate: $550

Applicant's services included:

- Travel time to the Vineyard in St. Helena or to meetings with potential buyers. Travel time billed at 50% of standard rates.

**K.**   **Ops Business Plan Development**

Total Fees:  $61,545.00

Total Hours:  111.90

Ave Hourly Rate: $550

Applicant's services included:

- Preparing and updating detailed business plans including strategic initiatives, cost estimates, and timelines.
- Creating vineyard specific plans for re-planting, water use and access issues, and overall CapEx needs.
- Analyzing and creating sales and revenue growth forecasts as part of immediate and long-term planning.
- Responding to numerous inquiries related to SMV's potential operating results, and preparing analyses to support future initiatives.

**L.**   **Ops Personnel Management**

Total Fees:  $65,615.00

Total Hours:  119.30

Ave Hourly Rate: $550

**GREENSPOON MARDER LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

Applicant's services included:

- Overall management of operations, accounting and sales personnel.
- Updating and simplifying operating processes to improve performance and remove bottlenecks.
- Supporting the operations team to solve critical operating issues and to implement best of class thinking and processes.
- Meetings and conferences with SMV personnel to address specific operating issues or to resolve general issues.

**M.  Ops Planning & Forecasting**

Total Fees:  $49,115.00

Total Hours:  89.30

Ave Hourly Rate: $550

Applicant's services included:

- Creating and drafting weekly cash flow reports and forecasts.
- Analyzing strategic planning issues and preparing analytics to support the plan forward.
- Utilizing historical trends and run-rates to create better budgets and forecasts.
- Coordinating and working with the CRO, management team, and operations team to analyze key operating drivers, sales metrics, and marketing campaigns to plan future operating priorities.

**N.  Ops Vineyard Management**

Total Fees:  $23,870.00

Total Hours:  43.40

Ave Hourly Rate: $550

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

Applicant's services included:

- Managing the vineyard, farming, and cellar operations team.
- Working with the vineyard team to analyze vineyard development and improvement opportunities.
- Analyzing harvest data to assist in the creation of grape picking plans and analyzing vineyard block performance and results.
- Preparing analysis for vineyard replanting, slope analysis, dead tree removal, and general planning with vineyard team.

**O.** **Sell-Side Ops Support**

Total Fees: $75,240.00

Total Hours: 136.80

Ave Hourly Rate: $550

Applicant's services included:

- General and broad support of the BotW investment banking team.
- Providing the sell-side team with historical background and data, current operating results, and future strategy and planning as part of the sell-side M&A process.
- Preparing marketing materials to support the sale process.
- Meetings and communications with the BotW investment banking team to develop schedules and reports for due diligence and management presentations.
- Responding to questions from the investment bankers and potential buyers, and preparing specific analysis and reports as requested and deemed needed.
- Meetings with potential buyers and investment bankers as part of management presentations.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

## V.

### EXPENSES REQUESTED IN THIS FIRST INTERIM APPLICATION

Applicant incurred $1,930.63 in expenses while representing Debtor during the Application Period.  A summary of these expenses is attached hereto as **Exhibit 7**[3]  Applicant's request for reimbursement of costs advanced for out-of-pocket costs and expenses incurred on behalf of the Debtor, and all such out-of-pocket costs relate to mileage reimbursement (at standard IRS mileage rates).  Applicant has made every effort to limit the expenditure of expenses, and number of trips to the Vineyard, and to use the most economical means available for accomplishing the tasks the requiring expenditure of costs.

## VI.

### THE FEES AND EXPENSES SHOULD BE ALLOWED AND PAID
### ON AN INTERIM BASIS UNDER 11 U.S.C. §§ 330 AND 331

Under 11 U.S.C. § 331, a debtor's attorney may apply for interim compensation and reimbursement of expenses, "as is provided under section 330," not more than once every 120 days for services rendered prior to the date of such an application.   "Section 330(a)(1) authorizes 'reasonable compensation for actual, necessary services rendered' by a professional."  *In re Mednet*, 251 B.R. 103, 106 (B.A.P. 9th Cir. 2000).  "Section 330(a)(3)(A) outlines factors a court should consider when determining what is reasonable compensation for services rendered" including, but not limited to, the time spent on such services, the rates charged for such services, whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of the bankruptcy case.  11 U.S.C. § 330(a)(3); *Mednet*, 251 B.R. at 106.  The court's allowance of fees is reviewed for abuse of discretion. *See id*.

The exhibits filed with this First Interim Application and the summarized narrative of the work performed justifies the allowance and payment in full, on an interim basis, of the sums requested herein.   The time spent by Applicant for services was reasonable, the rates are commensurate with rates charged by other bankruptcy professionals for services rendered to chapter

---

[3] Exhibits 2 through 7 are also attached to the Brinkman Declaration.

11 debtors, and the services were reasonably likely to benefit the bankruptcy estate by advancing the Debtor's operating results and reorganization efforts. The services were also necessary for the administration of the case. Accordingly, because Applicant has satisfied the requirements of 11 U.S.C. § 330 for interim compensation under 11 U.S.C. § 331, the First Interim Application should be granted in full. A proposed order is attached hereto as **Exhibit 8** and incorporated herein by this reference.

## VII.

## STATEMENTS REQUIRED BY THE UST FEE GUIDELINES

Pursuant to Subsection C.5 of Appendix B of the UST Fee Guidelines, Applicant provides the following statements required thereto:

1. "Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain." **Response: no.**

2. "If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?"

   **Response: The Applicant's fees were approximately $8,310 less than budgeted and anticipated.**

3. "Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?" **Response: No.**

4. "Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees." **Response: No.**

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

5. "Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees." **Response: No.**

6. "If the fee application includes any rate increases since retention:

   a. Did you client review and approve those rate increases in advance?

   b. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?" **Response: not applicable as Jigsaw has not increased rates since the start of the case.**

## VIII.
## <u>CONCLUSION</u>

Based on the foregoing, Applicant requests that the Court enter an order: (i) allowing, on an interim basis, total fees in the amount of $536,690.00 and total expenses in the amount of $1,930.63 incurred during the Application Period, and (ii) ordering payment, on an interim basis, of the total fees and expenses not previously paid to Applicant via monthly via statements, which Applicant estimates will be $107,338.00 for outstanding fees and $0.00 for unreimbursed expenses at the time of the hearing.

DATED: March 31, 2023          Respectfully submitted,

**GREENSPOON MARDER LLP**


By:  *Victor A. Sahn*
          Victor A. Sahn
          Mark S. Horoupian
          Steve Burnell
          Attorneys for Debtor in Possession,
          Spring Mountain Vineyard Inc.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

# EXHIBIT 1



1 Victor A. Sahn (CA Bar No. 97299)
   *victor.sahn@gmlaw.com*
2 Mark S. Horoupian (CA Bar No. 175378) **The following constitutes the order of the Court.**
   *mark.horoupian@gmlaw.com* **Signed: December 21, 2022**
3 Steven F. Werth (CA Bar No. 205434)
   *steven.werth@gmlaw.com*
4 Greenspoon Marder LLP
   a Florida limited liability partnership
5 333 South Grand Ave., Suite 3400
   Los Angeles, CA  90071
6 Telephone: 213.626.2311 **Charles Novack**
   Facsimile: 213.954.771.9264 **U.S. Bankruptcy Judge**
7
8 Attorneys for Debtor and Debtor in Possession
   Spring Mountain Vineyard Inc.

9                **UNITED STATES BANKRUPTCY COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SANTA ROSA DIVISION**

12 In re:                                          Case No. 1:22-bk-10381

13 SPRING  MOUNTAIN  VINEYARD  INC., a             Chapter 11
   Delaware corporation,
14                                                 **ORDER APPROVING APPLICATION**
                                                   **FOR ORDER AUTHORIZING DEBTOR**
15          Debtor.                                **TO EMPLOY AND RETAIN JIGSAW**
                                                   **ADVISORS LLC TO PROVIDE OUTSIDE**
16          Federal EIN:  36-3844911              **WINERY OPERATIONS AND**
                                                   **MANAGEMENT SERVICES**
17
                                                   [Related to Docket No. 84]
18
                                                   **Hearing Information**
19                                                 Date:      November 22, 2022
                                                   Time:      3:30 p.m.
20                                                 Place:     Courtroom 215
                                                              1300 Clay Street
21                                                            Oakland, CA 94612

22
          On October 31, 2022, Spring Mountain Vineyard Inc., the above-captioned debtor in
23
   possession (the "Debtor") filed its "Application For Order Authorizing Debtor to Employ and
24
   Retain Jigsaw Advisors LLC to Provide Outside Winery Operations and Management Services"
25
   [Docket No.  84], and subsequently filed its "Supplement To Application For Order Authorizing
26
   Debtor to Employ and Retain Jigsaw Advisors LLC to Provide Outside Winery Operations and
27

28

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

Management Services" [Docket No. 137] on November 21, 2022 (collectively, the "Application").[1]

This Court having considered the Application, including all pleadings, declarations, and exhibits thereto, the "Objection To Employment Applications" [Docket No. 118] filed by unsecured creditor Francois Freres USA, Inc., the "Objection And Reservation Of Rights of the United States Trustee To Application To Employ Stanzler Law Group, Professional Corporation As Special Litigation Local Counsel (ECF No. 84)" [Docket No. 125] filed by Tracy Hope Davis, United States Trustee for Region 17, the "Omnibus Reply To United States Trustee's Objections To Debtor's Employment Applications" [Docket. No. 133] (the "Reply") filed by the Debtor, and "MGG California, LLC's Omnibus Statement In Support Of The Debtor's Application To Retain Professionals" [Docket No. 135], and the record in this case; and this Court having jurisdiction to consider the Application and the relief requested therein; and due and proper notice of the Application having been provided to all necessary parties, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtor, its estate, creditors, and all other parties in interest, and that the legal and factual bases for approval of the Application establish just cause for the relief granted herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Application is APPROVED as set forth herein.

2.      The engagement agreement, dated October 28, 2022, a copy of which is attached to the declaration of William R. Brinkman that accompanies the Application as Exhibit 1 (the "Agreement"), is APPROVED subject to the terms of this Order.

3.      The Debtor is authorized to employ and retain Jigsaw Advisors LLC ("Jigsaw" or the "Firm") to provide outside winery operations and management services, effective as of

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

September 29, 2022, pursuant to 11 U.S.C. §§ 327(a), 330, and 331, and the terms and conditions stated in the Application.

4.  Jigsaw is authorized to receive payments from the Debtor for fees and reimbursement of expenses pursuant to the following Interim Fee Procedures, which are hereby APPROVED:

a.  On or before the 20th day of each month following the month for which compensation is sought, the Firm must file with the Court and serve a monthly statement (the "Monthly Statement") on the Debtor, MGG California, LLC, the Office of the United States Trustee, and counsel to the Debtor's secured creditors, and all parties who have filed requests for notice in this bankruptcy case (collectively, the "Recipients").

b.  Each Monthly Statement must include the following information: (i) the total amount of compensation and reimbursement of expenses requested for the month; (ii) the names, hourly rates, total number of hours billed, and total amount of fees incurred by each individual during the month; (iii) a summary list of the expenses, separated by category, for which reimbursement is sought; (iv) a summary list of the fees, separated by matter categories, for which compensation is sought; and (v) detailed statements of the time entries for all individuals who performed services during the month.

c.  Each of the Recipients shall have fifteen (15) days after service of a Monthly Statement (the "Objection Deadline") to raise any objection thereto.  Any objection to a Monthly Statement (each, an "Objection") must (i) be in writing, (ii) set forth the precise nature of the Objection, the grounds therefor, and the amount of fees and/or expenses to which the Objection applies, and (iii) be filed with the Court and served, on or before the Objection Deadline, on the Firm and each of the Recipients.

d.  If no timely Objection is filed and served with respect to a Monthly Statement, then, without further order of the Court, the Firm shall file a certificate of no objection with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Statement (each, a "CNO").  After a CNO is filed, the Debtor may pay the Firm 80% of the fees and 100% of the out-of-pocket expenses requested in the Monthly Statement.  All such

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

1    payments shall be on an interim basis and subject to the filing of interim and final fee applications

2    pursuant to 11 U.S.C. §§ 330 and 331.

3              e.       If a timely Objection is filed and served with respect to a Monthly

4    Statement, then the objecting party and the Firm may attempt to resolve the Objection on a

5    consensual basis. If the parties are unable to reach a consensual resolution of the Objection, the

6    Firm may either (i) set the matter for hearing with the Court, on not less than fifteen (15) days'

7    notice to each of the Recipients, or (ii) forego payment of the disputed amount until the next

8    interim or final fee application hearing, at which time the Court will consider and resolve the

9    Objection.

10             f.       Pending resolution of any timely Objection, the Debtor may pay the Firm

11   the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Statement to

12   which the Objection applies; and (ii) the aggregate amount of fees and expenses requested in such

13   Monthly Statement as to which no timely Objection was raised.

14             g.       The pendency of an Objection to payment of compensation or

15   reimbursement of expense requested by the Firm in a particular Monthly Statement or interim fee

16   application shall not prevent the Firm from receiving payment of fees and expenses pursuant to

17   future Monthly Statements served in accordance with these proposed procedures, except as

18   otherwise ordered by the Court.

19             h.       Neither the payment of, nor the failure of any Recipient to serve an

20   Objection, in whole or in part, to any Monthly Statement, shall waive that party's right to later

21   object to an interim or final fee application, nor bind that party with respect to the subsequent

22   consideration of the interim or final allowance of the Firm's fees and expenses.

23             i.       The proposed procedures are optional and need only be followed if the Firm

24   is seeking monthly compensation.

25        5.     Subject to and consistent with any cash collateral stipulations or orders, cash

26   collateral usage, post-petition financing, or related budgets approved by the Court, the Firm shall

27   be compensated for its services and reimbursed for any related expenses in accordance with the

28   rates (as may be adjusted from time-to-time) and disbursement policies as set forth in the

Application, the William Brinkman Declaration, the Agreement, and any other applicable Orders of this Court.

6.  The Firm shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys in Larger Chapter 11 Cases, in connection with the Application and any interim and/or final fee application(s) to be filed by The Firm in this case.

7.  The Firm shall be compensated in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and any applicable orders of this Court, and shall file interim and final applications for allowance of its compensation and expenses in accordance with the foregoing, which applications shall be subject to sections 330 and 331 of the Bankruptcy Code.

8.  The Firm shall be reimbursed for reasonable and necessary expenses as provided by the Fee Guidelines.

9.  The Firm shall use its best efforts to avoid any duplication of services provided by any of the other retained professionals in this bankruptcy case.

10.  To the extent that there may be any inconsistency between the terms of the Application, the Agreement, and this Order, the terms of this Order shall govern.

11.  This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**\*\*END OF ORDER\*\***

Approved as to form and content:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE, REGION 17


   /s/ Trevor R. Fehr
_____
Elvina Rofael
Trevor R. Fehr
Trial Attorneys for the United States Trustee

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY.

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

6

025

# EXHIBIT 2

# Jigsaw Advisors LLC

## Exhibit 2

### Fees & Expenses Previously Paid Pursuant to Monthly Fee Statements During the Application Period

### Spring Mountain Vineyard: September 29, 2022 - February 28, 2023

| Professional | Oct 2022 [1] | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Total |
|---|---|---|---|---|---|---|
| **Monthly Fee Statement Period:** | | | | | | |
| Fees & Expenses Incurred | $148,085.04 | $111,664.28 | $86,768.76 | $90,246.28 | $101,856.27 | $538,620.63 |
| Fees & Expenses Previously Paid [2] | $118,583.04 | $89,422.28 | $69,443.76 | $72,283.28 | $81,550.27 | $431,282.63 |
| Fees & Expenses Remaining to be Paid | $29,502.00 | $22,242.00 | $17,325.00 | $17,963.00 | $20,306.00 | $107,338.00 |
| | | | | | | |
| Hours Incurred | 284.2 | 214.3 | 162.3 | 170.3 | 206.2 | 1,037.3 |
| | | | | | | |
| Date Fee Statement Filed | 27-Mar-23 | 27-Mar-23 | 27-Mar-23 | 27-Mar-23 | 27-Mar-23 | |
| Docket No. | 281 | 282 | 283 | 284 | 285 | |
| | | | | | | |

[1] Includes hours, fees and expenses incurred September 29-30.

[2] Jigsaw filed its Monthly Fee Statements for September 29, 2022 through February 28, 2023 (the "Statements") on March 27, 2023, and Jigsaw requested payment of $431,282.63, consisting of 80% of total fees of $536,690.00 and $1,930.63 of expenses incurred. Because the objection period for the Statements will expire prior to the hearing on this Application, this table and the total amount of "Fees & Expenses Previously Paid" line item in the Application anticipates the total monthly payments of $431,282.63 will be made prior to the hearing.

# EXHIBIT 3

# Jigsaw Advisors LLC

## Exhibit 3

### Professionals and Hours & Fees Incurred

### Spring Mountain Vineyard: September 29, 2022 - February 28, 2023

| Professional | Title | Standard Billing Rate | Number of Years of Applicable Experience | Total Hours Incurred | Total Fees |
|---|---|---|---|---|---|
| Peter Ekman | Managing Director | $550 / hour | 25 | 1,016.9 | $534,462.50 |
| William R Brinkman | Managing Director | $575 / hour | 28 | 10.5 | $0.00 |
| Yan Tomimoto | Associate | $225 / hour | 20 | 9.9 | $2,227.50 |
| | | | | | |
| **Total** | | | | **1,037.3** | **$536,690.00** |

*Average Billing Rate For Period*                                                              *$517.39*

# EXHIBIT 4

# Jigsaw Advisors LLC

## Exhibit 4
## Total Hours and Fees By Professional By Category

### Spring Mountain Vineyard: September 29, 2022 - February 28, 2023

| Totals for | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery | 81.00 | $44,550.00 |
| Business Analysis | 42.10 | $23,155.00 |
| Business Operations | 74.20 | $39,930.00 |
| Creditor Meetings & Communicat | 61.70 | $33,935.00 |
| Hearing Prep - Ops Support | 18.00 | $9,900.00 |
| Operations Administration | 44.90 | $11,467.50 |
| Operations Data Analysis | 49.80 | $27,390.00 |
| Operations Financial Analysis | 31.60 | $17,380.00 |
| Operations Reporting | 61.60 | $33,880.00 |
| Ops - Travel | 71.70 | $19,717.50 |
| Ops Business Plan Development | 111.90 | $61,545.00 |
| Ops Personnel Management | 119.30 | $65,615.00 |
| Ops Planning & Forecasting | 89.30 | $49,115.00 |
| Ops Vineyard Management | 43.40 | $23,870.00 |
| Sell-Side Ops Support | 136.80 | $75,240.00 |
| **Grand Total** | 1037.30 | $536,690.00 |

# EXHIBIT 5

**Jigsaw Advisors LLC**

**Exhibit 5**

**Professionals Fees Actually Incurred v. Fees Budgeted by Monthly Fee Statement Period**

**Spring Mountain Vineyard: September 29, 2022 - February 28, 2023**

| Professional | Oct 2022 Fees [1] | Nov 2022 Fees | Dec 2022 Fees | Jan 2023 Fees | Feb 2023 Fees | Total Fees |
|---|---|---|---|---|---|---|
| Actual Time Incurred | $147,510.00 | $111,210.00 | $86,625.00 | $89,815.00 | $101,530.00 | $536,690.00 |
| Budgeted Time | $130,000.00 | $115,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $545,000.00 |
| Delta: Better / (Worse) | ($17,510.00) | $3,790.00 | $13,375.00 | $10,185.00 | ($1,530.00) | $8,310.00 |

[1] Includes hours and fees for September 29-30.

# EXHIBIT 6

# Jigsaw Advisors LLC

## Exhibit 6

## Fees and Costs by Month by Category

## Spring Mountain Vineyard: September 29, 2022 - February 28, 2023

| Professional Services Rendered for the Period: | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| **Asset Analysis & Recovery** | | | | | | | | |
| Fees | $0.00 | $9,075.00 | $10,065.00 | $2,420.00 | $16,445.00 | $6,545.00 | $44,550.00 | 8.3% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $9,075.00 | $10,065.00 | $2,420.00 | $16,445.00 | $6,545.00 | $44,550.00 | |
| **Business Analysis** | | | | | | | | |
| Fees | $0.00 | $5,885.00 | $8,305.00 | $495.00 | $7,260.00 | $1,210.00 | $23,155.00 | 4.3% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $5,885.00 | $8,305.00 | $495.00 | $7,260.00 | $1,210.00 | $23,155.00 | |
| **Business Operations** | | | | | | | | |
| Fees | $0.00 | $8,360.00 | $10,010.00 | $8,635.00 | $8,745.00 | $4,180.00 | $39,930.00 | 7.4% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $8,360.00 | $10,010.00 | $8,635.00 | $8,745.00 | $4,180.00 | $39,930.00 | |
| **Creditor Meetings & Communications** | | | | | | | | |
| Fees | $0.00 | $8,195.00 | $1,485.00 | $3,520.00 | $5,610.00 | $15,125.00 | $33,935.00 | 6.3% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $8,195.00 | $1,485.00 | $3,520.00 | $5,610.00 | $15,125.00 | $33,935.00 | |
| **Hearing Prep - Ops Support** | | | | | | | | |
| Fees | $0.00 | $3,135.00 | $1,045.00 | $330.00 | $3,245.00 | $2,145.00 | $9,900.00 | 1.8% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $3,135.00 | $1,045.00 | $330.00 | $3,245.00 | $2,145.00 | $9,900.00 | |
| **Operations Administration** | | | | | | | | |
| Fees | $0.00 | $550.00 | $935.00 | $3,355.00 | $0.00 | $6,627.50 | $11,467.50 | 2.1% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $550.00 | $935.00 | $3,355.00 | $0.00 | $6,627.50 | $11,467.50 | |
| **Operations Data Analysis** | | | | | | | | |
| Fees | $935.00 | $19,305.00 | $4,125.00 | $605.00 | $2,090.00 | $330.00 | $27,390.00 | 5.1% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $935.00 | $19,305.00 | $4,125.00 | $605.00 | $2,090.00 | $330.00 | $27,390.00 | |
| **Operations Financial Analysis** | | | | | | | | |
| Fees | $0.00 | $0.00 | $3,740.00 | $5,995.00 | $2,310.00 | $5,335.00 | $17,380.00 | 3.2% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $0.00 | $3,740.00 | $5,995.00 | $2,310.00 | $5,335.00 | $17,380.00 | |
| **Operations Reporting** | | | | | | | | |
| Fees | $1,815.00 | $17,380.00 | $3,135.00 | $2,915.00 | $3,465.00 | $5,170.00 | $33,880.00 | 6.3% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $1,815.00 | $17,380.00 | $3,135.00 | $2,915.00 | $3,465.00 | $5,170.00 | $33,880.00 | |
| **Ops - Travel** | | | | | | | | |
| Fees | $907.50 | $7,067.50 | $5,885.00 | $1,760.00 | $2,585.00 | $1,512.50 | $19,717.50 | 3.7% |
| Costs | $0.00 | $575.04 | $454.28 | $143.76 | $431.28 | $326.27 | $1,930.63 | |
| Total | $907.50 | $7,642.54 | $6,339.28 | $1,903.76 | $3,016.28 | $1,838.77 | $21,648.13 | |
| **Ops Business Plan Development** | | | | | | | | |
| Fees | $0.00 | $5,995.00 | $6,600.00 | $18,480.00 | $9,185.00 | $21,285.00 | $61,545.00 | 11.5% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $5,995.00 | $6,600.00 | $18,480.00 | $9,185.00 | $21,285.00 | $61,545.00 | |
| **Ops Personnel Management** | | | | | | | | |
| Fees | $5,995.00 | $28,105.00 | $13,420.00 | $5,885.00 | $5,610.00 | $6,600.00 | $65,615.00 | 12.2% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $5,995.00 | $28,105.00 | $13,420.00 | $5,885.00 | $5,610.00 | $6,600.00 | $65,615.00 | |
| **Ops Planning & Forecasting** | | | | | | | | |
| Fees | $2,255.00 | $14,080.00 | $13,970.00 | $14,190.00 | $2,860.00 | $1,760.00 | $49,115.00 | 9.2% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $2,255.00 | $14,080.00 | $13,970.00 | $14,190.00 | $2,860.00 | $1,760.00 | $49,115.00 | |
| **Ops Vineyard Management** | | | | | | | | |
| Fees | $0.00 | $660.00 | $8,690.00 | $3,080.00 | $5,665.00 | $5,775.00 | $23,870.00 | 4.4% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $660.00 | $8,690.00 | $3,080.00 | $5,665.00 | $5,775.00 | $23,870.00 | |
| **Sell-Side Ops Support** | | | | | | | | |
| Fees | $0.00 | $7,810.00 | $19,800.00 | $14,960.00 | $14,740.00 | $17,930.00 | $75,240.00 | 14.0% |
| Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total | $0.00 | $7,810.00 | $19,800.00 | $14,960.00 | $14,740.00 | $17,930.00 | $75,240.00 | |
| **Grand Total** | | | | | | | | |
| Fees | $11,907.50 | $135,602.50 | $111,210.00 | $86,625.00 | $89,815.00 | $101,530.00 | $536,690.00 | 100.0% |
| Costs | $0.00 | $575.04 | $454.28 | $143.76 | $431.28 | $326.27 | $1,930.63 | |
| Total | $11,907.50 | $136,177.54 | $111,664.28 | $86,768.76 | $90,246.28 | $101,856.27 | $538,620.63 | |

Case: 22-10381    Doc# 296    Filed: 03/31/23    Entered: 03/31/23 15:54:05    Page 36 of 48

# EXHIBIT 7

# Jigsaw Advisors LLC

## Exhibit 7

## Expense Summary

## Spring Mountain Vineyard: September 29, 2022 - February 28, 2023

| Date | Professional | Expense Amount | Description |
|---|---|---|---|
| 30-Sep-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 3-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 6-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 10-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 11-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 17-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 20-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 26-Oct-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| **Total for Period** | | **575.04** | |
| 2-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 9-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 16-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 17-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 18-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 21-Nov-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 22-Nov-22 | Peter Ekman | 23.00 | Mileage (36.8 miles R/T at $0.625 per mile) from San Rafael to San Francisco for meeting at BotW offices. |
| **Total for Period** | | **454.28** | |
| | | | |
| 9-Dec-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 15-Dec-22 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| **Total for Period** | | **143.76** | |
| 4-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 10-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 17-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 23-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 24-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 25-Jan-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| **Total for Period** | | **431.28** | |
| 2-Feb-23 | Peter Ekman | 88.43 | Mileage (135 miles R/T at $0.655 per mile) from San Francisco to SMV in St. Helena to San Rafael for meetings with potential buyers. |
| 7-Feb-23 | Peter Ekman | 75.33 | Mileage (115 miles R/T at $0.655 per mile) from San Rafael to SMV in St. Helena. |
| 27-Feb-23 | Peter Ekman | 71.88 | Mileage (115 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena. |
| 28-Feb-23 | Peter Ekman | 90.63 | Mileage (145 miles R/T at $0.625 per mile) from San Rafael to SMV in St. Helena to Sausalito San Rafael for meetings with potential buyers. |
| **Total for Period** | | **326.27** | |
| | | | |
| **Total All Periods** | | **1930.63** | |

# EXHIBIT 8

Victor A. Sahn (CA Bar No. 97299)
   *victor.sahn@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
   *mark.horoupian@gmlaw.com*
**GREENSPOON MARDER LLP**
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA  90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **ORDER GRANTING JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C.§§ 330 AND 331** |
| Federal EIN:  36-3844911 | [Related to Docket No. ___] |
| | <u>**Hearing Information:**</u><br>Date:   April 21, 2023<br>Time:   11:00 a.m.<br>Place:   U.S. Bankruptcy Court<br>            Courtroom 215<br>            1300 Clay Street<br>            Oakland, CA 94612 |

On March 31, 2023, Spring Mountain Vineyard Inc., the above-captioned debtor in possession (the "<u>Debtor</u>") filed "Jigsaw Advisors LLC's First Interim Application For Allowance And Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 330 and 331 [Docket No. ___] (the "<u>First Interim Fee Application</u>").[1]  The First Interim Fee Application came on for hearing before the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the First Interim Fee Application.

SB 53941735v1

Honorable Charles Novack on the date and time indicated above.

This Court having considered the First Interim Fee Application, including all pleadings, declarations, and exhibits thereto and the record in this case; and this Court having jurisdiction to consider the Application and the relief requested therein; and due and proper notice of the Application having been provided to all necessary parties, and it appearing that no other or further notice need be provided; and that the legal and factual bases for approval of the First Interim Fee Application establish just cause for the relief granted herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The First Interim Fee Application is approved as set forth herein.

2. Total fees in the amount of $536,690.00 and total expenses in the amount of $1,930.63 incurred during September 29, 2022 to February 28, 2024 ("the Application Period") by Jigsaw Advisors LLC ("Jigsaw") are hereby allowed, on an interim basis, pursuant to 11 U.S.C. §§ 330 and 331.

3. The Debtor is hereby authorized to pay Jigsaw, on an interim basis, the total fees and expenses not previously paid to Jigsaw via monthly via statements, which are $107,338.00 in fees and $0.00 for unreimbursed expenses.

4. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**\*\*END OF ORDER\*\***

SB 53941735v1

1    COURT SERVICE LIST

2

3 SERVICE OF THE ORDER IS NOT NECESSARY

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  **JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 31, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 31, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  March 31, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com; docketing@rimonlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 296    Filed: 03/31/23    Entered: 03/31/23 15:56:05    Page 44 of
48

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY EMAIL OR UNITED STATES MAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn:  Don Yannias, President
Email:  don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn:  Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel:   (312) 283-8071
Email:  kkrakora@getzlerhenrich.com
Email:  Peter.Ekman@jigsawadvisors.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
Email: lisa.chandler@ipfs.com

Office of the United States Trustee  **(NEF)**
Attn:  Elvina Rofael
450 Golden Gate Ave., Rm. 05-1053
San Francisco, California 94102
Email:  Elvina.Rofael@usdoj.gov
Tel:  (202) 934-4062
**Via Email & U.S. Mail**

**Largest Unsecured Creditors**
Allen Wine Group LLP
Attn:  Timothy Allen, CPA - Managing Partner
120 Stony Point Road,  #230
Santa Rosa, CA 95401
(707) 528-3860
Email: tim@allenwine.com
Email: Tim@allengroupllp.com
Brent Garrison
Email: Brent@allengroupllp.com

Bartelt Engineering
Attn:  Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301
Email: paulb@barteltengineering.com

Belkorp AG, LLC
Attn:  Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
Email: ar@belkorpag.com
Email: AR@BelkorpAg.com
Email: ldunhouse@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
Email: brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
Email: sales@castinosolutions.com

Central Valley
Administrative Offices
1804 Soscol Ave., #205
Napa, CA 94559
Attn:  Gerry Cruz, Accounting Mgr.
(707) 261-7900
Email: gerryc@central-valley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822
**Returned – Box Closed**

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 296    Filed: 03/31/23    Entered: 03/31/23 15:56:05    Page 45 of 48

F 9013-3.1.PROOF.SERVICE

Conway Beverage Group, LLC
Dba: Elite Brands
Elite Brokerage
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway
Email: Jayconway@elitebrands.biz

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308
Email: contactusa@famillesylvain.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308
Email: contactusa@famillesylvain.com

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204
Email: office@francoisfreresusa.com
Email: julie@francoisfreresusa.com
Email: accounting@francoisfreresusa.com
Email: assistant@francoisfreresusa.com

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300
Email: jeff.licht@tapplabel.com

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4314
Email: Dawnette.martindale@countyofnapa.org
Napa County Treasurer-Tax Collector
Email: Bob.Minahen@countyofnapa.org
Napa County Attorney
Email: Wendy.dau@countyofnapa.org

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
**Via U.S. Mail**

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs CO 80962-2180
(800) 955-8232
Email: fcffald@ford.com

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888
Email: kamh@napavalleypetroleum.com

Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574
(707) 963-3388
Attn: Steve Tradewell, CFO
Email: stradewell@napavinters.com

Ramondin U.S.A. Inc.
Tammy Frandsen
Finance Manager
541 Technology Way
Napa, CA 94558
(707) 944-2277
Email: tfrandsen@ramondin.com

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
Email: Jstanzler@stanzlerlawgroup.com

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495
Email: KZavala@wilburellis.com
Email: MHAMMETT@wilburellis.com
Email: SPRIM@wilburellis.com

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
Email: Steve@wineservicecoop.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476
(707) 940-6060
Attn: Michelle Minsk, Acctg.
Email: accountsreceivable@bright.com

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062
Attn: Steve Wright, Bankruptcy Dept.
(717) 355-5790
**Via U.S. Mail**

CNH Industrial Capital America, LLC
PO Box 71264
Philadelphia, PA 19176-6264
Attn: John Chiavacci, HRBK Analyst
(717) 355-5913
Email: john.chiavacci@cnhind.com

ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160
(707) 963-4806
Attn Accounts Receivable Team
Email: ar@etslabs.com
Email: accounts@etslabs.com

Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185
(707) 963-4307
**Via U.S. Mail**

Sovos Compliance LLC
200 Ballardvale St. Bldg 14th Fl.
Wilmington, MA 01887
(866) 890-3970
Email: lori.bradshaw@sovos.com

Wine Technology America
aka Wine Technology, Inc.
474 Walten Way
aka Vinwizard
Windsor, CA 95492
(707) 703-5919
Attn: Kelly Graves, Director
(720) 284-2059
Email: kelly@vinwizard.us

Wine Technology America Inc.
c/o Lloyd Matthews, Agent
1899 Larkspur St.
Yountville, CA 94599-1237
**Via U.S. Mail**

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558
(707) 578-3747
Lynne Colombano, Acct Receivable Mgr.
Email: lynne@wyattsupply.com

Wyatt Irrigation Co.
c/o CSC - Lawyers Incorporing Service
2710 Gateway Oaks Dr. #150N
Sacramento, CA 95833-3502
**Via U.S. Mail**

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Email: Daniel.Peralta@ttb.gov

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537
Email tracie.parker@abc.ca.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424
**Via U.S. Mail**

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115
**Via U.S. Mail**

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381     Doc# 296     Filed: 03/31/23     Entered: 03/31/23 15:56:05     Page 47 of
48

**F 9013-3.1.PROOF.SERVICE**

Franchise Tax Board
Attn: Vivian Ho
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-7069
Email: Vivian.Ho@ftb.ca.gov

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
**Via U.S. Mail**

Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814
**Via U.S. Mail**

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt
Email: Leonard.sheer@psc.com
Email: Michael.dillahunt@psc.com
**Via U.S. Mail & Email**

Will Densberger
Pavi Micheli
Engel & Voelkers
25 East Napa Street
Sonoma, California
Email: Will@nvwineestates.com
Email: pavimicheli@icloud.com
**Via U.S. Mail & Email**

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8735
Email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8724
Email: jvann@ctswlaw.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
(808) 797-0148
Email: john.vaughan@nmrk.com

Mark Kasowitz:
Email: MKasowitz@kasowitz.com

Gavin D. Schryver:
Email: GSchryver@kasowitz.com

Attorneys for Napa County Treasurer
Jacquelyn H. Choi
Email: jacquelyn.choi@rimonlaw.com,
Email: docketing@rimonlaw.com

Luckey McDowell
Email: luckey.mcdowell@shearman.com

Jonathan Dunworth
Email: jonathan.dunworth@shearman.com

Attorneys for Creditor Francois Freres USA Inc.
John G. Warner
Email: warnerwest@aol.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 296    Filed: 03/31/23    Entered: 03/31/23 15:56:05    Page 48 of
48