Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| Federal EIN: 36-3844911 | **DECLARATION OF KEVIN A. KRAKORA IN SUPPORT OF JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331** |
| Debtor. | [Related to Docket no.   ] |
| | [Covering period of September 29, 2022 to February 28, 2023] |
| | **Hearing Information:** |
| | Date:   April 21, 2023 |
| | Time:   11:00 a.m. |
| | Place:  Courtroom 215 |
| |           1300 Clay Street |
| |           Oakland, CA 94612 |

# DECLARATION OF KEVIN A. KRAKORA

I, Kevin A. Krakora, declare as follows:

1. I am over the age of 18 years old. I am the Chief Restructuring Officer of Spring Mountain Vineyard Inc., a Delaware corporation and the debtor in the above-captioned case (the "Debtor"). I make this declaration solely in capacity as Chief Restructuring Officer of the Debtor. I have personal knowledge of the facts stated herein and if called upon, can and would testify that these facts are true and correct.

2. I have been the Chief Restructuring Officer of the Debtor since August 22, 2022, prior to the bankruptcy filing. In this role, I am involved in its day-to-day operations including issues regarding financial matters, issues regarding operational concerns from the vineyard operations, sales issues and all related matters to its doing business.

3. I make this declaration in support of the *Jigsaw Advisors LLC's First Interim Application For Allowance And Payment Of Fees And Expenses Pursuant To 11 U.S.C. §§ 330 And 331* (the "First Interim Application") concurrently filed by the Debtor's winery operations and manager advisor, Jigsaw Advisors LLC ("Jigsaw" or "Applicant"). Unless otherwise defined herein, capitalized terms have the meaning given them in the First Interim Application.

4. Prior to bankruptcy, the Debtor owned and operated the Spring Mountain Vineyard in Napa County, California (the "Vineyard") since 1992. The Vineyard consists of approximately up to 70 total employees during harvest season, approximately 35 vineyard blocks across 211 acres, millions of dollars in annual sales, and relationships with dozens of suppliers and thousands of customers. As a result of the Glass Fire of 2020 and the Covid-19 pandemic, the Debtor became unable to pay its operating expenses and debt service due to revenue shortfalls, leading to the Debtor's bankruptcy.

5. On September 29, 2022 (the "Petition Date"), the Debtor filed an emergency chapter 11 petition to prevent the seizure of the Vineyard and the Debtor's personal property. The order granting the application to employ Applicant as the Debtor's winery operations and management advisor was entered on December 21, 2022. The Debtor continues to manage its affairs and operate the Vineyard as debtor in possession. No trustee or creditors' committee has been appointed in this

case.

6. As of March 27, 2023, the bankruptcy estate is holding approximately $1,900,000 in cash. Debtor has access to a line of credit with MGG California LLC pursuant to the Debtor in Possession financing order which initially provides the Debtor with $4 Million of Borrowing Availability, which was subsequently reduced by agreement to approximately $3,400,000 (upon the Debtor's receipt of additional cash collateral from fire insurance proceeds). As of today, the Debtor has (in addition to the cash being held in this case) access to an additional approximately $1.4 Million under this credit line as Debtor's obligation to MGG is $2 Million as of this date.

7. I have reviewed both the First Interim Application and the supporting billing charts/statements identifying the total fees of $536,690.00 and expenses of $1,930.63 incurred by Jigsaw, from September 29, 2022 to February 28, 2023, performing winery operations and management advisor services for the Debtor.

8. The Debtor has no objections to the First Interim Application and supports Applicant's request for allowance and payment of the total amount of fees and expenses as requested in the First Interim Application. These services were reasonably likely to benefit the Debtor's bankruptcy estate when incurred and were necessary to the administration of the bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2023, in Chicago, Illinois.

_____
Kevin A. Krakora,
Chief Restructuring Officer of the Debtor

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KEVIN A. KRAKORA IN SUPPORT OF JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 31, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 31, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 31, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com; docketing@rimonlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Case: 22-10381    Doc# 298    Filed: 03/31/23    Entered: 03/31/23 16:03:44    Page 5 of 9    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY EMAIL OR UNITED STATES MAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
Email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
Email: kkrakora@getzlerhenrich.com
Email: Peter.Ekman@jigsawadvisors.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
Email: lisa.chandler@ipfs.com

Office of the United States Trustee  (**NEF**)
Attn: Elvina Rofael
450 Golden Gate Ave., Rm. 05-1053
San Francisco, California 94102
Email: Elvina.Rofael@usdoj.gov
Tel: (202) 934-4062
**Via Email & U.S. Mail**

**Largest Unsecured Creditors**
Allen Wine Group LLP
Attn: Timothy Allen, CPA - Managing Partner
120 Stony Point Road,  #230
Santa Rosa, CA 95401
(707) 528-3860
Email: tim@allenwine.com
Email: Tim@allengroupllp.com
Brent Garrison
Email: Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301
Email: paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
Email: ar@belkorpag.com
Email: AR@BelkorpAg.com
Email: ldunhouse@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
Email: brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
Email: sales@castinosolutions.com

Central Valley
Administrative Offices
1804 Soscol Ave., #205
Napa, CA 94559
Attn: Gerry Cruz, Accounting Mgr.
(707) 261-7900
Email: gerryc@central-valley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822
**Returned – Box Closed**

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 298    Filed: 03/31/23    Entered: 03/31/23 16:03:44    Page 6 of 9

Conway Beverage Group, LLC
Dba: Elite Brands
Elite Brokerage
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway
Email: Jayconway@elitebrands.biz

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308
Email: contactusa@famillesylvain.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308
Email: contactusa@famillesylvain.com

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204
Email: office@francoisfreresusa.com
Email: julie@francoisfreresusa.com
Email: accounting@francoisfreresusa.com
Email: assistant@francoisfreresusa.com

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300
Email: jeff.licht@tapplabel.com

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4314
Email: Dawnette.martindale@countyofnapa.org
Napa County Treasurer-Tax Collector
Email: Bob.Minahen@countyofnapa.org
Napa County Attorney
Email: Wendy.dau@countyofnapa.org

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
**Via U.S. Mail**

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs CO 80962-2180
(800) 955-8232
Email: fcffald@ford.com

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888
Email: kamh@napavalleypetroleum.com

Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574
(707) 963-3388
Attn: Steve Tradewell, CFO
Email: stradewell@napavinters.com

Ramondin U.S.A. Inc.
Tammy Frandsen
Finance Manager
541 Technology Way
Napa, CA 94558
(707) 944-2277
Email: tfrandsen@ramondin.com

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
Email: Jstanzler@stanzlerlawgroup.com

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495
Email: KZavala@wilburellis.com
Email: MHAMMETT@wilburellis.com
Email: SPRIM@wilburellis.com

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
Email: Steve@wineservicecoop.com

PMD 53897587v1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                       F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 298    Filed: 03/31/23    Entered: 03/31/23 16:03:44    Page 7 of 9

Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476
(707) 940-6060
Attn: Michelle Minsk, Acctg.
Email: accountsreceivable@bright.com

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062
Attn: Steve Wright, Bankruptcy Dept.
(717) 355-5790
**Via U.S. Mail**

CNH Industrial Capital America, LLC
PO Box 71264
Philadelphia, PA 19176-6264
Attn: John Chiavacci, HRBK Analyst
(717) 355-5913
Email: john.chiavacci@cnhind.com

ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160
(707) 963-4806
Attn Accounts Receivable Team
Email: ar@etslabs.com
Email: accounts@etslabs.com

Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185
(707) 963-4307
**Via U.S. Mail**

Sovos Compliance LLC
200 Ballardvale St. Bldg 14th Fl.
Wilmington, MA 01887
(866) 890-3970
Email: lori.bradshaw@sovos.com

Wine Technology America
aka Wine Technology, Inc.
474 Walten Way
aka Vinwizard
Windsor, CA 95492
(707) 703-5919
Attn: Kelly Graves, Director
(720) 284-2059
Email: kelly@vinwizard.us

Wine Technology America Inc.
c/o Lloyd Matthews, Agent
1899 Larkspur St.
Yountville, CA 94599-1237
**Via U.S. Mail**

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558
(707) 578-3747
Lynne Colombano, Acct Receivable Mgr.
Email: lynne@wyattsupply.com

Wyatt Irrigation Co.
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr. #150N
Sacramento, CA 95833-3502
**Via U.S. Mail**

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Email: Daniel.Peralta@ttb.gov

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537
Email tracie.parker@abc.ca.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424
**Via U.S. Mail**

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115
**Via U.S. Mail**

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Case: 22-10381    Doc# 298    Filed: 03/31/23    Entered: 03/31/23 16:03:44    Page 8 of 9    **F 9013-3.1.PROOF.SERVICE**

Franchise Tax Board
Attn: Vivian Ho
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-7069
Email: Vivian.Ho@ftb.ca.gov

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
**Via U.S. Mail**

Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814
**Via U.S. Mail**

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt
Email: Leonard.sheer@psc.com
Email: Michael.dillahunt@psc.com
**Via U.S. Mail & Email**

Will Densberger
Pavi Micheli
Engel & Voelkers
25 East Napa Street
Sonoma, California
Email: Will@nvwineestates.com
Email: pavimicheli@icloud.com
**Via U.S. Mail & Email**

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8735
Email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8724
Email: jvann@ctswlaw.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
(808) 797-0148
Email: john.vaughan@nmrk.com

Mark Kasowitz:
Email: MKasowitz@kasowitz.com

Gavin D. Schryver:
Email: GSchryver@kasowitz.com

Attorneys for Napa County Treasurer
Jacquelyn H. Choi
Email: jacquelyn.choi@rimonlaw.com,
Email: docketing@rimonlaw.com

Luckey McDowell
Email: luckey.mcdowell@shearman.com

Jonathan Dunworth
Email: jonathan.dunworth@shearman.com

Attorneys for Creditor Francois Freres USA Inc.
John G. Warner
Email: warnerwest@aol.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381  Doc# 298  Filed: 03/31/23  Entered: 03/31/23 16:03:44  Page 9 of 9

**F 9013-3.1.PROOF.SERVICE**