

Office of the Clerk
United States Bankruptcy Court, Northern District of California

C23-1622 AMO

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Apr 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

4/4/2023

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:** Transmittal of Notice of Appeal to District Court:

In Re: Spring Mountain Vineyard Inc / 22-10381 CN / Judge Charles Novack

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report
Notice of Appeal and Statement of Election
Order Denying Motion for Relief From The Automatic Stay
BNC Served Notice of Appeal

**Filing Fee:** ☒ Paid $298.00   ☐ Not Paid   ☐ Fee Waived   ☐ Fee Waiver Pending

If you have any questions, please contact me at 510-879-3580.

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ Nash Singh

Deputy Clerk

Case: 22-10381   Doc# 308   Filed: 04/05/23   Entered: 04/05/23 10:28:36   Page 1 of 1