| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br> *victor.sahn@gmlaw.com*<br>Mark S. Horoupian (CA Bar No. 175373)<br> *mark.horoupian@gmlaw.com*<br>Steve Burnell (CA Bar No. 286557)<br> *steve.burnell@gmlaw.com*<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>333 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>Attorneys for Debtor in Possession,<br>Spring Mountain Vineyard Inc. | |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br>a Delaware corporation,<br><br>                 Debtor. | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**Monthly Fee Statement**<br>**Number: 7**<br>**Month of: March 2023** |
|---|---|

| | |
|---|---|
| 1. Name of Professional: | Greenspoon Marder LLP, a Florida limited liability partnership |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard Inc., a Delaware corporation, Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought and Exhibit: | March 1, 2023 through March 31, 2023<br><br>Exhibit "1" are the time records and cost detail supporting this Fee Statement. |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $188,694.80 (80% of $235,868.50) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $469.16 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $189,163.96 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>RECIPIENTS</u>").  COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS **<u>WITHIN 15 DAYS</u>** FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated:  April 5, 2023

Type Name of Professional

Signature of Professional

Greenspoon Marder LLP
A Florida limited liability partnership

By: */s/Victor A. Sahn*

Victor A. Sahn

SB 53964204v1

# EXHIBIT 1

# GreenspoonMarder LLP

Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL  33309-2140

Spring Mountain Winery, Inc., a Delaware Corporation
c/o Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York, NY 10170

April 5, 2023
Matter No. 75310.0002
Invoice No. 1447669
**Federal Tax ID: 81-2555319**

Re      **In re Spring Mountain Vineyard, Inc.**

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| **Task: AD - Asset Disposition** | | | | |
| 03/01/23 | VAS | Offers for certain discrete property groupings by prospective buyers | 0.30 | 225.00 |
| 03/01/23 | VAS | Conference calls after earlier hearings before Judge Novack regarding hearings' outcome and regarding offers for sale and 3/6 LOI deadline | 1.70 | 1,275.00 |
| 03/02/23 | JLB | Receive and review comments to APA from specialty counsel regarding litigation and other carve outs; telephone calls and emails regarding same; receive and review information regarding bid process and potential for credit bid from lender and effect on bid process; telephone calls with Proskauer regarding APA changes and structure given uncertain multi-lot purchase structure. | 3.40 | 3,349.00 |
| 03/02/23 | PB | Review documents in data room; actions in connection with sale process; calls and emails regarding same | 7.30 | 3,613.50 |
| 03/02/23 | VAS | Conference call all parties regarding sale process and progress respecting same | 0.50 | 375.00 |
| 03/02/23 | VAS | Letter of Intent regarding sale from prospective buyer | 0.30 | 225.00 |
| 03/02/23 | VAS | Tax returns and transmission of same to investment banker and prospective buyers | 0.30 | 225.00 |
| 03/02/23 | VAS | Memorandum regarding employment of appraiser to perform further real property appraisal of vineyard property | 0.40 | 300.00 |
| 03/02/23 | VAS | Memorandum regarding visit by prospective buyer of real estate | 0.30 | 225.00 |
| 03/02/23 | VAS | Memorandum MGG regarding bidding process, having physical location for sale, having multiple bids and how to address regarding APA | 0.70 | 525.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/23 | VAS | Memoranda special litigation counsel and MGG regarding sale and litigation against insurance carriers | 0.40 | 300.00 |
| 03/02/23 | VAS | Language regarding exclusion of insurance company litigation claims from APA | 0.30 | 225.00 |
| 03/03/23 | JLB | Telephone calls and emails with Proskauer regarding status of APA and related matters; review data room regarding schedules and changes in asset classifications. | 2.30 | 2,265.50 |
| 03/03/23 | PB | Actions in connection with asset purchase agreement; telephone calls and emails regarding same; review documents in data room | 6.40 | 3,168.00 |
| 03/03/23 | VAS | Conference call regarding status of sale efforts and LOI's expected by March 6 deadline | 0.50 | 375.00 |
| 03/03/23 | VAS | Preparation of bidding procedures' order following hearing on same | 0.30 | 225.00 |
| 03/03/23 | VAS | Buyers list regarding Vineyard Property | 0.30 | 225.00 |
| 03/03/23 | VAS | Memorandum to Steve Ma, Esq. regarding bidding procedures' memorandum and Order to which it is an exhibit | 0.20 | 150.00 |
| 03/03/23 | VAS | Review bidding procedures and finalize same prior to filing order with the Court | 0.40 | 300.00 |
| 03/06/23 | PB | Actions in connection with APA; calls and emails regarding same; review documents in data room | 8.40 | 4,158.00 |
| 03/06/23 | VAS | Conference call regarding Comerica valuation of vineyard real estate with all parties | 0.40 | 300.00 |
| 03/06/23 | VAS | Phone Steve Ma regarding conduct of sale, and purchase and sale agreement form and changes to same | 0.30 | 225.00 |
| 03/06/23 | VAS | Conference call (2x) regarding appraisal from Comerica Bank and with counsel regarding same | 0.40 | 300.00 |
| 03/07/23 | JLB | Receive and review emails regarding bids, comments to purchase agreement status of schedules. | 4.20 | 4,137.00 |
| 03/07/23 | PB | Actions in connection with potential upcoming purchase transactions; work on purchase agreement; calls and emails in connection with same | 7.80 | 3,861.00 |
| 03/07/23 | VAS | Multiple calls throughout the day regarding offers and LOI's for various parcels of Vineyard and for Debtor bottled wine inventory (8x) | 1.40 | 1,050.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/08/23 | PB | Review documents in data room; actions in connection with APA and potential sale; emails and calls regarding same | 7.80 | 3,861.00 |
| 03/08/23 | VAS | Phone with prospective bidder for Chevalier parcel and obtain and transmit bidding materials to him for presentation of an offer-Robert Lieff | 0.40 | 300.00 |
| 03/08/23 | VAS | Group call regarding sale process and review of bidding candidates' list | 0.50 | 375.00 |
| 03/09/23 | JLB | Receive and review APA and related agreements in respect of bankruptcy bid process; telephone calls and emails regarding same. | 3.20 | 3,152.00 |
| 03/09/23 | PB | Actions in connection with potential sale and APA; review documents in data room; emails and calls regarding same; receive and review inquiries | 8.40 | 4,158.00 |
| 03/09/23 | VAS | Phone conferences regarding sale process and review of latest APA draft | 1.30 | 975.00 |
| 03/09/23 | SB | Read email from E. Kaster re interest in receiving bid materials, and connect him with V. Sahn re the same. | 0.10 | 52.50 |
| 03/10/23 | JLB | Telephone calls and emails regarding bid structure and effect on APA and schedules; review and revise APA draft relating to multiple bid and multiple buyer scenarios; review data room to prepare schedules; receive and respond to various emails from Proskauer regarding timing and execution of transaction documents. | 5.40 | 5,319.00 |
| 03/10/23 | PB | Work on schedules to APA; actions in connection with transaction; calls and emails regarding same | 9.40 | 4,653.00 |
| 03/10/23 | VAS | Theo Angela regarding asset purchase agreement draft, revisions to same and status with proposed buyers | 0.80 | 600.00 |
| 03/10/23 | VAS | Memorandum internally regarding asset purchase agreement and schedules to asset purchase agreement | 0.40 | 300.00 |
| 03/10/23 | VAS | Update meeting on status of sale efforts and offers for assets from third parties | 0.80 | 600.00 |
| 03/13/23 | PB | Actions in connection with sale process; work on disclosure schedules; emails and calls regarding same | 4.70 | 2,326.50 |
| 03/13/23 | VAS | Memorandum regarding schedules to APA being used for offers that are received | 0.40 | 300.00 |
| 03/13/23 | VAS | Weekly meeting regarding status of sale efforts and progress report on same | 0.70 | 525.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/13/23 | VAS | Review and revise purchase and sale agreement form and preparation of schedules for same; memorandum internally regarding same | 2.70 | 2,025.00 |
| 03/14/23 | JLB | Telephone calls and emails regarding auction process and related documentation; provide advice in connection with schedules and related bid summaries. | 0.60 | 591.00 |
| 03/14/23 | PB | Actions in connection with sale process; calls and emails regarding same | 9.40 | 4,653.00 |
| 03/14/23 | VAS | Conference with Perry DeLuca, Theo Angelo, Kevin Krakora, and Peter Ekman regarding sale process and prospective bidders for company assets, memorandum regarding meeting, and next steps on behalf of seller | 1.10 | 825.00 |
| 03/14/23 | VAS | Phone with Kevin Krakora regarding sale process and status and issues potentially arising with ownership | 0.40 | 300.00 |
| 03/14/23 | VAS | Memorandum regarding preparation of water, rights, agreement and access agreement in the event of multiple buyers for debtor's real estate | 0.60 | 450.00 |
| 03/14/23 | VAS | Review list of potential buyers and status of their submission of bids, assets on which they are going to bid, and prices for the bids to be submitted | 0.80 | 600.00 |
| 03/14/23 | VAS | Memorandum, John Babala and Puneet Bhullar regarding needed agreements in order for sale process to move forward and coordination of attendance at sale on March 24, 2023 in Napa, California | 0.60 | 450.00 |
| 03/14/23 | VAS | Review of sales procedures, court order regarding the same, and other orders and agreements respecting conduct of sale process | 1.00 | 750.00 |
| 03/15/23 | JLB | Receive and review various title policies; comment regarding same; telephone calls and emails regarding schedules to APA and related matters; review water rights issues and related disclosures; review bankruptcy applications regarding counsel and related matters. | 4.80 | 4,728.00 |
| 03/15/23 | PB | Actions in connection with sale process and schedules to the APA; calls and emails regarding same | 8.90 | 4,405.50 |
| 03/15/23 | MSH | Call with Victor regarding auction issues; | 0.40 | 278.00 |
| 03/15/23 | MSH | Call with J. Babala regarding Purchase And Sale Agreement | 0.30 | 208.50 |
| 03/15/23 | VAS | Phone Kevin Krakora (3x) regarding sale process and potentially new parties involved for company owners | 0.90 | 675.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/15/23 | VAS | Memoranda regarding title policy, schedules to asset purchase agreement, phone conference regarding schedules and some MGG matters | 2.90 | 2,175.00 |
| 03/15/23 | VAS | Phone Puneet Bhullar and John Babala regarding sale issues, and schedules to APA | 0.70 | 525.00 |
| 03/15/23 | VAS | Sale issues including setting up escrow holder, and title company etc | 0.60 | 450.00 |
| 03/15/23 | VAS | Memorandum to prospective buyer regarding title policy and schedules to APA | 0.30 | 225.00 |
| 03/16/23 | JLB | Actions in connection with APA schedules and related matters; review and comment on form bill of sale; review and revise water rights agreement and related matters; update disclosure schedules. | 3.80 | 3,743.00 |
| 03/16/23 | PB | Actions in connection with sale process and schedules to the APA; emails and calls regarding same | 8.60 | 4,257.00 |
| 03/16/23 | VAS | Meeting all parties regarding schedules to Asset Purchase Agreement and memorandum regarding same | 0.80 | 600.00 |
| 03/16/23 | VAS | Memorandum regarding preparation of schedules to asset purchase agreement | 1.60 | 1,200.00 |
| 03/16/23 | VAS | Phone CRO and investment banker Perry DeLuca regarding litigation against third parties insurance companies to show to prospective buyers | 0.90 | 675.00 |
| 03/16/23 | VAS | Further work on schedules to APA and contracts attached to critical vendor motion | 1.10 | 825.00 |
| 03/16/23 | VAS | Further work on sale offers and preparation of further memorandum regarding litigation claims against insurance carriers | 1.60 | 1,200.00 |
| 03/17/23 | JLB | Receive and review bid packages and APA markups; receive and review additional schedule information regarding inventory and financial statements; review and comment on APA schedules. | 4.20 | 4,137.00 |
| 03/17/23 | MSH | Call with Mr. Krakora regarding bidding status and sale issues | 0.40 | 278.00 |
| 03/17/23 | MSH | Call with Mr. Sahn regarding bidding and sale issues | 0.20 | 139.00 |
| 03/17/23 | VAS | Multiple memoranda all day regarding sale of assets, purchase offers and 3/17 deadline for submission of written offers and good faith deposits | 6.20 | 4,650.00 |
| 03/17/23 | VAS | Modification to asset purchase agreement with regard to excluded assets, etc. | 0.80 | 600.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/17/23 | SB | Communication and phone call with M. Horoupian and V. Sahn re timing of auction results, preparation of sale motion, and timing of the same, including setting sale hearing on shortened time to meet April 7 date set in Bidding Procedures motion. | 0.40 | 210.00 |
| 03/18/23 | JLB | Receive and review comments to APA; telephone calls and emails regarding exclusions to assets available for purchase; receive and review emails regarding status of APA and bid process; address lender concerns relating to excluded assets bid process; review additional diligence regarding critical vendors and update disclosures. | 4.20 | 4,137.00 |
| 03/20/23 | JLB | Actions in connection with schedules; review and revise bill of sale and IP assignment forms; telephone calls and emails in respect of ERP and other excluded asset issues; telephone calls and emails regarding banker's failure to post current draft of APA related documents in data room; review and provide current APA form to working group. | 3.10 | 3,053.50 |
| 03/20/23 | PB | Actions in connection with sale process; draft IP Assignment Agreement and Bill of Sale; emails and calls regarding same | 6.40 | 3,168.00 |
| 03/20/23 | EDM | Initial Preparation of Draft Motion to confirm Sale of Assets to highest bidder at action including review of bid procedures motion and other pleadings in connection therewith | 5.30 | 3,445.00 |
| 03/20/23 | VAS | Preparation of sale motion and related matters to sale process; conferences with investment bankers and CRO regarding same | 2.80 | 2,100.00 |
| 03/20/23 | VAS | Memorandum Elissa Miller regarding contents of sale motion and background regarding same | 1.00 | 750.00 |
| 03/20/23 | VAS | Memorandum to MGG regarding APA and preparation revisions to APA and transmit same | 1.10 | 825.00 |
| 03/20/23 | VAS | Perry DeLuca, Theo Angelo and Kevin Krakora regarding sale process and next steps | 0.80 | 600.00 |
| 03/21/23 | JLB | Review and provide comments on bill of sale and IP assignments; telephone calls and emails regarding same; review issues in connection with water rights and related disclosures. | 2.30 | 2,265.50 |
| 03/21/23 | PB | Actions in connection with sale process; emails and calls regarding same | 8.40 | 4,158.00 |
| 03/21/23 | EDM | Review asset purchase agreement in connection with further preparation of Motion o Sell Assets following Auction and Assume and Assign Contracts | 4.20 | 2,730.00 |
| 03/21/23 | VAS | Conference call regarding status of sale and memorandum regarding water rights' issues | 0.50 | 375.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/21/23 | VAS | Edit to sale motion and sale order and declaration(s) in support of same | 1.90 | 1,425.00 |
| 03/21/23 | SB | Listen to voicemail and read email from B. Nielsen re purchase of receivables (0.1), and draft email to V. Sahn re the same (0.1). | 0.20 | 105.00 |
| 03/22/23 | JLB | Actions in connection with APA and related schedules; telephone calls and emails regarding same; receive and review additional bid paperwork. | 2.70 | 2,659.50 |
| 03/22/23 | PB | Actions in connection with bid/sale process; emails and calls regarding same | 7.80 | 3,861.00 |
| 03/22/23 | MSH | Call with potential bidder and email to group re same | 0.20 | 139.00 |
| 03/22/23 | EDM | Call with Victor Sahn re information needed, timing, and status of Sale Motion | 0.20 | 130.00 |
| 03/22/23 | EDM | Continue preparation of Sale Motion | 1.50 | 975.00 |
| 03/22/23 | VAS | Multiple calls all day regarding sale, offers to purchase; phone with prospective purchasers; review of marked-up asset purchase agreements | 7.60 | 5,700.00 |
| 03/23/23 | JLB | Receive and review emails regarding restructuring and related asset base/valuations and related matters; telephone calls and emails regarding same; due diligence regarding schedules and transaction structure; conferences regarding same. | 3.20 | 3,152.00 |
| 03/23/23 | PB | Actions in connection with sale process; emails and calls regarding same | 9.70 | 4,801.50 |
| 03/23/23 | MSH | Emails with team regarding Asset Purchase Agreement | 0.20 | 139.00 |
| 03/23/23 | VAS | Preparation for and travel to Napa, California for sale of Debtor's winery; meeting with clients into the evening regarding sale on 3/24 | 9.60 | 7,200.00 |
| 03/24/23 | JLB | Telephone calls and emails with respect to comments to bid documents; telephone calls and emails in connection with alternatives to existing bids; receive and review bid summaries; telephone calls and emails regarding same. | 1.90 | 1,871.50 |
| 03/24/23 | PB | Actions in connection with bid/sale process; emails and calls regarding same | 10.20 | 5,049.00 |
| 03/24/23 | VAS | Attendance all day at auction of Spring Mountain Vineyard property and wine inventory; and memorandum to all parties regarding the auction's outcome | 10.00 | 7,500.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/27/23 | MSH | Attend conference call with Debtor's team, advisors, board, regarding auction status (1.0); draft and send memo regarding call to Victor and Kevin | 1.60 | 1,112.00 |
| 03/27/23 | MSH | Call with Mr. Sahn regarding auction issues | 0.40 | 278.00 |
| 03/27/23 | VAS | Meetings and memoranda all day to counsel for Don Yannias, with client regarding sale, with client's advisors regarding sale and how to move forward with same | 7.20 | 5,400.00 |
| 03/27/23 | VAS | Phone calls with Robert Lieff group and with investment bankers regarding potential asset purchase | 0.90 | 675.00 |
| 03/28/23 | MSH | Review multiple emails regarding conclusion or adjournment of auction and direction from client regarding same | 0.50 | 347.50 |
| 03/28/23 | MSH | Call with Mr. Babala regarding conclusion of auction and actions to be taken | 0.40 | 278.00 |
| 03/28/23 | MSH | Review memo from V.Sahn to regarding auction | 0.20 | 139.00 |
| 03/28/23 | VAS | Call among professionals regarding status of sale and negotiations with MGG | 0.40 | 300.00 |
| 03/28/23 | VAS | Detailed memorandum to Richard Frey and Louis Cisz regarding case, status of discussions and recommendation that client accept $42 MM credit bid from MGG | 0.70 | 525.00 |
| 03/28/23 | VAS | Memorandum counsel for secured creditor regarding sale of assets, etc. | 0.20 | 150.00 |
| 03/28/23 | VAS | Second lengthy memorandum to Richard Frey and Louis Cisz regarding bankruptcy case, sale of assets and fiduciary duties of client representative | 0.60 | 450.00 |
| 03/28/23 | VAS | Steve Ma, Esq. regarding sale order | 0.40 | 300.00 |
| 03/28/23 | VAS | Third memorandum to Louis Cisz and Richard Frey, counsel for Don Yannias regarding status of approval of sale to MGG by credit bid and outcome of sale on March 24 | 0.60 | 450.00 |
| 03/28/23 | VAS | Jeff Marwil memorandum regarding failure to abide by DIP Financing Agreement including sale milestones and pass on the same to Louis Cisz and Richard Frey, counsel to Don Yannias, chairman of board | 0.30 | 225.00 |
| 03/29/23 | MSH | Conference call with board counsel, debtor representatives; draft and send notes of call | 0.80 | 556.00 |
| 03/29/23 | MSH | Call with Victor regarding sale status | 0.10 | 69.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/29/23 | EDM | Attendance at Board Meeting re Sale and Strategy | 0.50 | 325.00 |
| 03/29/23 | VAS | Multiple calls with client and with board of company and with counsel for board (all day) | 3.60 | 2,700.00 |
| 03/30/23 | JLB | Telephone calls and emails regarding status of bid process and related matters. | 0.90 | 886.50 |
| 03/30/23 | PB | Review documents added to data room | 1.80 | 891.00 |
| 03/30/23 | MSH | Conference with Mr. Sahn regarding sale efforts | 0.20 | 139.00 |
| 03/30/23 | VAS | Memorandum regarding 4/7 hearing | 0.90 | 675.00 |
| 03/30/23 | VAS | Memoranda regarding sale of vineyard and deal being negotiated with John Butler and his company and MGG | 1.40 | 1,050.00 |
| 03/30/23 | VAS | Memorandum Louis Cisz regarding pleading to file on March 31 regarding sale status | 0.30 | 225.00 |
| 03/30/23 | VAS | Further memorandum all parties regarding Lieff/Leeds purchase offer | 0.40 | 300.00 |
| 03/31/23 | VAS | Conference calls with Don Yannias counsel and with client and professionals in case regarding sale, regarding continued DIP Financing and defaults thereunder | 1.40 | 1,050.00 |
| 03/31/23 | VAS | Phone call with MGG's counsel regarding status and memorandum to client and Don Yannias' lawyers regarding same | 1.00 | 750.00 |
| 03/31/23 | VAS | Preparation of memorandum for submission to bankruptcy court in connection with April 7, 2023 hearing on sale of Debtor's assets | 0.80 | 600.00 |
| 03/31/23 | SB | Telephone conference with V. Sahn, D. Yannias, R. Frey and others re current status of discussions with MGG re sale posture. | 0.40 | 210.00 |
| | | **Subtotal: AD - Asset Disposition** | **297.00** | **199,298.00** |
| **Task: APL - Appeals** | | | | |
| 03/31/23 | VAS | Mt. Hawley Notice of Appeal in connection with Relief from Stay Order of Bankruptcy Court | 0.30 | 225.00 |
| | | **Subtotal: APL - Appeals** | **0.30** | **225.00** |
| **Task: BO - Business Operations** | | | | |
| 03/08/23 | SB | Finalize order partially granting KERP motion as to 14 employees (0.1), and draft emails to UST and MGG's counsel to circulate the same for signatures (0.1). | 0.20 | 105.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/08/23 | SB | Prepare Oder denying motion to seal documents related to KERP motion, and forward the same for lodgment. | 0.20 | 105.00 |
| 03/10/23 | MSH | Call with V. Sahn regarding KERP proceedings | 0.20 | 139.00 |
| 03/12/23 | SB | Email exchange with UST re approval of form of order partially granting KERP motion, prepare edits to the order, and forward for lodgment. | 0.20 | 105.00 |
| 03/13/23 | VAS | Memorandum regarding KERP payments and status of same | 0.40 | 300.00 |
| 03/14/23 | SB | Review email from CRO re potential edits needed to order partially granting KERP and review the notice of lodgment regarding the same (0.1), phone call to P. Dillamar re instructions to call the court re revised order (0.1), draft email reply to CRO re edits required to proposed order (0.2), prepare edits to the proposed order (0.1), draft email to UST and MGG's counsel re the edit and request for approval of order form (0.3). | 0.80 | 420.00 |
| 03/15/23 | MSH | Review email regarding KERP payments and FMLA; discuss with employment counsel; research re same; and email to Mr. Krakora | 0.70 | 486.50 |
| | | **Subtotal: BO - Business Operations** | **2.70** | **1,660.50** |

**Task: CA - Case Administration**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/23 | VAS | Memorandum Steve Burnell regarding court orders after February 15 and March 1 hearings | 0.50 | 375.00 |
| 03/02/23 | SB | Phone call with P. Dillamar re status of pending orders. | 0.10 | 52.50 |
| 03/02/23 | SB | Phone call with K. Files re status of any pending orders. | 0.20 | 105.00 |
| 03/02/23 | KLF | Phone call with S. Burnell re: orders for recent hearings. | 0.20 | 50.00 |
| 03/08/23 | SB | Phone call with P. Dillamar re instructions for lodging proposed orders that remain outstanding. | 0.10 | 52.50 |
| 03/24/23 | KLF | Download conformed copy of monthly operating report and email link to client. | 0.40 | 100.00 |
| | | **Subtotal: CA - Case Administration** | **1.50** | **735.00** |

**Task: ECL - Executory Contract Leases**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/20/23 | SB | Read email from V. Sahn to E. Miller re status of auction and sale motion, and assumption of contracts, and draft email reply to same re confirmation re preparing motion to extend section 365 deadline. | 0.20 | 105.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/20/23 | SB | Continue drafting motion to extend deadline to assume or reject executory contracts and unexpired leases. | 0.50 | 262.50 |
| 03/31/23 | SB | Phone call from P. Dillamar re separate notice of hearing for motion to extend section 365 deadline (0.1), and prepare notice of hearing re the same (0.2). | 0.30 | 157.50 |
| 03/31/23 | SB | Draft followup email to K. Krakora re Motion to extend section 365 deadline. | 0.10 | 52.50 |
| 03/31/23 | SB | Read email from CRO re revisions to motion to extend deadline to assume or reject commercial lease and his supporting declaration, prepare the same, and draft email reply to K. Krakora. | 0.20 | 105.00 |
| 03/31/23 | SB | Phone call from P. Dillamar re notice of hearing for motion to extend time (0.1), and prepare the same and forward for filing (0.1). | 0.20 | 105.00 |
| | | **Subtotal: ECL - Executory Contract Leases** | **1.50** | **787.50** |
| **Task: FEA - Fee/Employment Applications** | | | | |
| 03/01/23 | SB | Appearance at hearings on Motion to Extend Exclusivity, Motion to Seal, and continued hearing on KERP Motion and evidentiary hearing re the KERP Motion. | 3.60 | 1,890.00 |
| 03/01/23 | SB | Draft email to M. Beltran re time entries for February monthly fee statement for GM. | 0.10 | 52.50 |
| 03/01/23 | SB | Review CNOs for monthly fee statements for Getzler and Stanzler. | 0.10 | 52.50 |
| 03/01/23 | KLF | Coordinate filing and service of certificate of no objection to Greenspoon Marder LLP's monthly fee statement for Jan. 2023. | 0.10 | 25.00 |
| 03/02/23 | VAS | Memorandum regarding further disclosures concerning employment of Paribas team | 0.30 | 225.00 |
| 03/02/23 | SB | Read email from CRO re fee application required for Enotrias, and draft email reply to same. | 0.10 | 52.50 |
| 03/02/23 | KLF | Review emails from S. Burnell re: certificates of no objection to Stanzler Law Group's monthly fee statement no. 3 for January 2023 and Getzler Henrich's monthly compensation report no. 4 for January 2023 (.1); Coordinate filing and service of same with P. Dillamar (.2). | 0.30 | 75.00 |
| 03/03/23 | VAS | Preparation of Greenspoon Marder Professional Fee Statement for February 1-28 work done in bankruptcy case | 0.30 | 225.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/03/23 | SB | Phone call with P. Dillamar re monthly fee statement for GM for February and finalizing supporting exhibit (0.2), and phone call with V. Sahn re the same (0.1). | 0.30 | 157.50 |
| 03/04/23 | SB | Begin review of GM detail time entries for February 2023 for monthly fee statement. | 0.80 | 420.00 |
| 03/06/23 | VAS | Phone with Mayer Brown lawyer regarding amendment to Paribas employment application due to Bank of West Sale to Bank of Montreal | 0.30 | 225.00 |
| 03/06/23 | VAS | Continued preparation and editing of Greenspoon Marder First Interim Fee Application | 1.20 | 900.00 |
| 03/06/23 | SB | Continue drafting GM's first interim fee application. | 0.80 | 420.00 |
| 03/06/23 | SB | Review monthly fee statement for GM for February 2023, and phone call with P. Dillamar re the same. | 0.10 | 52.50 |
| 03/06/23 | SB | Phone call with V. Sahn and M. Beltran re additional exhibits for interim fee application for GM to include February time and instructions re the same (0.2), and followup phone calls with M. Beltran re the same (0.2). | 0.40 | 210.00 |
| 03/07/23 | SB | Read messages from M. Beltran re revised exhibits in support of GM's first interim fee application, and draft reply re the same. | 0.10 | 52.50 |
| 03/07/23 | SB | Review monthly fee statement for Getzler prepared by K. Files and draft reply re the same. | 0.10 | 52.50 |
| 03/07/23 | KLF | Preparation of Getzler Henrich & Associate's monthly compensation report no. 5 for February 2023 ( .2); Email same to S. Burnell (.1); Preparation of Stanzler Law Group's monthly fee statement no. 4 for February 2023 (.2); Email same to S. Burnell (.1); Email same to K. Krakora (.1) | 0.60 | 150.00 |
| 03/08/23 | SB | Finalize proposed order granting Enotrias employment application and forward the same for lodging. | 0.20 | 105.00 |
| 03/08/23 | SB | Review monthly compensation report prepared by K. Files for Stanzler Law Group and reply to same. | 0.10 | 52.50 |
| 03/08/23 | SB | Draft email reply to V. Sahn re his question re indemnity provision in the Enotrias employment application. | 0.10 | 52.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/08/23 | KLF | Phone call with S. Burnell re: Stanzler Law Group's monthly fee statement no. 4 for February 2023 (.1); Email exchange with S. Burnell re: Stanzler Law Group's monthly fee statement no. 4 for February 2023 (.1); Email exchange with J. Stanzler re: Stanzler Law Group's monthly fee statement no. 4 for February 2023 (.3); Review email from K. Krakora at Gertzler Henrich re: Gertzler Henrich's monthly compensation report no. 5 for February 2023 (.1); Coordinate filing and service of Gertzler Henrich's monthly compensation report no. 5 for February 2023 (.1). | 0.70 | 175.00 |
| 03/09/23 | VAS | Emails regarding employment issues continuing with BNP Paribas and Bank of Montreal | 0.60 | 450.00 |
| 03/09/23 | VAS | Preparation first Interim Application for Compensation and Reimbursement of Expenses by Greenspoon Marder as counsel for the Chapter 11 Debtor | 1.60 | 1,200.00 |
| 03/09/23 | KLF | Review notice of electronic filing re: clerk's notes re: withdrawal of submission of order regarding employment application (.1); Email notifying team of clerk's note (.1). | 0.20 | 50.00 |
| 03/10/23 | SB | Phone call with M. Beltran re revised exhibits in support of GM first interim fee application. | 0.10 | 52.50 |
| 03/10/23 | KLF | Review notice of electronic filing re: Stanzler Law Group's monthly fee statement no. 4 and calendar response deadline. | 0.10 | 25.00 |
| 03/12/23 | SB | Continue drafting GM first interim fee application, including case status information and discussion of fees incurred in compliance with UST and Court guidelines. | 4.60 | 2,415.00 |
| 03/12/23 | SB | Prepare proposed final exhibits for GM first interim fee application with initial drafts prepared by M. Beltran and incorporate the same into the application. | 2.00 | 1,050.00 |
| 03/15/23 | VAS | First Interim fee application of Greenspoon Marder | 0.40 | 300.00 |
| 03/15/23 | SB | Phone call from M. Smith of Enotrias re final invoice for appraisal, discussion re further background re the work performed for the appraisal and outstanding amounts owed, and discussion re monthly compensation and fee application procedures. | 0.60 | 315.00 |
| 03/15/23 | SB | Phone call with P. Dillamar re instructions for filing Enotrias compensation statement today, and draft followup email re the same. | 0.10 | 52.50 |
| 03/15/23 | SB | Further phone call with M. Smith re her edits to final appraisal invoice to provide more details regarding additional 20 hours incurred. | 0.20 | 105.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/15/23 | SB | Email from M. Smith re signed compensation statement, prepare the same for filing, and draft email to P. Dillamar re the same. | 0.20 | 105.00 |
| 03/15/23 | SB | Prepare monthly compensation statement for February 2023 for Enotrias (0.3), and draft email to M. Smith re the same for review (0.1). | 0.40 | 210.00 |
| 03/16/23 | KLF | Review notice of electronic filing of Enotrias monthly fee statement no. 1 for February 2023 (.1); Calendar deadlines regarding same (.1). | 0.20 | 50.00 |
| 03/19/23 | SB | Communications with V. Sahn re his proposed redlines to current status of draft and received instructions re the same. | 0.10 | 52.50 |
| 03/19/23 | SB | Draft email to Enotrias re employment order and February monthly compensation statement. | 0.10 | 52.50 |
| 03/21/23 | VAS | Preparation of first interim fee application of Greenspoon Marder | 1.70 | 1,275.00 |
| 03/23/23 | SB | Email exchange with Jigsaw re past monthly compensation statements, and listen to voicemail re the same. | 0.20 | 105.00 |
| 03/24/23 | SB | Revise notice of GM first interim fee application, and compliance with BLR. | 0.90 | 472.50 |
| 03/24/23 | SB | Communication exchange with V. Sahn re status of GM first interim fee application. | 0.20 | 105.00 |
| 03/24/23 | SB | Email exchange with V. Sahn re BLR 9014-1 and notice period required for GM's first interim fee application. | 0.20 | 105.00 |
| 03/24/23 | SB | Review Jigsaw employment order re monthly compensation procedures, and draft email to V. Sahn re Jigsaw's email re past monthly compensation statements. | 0.20 | 105.00 |
| 03/24/23 | SB | Prepare extensive revisions to GM first interim fee application pursuant to V. Sahn's edits and instructions. | 3.60 | 1,890.00 |
| 03/26/23 | SB | Continue preparing GM first interim fee application re consolidating V. Sahn's revisions and section 330/331 legal authorities and expenses section. | 2.60 | 1,365.00 |
| 03/26/23 | SB | Complete drafting GM interim fee application and consolidating V. Sahn's revisions and comments. | 1.50 | 787.50 |
| 03/26/23 | SB | Prepare K. Krakora's declaration in support of GM's interim fee application. | 0.80 | 420.00 |
| 03/26/23 | SB | Prepare V. Sahn's declaration in support of GM's interim fee application. | 0.90 | 472.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/26/23 | SB | Further work on exhibits in support of GM's interim fee application. | 0.30 | 157.50 |
| 03/27/23 | SB | Review email from B. Brinkman re Jigsaw monthly fee statement and attachment and draft email to K. Files and P. Dillamar re instructions for finalizing and filing the same. | 0.20 | 105.00 |
| 03/27/23 | SB | Draft detailed email to V. Sahn for review and re current status of GM interim fee application and exhibits, and remaining items still outstanding required to finalize the same for filing. | 0.80 | 420.00 |
| 03/27/23 | SB | Draft email to M. Beltran re issue with aggregate detailed time entries exhibit and potential alternatives. | 0.20 | 105.00 |
| 03/27/23 | KLF | Email exchange with S. Burnell re: Jigsaw Advisors LLC monthly fee statements for October 2022 - February 2023 (.2); Review monthly fee statements (.3); Review parties for service (.1); Email to P. Dillamar coordinating filing and service of monthly fee statements (.1). Phone call with P. Dillamar re: same (.1) | 0.80 | 200.00 |
| 03/28/23 | VAS | Work on First Interim Fee Application of Greenspoon Marder | 1.10 | 825.00 |
| 03/28/23 | SB | Phone call with M. Beltran re workaround for aggregate time details exhibit. | 0.10 | 52.50 |
| 03/28/23 | SB | Exchange with V. Sahn re current status of finalizing GM interim fee applications but won't be filing today (0.1), and phone call with V. Sahn re the same (0.2). | 0.30 | 157.50 |
| 03/28/23 | SB | Further phone call with P. Dillamar re new instructions for filing GM interim fee application tomorrow. | 0.10 | 52.50 |
| 03/28/23 | SB | Review CNO's for monthly fee statements for GM, Getzler, and Stanzler. | 0.10 | 52.50 |
| 03/28/23 | SB | Phone call with P. Dillamar re timing of filing GM interim fee application today. | 0.10 | 52.50 |
| 03/28/23 | KLF | Review Greenspoon Marder LLP's Monthly Fee Statement No. 6 (February 2023) [DKT 260] (.1); Check docket re: no objection (.1); Prepare Certificate of No Objection re: same (.2); Review Getzler Henrich & Associates, LLC's Monthly Compensation Report No. 5 (February 2023) [DKT 262] (.1); Check docket re: no objection (.1); Prepare Certificate of No Objection re: same (.2); Review Stanzler Law Group's Monthly Fee Statement No. 4 (February 2023)[DKT 267] (.1); Check docket re: no objection (.1); Prepare Certificate of No Objection re: same (.2); Email to S. Burnell forwarding drafts of certificates (.1). | 1.30 | 325.00 |
| 03/29/23 | VAS | Updated and supplemental employment application of BNP Paribas | 0.80 | 600.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/29/23 | SB | Review and edit K. Krakora's declaration per his review and redlines. | 0.20 | 105.00 |
| 03/29/23 | SB | Email exchange with V. Sahn re current draft of interim fee application for GM. | 0.10 | 52.50 |
| 03/29/23 | SB | Edits to interim fee application exhibits correcting blended hourly rate calculations and updating interim fee application with updated calculations and additional information from K. Krakora's declaration (0.6), revise V. Sahn's declaration with updated exhibits (0.3), draft email to V. Sahn with copies of all pleadings and exhibits for final review (0.2), and followup phone call with P. Dillamar re instructions re the revised exhibits (0.1). | 1.20 | 630.00 |
| 03/30/23 | SB | Review initial draft of Jigsaw's interim fee application and supporting exhibits, and prepare revisions to same (0.8), draft email to B. Brinkman re my review of initial draft, proposed revisions, and timing for filing (0.2). | 1.00 | 525.00 |
| 03/30/23 | SB | Listen to voicemail from B. Brinkman re exhibits in support of Jigsaw fee application and phone call with B. Brinkman re the same. | 0.20 | 105.00 |
| 03/30/23 | SB | Revise Jigsaw interim fee application and exhibits per today's phone call with B. Brinkman. | 0.40 | 210.00 |
| 03/30/23 | SB | Review email exchange between V. Sahn and UST re LEDES data for GM first interim fee application, review email from M. Beltran re the same, and draft email to the UST with LEDES data. | 0.20 | 105.00 |
| 03/30/23 | SB | Continue preparing motion to extend deadline to assume or reject commercial property leases, and the supporting declaration of K. Krakora (2.5), prepare proposed order granting the motion (0.4), and draft email to K. Krakora forwarding the same for review (0.3). | 3.20 | 1,680.00 |
| 03/30/23 | KLF | Phone call with S. Burnell re: LEDES files for US Trustee re: Greenspoon Marder, LLP's fee application and Enotrias professional fee statement (.5) | 0.50 | 125.00 |
| 03/31/23 | SB | Draft proposed order granting Jigsaw's first interim fee application. | 0.20 | 105.00 |
| 03/31/23 | SB | Prepare notice of Jigsaw's first interim fee application. | 0.30 | 157.50 |
| 03/31/23 | SB | Email exchange with B. Brinkman clarifying timing of filing of Jigsaw's first interim fee application. | 0.10 | 52.50 |
| 03/31/23 | SB | Draft B. Brinkman's declaration in support of Jigsaw's first interim fee application. | 0.40 | 210.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/31/23 | SB | Draft email to K. Krakora and B. Brinkman with final versions of all pleadings, including exhibits, re Jigsaw's interim fee application. | 0.20 | 105.00 |
| 03/31/23 | SB | Draft email to D. Yannias re Jigsaw's interim fee application, copies of all final versions of pleadings, including exhibits, and status of Jigsaw's monthly fee statements. | 0.30 | 157.50 |
| 03/31/23 | SB | Review CNO for Enotrias monthly fee statement, confirm no objection on docket, and draft email to K. Krakora re the same. | 0.20 | 105.00 |
| 03/31/23 | SB | Email exchange with B. Brinkman re finalizing Jigsaw fee application and forwarding for review by D. Yannias (0.1), prepare supporting declaration of K. Krakora (0.3), and finalize Jigsaw interim fee application per Jigsaw's latest revisions (0.4). | 0.80 | 420.00 |
| 03/31/23 | SB | Read email from CRO re revisions to his declaration, prepare the same, and draft email reply to K. Krakora. | 0.20 | 105.00 |
| 03/31/23 | SB | Review final version of Jigsaw interim fee application and supporting documents (0.1), and email exchange with B. Brinkman re LEDES data (0.1). | 0.20 | 105.00 |
| 03/31/23 | KLF | Preparation of certificate of no objection to Enotrias, Elite Sommerlier Services professional fee statement no. 1 for February 2023 (.4); Email exchange with S. Burnell (.2); Coordinate filing and service of same with P. Dillamar (.1). | 0.70 | 175.00 |
| 03/31/23 | KLF | Review email from V. Sahn re: Abbott Kinderman Inc. invoice (.1); Review docket re: employment of Abbott Kinderman Inc. (.2); Email exchange with S. Burnell re: preparation of Abbott Kinderman Inc. fee application (.2). | 0.50 | 125.00 |
| | | **Subtotal: FEA - Fee/Employment Applications** | **52.30** | **27,675.00** |
| **Task: OUST - U. S. Trustee Requirements** | | | | |
| 03/20/23 | KLF | Redact bank statements (.5); Preparation of attachments to monthly operating report (.4). | 0.90 | 225.00 |
| 03/21/23 | KLF | Email exchange with K. Krakora re: monthly operating report for February 2023 (.2); Preparation of monthly operating report for February 2023 for e-filing (.9); Preparation of proof of service (.2); E-file monthly operating report (.5) | 1.80 | 450.00 |
| | | **Subtotal: OUST - U. S. Trustee Requirements** | **2.70** | **675.00** |
| **Task: PDS - Plan and Disclosure Statement (including Business Plan)** | | | | |
| 03/08/23 | SB | Finalize order granting motion to extend exclusivity and forward the same for lodgment. | 0.10 | 52.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/10/23 | KLF | Review notice of electronic filing re: order granting motion to extend debtor's exclusivity period to file and confirm chapter 11 plan (.1); Coordinate calendaring of deadlines re: same (.1) | 0.20 | 50.00 |
| | | **Subtotal: PDS - Plan and Disclosure Statement (including Business Plan)** | **0.30** | **102.50** |

**Task: RFS - Relief from Stay/Adequate Protection Proceedings**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/23 | VAS | Preparation for and attendance at hearings in front of Judge Novack regarding (1) Mt Hawley relief from stay motion, (2) Motion to Seal names of KERP parties, (3) Objections of United States Trustee to compensation of one KERP participant, and (4) Motion to Extend Exclusivity | 3.90 | 2,925.00 |
| 03/02/23 | VAS | Memorandum to counsel for Mr Hawley regarding relief from stay motion and timing for their answer to complaint | 0.30 | 225.00 |
| 03/02/23 | SB | Review email exchange re special counsel agreeing to extend Mt. Hawley's answer deadline in the CA Action pending the Court's ruling on the RFS motion. | 0.10 | 52.50 |
| 03/10/23 | VAS | Relief from stay issues and related matters to Mt. Hawley and insurance company litigation | 1.80 | 1,350.00 |
| 03/20/23 | SB | Review order denying RFS motion filed by Mt. Hawley, and order sustaining and denying evidentiary objections. | 0.30 | 157.50 |
| | | **Subtotal: RFS - Relief from Stay/Adequate Protection Proceedings** | **6.40** | **4,710.00** |
| **Total Fees** | | | **364.70** | **$235,868.50** |

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 81-2555319

Spring Mountain Winery, Inc., a Delaware Corporation
c/o Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York, NY 10170
Attn: Joseph M. Vann

April 05, 2023
Invoice: 1447669
Client ID: 75310
Page Number: 1

**Our Matter #** 75310.0002 - In re Spring Mountain Vineyard, Inc.

| Date | Description | Narrative | Quantity | Amount |
|------|-------------|-----------|----------|--------|
| 03/04/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 83.96 |
| 03/04/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 19.04 |
| 03/05/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 41.98 |
| 03/05/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 6.35 |
| 03/06/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 22.13 |
| 03/16/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 20.99 |
| 03/21/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 20.99 |
| 03/21/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 44.91 |
| 03/30/23 | Westlaw - Online legal research | Westlaw Online Legal Research | | 74.84 |
| 03/31/23 | Postage | Postage | | 64.60 |
| 03/31/23 | Postage | Postage | | 69.37 |

| | TOTAL | | | $469.16 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY FEE STATEMENT NUMBER: 7 MONTH OF: MARCH 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 5, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  April  , 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 5, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2023 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 53484341v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 310    Filed: 04/05/23    Entered: 04/05/23 12:14:20    Page 23 of 27

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 53484341v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 310    Filed: 04/05/23    Entered: 04/05/23 11:44:51    Page 24 of 27

**3.** <u>**SERVED BY EMAIL ONLY**</u>

<u>**Debtor**</u>
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn:  Don Yannias, President
email:  don@bimi.com

<u>**Debtor's Financial Advisor And Chief Restructuring Officer**</u>
Attn:  Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel:  (312) 283-8071
email:  kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

<u>**Secured Creditors**</u>
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel:  (212) 356-6100
creditagreementnotices@mgginv.com

<u>**Counsel for MGG Secured Creditors**</u>

Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036-8299
Tel:  (212) 969-3643
email:  bbobroff@proskauer.com

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel:  (310) 284-5669
email:  scooper@proskauer.com

PMD 53484341v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   Case: 22-10381   Doc# 310   Filed: 04/05/23   Entered: 04/05/23 11:45:57   Page F 9013-3.1.PROOF.SERVICE 27

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

<u>Secured Creditor</u>
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com

<u>Request for Special Notice</u>
Alcohol & Tobacco Tax & Trade Bureau
Attn: Daniel Paralta, Senior Counsel, Field Operations
1436 2nd Street #531
Napa, CA 94559
Daniel.Peralta@ttb.gov

<u>Request for Special Notice - NEF</u>
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
        dcb@proughlaw.com

<u>Request for Special Notice - NEF</u>
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

PMD 53484341v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                               F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 310    Filed: 04/05/23    Entered: 04/05/23 11:13:42    Page 26 of
27

**Request for Special Notice – NEF**
Attorneys for Don Yannias
Louis J. Cisz, III, Esq. NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8320 Fax: 415-984-8300
Email: lcisz@nixonpeabody.com

Richard J. Frey NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 9007
Tel: (213) 629-6000 Fax: (213) 629-6001
Email: rfrey@nixonpeabody.com

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com

PMD 53484341v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 Case: 22-10381    Doc# 310    Filed: 04/05/23    Entered: 04/05/23 F 9013-3.1.PROOF.SERVICE
27