Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA 94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Appellant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In Re: SPRING MOUNTAIN VINEYARD INC., <br><br> Debtor | No. 22-10381 CN <br><br> MT. HAWLEY INSURANCE COMPANY'S: <br><br> 1. STATEMENT OF ISSUE ON APPEAL; AND <br><br> 2. DESIGNATION OF RECORD <br><br> [FRBP Rule 8009] |
|---|---|

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND TO APPELLEE, DEBTOR AND DEBTOR IN POSSESSION SPRING MOUNTAIN VINEYARD, INC.:**

Pursuant to Federal Rule of Bankruptcy Procedure Rule 8009, appellant and creditor Mt. Hawley Insurance Company ("Mt. Hawley") submits the following statement of issue on appeal and designation of the record on appeal:

/ / /

/ / /

/ / /

## I. STATEMENT OF ISSUE

<u>Issue</u>: Whether the Bankruptcy Court erred when, by Order dated March 20, 2023, it denied Mt. Hawley's Motion for Relief from Automatic Stay, which seeks to permit Mt. Hawley to proceed in a pre-petition, state law lawsuit against Debtor pending in the United States District Court for the Southern District of New York: *Mt. Hawley Insurance Company v. Spring Mountain Vineyard, Inc.*, No. 1:22-cv-03191-GHW (Hon. Gregory H. Woods, presiding).

## II. DESIGNATION OF RECORD ON APPEAL

Mt. Hawley hereby designates the following Record on Appeal:

| Item | Docket | Document Description | Date Filed |
|---|---|---|---|
| 1 | 229 | Relief From Stay Cover Sheet; Notice of Motion; Motion for Relief From Automatic Stay; Memorandum Of Points And Authorities In Support; Declaration of Michael D. Prough (including Exhibits) [11 U.S.C § 362(d)(1)] | 2/2/2023 |
| 2 | 229-2 | Notice Of Hearing | 2/2/2023 |
| 3 | 229-3 | Certificate of Service | 2/2/2023 |
| 4 | 231 | Notice of Hearing (filed separately) | 2/6/2023 |
| 5 | 231-1 | Certificate of Service | 2/6/2023 |
| 6 | 250 | Declaration of Jay B. Spievack In Opposition To Motion For Relief From Automatic Stay Filed By Mt. Hawley Insurance Company | 2/21/2023 |
| 7 | 250-1 | Exhibit 1 to Spievack Declaration | 2/21/2023 |
| 8 | 250-2 | Exhibit 2 to Spievack Declaration | 2/21/2023 |
| 9 | 250-3 | Exhibit 3 to Spievack Declaration | 2/21/2023 |

| | | | |
|---|---|---|---|
| 10 | 250-4 | Exhibit 4 to Spievack Declaration | 2/21/2023 |
| 11 | 250-5 | Exhibit 5 to Spievack Declaration | 2/21/2023 |
| 12 | 250-6 | Exhibit 6 to Spievack Declaration | 2/21/2023 |
| 13 | 250-7 | Exhibit 7 to Spievack Declaration | 2/21/2023 |
| 14 | 250-8 | Exhibit 8 to Spievack Declaration | 2/21/2023 |
| 15 | 250-9 | Exhibit 9 to Spievack Declaration | 2/21/2023 |
| 16 | 250-10 | Exhibit 10 to Spievack Declaration | 2/21/2023 |
| 17 | 250-11 | Exhibit 11 to Spievack Declaration | 2/21/2023 |
| 18 | 251 | [Debtor's] Opposition to Motion For Relief From Automatic Stay Filed By Mt. Hawley Insurance Company | 2/21/2023 |
| 19 | 252 | MGG California, LLC's Statement In Support Of Debtor's Opposition To Motion For Relief From Automatic Stay Filed By Mt. Hawley Insurance Company | 2/23/2023 |
| 20 | 253 | Mt. Hawley Insurance Company's Reply In Support Of Motion For Relief From Automatic Stay [11. U.S.C. § 362(d)(1)] | 2/27/2023 |
| 21 | 254 | Mt. Hawley Insurance Company's Evidentiary Objections To Declaration of Jay Spievack; Motion to Strike | 2/27/2023 |
| 22 | 273 | Order Denying Motion For Relief From The Automatic Stay | 3/20/2023 |
| 23 | 273-1 | Notice To Recipients | 3/20/2023 |

| | | | |
|---|---|---|---|
| 24 | 274 | Order On Mt. Hawley Insurance Company's Evidentiary Objections | 3/20/2023 |
| 25 | 274-1 | Notice To Recipients | 3/20/2023 |
| 26 | 293 | Mt. Hawley Insurance Company's Notice of Appeal And Statement Of Election; Certificate of Service | 3/31/2023 |
| 27 | 300 | Mt. Hawley Insurance Company's Notice of Appeal And Statement Of Election (filed by Court) | 3/31/2023 |
| 28 | 300-1 | Notice Of Recipients | 3/31/2023 |
| 29 | 308 | Transmittal of Notice Of Appeal To District Court | 4/5/2023 |
| 30 | 326 | Transcript of the March 1, 2023 Hearing On Mt. Hawley Insurance Company's Motion For Relief From Automatic Stay | 4/12/2023 |
| 31 | Claim 15 (Pt. 1) | Mt. Hawley Insurance Company Proof Of Claim and Proof | 2/2/2023 |
| 32 | Claim 15 (Pt. 2) | Mt. Hawley Insurance Company Proof Of Claim and Proof Attachments | 2/2/2023 |

Dated: April 14, 2023                    PROUGH LAW, APC


By: */s/ Michael D. Prough*
        Michael D. Prough

Attorneys for Appellant
Mt. Hawley Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/EFT system and served upon all parties receiving notice pursuant to the CM/ECF system on this 14th day of April 2023.

*/s/ Michael D. Prough*
Michael D. Prough