Entered on Docket
April 14, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
ELVINA ROFAEL (CA SBN 333919)
Trial Attorney
TREVOR R. FEHR (CA SBN 316699)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the U.S. Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Elvina.Rofael@usdoj.gov
Email: Trevor.Fehr@usdoj.gov

Attorneys for Tracy Hope Davis
United States Trustee for Region 17

The following constitutes the order of the Court.
Signed: April 14, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

SPRING MOUNTAIN VINEYARD INC,

Debtor.

Case No. 22-10381 CN

Chapter 11

**ORDER APPROVING STIPULATION EXTENDING OBJECTION DEADLINE FOR U.S. TRUSTEE**

Related to Docket Nos.:296, 297, 298, 299.

[No Hearing Requested]

Upon the stipulation (the "Stipulation")[1] of Jigsaw and the U.S. Trustee; and the relief requested in the Stipulation being in the best interests of all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Stipulation is approved, effective as of the execution thereof by the Parties.

---

[1] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Stipulation.

2. The Objection Deadline with respect to the Fee Application is extended to **April 18, 2023** for the U.S. Trustee only.

3. Except as expressly set forth in the Stipulation, nothing contained therein shall be an admission or a waiver of any substantive or procedural rights, remedies, claims, or defenses of either of the Parties.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

** END OF ORDER **

**COURT SERVICE LIST**

All ECF participants