Victor A. Sahn (CA Bar No. 97299)
 victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
 mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
 steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| | **DECLARATION OF VICTOR A. SAHN IN SUPPORT OF RESPONSE OF GREENSPOON MARDER TO OBJECTIONS AND RESERVATION OF RIGHTS OF THE OFFICE OF THE UNITED STATES TRUSTEE TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 11 DEBTOR** |
| Federal EIN: 36-3844911 | |
| Debtor. | |
| | **Hearing Information:** |
| | Date:    April 19, 2023 |
| | Time:    11:00 a.m. |
| | Place:   Courtroom 215 |
| |           1300 Clay Street |
| |           Oakland, CA 94612 |

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, TO THE UNITED STATES TRUSTEE AND TO ALL PARTIES IN INTEREST:**

I, Victor A. Sahn, declare as follows:

1.     I am over the age of 18 years old. I am an attorney, duly admitted to practice law in the State of California and before this Court. I am a partner at Greenspoon Marder LLP, a Florida limited liability partnership ("Greenspoon"), general bankruptcy counsel to Spring Mountain

VAS 54138332v1

Vineyard Inc., a Delaware corporation and the debtor in the above-captioned case (the "Debtor").

2.   I am the primary attorney responsible for representing the Debtor in this matter, overseeing the billing, and ensuring Greenspoon's compliance with all applicable standards. Except as otherwise indicated, all statements made herein are based on my personal knowledge or my review of relevant documents. If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

3.   I make this declaration in support of the Response of Greenspoon Marder to the Objections and Reservation of Rights of the United States Trustee to the First Interim Application For Allowance And Payment Of Fees And Expenses Pursuant To 11 U.S.C. §§ 330 And 331 (the "First Interim Application").

4.   I have reviewed the Declaration of Ianthe V. de Rosario ("Rosario Declaration") submitted in support of the Objections by the United States Trustee.  I have reviewed each of the exhibits to this Declaration which purport to be the results of the "LEDES" files' review by Mr./Ms. de Rosario.  There is a LEDES analysis done of time entries which purport to be-(a) "transitory timekeepers", (b) "vague" time entries, (c) "lumped" time entries, time recorded exceeds the underlying task descriptions, (d) objections to multiple timekeepers for the same hearing or internal meeting, (e) objections related to tasks for invoice or billing preparation, and (f) objections based upon increased hourly rates during the period of the First Interim Application without complying with the notification procedures to the United States Trustee respecting such hourly rate increases.

5.   We have taken the LEDES analysis prepared by the United States Trustee in the Rosario Declaration and separated each category onto a separate page for each of the categories above which are labeled 'a'-'f' in paragraph 4, directly above.  We have provided responses and refutations of each of the objected to time entries respecting each of the categories identified in paragraph 4(a) through 4(f) with the exception of paragraph 4(f) which are objections based upon increased hourly rates which were inadvertently not reported to the United States Trustee as stated in the First Interim Application and as required by the US Trustee Guidelines enacted after the 1994 Amendments to the Bankruptcy Code.

6. As a result, the following Exhibits are attached to this Declaration:

    A.    Exhibit 1-Responses Regarding "Transitory Timekeeping or Grazing"

    B.    Exhibit 2-Responses Regarding "Vague" Fee Entry

    C.    Exhibit 3-Responses Regarding "Excessive Number of Timekeepers"

    D.    Exhibit 4-Responses Regarding "Non-Reimbursable Overhead, etc."

    E.    Exhibit 5-Responses Regarding "Lumping" or "Block Billing"

    F.    Exhibit 6-Responses Regarding "Duplicative Billing"

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2023, at Los Angeles, California.

*/s/ Victor A. Sahn*
Victor A. Sahn

# EXHIBIT 1

| OBJECTION DETAIL | | | | | | | | | Codes: MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other |

**TOTAL FEE OBJECTIONS:** $84,662.70
**TOTAL EXPENSE OBJECTIONS:** $0.00
**TOTAL OF ALL OBJECTIONS:** $84,662.70

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2022 | Austin, Carolyn | Review of documents re: perfection of MGG lien | DSS-Determination of Secured Status | 0.50 | $447.50 | TG (segment 1) | 0.50 | $447.50 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (0.5 hours). Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). Disproportionate amount of nonproductive time billed by timekeeper in this application (0.5 out of 0.5 total hours billed). (segment 1) |

**Response:** This objection is misplaced and should be overruled. The primary secured creditor in this bankruptcy case, MGG California LLC ("MGG"), asked the Debtor to agree to a deadline for the filing of objections to the claim of MGG and a deadline for objecting to the validity, priority and extent of their security interests in the Debtor's assets after which such objections would be waived. *See Docket No.76, pg. 7, lines 10-20, pg. 8, lines 1-5; pg. 9, lines 12-16.* Greenspoon Marder undertook this work, utilizing the services not of the bankruptcy lawyers who performed much of the work whose approval is requested in this First Interim Application, but of lawyers expert in the California Commercial Code and Uniform Commercial Code in order to scrutinize MGG's claim and liens prior to the deadline for delivering to them a "Dispute Notice" as defined in Docket No. 76. This work is in the scope of Greenspoon's employment as is clear in its employment application (Docket No. 87) which describes "…the examination of claims of creditors in order to determine their validity…" (Employment Application, pg. 4, lines 25-26), "…review, analysis, legal research, and the preparation of documents, correspondence, and other communications with regard to the foregoing matters…" (Employment Application, pg. 5, lines 7-8) and "…in general, acting as counsel on behalf of the Debtor in any and all bankruptcy law and related matters which may arise in the course of this case…" (Employment Application, pg. 5, lines 12-13). These separate subparagraphs from Greenspoon's employment application cover all services which are the subject of this objection and numerous other objections which have been filed to the First Interim Application.

| 11/11/2022 | Birnbaum, Robby | Call with John Babala, review policy terms and emails on same | MOC-Meeting of and Communications with Creditors | 1.20 | $882.00 | TG (segment 1) | 1.20 | $882.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (1.2 hours). Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). Disproportionate amount of nonproductive time billed by timekeeper in this application (1.2 out of 1.2 total hours billed). (segment 1) |

**Response:** Greenspoon was specifically asked to look into an insurance question that was presented by SMV in connection with the operations of its business. This question came from Mr. Kevin A. Krakora, the Debtor's Chief Restructuring Officer, and it concerned a non-bankruptcy issue, but was instead a business issue. The Objection's reference to the time entry not being beneficial, that it was non-productive, that the timekeeper produced minimal substantive work, is misplaced and has no evidentiary basis to it. This was a specific business, operational question about insurance pertaining to the Debtor's business and Greenspoon has lawyers who are expert in insurance coverage and business insurance issues.

| 10/2/2022 | Hami, Asa | Review and analyze emails from K. Krakora re revised cash collateral budget for debtor, and review for potential new information for first day motions | CC-Cash Collateral | 0.10 | $61.00 | TG (segment 1) | 0.10 | $61.00 | Transitory timekeeping or grazing. Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **Response: This time entry from attorney Asa Hami was necessary and was extremely beneficial to the Debtor. Greenspoon was hired by the Debtor two business days prior to the filing of the Chapter 11 case. On the third business day after Greenspoon's retention, if a Chapter 11 case had not been filed, the entirety of the Debtor's vineyard and inventory would have been transferred to MGG under agreement(s) reached with them that made September 30, 2022 as the deadline for the entirety of their indebtedness to be paid in full. Cash collateral was the most important motion filed among the first day motions that were prepared and filed (there were five first day motions and six declarations submitted in support of them (See Docket Numbers 15-19, Dockets 21-24, 26 and 27). The objections engage in a faulty presumption that if a lawyer spends little time on a topic or task as compared with other lawyers or billers in the case, that the work must have been "non-productive" or "transitory". This is an unsupported allegation and should be given no weight by this Court. Mr. Asa Hami is an expert insolvency lawyer who has represented numerous Chapter 11 Debtors and has served as "first chair" or "second chair" in all of these cases. While the time entry is not significant, it is important to dispel the underlying assumption in the Objection. The assumption is wrong and should be rejected.** | | | | | | | | | |
| 10/30/2022 | Marquez, Jason | Review transactional documents and research into UCC matters. | CF-Corporate Finance | 2.1 | $903.00 | TG (segment 1) | 2.1 | $903.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (2.1 hours). Non-productive work in a billing category for which the timekeeper performed minimal substantive work (0 hours substantive work billed under this code). Disproportionate amount of nonproductive time billed by timekeeper in this application (2.1 out of 2.1 total hours billed). (segment 1) |
| **Response: This is again the work done by Greenspoon to ascertain the validity, priority and extent of MGG's lien(s) and whether their claim had been properly calculated or should be subject to a "Dispute Notice" as provided in the cash collateral agreement with them (Docket No. 76). Greenspoon had a brief amount of time to do this work, and the Debtor was fortunate that Greenspoon has lawyers who are expert in Uniform Commercial Code and California Commercial Code issues as well as secured real property transactions in California. That is what this work was devoted to and it was absolutely necessary and time sensitive in consideration of the brief period of time that the Debtor had to furnish MGG with the Dispute Notice.** | | | | | | | | | |
| 1/3/2023 | Tippie, Alan | Confer with V. Sahn and review task, upcoming deadlines and actions to be taken in case | CA-Case Administration | 0.30 | $225.00 | TG (segment 1) | 0.30 | $225.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: Alan Tippie is a partner at Greenspoon Marder and is a distinguished insolvency lawyer and Bankruptcy Litigator. He has at least as much experience and expertise as Victor Sahn, the lead counsel in this Chapter 11 case for the Debtor. The Objections are to approximately 10 hours of his time listed in the above objections and with regard to eight additional time entries that are below. With labels that have evidentiary support, the Objections refer to these time entries as "Transitory" or "Grazing" or "Minimal Overall Time by Timekeeper", the US Trustee's computer program reaches conclusions rather than having those conclusions supported by admissible evidence. Mr. Tippie has performed a number of specific tasks in this case. One task was to analyze a particular aspect of MGG's secured claim. A second aspect of Mr. Tippie's work was to work on organizing the First Day Motions and instructing younger associates on their preparation and content including work on pleadings filed prior to the continued hearings on the First Day Motions. Not spending significant time on a bankruptcy case does not invalidate the timekeeper's time that he/she has spent. Like many of the underlying presumptions which the Objections ask this Court to accept, this one does not withstand serious scrutiny.** | | | | | | | | | |
| 1/4/2023 | Tippie, Alan | Review tasks to be completed in case and discuss with S. Burnell | CA-Case Administration | 0.30 | $225.00 | TG (segment 1) | 0.30 | $225.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). Staff meeting, general case update/monitoring, or travel time by a timekeeper who did not work a substantial number of hours on the case (9.1 hours billed this application). (segment 1) |
| **Response: See above response regarding objections to the time entries of Mr. Tippie.** | | | | | | | | | |
| 1/5/2023 | Tippie, Alan | Public records review and organize tasks with upcoming deadlines | CA-Case Administration | 1.60 | $1,200.00 | TG (segment 1) | 1.60 | $1,200.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). Staff meeting, general case update/monitoring, or travel time by a timekeeper who did not work a substantial number of hours on the case (9.1 hours billed this application). (segment 1) |
| **Response: See above response regarding objections to the time entries of Mr. Tippie.** | | | | | | | | | |

# RESPONSES REGARDING "TRANSITORY TIMEKEEPING OR GRAZING"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 1/19/2023 | Tippie, Alan | Conference with S. Burnell to discuss pending applications, preparation of plan and statement, other pleadings, and timing | CA-Case Administration | 0.30 | $225.00 | TG (segment 1) | 0.30 | $225.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: See above response regarding objections to the time entries of Mr. Tippie.** | | | | | | | | | |
| 1/23/2023 | Tippie, Alan | Review exchanges and discuss filings with S. Burnell | CA-Case Administration | 0.40 | $300.00 | TG (segment 1) | 0.40 | $300.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: See above response regarding objections to the time entries of Mr. Tippie.** | | | | | | | | | |
| 1/24/2023 | Tippie, Alan | Review factual scenario and conduct initial research on application and waiver of one action rule | CA-Case Administration | 1.10 | $825.00 | TG (segment 1) | 1.10 | $825.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: Here is research done on whether there is a basis to avoid the liens of MGG under the One Form of Action Rule which Mr. Tippie was tasked with performing.** | | | | | | | | | |
| 2/3/2023 | Tippie, Alan | Confer with V. Sahn and initial review of loan documents re potential claims against lender | CAO-Claims Administration and | 1.60 | $1,200.00 | Objections(9.1 TG (segment 1) | 1.60 | $1,200.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: Here is research done on whether there is a basis to avoid the liens of MGG under the One Form of Action Rule which Mr. Tippie was tasked with performing.** | | | | | | | | | |
| 2/13/2023 | Tippie, Alan | Review cases re one action rule from bankruptcy courts | CAO-Claims Administration and Objections | 0.70 | $525.00 | TG (segment 1) | 0.70 | $525.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) |
| **Response: Here is research done on whether there is a basis to avoid the liens of MGG under the One Form of Action Rule which Mr. Tippie was tasked with performing.** | | | | | | | | | |
| 2/16/2023 | Tippie, Alan | Review additional cases and conduct research on applicability of one action rule to secured claim (2.4); Discuss research with V. Sahn (.4) | CAO-Claims Administration and Objections | 2.80 | $2,100.00 | TG (segment 1) TG (segment 2) | 2.80 | $2,100.00 | Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 1) Transitory timekeeping or grazing. Work does not appear beneficial based on minimal overall time billed by timekeeper on this application (9.1 hours). (segment 2) |
| **Response: Here is research done on whether there is a basis to avoid the liens of MGG under the One Form of Action Rule which Mr. Tippie was tasked with performing.** | | | | | | | | | |

# EXHIBIT 2

# RESPONSES REGARDING "VAGUE FEE ENTRY"

<table>
<tr><td colspan="2"><strong>OBJECTION DETAIL</strong></td><td colspan="2"><em>Codes: MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other</em></td></tr>
</table>

**TOTAL FEE OBJECTIONS:** $84,662.70
**TOTAL EXPENSE OBJECTIONS:** $0.00
**TOTAL OF ALL OBJECTIONS:** $84,662.70

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/11/2022 | Babala, John | Review and revise privacy policy; telephone calls and emails regarding same. | BO-Business Operations | 1.10 | $1,006.50 | VA (segment 1) | 0.55 | $503.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task. (segment 1) |

**Response:** The Debtor's privacy policy was an insurance and employment issue which the Debtor asked Greenspoon for advice and counsel.  These labor and employment issues are matters that Greenspoon's corporate, and labor groups constantly advise multiple clients about.  They were called upon by SMV to provide that advice in this case and Greenspoon did so.  To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2023 | Babala, John | Receive and review information from Victor Sahn; telephone calls and emails regarding asset purchase agreement and time and responsibility checklist. | AD-Asset Disposition | 2.30 | $2,265.50 | VA (segment 1) 1.15 | | $1,132.75 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

**Response:** Greenspoon spent considerable time preparing a form of Asset Purchase Agreement in connection with the sale of substantially all of its assets.  Greenspoon also spent considerable time preparing the Schedules and Exhibits to the Asset Purchase Agreement.  This was put into the Data Room maintained by the Debtor's investment banker at BNP Paribas.  This document was reviewed by prospective purchasers and was eventually edited to permit purchasers of discrete assets such as particular parcels of real property or the Debtor's wine inventory could utilize to submit their bids.  A specific requirement of the Court-Approved Bid Procedures (See Docket No. 261, pg. 12/21, paragraph 4 entitled 'Bid Documents')  There is nothing vague about this time entry at all—it completely and accurately describes the work that was done by Mr. Babala who is a corporate transactional lawyer at the Greenspoon law firm.  To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2/19/2023 | Babala, John | Actions in connection with time and responsibility checklist. | AD-Asset Disposition | 2.10 | $2,068.50 | VA (segment 1) | 1.05 | $1,034.25 | Vague fee entry. Does not adequately describe subject of task.Does not adequately describe nature of task. (segment 1) |

**Response:** The preparation of the Asset Purchase Agreement was a large task. The document is 60-70 pages.  Mr. Babala was responsible for both working on its preparation and working on supervising junior lawyers at Greenspoon as the document was being prepared.  There is nothing "vague" in this time entry, and to the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/2022 | Bhullar, Puneet | Review and analyze client documents in connection with bankruptcy; emails and conferences regarding same | BO-Business Operations | 1.40 | $511.00 | VA (segment 1) | 0.70 | $255.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). |

**Response:** Ms. Bhullar was the primary junior lawyer at Greenspoon responsible for preparation of the Asset Purchase Agreement, revisions to the Asset Purchase Agreement, and the Schedules and exhibits to the Asset Purchase Agreement.  Before preparing such an Agreement, there is preparatory work that must be performed as the last two entries, one by Mr. Babala and one by Ms. Bhullar demonstrate.  To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/2022 | Fawer, Mark | Attention to agricultural products perfection issue (0.5); and exchange emails with J. Marquez and J. Vann (0.3) | DSS-Determination of Secured Status | 0.50 | $497.50 | VA (segment 1) | 0.25 | $248.75 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |

**Response:** Previously, there were objections from the US Trustee that time entries regarding the review and scrutiny of the claims and security interests of MGG were based upon the fact that this work was "Transitory."  This time, the Objections are that the time entry is "Vague" or lacks adequate description.  This time entry was for time spent reviewing the security interests of MGG in consideration of the deadline in the cash collateral agreement by which a "Dispute Notice" had to be provided to MGG.  This was the discrete task performed by lawyers at Greenspoon with particular expertise in this kind of work—they did the work that Greenspoon had to do for its client and

## RESPONSES REGARDING "VAGUE FEE ENTRY"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | **have not worked on the bankruptcy case since then as such further work in this area was not necessary. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | |
| 10/3/2022 | Files, Karen | Continued preparation of Schedules (1.5); Continued preparation of 20 Largest Unsecured Creditors (.1); Telephone conference with V. Sahn re Amended List of 20 Largest Unsecured Creditors (.1); Email V. Sahn draft of 20 Largest Unsecured Creditors (.1); Prepare and efile Amended List of 20 Largest Unsecured Creditors (.4); Prepare Notice of Ch. 11 Voluntary Petition filing, exhibit and proof of service (3.4); Telephone conference with S. Werth re matrix for service of 1st Day Motions (.3); Assist with preparation of matrix for service of 1st Day Motions (1.5); Telephone conference with P. Dillamar regarding Spievack Declaration (.2); Telephone conference with S. Werth re Spievack Declaration (.2); Email P. Dillamar re Spievack Declaration (.1); Email S. Werth draft of Notice of Ch. 11 Voluntary Petition (.1). | BSS-BK Schedules/Statement of Financial Affairs | 1.60 | $400.00 | VA (segment 1) VA (segment 2) | 0.80 | $200.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) Vague fee entry. Does not adequately describe nature of task. (segments 1 & 2) |
| | | **Response: What is there that is "Vague" about this time entry? What is there that is "boilerplate" about this time entry? Preparation of bankruptcy schedules and statement of financial affairs is work that is subject to the same task description. Every time a timekeeper spends time on these tasks, the description above which the Objections say is "Vague" or "Boilerplate" will describe work on this necessary and repetitive task that occurs in every Chapter 11 case. As a large case, this case is more likely to have these descriptions, because the financial affairs of the Debtor are larger and more complex than in smaller Chapter 11 cases or in Chapter 7 cases. There is nothing vague about this time entry and nothing repetitive when the underlying task is itself one that takes time and involves doing the same work task every time a timekeeper spends his or her time completing these necessary documents. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | |
| 10/5/2022 | Files, Karen | Continued preparation of schedules (.3); Review emails regarding initial debtor interview and calendar same (3); Review emails regarding U. S. Trustee guidelines (.2); Email to S. Werth regarding schedules and statement of affairs forms (.2); Email to V. Sahn regarding attorney compensation (.1); Review email from V. Sahn re Judge Novack's zoom procedures (.1); Research Judge Novack's zoom procedures (.2); Review email from S. Werth regarding notice of zoom instructions on omnibus notice (.1) | BSS-BK Schedules/Statement of Financial Affairs | 0.30 | $75.00 | VA (segment 1) | 0.15 | $37.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| | | **Response: Same response as above. This description is sufficient and accurately describes exactly the work that has been done. There is no other possible way to describe a task that involves preparation and further preparation of the same documents and the provision of the same information in every bankruptcy case filed around the United States, particularly those cases which are termed "large" or "mega" cases by the United States Trustee. The Debtor submits that this description is adequate and tells the Court exactly how much time was spent in regard to each time entry and exactly what was done under the US Trustee's own billing category which is described as "BSS-BK Schedules/Statement of Financial Affairs". To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | |

## RESPONSES REGARDING "VAGUE FEE ENTRY"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| **10/6/2022** | Files, Karen | Preparation of schedules | BSS-BK Schedules/Statement of Financial Affairs | 5.40 | $1,350.00 | VA (segment 1) | 2.70 | $675.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: There was considerable time spent on the preparation of the bankruptcy schedules and statement of financial affairs. With regard to the above time description from October 6 and the below time descriptions from October 17-27, it is clear that a better time description is necessary so that the US Trustee and this Court has a better idea of exactly what was done with respect to the preparation of bankruptcy schedules and Statement of Financial Affairs on the dates listed directly above and also below which are time entries for the same biller on the time entries shown below for October 17, October 18, October 19, October 20, October 21, October 23, October 24, October 25, October 26 and October 27. With that said, Greenspoon knows and the Court knows that by virtue of the billing category "BSS-BK Schedules/Statement of Financial Affairs", it is very clear what work was being done and what this work pertained to; but further description regarding what portion of the bankruptcy schedules and statement of financial affairs the work done on the specified dates relates to. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.**

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/17/2022 | Files, Karen | Continued preparation of schedules. | BSS-BK Schedules/Statement of Financial Affairs | 4.40 | $1,100.00 | VA (segment 1) | 2.20 | $550.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/18/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 2.60 | $650.00 | VA (segment 1) | 1.30 | $325.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/19/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 5.70 | $1,425.00 | VA (segment 1) | 2.85 | $712.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/20/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 3.20 | $800.00 | VA (segment 1) | 1.60 | $400.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/21/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 5.00 | $1,250.00 | VA (segment 1) | 2.50 | $625.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/23/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 2.90 | $725.00 | VA (segment 1) | 1.45 | $362.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/24/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 5.90 | $1,475.00 | VA (segment 1) | 2.95 | $737.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

| 10/25/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 6.30 | $1,575.00 | VA (segment 1) | 3.15 | $787.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

**Response: See response directly above.**

Case: 22-10381   Doc# 341   Filed: 04/17/23   Entered: 04/17/23 22:30:11   Page 11 of 43

009

## RESPONSES REGARDING "VAGUE FEE ENTRY"

| Date | Timekeeper | Narrative | Billing Code | Hours/Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|-------------|-----|-----------|-------------------|------------------|----------|
| 10/26/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 4.70 | $1,175.00 | VA (segment 1) | 2.35 | $587.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1). Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| **Response: See response directly above.** | | | | | | | | | |
| | | | | | | | | | |
| 10/27/2022 | Files, Karen | Continued preparation of schedules and statement of financial affairs. | BSS-BK Schedules/Statement of Financial Affairs | 7.10 | $1,775.00 | VA (segment 1) | 3.55 | $887.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| **Response: See response directly above.** | | | | | | | | | |
| | | | | | | | | | |
| 10/4/2022 | Horoupian, Mark | Emails regarding first day motions and filing issues for today | CA-Case Administration | 0.20 | $139.00 | VA (segment 1) | 0.10 | $69.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: As further clarification regarding this time entry, Mr. Horoupian was sending emails to Victor Sahn and Steven Werth regarding the first day motions in this Chapter 11 case. As discussed, Greenspoon was hired on two business days' notice to file this Chapter 11 case. It was hired to represent an operating wine vineyard which has employees, considerable operations and equipment, and sales of wine and wine grapes in the normal conduct of its business. There was considerable work to do and the participation of multiple lawyers over whom the work that needed to be done was assigned, was necessary.** | | | | | | | | | |
| 10/6/2022 | Horoupian, Mark | Emails regarding CQA issues | BO-Business Operations | 0.20 | $139.00 | VA (segment 1) | 0.10 | $69.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| **Response: As further clarification regarding this time entry, Mr. Horoupian was corresponding with Mr. Kevin A. Krakora, the Debtor's Chief Restructuring Officer, regarding the Critical Vendor status of CQA, an important vendor of the Debtor. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/10/2022 | Horoupian, Mark | Participation in meetings regarding investment banker interviews and retention | AD-Asset Disposition | 0.50 | $347.50 | VA (segment 1) | 0.25 | $173.75 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: These meetings were with prospective investment bankers for the Debtor. This was probably the most important business decision that the Debtor had to make in this bankruptcy case and the input of the Greenspoon lawyers was necessary and appropriate for this particular matter—and also specifically requested by the Client. A great majority of the time in this Chapter 11 case, Greenspoon's staffing of this case was very lean, efficient and cost effective. In this particular instance, at least two Greenspoon lawyers attended these interviews before an investment banker was chosen by the Debtor. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/14/2022 | Horoupian, Mark | Review and respond to emails regarding compliance materials | CA-Case Administration | 0.20 | $139.00 | VA (segment 1) | 0.10 | $69.50 | Vague fee entry. Does not adequately describe subject of task. Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: The emails described in this time entry concerned communications with Mr. Kevin A. Krakora, the Debtor's Chief Restructuring Officer regarding Monthly Operating Reports and the opening of DIP Operating Accounts. There is only 2/10's of an hour billed under this entry, but this was the discussion with Mr. Krakora and the subject-matter of that discussion.** | | | | | | | | | |
| 10/24/2022 | F. Werth, Steven | Update all applications for employment | FEA-Fee/Employment Applications | 0.50 | $305.00 | VA (segment 1) | 0.25 | $152.50 | Vague fee entry. Does not adequately describe subject of task. Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: The Applications for Employment to which this time entry relates are: (1) The Application to Employ Greenspoon Marder as Debtor's General Bankruptcy Counsel; (2) The Application to Employ Jigsaw Advisors as the Debtor's Wine Industry and Vineyard Operations Consultant; (3) The Application to Employ Gensler Henrich as the Debtor's Chief Restructuring Officer; (4) The Application to Employ Cohen Tauber Spievack & Wagner as Special Litigation Counsel; and (5) The Application to Employ Stanzler Law Group as Special Litigation/Local Counsel in the litigation matter being handled by Cohen Tauber Spievack & Wagner. There was considerable work done in the employment category particularly given the objections to the employment application filed by the Office of the United States Trustee. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/11/2022 | Sahn, Victor | Two conference calls regarding investment bankers and progress of chapter 11 case and upcoming hearings regarding first day motions | CF-Corporate Finance | 1.90 | $1,425.00 | VA (segment 1) | 0.95 | $712.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

# RESPONSES REGARDING "VAGUE FEE ENTRY"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **Response: Present during these phone conferences was the Debtor's principal, Mr. Jaqui Safra. The Debtor's sole board member, Mr. Don Yannias. The Debtor's Chief Restructuring Officer, Mr. Kevin A. Krakora. The Debtor's wine industry and wine production consultant, Mr. Peter Ekman of Jigsaw Advisors, the Debtor's Special Litigation Counsel from Cohen Tauber Spievack & Wagner and Mark Horoupian from Greenspoon Marder. As discussed above, these were the crucial interviews done with the investment banker candidates that the Debtor chose to interview. These were the interview participants, and the listed representatives were the recipients of communications regarding the impressions of Debtor's counsel at Greenspoon regarding the merits of the candidates who were interviewed. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/7/2022 | Sahn, Victor | Centerview Partners discussions materials | CF-Corporate Finance | 0.40 | $300.00 | VA (segment 1) | 0.20 | $150.00 | Vague fee entry. Does not adequately describe subject of task. Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: Centerview Partners was another of the potential candidates for the Debtor's investment banker choices in this bankruptcy case. This response identifies who they are and it tells the Court what was discussed.** | | | | | | | | | |
| 10/14/2022 | Sahn, Victor | Phone regarding land use/real estate counsel and retention as special counsel for the Debtor | FEA-Fee/Employment Applications | 0.30 | $225.00 | VA (segment 1) | 0.15 | $112.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: Greenspoon is trying to understand what is unclear about this description, what is "vague" about this description. Debtor has hired land use counsel in this bankruptcy case and the permissible uses of the wine vineyard and the ability to transfer the certificates and licenses respecting that land usage is crucial to the Debtor's ongoing business and to the Debtor's ability to sell the wine vineyard asset to a third party buyer. Debtor has hired the law firm of Abbott & Kindermann as special real estate and land use counsel in this bankruptcy case. This description fills in any "gaps" or deficiencies that may exist in the pending time entry description which is the subject of the US Trustee's Objections.** | | | | | | | | | |
| 10/19/2022 | Sahn, Victor | Multiple calls regarding retention of investment banker by the Debtor, getting consents from MGG and about their investment banker, etc. | AD-Asset Disposition | 1.30 | $975.00 | VA (segment 1) | 0.65 | $487.50 | Vague fee entry. Does not adequately describe communication. (segment 1) |
| **Response: There is little in this time entry which is "vague" or which fails to describe the "other parties to the communication." To the extent needed, Mr. Sahn spoke with Mr. Safra about the investment banker candidates, with Mr. Yannias about the investment banker candidates, with Mr. Krakora and Mr. Ekman regarding the investment banker candidates and with Mr. Horoupian, his partner at Greenspoon, about the investment banker candidates. Further, MGG was tremendously interested in the Debtor's progress in getting an investment banker hired since it was primarily at their instigation that this portion of the Cash Collateral Agreement that included this requirement provided for hiring an investment banker. Debtor wanted to be sure that MGG was informed of the potential candidates for the position and wanted to keep them as an active participant in this process because, among other things, their subordination to the chosen investment banker's fees and costs was an absolute employment requirement. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/25/2022 | Sahn, Victor | Multiple calls and email memoranda throughout the day regarding investment banker employment and meetings regarding same | FEA-Fee/Employment Applications | 4.20 | $3,150.00 | VA (segment 1) | 2.10 | $1,575.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: Greenspoon offers the same response to this objection as it offered to the immediately previous objection to which a response is provided, above.** | | | | | | | | | |
| 10/26/2022 | Sahn, Victor | Multiple investment banker conversations regarding next steps in moving sale process forward (4x) | AD-Asset Disposition | 1.70 | $1,275.00 | VA (segment 1) | 0.85 | $637.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: Greenspoon offers the same response to this objection as it offered to the immediately previous objection to which a response is provided, above.** | | | | | | | | | |
| 11/3/2022 | Sahn, Victor | Preparation of multiple redrafts of employment agreement for Bank of the West and discuss same with client | AD-Asset Disposition | 2.20 | $1,650.00 | VA (segment 1) | 1.10 | $825.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| **Response: There is little or nothing that is "Vague" about this time entry. Debtor has chosen Bank of the West as its investment banker by this time. It is reviewing and editing the proposed retention agreement between Bank of the West and the Debtor. It is discussing the contents of the retention agreement and the contents of the edits to the employment agreement with the client. There is nothing "Vague" about the description nor is there anything insufficient about the description of the work that was done on this time entry. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |

VAS 54127828v1

011

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/2022 | Sahn, Victor | Calls with Joe Vann, Donn Yannias and Jaqui Safra and redrafts of redline employment agreement | AD-Asset Disposition | 1.70 | $1,275.00 | VA (segment 1) | 0.85 | $637.50 | Vague fee entry. Does not adequately describe subject of task. Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: Greenspoon incorporates its response to the objection to the prior time entry to this one. Sometimes the performance of a task takes many hours, sometimes (not in this case), it can take 10-20 hours. There is no possible way to describe the performance of a task such as review and editing an employment agreement or discussing the employment agreement or its edits with the client, than to repeat this description of the work done each time the performance of the task continues at a later time. That is what has taken place here—considerable time was spent on the Bank of the West employment agreement, considerable time was spent discussing it with MGG and getting MGG's input and edits to it. All of this time was necessary, reasonable and beneficial to the Debtor.** | | | | | | | | | |
| 11/4/2022 | Sahn, Victor | Preparation of multiple redrafts of BNPP retention agreement and employment application (9-10 different drafts) | AD-Asset Disposition | 3.80 | $2,850.00 | VA (segment 1) | 1.90 | $1,420.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1). |
| **Response: Greenspoon incorporates the last two responses to these particular Objections herein. This entry and the prior two like it have been adequately explained and the Objections to these particular entries should be overruled.** | | | | | | | | | |
| 11/17/2022 | Sahn, Victor | Further discussions regarding employment of Cohen Tauber and related matters and memorandum to Joe Vann regarding the same | SOP-Service for Other Professionals | 0.90 | $675.00 | VA (segment 1) | 0.45 | $337.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: As the Court knows, Cohen Tauber is the Debtor's Special Litigation Counsel in this Chapter 11 case. There were multiple issues regarding their employment as the United States Trustee objected to it. The issues that were ultimately addressed in the context of resolving the objections to their employment, and conferring with them about it both before the filing of their Employment Application and afterward following the filing of the US Trustee objections was the work that was covered in this description.** | | | | | | | | | |
| 12/2/2022 | Sahn, Victor | Tax issues and reorganization plan to address it | TAX-Tax Issues | 1.80 | $1,350.00 | VA (segment 1) | 0.90 | $675.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: There are very possibly significant tax issues in connection with a capital gains tax that the Debtor could owe based upon the sale of the Debtor's assets. The taxable basis in the Debtor's assets is very low compared with its value. The taxable basis is under $30,000,000 based upon the best information currently available. There were multiple consultations with the Debtor's management and with a potential outside tax expert regarding how and whether this tax could be avoided or mitigated through the bankruptcy process. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 12/6/2022 | Sahn, Victor | Form of asset purchase agreement etc | AD-Asset Disposition | 0.60 | $450.00 | VA (segment 1) | 0.30 | $225.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: The Asset Purchase Agreement drafted by Greenspoon and its importance to the sale process has already been discussed in this Response to the Objections. This description related to that Agreement which was an important part of the Bidding Procedures which this Court approved at Docket No. 261. Greenspoon lawyers spent significant amounts of time preparing and editing this Agreement so that it was acceptable to MGG, and was subsequently put into the Data Room which is where information for due diligence purposes was available to potential asset purchasers. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 12/9/2022 | Sahn, Victor | Another memorandum regarding Slide 9 to the Confidential Information Memorandum | AD-Asset Disposition | 0.30 | $225.00 | VA (segment 1) | 0.15 | $112.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: The creation of a Confidential Information Memorandum ("CIM") was a pivotal document in the sale process. The CIM was prepared by the Debtor's investment banker and was reviewed by Greenspoon, by Debtor officers, and by MGG and input was provided with respect to its contents. There was significant disagreement on certain points and information contained in the CIM and, again, significant time was spent debating and moving to resolve the points of disagreement between MGG and the Debtor. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 12/13/2022 | Sahn, Victor | Conference call regarding Key Employee Retention Plan Motion and review and revise motion prepared | BO-Business Operations | 1.60 | $1,200.00 | VA (segment 1) | 0.80 | $600.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|-------------|-------------|-----|-----------|-------------------|-----------------|----------|
| | | | | | | | | | |

**Response: This time entry seems very clear. The discussion concerned the Debtor's Key Employee Retention Plan and the filing of a Motion with respect to its approval. The United States Trustee ultimately opposed the granting of the KERP to the Debtor's employees. Ultimately as to fourteen of the fifteen employees which were the subject of the objections, the US Trustee's objections were overruled. As to one of the employees, an evidentiary hearing took place, and it was preceded by a deposition of the Debtor's Chief Restructuring Officer. The Court denied approval of the KERP to one of the Debtor's employees who were the beneficiaries of the program. This was very important as the employees are where the value of the Debtor's business exists and keeping them in a competitive employment environmental in the Debtor's business was crucial to a successful sale and reorganization. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.**

| 12/19/2022 | Sahn, Victor | Employment issues and court orders regarding employment | FEA-Fee/Employment Applications | 0.40 | $300.00 | VA (segment 1) | 0.20 | $150.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |

**Response: There were objections by the United States Trustee to nearly every Employment Application filed by the Debtor in this Chapter 11 case. Considerable time was spent addressing the objections, negotiating with the US Trustee, and in also discussing these issues with the Debtor's management and with MGG. Greenspoon hopes that this additional description satisfies the Court with respect to the Objections.**

| 12/22/2022 | Sahn, Victor | Phone conferences regarding tax issues and related matters (5x) | TAX-Tax Issues | 1.40 | $1,050.00 | VA (segment 1) | 0.70 | $525.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

**Response: There are very possibly significant tax issues in connection with a capital gains tax that the Debtor could owe based upon the sale of the Debtor's assets. The taxable basis in the Debtor's assets is very low compared with its value. The taxable basis is under $30,000,000 based upon the best information currently available. There were multiple consultations with the Debtor's management and with a potential outside tax expert regarding how and whether this tax could be avoided or mitigated through the bankruptcy process. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.**

| 1/4/2023 | Sahn, Victor | Memorandum and conference with Steve Burnell regarding tasks to complete, etc. | CA-Case Administration | 0.80 | $600.00 | VA (segment 1) | 0.40 | $300.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |

**Response: Mr. Burnell was the primary associate working on this case. This email was part of the supervision of his work and the directing of his efforts in this Chapter 11 case.**

| 1/4/2023 | Sahn, Victor | Memorandum regarding multiple employment issues | FEA-Fee/Employment Applications | 1.10 | $825.00 | VA (segment 1) | 0.55 | $412.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |

**Response: There were objections by the United States Trustee to nearly every Employment Application filed by the Debtor in this Chapter 11 case. Considerable time was spent addressing the objections, negotiating with the US Trustee, and in also discussing these issues with the Debtor's management and with MGG. Greenspoon hopes that this additional description satisfies the Court with respect to the Objections.**

| 1/30/2023 | Sahn, Victor | Issues regarding sealing of documents and court orders regarding KERP motion, etc. | BO-Business Operations | 0.80 | $600.00 | VA (segment 1) | 0.40 | $300.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |

**Response: A Motion was filed regarding the sealing of information regarding the identity of the Debtor's employees in consideration of the competitive labor market and the concern that the release of those names could create an increased market of companies attempting to hire them away because of uncertainties surrounding the Debtor's bankruptcy case. Ultimately at the request of the Debtor's management and of MGG, a motion to seal the names of these employees found in the KERP motion was made. This Motion was denied by the Court.**

| 2/20/2023 | Sahn, Victor | Phone regarding meeting concerning sale issues and moving process forward etc | AD-Asset Disposition | 0.80 | $600.00 | VA (segment 1) | 0.40 | $300.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

**Response: There has already been considerable discussion concerning the sale, the very detailed and intensive process followed in order to market and sell the Debtor's assets and the close involvement of MGG in this process. Those points made previously in this Response will not be repeated here.**

| 2/22/2023 | Sahn, Victor | Conference call regarding sale process and related matters | AD-Asset Disposition | 0.60 | $450.00 | VA (segment 1) | 0.30 | $225.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

**Response: Greenspoon incorporates the discussion directly above to this Response regarding the description of the sale process.**

| 2/23/2023 | Sahn, Victor | Multiple calls regarding sale issues, potential buyer and related matters | AD-Asset Disposition | 1.40 | $1,050.00 | VA (segment 1) | 0.70 | $525.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

**Response: Greenspoon incorporates the discussion directly above to this Response regarding the description of the sale process.**

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2/24/2023 | Sahn, Victor | Conference call regarding sale status | AD-Asset Disposition | 0.50 | $375.00 | VA (segment 1) | 0.25 | $187.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| **Response: Greenspoon incorporates the discussion directly above to this Response regarding the description of the sale process.** | | | | | | | | | |
| 10/17/2022 | Sahn, Victor | Questions regarding budget and sale agreement side letter | AD-Asset Disposition | 0.40 | $300.00 | VA (segment 1) | 0.20 | $150.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. (segment 1) |
| **Response: Greenspoon incorporates the discussion directly above to this Response regarding the description of the sale process.** | | | | | | | | | |
| 10/19/2022 | Sahn, Victor | Conference call with client prior to afternoon call scheduled with MGG businesspeople, counsel and investment banker | AD-Asset Disposition | 1.40 | $1,050.00 | VA (segment 1) | 0.70 | $525.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| **Response: This is again another call regarding the sale process, the CIM and interactions with potential buyers who were being contacted by the Debtor's investment banker at BNP Paribas.** | | | | | | | | | |
| 10/20/2022 | Sahn, Victor | Status regarding employment of investment banker and application for approval of same | AD-Asset Disposition | 0.80 | $600.00 | VA (segment 1) | 0.40 | $300.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. (segment 1) |
| **Response: Greenspoon is not sure what additional information is needed with respect to this time entry. A great deal of discussion and negotiation went into the Debtor's retention of its investment banker. There was significant disagreement between the Debtor and MGG which were issues that needed to be resolved in order for the employment to move forward. That is contained within this time description and Greenspoon hopes that this further discussion on the work done will assist the Court and result in the Objections on this time entry being overruled.** | | | | | | | | | |
| 10/24/2022 | Sahn, Victor | Memorandum to Mr. Safra and counsel | AD-Asset Disposition | 0.40 | $300.00 | VA (segment 1) | 0.20 | $150.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: It was constantly required that the Debtor's principal, Mr. Jaqui Safra be updated regarding the status of the sale. This update also went to his counsel. Since Mr. Safra is the decision-maker for the Debtor, this was time well spent and Greenspoon believes that this additional information should assist the Court in the evaluation of this time entry.** | | | | | | | | | |
| 10/11/2022 | Files, Karen | Email to S. Burnell regarding initial debtor interview | CA-Case Administration | 0.10 | $25.00 | VA (segment 1) | 0.05 | $12.50 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. (segment 1) |
| **Response: The preparation for the Initial Debtor Interview was done by Greenspoon's paralegal who worked on this case and by junior lawyers who worked on this case. This enabled both the client and senior counsel who attended the meeting with the client to be well-prepared for it and to answer the United States Trustee's questions about this Chapter 11 case. To the extent that this Response provides the Court with further information and description of what he did, the Debtor offers this additional information at this time.** | | | | | | | | | |
| 10/11/2022 | Files, Karen | Telephone conference with S. Werth regarding initial debtor interview. | CA-Case Administration | 0.20 | $50.00 | VA (segment 1) | 0.10 | $25.00 | Vague fee entry. Does not adequately describe subject of task. Does not adequately describe nature of task. (segment 1) |
| **Response: There does not appear to be anything vague or inadequate about this time entry. The discussion concerned the Initial Debtor Interview between the Debtor and the Office of the United States Trustee and the preparation for that meeting and the information which the United States Trustee would need in advance of the meeting.** | | | | | | | | | |
| 10/12/2022 | Horoupian, Mark | Call with Steven Werth regarding case management | CA-Case Administration | 0.20 | $139.00 | VA (segment 1) | 0.10 | $69.50 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| **Response: This time entry concerned cash collateral issues and was a call between Mr. Horoupian and Steve Werth of the Greenspoon law firm. There is also a time entry from Mr. Werth concerning this same phone call.** | | | | | | | | | |
| 10/18/2022 | Sahn, Victor | Preparation of detailed memorandum regarding subject matter of all-hands client meeting at 8 a.m. Pacific Time on October 19, 2022 | CA-Case Administration | 1.90 | $1,425.00 | VA (segment 1) | 0.95 | $712.50 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| **Response: This time entry also appears to be sufficient in the description of what was done in the preparation of the memorandum for which the Debtor billed 1.9 hrs. This describes when the meeting took place, and the fact that the meeting probably included three businesspeople for MGG, MGG's legal counsel which was likely 2-4 lawyers who were present, and MGG's investment banker which would have been two people present. The Debtor's representatives included 2-3 members of the BNP Paribas investment banking team, as well as counsel from Greenspoon, and the Debtor's Chief Restructuring Officer and the Wine Industry and Production consultant from Jigsaw Advisors.** | | | | | | | | | |

## RESPONSES REGARDING "VAGUE FEE ENTRY"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|-------------|-------------|-----|-----------|-----------------|-----------------|---------|
| 11/8/2022 | Sahn, Victor | Larry Varellas regarding tax issues and employment to address same | TAX-Tax Issues | 0.40 | $300.00 | VA (segment 1) | 0.20 | $150.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1). |
| **Response: The work on the tax issue has already been discussed here and the importance of this potential capital gains tax liability that could be triggered by the sale of the Debtor's assets in consideration of the potential for triggering a large administrative liability.** | | | | | | | | | |

# EXHIBIT 3

| OBJECTION DETAIL | | | | | | | | | *Codes: MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other* |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL FEE OBJECTIONS: | $84,662.70 | | | | | | | |
| TOTAL EXPENSE OBJECTIONS: | $0.00 | | | | | | | |
| TOTAL OF ALL OBJECTIONS: | $84,662.70 | | | | | | | |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/2022 | F. Werth, Steven | From 8: 15 a.m. to 8: 30 a.m., prepare for all hands call regarding bankruptcy issues (0.3); From 8: 30 a.m. until 10: 10 a.m., participate in all hands call regarding case issues (1.6); From 10: 10 a.m. until 2: pm, prepare first day motions (3.8); From 2 p.m. to 2: 30 p.m., participate in further all-hands call (0.5); From 4: 30 pm until 7: 30 p.m., review and respond to emails regarding information needed for first day motions (2.0) and update first day motions (1.0) | CA-Case Administration | 0.50 | $305.00 | CS (segment 4) | 0.50 | $305.00 | Excessive number of timekeepers (5) billing for the same conference (segment 4) |
| **Response: All of the time entries to which objections were filed in this category were entries from the early stages of this Chapter 11 case. The Chapter 11 case was filed on September 29, 2022. The time entries which are the subject of the objections in this group are within the first three weeks of this case and most of them are within the first week of this case. Greenspoon had to bring tremendous resources to this case in order for it to proceed forward. There was no time for advance preparation, and no time to spend the weeks before the Chapter 11 filing, preparing for the filing. The Debtor hired Greenspoon two days before the Chapter 11 filing, and the filing could not take place any later than September 29, 2022. The reason was on September 30, 2022, the Debtor's assets were to be transferred to MGG because of agreements with them previously reached that provided for these transfers. Accordingly, Greenspoon submits that the objections to the time entries on this page and under this category of "Excessive Timekeepers" should be overruled.** | | | | | | | | | |
| 10/6/2022 | F. Werth, Steven | Prepare materials for hearing on first day motions (1.0); update all first day motion orders (1.0); draft notice of entry into letter agreement with MGG (0.5); participate in first day motion hearings (1.0); draft order on cash collateral motion (0.5) | CA-Case Administration | 1.00 | $610.00 | HA (segment 4) | 1.00 | $610.00 | Excessive number of timekeepers (3) billed for this hearing (segment 4) |
| **Response: Greenspoon provides the same response to this objection by incorporating the above response herein.** | | | | | | | | | |
| 10/18/2022 | F. Werth, Steven | Attend hearing on first day motions (0.5); draft final orders on critical vendor, cash management, and wage motion (1.0); and forward orders to MGG counsel and team for review (0.2) | CA-Case Administration | 0.50 | $305.00 | HA (segment 1) | 0.50 | $305.00 | Excessive number of timekeepers (3) billed for this hearing (segment 1) |
| **Response: Greenspoon provides the same response to this objection by incorporating the above response herein.** | | | | | | | | | |
| 9/30/2022 | Files, Karen | Telephone conference with M. Horoupian, S. Werth, A. Hami and V. Sahn regarding 1st Day Motions, Cash Collateral and U.S. Trustee reports (.5); Preparation of schedules (3.0); Telephone conferences and texts with V. Sahn re amending 20 largest unsecured creditors list (.5); Email to V. Sahn re same (.1); Telephone conference with S. Werth re schedules (.3) | CA-Case Administration | 0.50 | $125.00 | CS (segment 1) | 0.50 | $125.00 | Excessive number of timekeepers (5) billing for the same conference (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| **Response: Greenspoon provides the same response to this objection by incorporating the above response herein.** | | | | | | | | | |
| 9/30/2022 | Hami, Asa | Conference with M. Horoupian re bankruptcy case and task items (0.3); conference with S. Werth re same (0.5); review and analyze multiple emails and materials for case and first day motions (1.0); review and analyze current employee wage information (0.3); begin preparation of draft first day motion to permit payment of employee wages and other compensation (2.2); participate in team conference re case and first day motions (0.5) | CA-Case Administration | 0.50 | $305.00 | CS (segment 6) | 0.50 | $305.00 | Excessive number of timekeepers (5) billing for the same conference. Pro rata reduction to fee applied based on number of excess timekeepers. (segment 6) |
| **Response: Greenspoon provides the same response to this objection by incorporating the above response herein.** | | | | | | | | | |

# EXHIBIT 4

| | OBJECTION DETAIL | | | | | | | | *Codes: MC- miscounted hours; DC- double counted time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other* |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL FEE OBJECTIONS: | $84,662.70 | | | | | | | | |
| TOTAL EXPENSE OBJECTIONS: | $0.00 | | | | | | | | |
| TOTAL OF ALL OBJECTIONS: | $84,662.70 | | | | | | | | |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2022 | Files, Karen | Research USBC No. District LBR re notice fee application procedures (.8); Review draft of Order Approving Application to Employ Greenspoon Marder (.2); Email to V. Sahn re September and October invoices (.2); Telephone conferences with M. Beltran re September and October invoice exhibits (.5); Telephone conference with S. Burnell re notice language for Monthly Fee Statements for September, October, and November (.1); Phone call with S. Werth regarding corrections to September and October invoice exhibits (1.1); Continued preparation of form for Monthly Fee Statements for September, October and November (3.9); Email to S. Burnell re draft of form (.2) | FEA-Fee/Employment Applications | 0.20 | $50.00 | RC (segment 3) | 0.20 | $50.00 | Non-reimbursable overhead activity related to bill or invoice preparation (segment 3) |
| | | **Response: This time entry was not a bill or invoice preparation. It involved reviewing the Greenspoon employment application, employment order and monthly fee statements. This is no different than the time a professional spends preparing a fee application which is specifically subject to reimbursement under applicable law.** ***See In re Nucorp Energy, Inc.,*** **764 F.2d. 655, 662-663 (9th Cir., 1985)** | | | | | | | |
| 11/29/2022 | Files, Karen | Review case NEF service list (.3); Preparation of proof of service for Monthly Fee Statements for September, October, and November (.8); Phone call with S. Burnell re format of exhibits (.2); Phone calls with M. Beltran re invoice exhibits (.7); Email exchange with M. Beltran re format of invoice exhibits (.4); Review revised September and October invoice exhibits (1.3); Preparation of timekeeper compensation summary form (1.2); Preparation of Compensation by Project Category form (1.4); Preparation of Expense Summary form (.3); Review Exhibit B to US Trustee Guidelines re large cases (.4); Continued preparation of form for Monthly Fee Statements for September, October and November (.2) | FEA-Fee/Employment Applications | 4.80 | $1,200.00 | RC (segment 5) RC (segment 6) RC (segment 7) RC (segment 8) RC (segment 9) RC (segment 11) | 4.80 | $1,200.00 | Non-reimbursable overhead activity related to bill or invoice preparation (segments 5, 6, 7, 8, 9, 11) |
| | | **Response: Same response as response above.** | | | | | | | |
| 11/30/2022 | Files, Karen | Continued review of revised October invoice exhibits (2.8); Emails to S. | FEA-Fee/Employment Applications | 6.30 | $1,575.00 | RC (segment 1) RC (segment 2) | 6.30 | $1,575.00 | Non-reimbursable overhead activity related to bill or invoice preparation (segments 1, 2, 3, 4, 5) |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | Burnell regarding revised form for Monthly Fee Statements for September, October and November and exhibits (.6); Phone call to S. Burnell regarding form and exhibits (.1); Email exchange with M. Beltran regarding September and October invoice exhibits (.6); Continued preparation of form for Monthly Fee Statements for September, October and November (2.2) | | | | RC (segment 3) RC (segment 4) RC (segment 5) | | | |
| **Response: Same response as response above.** | | | | | | | | | |

PMD 54119893v2

# EXHIBIT 5

# RESPONSES REGARDING "BLOCK BILLING"

**OBJECTION DETAIL**

Codes: MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other

TOTAL FEE OBJECTIONS:      $84,662.70
TOTAL EXPENSE OBJECTIONS:   $0.00
TOTAL OF ALL OBJECTIONS:   $84,662.70

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|-------------|-----|-----------|------------------|------------------|----------|
| 2/15/2023 | Babala, John | Telephone calls and emails regarding potential purchasers and transaction structure; receive and review information regarding Agustin Huneeus bid for assets; telephone call and emails regarding same; telephone calls and emails with counsel to MGG; review status of insurance claim carve-out as excluded asset. | AD-Asset Disposition | 4.70 | $4,629.50 | BL (segment 1) | 0.94 | $925.90 | Block billing-- combines conferences with other activities. (segment 1) |
| | | **Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows:  *Telephone calls and emails regarding potential purchasers and transaction structure (1.3); receive and review information regarding Agustin Huneeus bid for assets (.8); telephone call and emails regarding same (.8); telephone calls and emails with counsel to MGG (.7); review status of insurance claim carve- out as excluded asset (1.0).*** | | | | | | | |
| 2/20/2023 | Babala, John | Telephone calls and emails with counsel to lender; review status of bid calendar; review draft APA. | AD-Asset Disposition | 2.80 | $2,758.00 | BL (segment 1) | 0.56 | $551.60 | Block billing-- combines conferences with other activities. (segment 1) |
| | | **Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows:  *Telephone calls and emails with counsel to lender (.3); review status of bid calendar (.2); review draft APA (2.3)*** | | | | | | | |
| 2/22/2023 | Babala, John | Receive and review bid letter and related documents; telephone calls and emails regarding same; receive and review additional comments on asset purchase agreement and discuss modifications for various asset perimeters and multiple buyers. | AD-Asset Disposition | 3.80 | $3,743.00 | BL (segment 1) | 0.76 | $748.60 | Block billing-- combines conferences with other activities. (segment 1) |
| | | **Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows:  *Receive and review bid letter and related documents (.5); telephone calls and emails regarding same (.5); receive and review additional comments on asset purchase agreement and discuss modifications for various asset perimeters and multiple buyers (2.8)*** | | | | | | | |
| 11/22/2022 | Bhullar, Puneet | Review emails and documents from client; review California privacy policy law and CCPA; review and redline Privacy Policy; emails and conference calls in connection with same | BO-Business Operations | 3.10 | $1,131.50 | BL (segment 1) | 0.62 | $226.30 | Block billing-- combines conferences with other activities. (segment 1) |
| | | **Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows:  *Review emails and documents from client (.6); review California privacy policy law and CCPA (.4); review and redline Privacy Policy (1.3); emails and conference calls in connection with same (.8)*** | | | | | | | |
| 10/25/2022 | Hami, Asa | Conference with S. Werth re application to employ financial advisor and CRO, | FEA-Fee/Employment Applications | 1.50 | $915.00 | BL (segment 1) | 0.30 | $183.00 | Block billing-- combines conferences with other activities. (segment 1) |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| | | and related issues, conduct legal research for same and ability to employ under section 363, review and analyze emails with K. Krakoa re same, and review and analyze engagement agreement and other documents in connection with anticipated employment application | | | | | | | |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows: *Conference with S. Werth re application to employ financial advisor and CRO, and related issues (.2), conduct legal research for same and ability to employ under section 363 (.8), review and analyze emails with K. Krakoa re same (.2), and review and analyze engagement agreement and other documents in connection with anticipated employment application (.3)***

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/6/2022 | Horoupian, Mark | Prepare for and attend hearings on first day motions | CA-Case Administration | 0.90 | $625.50 | BL (segment 1) | 0.18 | $125.10 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows: *Prepare for (.2) and attend hearings on first day motions (.7)***

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/12/2022 | Horoupian, Mark | Zoom meeting with potential investment banker candidate number two, and follow up emails regarding same | AD-Asset Disposition | 1.10 | $764.50 | BL (segment 1) | 0.22 | $152.90 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:   *Zoom meeting with potential investment banker candidate number two (.9), and follow up emails regarding same (.2)***

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/12/2022 | Horoupian, Mark | Zoom meeting with potential investment banker, and follow up calls re same | AD-Asset Disposition | 1.20 | $834.00 | BL (segment 1) | 0.24 | $166.80 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:   *Zoom meeting with potential investment banker (.9), and follow up calls re same (.3)***

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/25/2022 | Horoupian, Mark | Further preparation of ALAN wine company employment application, and call with ASa Hami Regarding application for chief or structuring officer | FEA-Fee/Employment Applications | 0.90 | $625.50 | BL (segment 1) | 0.18 | $125.10 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment.  The time entry is broken down as follows: *Further preparation of ALAN wine company employment application (.7), and call with Asa Hami Regarding application for chief restructuring officer (.2)***

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 10/25/2022 | Horoupian, Mark | Attendance at hearing on cash collateral and motion to approve assumption of wine shipment contract and follow up call with Victor Sahn resume | CC-Cash Collateral | 1.20 | $834.00 | BL (segment 1) | 0.24 | $166.80 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Attendance at hearing on cash collateral and motion to approve assumption of wine shipment contract (1.2) and follow up call with Victor Sahn resume(no charge)***

# RESPONSES REGARDING "BLOCK BILLING"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2022 | Horoupian, Mark | Review and discuss email correspondence between MGG and Mr. Sahn regarding milestones; review transcript and Reorg articles regarding publication of milestones; email to Mr. Sahn re same. | CC-Cash Collateral | 0.70 | $486.50 | BL (segment 1) | 0.14 | $97.30 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:** *Review and discuss email correspondence between MGG and Mr. Sahn regarding milestones (.2); review transcript and Reorg articles regarding publication of milestones (.4); email to Mr. Sahn re same(.1)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/2022 | Horoupian, Mark | Further revisions to CTSW employment application, discussion with Joe Van, and email to MGG Counsel | FEA-Fee/Employment Applications | 1.00 | $695.00 | BL (segment 1) | 0.20 | $139.00 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:** *Further revisions to CTSW employment application (.6), discussion with Joe Van (.2), and email to MGG Counsel (.2)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2022 | Horoupian, Mark | preparation of I. Banker employment application and discussions with S. Werth and V. Sahn regarding same | FEA-Fee/Employment Applications | 1.50 | $1,042.50 | BL (segment 1) | 0.30 | $208.50 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:** *preparation of I. Banker employment application (1.3) and discussions with S. Werth and V. Sahn regarding same (.2)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/2/2022 | Horoupian, Mark | preparation of KERP motion and calls and emails with CRO regarding same. | BO-Business Operations | 4.80 | $3,336.00 | BL (segment 1) | 0.96 | $667.20 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:** *preparation of KERP motion (4.3) and calls and emails with CRO regarding same (.5)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/2022 | Sahn, Victor | Multiple conference calls with client, counsel and in-house regarding Chapter 11 filing and preparation for same | CA-Case Administration | 7.70 | $5,775.00 | BL (segment 1) | 1.54 | $1,155.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

**Response: As discussed in regard to responses provided to other objections to particular time entries, the Chapter 11 case filed by the Debtor on September 29 was first referred to Greenspoon on September 27 and information did not start to arrive for the purpose of filing the Chapter 11 Petition until September 28.  Greenspoon attorneys worked all night in order to prepare this Chapter 11 case for filing with the Court ahead of the September 30, 2022 deadline where the Debtor's assets would be transferred to MGG California, LLC and no longer be the Debtor's property. Greenspoon accepts the standards found in the reported cases regarding how time needs to be recorded and practiced recording it in this manner from the inception of this case.  However, Greenspoon admits that on the first day of the case when matters were highly pressured, it probably could have done a little better on time entries like this one.  At the Court's request, Greenspoon will amend this time entry and make it compliant with the US Trustee's requirements.  However, there is no doubt that seven hours were spent on this date preparing the Chapter 11 petition and first day motions.  Under the circumstances, Greenspoon requests that this objection be overruled.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2022 | Sahn, Victor | Preparation of Declaration of John Vaughan in support of Cash Collateral Motion and conference with him regarding same | CC-Cash Collateral | 1.30 | $975.00 | BL (segment 1) | 0.26 | $195.00 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:** *Preparation of Declaration of John Vaughan in support of Cash Collateral Motion (1.1) and conference with him regarding same (.2)*

PMD 54119884v1

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/6/2022 | Sahn, Victor | Preparation for and attendance at hearing on First Day Motions including cash collateral, prepetition utilities, wages, salaries and critical vendors | CA-Case Administration | 3.80 | $2,850.00 | BL (segment 1) | 0.76 | $570.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Preparation for (2.5) and attendance at hearing on First Day Motions including cash collateral, prepetition utilities, wages, salaries and critical vendors (1.3)* | | | | | | | | | |
| 10/12/2022 | Sahn, Victor | Multiple calls with Kevin Krakora, Chief Restructuring Officer and Peter Ekman, expert on wine industry and wine/vineyard restructurings during the day regarding investment bankers and operations issues (5x) | BO-Business Operations | 2.10 | $1,575.00 | BL (segment 1) | 0.42 | $315.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  One of the referenced phone calls billed at .7, remaining 4 calls were between .3 and .4 hours* | | | | | | | | | |
| 10/12/2022 | Sahn, Victor | Participate in interviews with prospective investment bankers (2) and conferences with client prior to each call | CF-Corporate Finance | 2.90 | $2,175.00 | BL (segment 2) | 0.18 | $135.00 | Block billing-- combines multiple conferences or communications. (segment 2) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Each interview with prospective investment banker candidates was billed at .9 each for a total of 1.8 hours; preparatory calls with clients prior to each interview were billed at .6 and .5 respectively.* | | | | | | | | | |
| 10/26/2022 | Sahn, Victor | Conferences internally regarding bankruptcy schedules and statement of financial affairs and review of same and edits to same | BSS-BK Schedules/Statement of Financial Affairs | 1.00 | $750.00 | BL (segment 1) | 0.20 | $150.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Conferences internally regarding bankruptcy schedules and statement of financial affairs (.4) and review of same and edits to same (.6)* | | | | | | | | | |
| 10/26/2022 | Sahn, Victor | Multiple calls with client and counsel regarding sale and investment banking issues | AD-Asset Disposition | 1.40 | $1,050.00 | BL (segment 1) | 0.28 | $210.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Multiple calls with client and counsel regarding sale and investment banking issue. Counsel had several calls this day related to the important and time sensitive issue of selection of an investment banker.  The timekeeper estimates that each call lasted between .3 and .4, with a total of four calls.* | | | | | | | | | |
| 10/27/2022 | Sahn, Victor | Phone with Jeff Marwil regarding final version of letter agreement in connection with cash collateral agreement, and sale process etc. and preparation of detailed memorandum to him regarding same | AD-Asset Disposition | 1.40 | $1,050.00 | BL (segment 1) | 0.28 | $210.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time* | | | | | | | | | |

## RESPONSES REGARDING "BLOCK BILLING"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| colspan before | *entry is broken down as follows: Phone with Jeff Marwil regarding final version of letter agreement in connection with cash collateral agreement, and sale process etc. (.8) and preparation of detailed memorandum to him regarding same (.6)* | | | | | | | | |
| 10/27/2022 | Sahn, Victor | Multiple calls with Michael Dabney of Centerview and with client representatives respecting Centerview retention as Debtor's investment banker (8x) | AD-Asset Disposition | 1.30 | $975.00 | BL (segment 1) | 0.26 | $195.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| | **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Multiple calls with Michael Dabney of Centerview and with client representatives respecting Centerview retention as Debtor's investment banker (8x); Counsel had several calls this day related to the important and time sensitive issue of selection of an investment banker. The timekeeper estimates that each call lasted between .1 and .4, with a total of eight calls.*** | | | | | | | | |
| 10/27/2022 | Sahn, Victor | Preparation of redraft of Centerview retention agreement and conferences (further/additional) with client and Centerview representatives regarding same | FEA-Fee/Employment Applications | 1.80 | $1,350.00 | BL (segment 1) | 0.36 | $270.00 | Block billing-- combines conferences with other activities. (segment 1) |
| | **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Preparation of redraft of Centerview retention agreement (1.3) and conferences (further/additional) with client and Centerview representatives regarding same (.5)*** | | | | | | | | |
| 10/30/2022 | Sahn, Victor | Conference call with client and multiple calls with MGG counsel and with Centerview representatives regarding investment banker retention and related matters | AD-Asset Disposition | 2.60 | $1,950.00 | BL (segment 1) | 0.52 | $390.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| | **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Conference call with client and multiple calls with MGG counsel and with Centerview representatives regarding investment banker retention and related matters. Counsel had several calls this day related to the important and time sensitive issue of selection of an investment banker. The timekeeper estimates that each call lasted between .2 and .6, with a total of approximately 5 calls.*** | | | | | | | | |
| 10/18/2022 | Sahn, Victor | Attendance at cash collateral hearing (continued); wages hearing, cash management systems hearing, critical vendors and preparation for same | CC-Cash Collateral | 1.10 | $825.00 | BL (segment 1) | 0.22 | $165.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| | **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Attendance at cash collateral hearing (continued); wages hearing, cash management systems hearing, critical vendors (.4) and preparation for same(.7)*** | | | | | | | | |
| 10/19/2022 | Sahn, Victor | Conference call with Bank of the West including its businesspeople, counsel and investment banker; and review of retainer letter from Bank of the West | AD-Asset Disposition | 1.40 | $1,050.00 | BL (segment 1) | 0.28 | $210.00 | Block billing-- combines conferences with other activities. (segment 1) |
| | **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Conference call with Bank of the West including its businesspeople, counsel and investment banker (1.0); and review of retainer letter from Bank of the West (.4)*** | | | | | | | | |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 11/8/2022 | Sahn, Victor | Multiple calls and conferences all day with MGG counsel, client and counsel for BNPP regarding employment, compensation and related matters | SOP-Service for Other Professionals | 3.80 | $2,850.00 | BL (segment 1) | 0.76 | $570.00 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  *Multiple calls and conferences all day with MGG counsel, client and counsel for BNPP regarding employment, compensation and related matters.  Counsel had several calls this day related to the important and time sensitive issue of selection of an investment banker.  The timekeeper estimates that each call lasted between .2 and .8, with a total of approximately 6 calls.*

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 11/9/2022 | Sahn, Victor | Review and revise Status Conference Report and discuss same with MGG, secured creditor and with client | CA-Case Administration | 0.60 | $450.00 | BL (segment 1) | 0.12 | $90.00 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  *Review and revise Status Conference Report (.4) and discuss same with MGG, secured creditor and with client (.2)*

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 11/18/2022 | Sahn, Victor | Preparation for and attendance at hearing before Court on Chapter 11 Status Conference and State Conference Report filed by Debtor | CA-Case Administration | 0.60 | $450.00 | BL (segment 1) | 0.12 | $90.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  *Preparation for (.3) and attendance at hearing before Court on Chapter 11 Status Conference and State Conference Report filed by Debtor (.3)*

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| **11/23/2022** | Sahn, Victor | Phone calls all day with client regarding status, employment and sale prospects and call with BNP Paribas regarding same | AD-Asset Disposition | 3.60 | $2,700.00 | BL (segment 1) | 0.72 | $540.00 | Block billing-- combines multiple conferences or communications. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  *Phone calls all day with client regarding status, employment and sale prospects and call with BNP Paribas regarding same. Counsel had several calls this day related to the critical issues regarding the employment of the Debtor's investment banker and discussions regarding potential sale targets.  The timekeeper estimates that each call lasted between .4 and .8, with a total of approximately 6 calls.*

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 11/30/2022 | Sahn, Victor | Multiple calls regarding form of Asset Purchase Agreement and conferences with Mark Horoupian and John Babala regarding same and review potential exemplars of APA's for this eventual deal | AD-Asset Disposition | 0.90 | $675.00 | BL (segment 1) | 0.18 | $135.00 | Block billing-- combines conferences with other activities. (segment 1) |

**Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  *Multiple calls regarding form of Asset Purchase Agreement and conferences with Mark Horoupian and John Babala regarding same (.5) and review potential exemplars of APA's for this eventual deal (.4)*

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|-----------|-------------------|------------------|----------|
| 12/15/2022 | John Babala | Prepare comments on APA draft; review appraisal; inventory; and other assets being acquired; telephone calls and emails regarding sale process and content of schedules. | AD-Asset Disposition | 2.30 | $2,265.50 | BL (segment 1) | 0.46 | $453.10 | Block billing-- combines conferences with other activities. (segment 1) |

# RESPONSES REGARDING "BLOCK BILLING"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|-------------|-------------|-----|-----------|------------------|-----------------|----------|
| | | | | | | | | | |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Prepare comments on APA draft (1.3); review appraisal; inventory; and other assets being acquired (.6); telephone calls and emails regarding sale process and content of schedules(.4)* | | | | | | | | | |
| 12/12/2022 | Sahn, Victor | Multiple phone calls regarding terms and conditions of DIP Term Sheet and preparation of revisions to same | FIN-Financing | 2.70 | $2,025.00 | BL (segment 1) | 0.54 | $405.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Multiple phone calls regarding terms and conditions of DIP Term Sheet (1.0) and preparation of revisions to same (1.7)* | | | | | | | | | |
| 12/12/2022 | Sahn, Victor | Further phone calls regarding DIP Financing and revisions to Term Sheet and phone with MGG regarding loan and with client regarding same | FIN-Financing | 1.30 | $975.00 | BL (segment 1) | 0.26 | $195.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Further conferences regarding DIP Financing (.3) and revisions to Term Sheet (.6) and phone with MGG regarding loan (.2) and with client regarding same (.2)* | | | | | | | | | |
| 12/14/2022 | Sahn, Victor | Preparation of DIP Financing Motion and conference with Jeff Marwil regarding same | FIN-Financing | 2.60 | $1,950.00 | BL (segment 1) | 0.52 | $390.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Preparation of DIP Financing Motion (2.4) and conference with Jeff Marwil regarding same(.2)* | | | | | | | | | |
| 12/15/2022 | Sahn, Victor | Conference calls with client regarding DIP Financing and with representatives of MGG California, LLC regarding same | FIN-Financing | 1.90 | $1,425.00 | BL (segment 1) | 0.38 | $285.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Conference calls with client regarding DIP Financing (1.2)  and with representatives of MGG California, LLC regarding same (.7)* | | | | | | | | | |
| 12/30/2022 | Sahn, Victor | Further preparation, further edits and conference calls with client and with MGG California, Inc. regarding filing of motion; finalize motion and application for hearing on shortened time and proposed orders | FIN-Financing | 4.60 | $3,450.00 | BL (segment 1) | 0.92 | $690.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Further preparation, further edits and conference calls with client and with MGG California, Inc. regarding filing of motion (2.1); finalize motion and application for hearing on shortened time and proposed orders (2.5)* | | | | | | | | | |
| 1/11/2023 | Sahn, Victor | Preparation for and attendance at hearing on motion for approval of DIP Financing | FIN-Financing | 1.80 | $1,350.00 | BL (segment 1) | 0.36 | $270.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Preparation for (.8) and attendance at hearing on motion for approval of DIP Financing (1.0)* | | | | | | | | | |

PMD 54119884v1

Case: 22-10381    Doc# 341    Filed: 04/17/23    Entered: 04/17/23 22:30:11    Page 31 of 43

026

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2023 | Sahn, Victor | Conclude preparation and filing of notices to reject Piper Sandler loan brokerage agreement and listing agreement with Engel & Voelkers and redrafts of same and conference with client regarding same | ECL-Executory Contract Leases | 1.60 | $1,200.00 | BL (segment 1) | 0.32 | $240.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Conclude preparation and filing of notices to reject Piper Sandler loan brokerage agreement and listing agreement with Engel & Voelkers and redrafts of same (1.3) and conference with client regarding same (.3)* | | | | | | | | | |
| 1/18/2023 | Sahn, Victor | Preparation for and appearance at hearing on Motion for Approval of Key Employee Retention Plan and phone calls following conclusion of hearing | BO-Business Operations | 1.70 | $1,275.00 | BL (segment 1) | 0.34 | $255.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Preparation for (.3) and appearance at hearing on Motion for Approval of Key Employee Retention Plan (.7) and phone calls following conclusion of hearing (.6)* | | | | | | | | | |
| 1/25/2023 | Sahn, Victor | Preparation for and attendance at hearing on approval of DIP Financing and go thru proposed order and promissory note | FIN-Financing | 1.00 | $750.00 | BL (segment 1) | 0.20 | $150.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Preparation for (.4) and attendance at hearing on approval of DIP Financing (.3) and go thru proposed order and promissory note (.3)* | | | | | | | | | |
| 2/15/2023 | Sahn, Victor | OUST objections/supplemental to Whelan KERP request and conference with all hands regarding same | BO-Business Operations | 1.10 | $825.00 | BL (segment 1) | 0.22 | $165.00 | Block billing-- combines conferences with other activities. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  OUST objections/supplemental to Whelan KERP request (.3) and conference with all hands regarding same (.8)* | | | | | | | | | |
| 2/20/2023 | Sahn, Victor | Edits, revisions and rewrite of Opposition to Mt Hawley relief from stay motion and declaration of Jay Spievack in support of opposition; phone calls with Jay Spievack regarding same | RFS-Relief from Stay/Adequate Protection Proceedings | 2.40 | $1,800.00 | BL (segment 1) | 0.48 | $360.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Edits, revisions and rewrite of Opposition to Mt Hawley relief from stay motion and declaration of Jay Spievack in support of opposition (2.0); phone calls with Jay Spievack regarding same (.4)* | | | | | | | | | |
| 11/10/2022 | Sahn, Victor | Appearance before Court on final cash collateral hearing and preparation for same | CC-Cash Collateral | 1.30 | $975.00 | BL (segment 1) | 0.26 | $195.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| *Response:  Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows:  Appearance before Court on final cash collateral hearing (.4) and preparation for same (.9)* | | | | | | | | | |

## RESPONSES REGARDING "BLOCK BILLING"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|------------|-----------|--------------|--------------|-----|------------|-------------------|------------------|----------|
| 10/31/2022 | Sahn, Victor | Preparation for and attendance at hearing regarding initial debtor interview and preparation for same with the Us Trustee | OUST-U.S. Trustee Requirements | 0.90 | $675.00 | BL (segment 1) | 0.18 | $135.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| **Response: Although Greenspoon respectfully submits that the manner in which this entry was billed was appropriate because the tasks billed represent attorney time spent contiguously on a related task, Greenspoon has made its best efforts to assign specific time increments to each task contained in the billing segment. The time entry is broken down as follows: *Preparation for (No Charge) and attendance at hearing regarding initial debtor interview and preparation for same with the Us Trustee (.9)*** | | | | | | | | | |

# EXHIBIT 6

| | OBJECTION DETAIL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *Codes: MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE-seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC-noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX-unauthorized or excessive expense; OT- other* |
| | TOTAL FEE OBJECTIONS: $84,662.70 | | | | | | | | |
| | TOTAL EXPENSE OBJECTIONS: $0.00 | | | | | | | | |
| | TOTAL OF ALL OBJECTIONS: $84,662.70 | | | | | | | | |

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2/16/2023 | Babala, John | Telephone calls and emails with counsel to lender; prepare for call; review additional diligence materials and review revised APA; review further revisions from Proskauer. | AD-Asset Disposition | 4.70 | $4,629.50 | DU (segment 1) | 4.70 | $4,629.50 | Duplicate Fee Entry -- Fee entry is a duplicate of a fee entry billed on the same day by the same timekeeper. |
| **Response: If there is an identical time entry on the same day as the one listed here, then this one should be disallowed and the Objection sustained.** | | | | | | | | | |
| 11/18/2022 | Burnell, Steve | Legal research re source of retainer agreement (.2); review and analyze all 5 objections by the UST to employment applications (.7) | FEA-Fee/Employment Applications | 1.00 | $475.00 | MC | 0.10 | $47.50 | Total hours recorded (1) is more than sum of subpart hours (0.9) |
| **Response: This objection should be sustained.** | | | | | | | | | |
| 12/6/2022 | Horoupian, Mark | Conference call with team regarding KERP Motion (.6); follow up call with CRO regarding KERP motion (.3) | BOB-usiness Operations | 0.60 | $417.00 | CD (segment 1) | 0.20 | $139.00 | Time value discrepancy. Conference duration recorded as 0.6 hours. Time entry for same conference on same day by timekeeper Sahn, Victor gives conference duration of 0.4 hours (segment 1) |
| **Response: This objection should be sustained.** | | | | | | | | | |
| 10/2/2022 | Hami, Asa | Review and analyze multiple emails from S. Werth re additional information regarding employee compensation and benefits (0.2; prepare initial draft first day motion to honor employee compensation and benefits (0.2); prepare detailed email to S. Werth re motion and additional information required for completion of motion (0.5); and exchange further emails with S. Werth re same (0.3) | CA-Case Administration | 4.00 | $2,440.00 | MC | 2.80 | $1,708.00 | Total hours recorded (4) is more than sum of subpart hours (1.2) |
| **Response: The subparts' total is not necessarily reflective of the actual time spent. Further, the timekeeper may have been mistaken in not listing all of the subparts of this time entry. Therefore, this objection should be overruled.** | | | | | | | | | |
| 11/9/2022 | Sahn, Victor | Application for Hearing on Shortened Time regarding retention of BNP Paribas Securities Corp. as Debtor's investment banker | SOP-Service for Other Professionals | 1.10 | $825.00 | DU (segment 1) | 1.10 | $825.00 | Duplicate Fee Entry -- Fee entry is a duplicate of a fee entry billed on the same day by the same timekeeper. |
| **Response: The same time entry recorded twice in one day is reflective of the fact that the matter recorded was worked on more than once. The second time entry is not duplicative but is instead additional time spent that day on the same task. The total of the time entries for the Application for Hearing on Shortened Time is the time, in total, that was spent on that particular day.** | | | | | | | | | |
| 2/7/2023 | Sahn, Victor | Conference phone with Dermot Whelan, Mark Horoupian and Kevin Krakora regarding KERP Motion and amended filing with the Court | BO-Business Operations | 0.50 | $375.00 | CD (segment 1) | 0.20 | $150.00 | Time value discrepancy. Conference duration recorded as 0.5 hours. Time entry for the same conference on line 1588 [Horoupian, Mark] gives conference duration of 0.3 hours. (segment 1) |
| **Response: This objection should be sustained.** | | | | | | | | | |
| 11/1/2022 | Sahn, Victor | Memorandum counsel for investment banker and phone with him regarding employment issues | FEA-Fee/Employment Applications | 0.90 | $675.00 | DU (segment 1) | 0.90 | $675.00 | Duplicate Fee Entry -- Fee entry is a duplicate of a fee entry billed on the same day by the same timekeeper. |

2v0

Case: 22-10381   Doc# 341   Filed: 04/17/23   Entered: 04/17/23 22:30:11   Page 35 of 43

029

## RESPONSE REGARDING "DUPLICATIVE FEE ENTRIES"

| Date | Timekeeper | Narrative | Billing Code | Hours/ Units | Fee | Objections | Hours Objected to | Objection Amount | Comments |
|------|-----------|-----------|--------------|--------------|-----|------------|-------------------|------------------|----------|
| **Response:  This is again reflective of working on the same task at two different times of the day.  Each time the task was done, it was separately recorded as time entered in Greenspoon's time records.** | | | | | | | | | |
| 10/25/2022 | Sahn, Victor | Attendance at hearing before court regarding Ballard Mineret executory contract and cash collateral order | ECL-Executory Contract Leases | 1.40 | $1,050.00 | HD (segment 1) | 0.35 | $262.50 | Time value discrepancy. Hearing duration recorded as 1.4 hours, compared to known hearing time of 1.1 hours. (segment 1) |
| **Response:  The time recorded in this time entry is not only the time spent at the hearing, but also the time spent preparing for the hearing including speaking with the Debtor's businesspeople about this shortened time hearing Motion.** | | | | | | | | | |
| 11/1/2022 | Sahn, Victor | Phone calls with client and client representatives regarding employment of investment banker | AD-Asset Disposition | 0.90 | $675.00 | CD (segment 1) | 0.40 | $300.00 | Time value discrepancy. Conference duration recorded as 0.9 hours. Time entry for same conference on same day by timekeeper Horoupian, Mark gives conference duration of 0.5 hours. |
| **Response:  This objection should be sustained.** | | | | | | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF VICTOR A. SAHN IN SUPPORT OF RESPONSE OF GREENSPOON MARDER TO OBJECTIONS AND RESERVATION OF RIGHTS OF THE OFFICE OF THE UNITED STATES TRUSTEE TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 11 DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  April 17, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com; docketing@rimonlaw.com

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

## SERVED BY EMAIL OR UNITED STATES MAIL

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
Email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
Email: kkrakora@getzlerhenrich.com
Email: Peter.Ekman@jigsawadvisors.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
Email: lisa.chandler@ipfs.com

Office of the United States Trustee **(NEF)**
Attn: Elvina Rofael
450 Golden Gate Ave., Rm. 05-1053
San Francisco, California 94102
Email: Elvina.Rofael@usdoj.gov
Tel: (202) 934-4062
**Via Email & U.S. Mail**

**Largest Unsecured Creditors**
Allen Wine Group LLP
Attn: Timothy Allen, CPA - Managing Partner
120 Stony Point Road, #230
Santa Rosa, CA 95401
(707) 528-3860
Email: tim@allenwine.com
Email: Tim@allengroupllp.com
Brent Garrison
Email: Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301
Email: paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
Email: ar@belkorpag.com
Email: AR@BelkorpAg.com
Email: ldunhouse@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
Email: brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
Email: sales@castinosolutions.com

Central Valley
Administrative Offices
1804 Soscol Ave., #205
Napa, CA 94559
Attn: Gerry Cruz, Accounting Mgr.
(707) 261-7900
Email: gerryc@central-valley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822
**Returned – Box Closed**

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 341    Filed: 04/17/23    Entered: 04/17/23 22:30:11    Page 39 of 43

F 9013-3.1.PROOF.SERVICE

Conway Beverage Group, LLC
Dba: Elite Brands
Elite Brokerage
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway
Email: Jayconway@elitebrands.biz

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308
Email: contactusa@famillesylvain.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558
(707) 492-3308
Email: contactusa@famillesylvain.com

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204
Email: office@francoisfreresusa.com
Email: julie@francoisfreresusa.com
Email: accounting@francoisfreresusa.com
Email: assistant@francoisfreresusa.com

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300
Email: jeff.licht@tapplabel.com

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4314
Email: Dawnette.martindale@countyofnapa.org
Napa County Treasurer-Tax Collector
Email: Bob.Minahen@countyofnapa.org
Napa County Attorney
Email: Wendy.dau@countyofnapa.org

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
**Via U.S. Mail**

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs CO 80962-2180
(800) 955-8232
Email: fcffald@ford.com

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888
Email: kamh@napavalleypetroleum.com

Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574
(707) 963-3388
Attn: Steve Tradewell, CFO
Email: stradewell@napavinters.com

Ramondin U.S.A. Inc.
Tammy Frandsen
Finance Manager
541 Technology Way
Napa, CA 94558
(707) 944-2277
Email: tfrandsen@ramondin.com

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
Email: Jstanzler@stanzlerlawgroup.com

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495
Email: KZavala@wilburellis.com
Email: MHAMMETT@wilburellis.com
Email: SPRIM@wilburellis.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
June 2012
F 9013-3.1.PROOF.SERVICE

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
Email: Steve@wineservicecoop.com

Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476
(707) 940-6060
Attn: Michelle Minsk, Acctg.
Email: accountsreceivable@bright.com

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062
Attn: Steve Wright, Bankruptcy Dept.
(717) 355-5790
**Via U.S. Mail**

CNH Industrial Capital America, LLC
PO Box 71264
Philadelphia, PA 19176-6264
Attn: John Chiavacci, HRBK Analyst
(717) 355-5913
Email: john.chiavacci@cnhind.com

ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160
(707) 963-4806
Attn Accounts Receivable Team
Email: ar@etslabs.com
Email: accounts@etslabs.com

Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185
(707) 963-4307
**Via U.S. Mail**

Sovos Compliance LLC
200 Ballardvale St. Bldg 14th Fl.
Wilmington, MA 01887
(866) 890-3970
Email: lori.bradshaw@sovos.com

Wine Technology America
aka Wine Technology, Inc.
474 Walten Way
aka Vinwizard
Windsor, CA 95492
(707) 703-5919
Attn: Kelly Graves, Director
(720) 284-2059
Email: kelly@vinwizard.us

Wine Technology America Inc.
c/o Lloyd Matthews, Agent
1899 Larkspur St.
Yountville, CA 94599-1237
**Via U.S. Mail**

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558
(707) 578-3747
Lynne Colombano, Acct Receivable Mgr.
Email: lynne@wyattsupply.com

Wyatt Irrigation Co.
c/o CSC - Lawyers Incorporing Service
2710 Gateway Oaks Dr. #150N
Sacramento, CA 95833-3502
**Via U.S. Mail**

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Email: Daniel.Peralta@ttb.gov

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537
Email tracie.parker@abc.ca.gov

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 341    Filed: 04/17/23    Entered: 04/17/23 22:30:11    Page 41 of
43

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424
**Via U.S. Mail**

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115
**Via U.S. Mail**

Franchise Tax Board
Attn: Vivian Ho
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-7069
Email: Vivian.Ho@ftb.ca.gov

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
**Via U.S. Mail**

Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814
**Via U.S. Mail**

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt
Email: Leonard.sheer@psc.com
Email: Michael.dillahunt@psc.com
**Via U.S. Mail & Email**

Will Densberger
Pavi Micheli
Engel & Voelkers
25 East Napa Street
Sonoma, California
Email: Will@nvwineestates.com
Email: pavimicheli@icloud.com
**Via U.S. Mail & Email**

**Attorneys for Don Yannias**
Louis J. Cisz, III, Esq. NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8320 Fax: 415-984-8300
Email: lcisz@nixonpeabody.com

Richard J. Frey NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 9007
Tel: (213) 629-6000 Fax: (213) 629-6001
Email: rfrey@nixonpeabody.com

**Courtesy Email**

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8735
Email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8724
Email: jvann@ctswlaw.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
(808) 797-0148
Email: john.vaughan@nmrk.com

Mark Kasowitz
Email: MKasowitz@kasowitz.com

Gavin D. Schryver:
Email: GSchryver@kasowitz.com

Attorneys for Napa County Treasurer
Jacquelyn H. Choi
Email: jacquelyn.choi@rimonlaw.com,
Email: docketing@rimonlaw.com

Luckey McDowell
Email: luckey.mcdowell@shearman.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 341    Filed: 04/17/23    Entered: 04/17/23 22:30:11    Page 42 of
43

F 9013-3.1.PROOF.SERVICE

Jonathan Dunworth
Email: jonathan.dunworth@shearman.com

<u>Attorneys for Creditor Francois Freres USA Inc.</u>
John G. Warner
Email: warnerwest@aol.com

PMD 53897587v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**