| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>333 South Grand Ave., Suite 3400<br>Los Angeles, CA  90071<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for Spring Mountain Vineyard Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Federal EIN:  36-3844911<br><br>Debtor(s) | CASE NO.: 1:22-bk-10381 CN<br>CHAPTER:  11 |
|---|---|
| | NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:(title of motion[1]):<br>**JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C.§§ 330 AND 331** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C.§§ 330 AND 331** was lodged on *(date)* May 1, 2023 and is attached.  This order relates to the motion which is docket number 296.

---

[1] Please abbreviate if title cannot fit into text field

# EXHIBIT A

| | |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>a Florida limited liability partnership<br>333 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>Attorneys for Debtor in Possession,<br>Spring Mountain Vineyard Inc. | |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>            Debtor.<br><br>Federal EIN: 36-3844911 | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**ORDER GRANTING JIGSAW ADVISORS LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C.§§ 330 AND 331**<br><br>[Related to Docket No. 296]<br><br>**Hearing Information:**<br>Date:   April 28, 2023<br>Time:  11:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>          Courtroom 215<br>          1300 Clay Street<br>          Oakland, CA 94612 |

On March 31, 2023, Spring Mountain Vineyard Inc., the above-captioned debtor in possession (the "Debtor") filed *Jigsaw Advisors LLC's First Interim Application For Allowance And Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 330 and 331* [Docket no. 296] (the "First Interim Fee Application").[1] The First Interim Fee Application came on for hearing before the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the First Interim Fee Application.

002

SB 53941735v2

1 | Honorable Charles Novack on the date and time indicated above.

2 |     This Court having considered Jigsaw Advisors LLC's ("Jigsaw") First Interim Fee Application, including all pleadings, declarations, and exhibits thereto and the record in this case; the *Objection And Reservation Of Rights Of The U.S. Trustee To The First Interim Application Of Jigsaw Advisors LLC* ("UST Objection") [Docket no. 342]; Jigsaw's response to the UST Objection and the supplemental declaration of William R. Brinkman [Docket nos. 358-359]; and this Court having jurisdiction to consider the First Interim Fee Application and the relief requested therein; and due and proper notice of the First Interim Fee Application having been provided to all necessary parties, and it appearing that no other or further notice need be provided; and that the legal and factual bases for approval of the First Interim Fee Application establish just cause for the relief granted herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The First Interim Fee Application is granted as set forth herein.

2. Total fees in the amount of $532,400.00 and total expenses in the amount of $1,930.63 incurred during September 29, 2022 to February 28, 2024 ("the Application Period") by Jigsaw are hereby allowed, on an interim basis, pursuant to 11 U.S.C. §§ 330 and 331.

3. Payment of the twenty (20%) holdback totaling $107,338.00 not previously paid to Jigsaw is not authorized at this time pending a further Order of Court.

4. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**\*\*END OF ORDER\*\***

Approved as to form:

**TRACY HOPE DAVIS**
**U.S. TRUSTEE FOR REGION 17**


By: *Elvina Rofael*
    Elvina Rofael
    Trevor Fehr
    Attorneys for the U.S. Trustee

SB 53941735v2

# COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY

SB 53941735v2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Ste. 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 1, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steve Burnell, steve.burnell@gmlaw.com
Dean C. Burnick dcb@proughlaw.com
Jacquelyn H. Choi jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**
Trevor Ross Fehr trevor.fehr@usdoj.gov
Mark S Horoupian mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
Thomas Philip Kelly tomkelly@sonic.net
Steve Ma sma@proskauer.com
Jeff J. Marwil jmarwil@proskauer.com
Randall P. Mroczynski rmroczynski@cookseylaw.com
Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
Victor A. Sahn victor.sahn@gmlaw.com, Karen.Files@gmlaw.com
Michael St. James ecf@stjames-law.com
John G. Warner warnerwest@aol.com
Ashley M. Weringa aweringa@proskauer.com
Steven F. Werth steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com
Peter J Young pyoung@proskauer.com

☐ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   , 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2023 | Patricia Dillamar | /s/Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |