Attorney or Professional Name, Address,  Telephone and FAX

Victor A. Sahn (CA Bar No. 97299)
  *victor.sahn@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
  *mark.horoupian@gmlaw.com*
Steve Burnell (CA Bar No. 286557)
  *steve.burnell@gmlaw.com*
Greenspoon Marder LLP
a Florida limited liability partnership
333 South Grand Ave., Suite 3400
Los Angeles, CA  90071
Telephone: 213.626.2311
Facsimile: 954.771.9264


Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br>a Delaware corporation,<br><br>       Debtor. | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**Monthly Fee Statement**<br>**Number: 8**<br>**Month of: April 2023** |

| | |
|---|---|
| 1. Name of Professional: | Greenspoon Marder LLP, a Florida limited liability partnership |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard Inc., a Delaware corporation, Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought and Exhibit: | April 1, 2023 through April 30, 2023<br><br>Exhibit "1" are the time records and cost detail supporting this Fee Statement. |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $81,390.80   (80% of $101,738.50) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $1,208.79 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $82,599.59 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>RECIPIENTS</u>").  COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS <u>**WITHIN 15 DAYS**</u> FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated:  May 4, 2023

Type Name of Professional

Signature of Professional

Greenspoon Marder LLP
A Florida limited liability partnership

By: */s/Victor A. Sahn*

Victor A. Sahn

# EXHIBIT 1

# GreenspoonMarder LLP

Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309-2140

| | |
|---|---|
| Spring Mountain Winery, Inc., a Delaware Corporation | May 4, 2023 |
| c/o Cohen Tauber Spievack & Wagner P.C. | Matter No. 75310.0002 |
| 420 Lexington Ave., Suite 2400 | Invoice No. 1453263 |
| New York, NY 10170 | **Federal Tax ID: 81-2555319** |

Re      **In re Spring Mountain Vineyard, Inc.**

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **Task: AD - Asset Disposition** | | | | |
| 04/03/23 | VAS | Tasks and conference calls all afternoon and evening regarding settlement of disputes between Birch Lake, MGG and Jaqui Safra; preparation of Notice of Sale Order and Asset Purchase Agreement | 4.70 | 3,525.00 |
| 04/03/23 | VAS | Memorandum preparation to bankruptcy court regarding April 7 hearing and memorandum to Louis Cisz and Richard Frey regarding same | 1.10 | 825.00 |
| 04/03/23 | VAS | Call with Jeff Marwil regarding status of negotiations and memorandum to all parties with client regarding same | 1.30 | 975.00 |
| 04/03/23 | VAS | Memorandum regarding transcript of March 24 sale | 0.20 | 150.00 |
| 04/03/23 | VAS | Conference call regarding status of settlement discussions with MGG and regarding sale of assets and hearing set for April 7 | 0.40 | 300.00 |
| 04/03/23 | VAS | Phone with Jack Butler of Birch Lake regarding resolution reached and memorandum regarding same | 0.30 | 225.00 |
| 04/03/23 | VAS | Phone calls regarding litigation claims and regarding certain aspects of revised APA and memoranda regarding same | 0.90 | 675.00 |
| 04/03/23 | VAS | Finalize Notice of Lodgment of Sale Order | 0.40 | 300.00 |
| 04/03/23 | SB | Read email from V. Sahn re memorandum re current status of sale and auction and likely next steps by MGG. | 0.10 | 52.50 |
| 04/03/23 | SB | Read email from K. Krakora with comments re V. Sahn's memorandum re current status of sale and auction and likely next steps by MGG, instructions rethe same. | 0.10 | 52.50 |
| 04/03/23 | SB | Read email exchange between V. Sahn and R. Frey re current status of discussions between MGG and Birch Lake. | 0.10 | 52.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/23 | VAS | Various memoranda and tasks today to finalize settlement reached between the Debtor, Birch Lake, MGG and Safra; preparation of minutes regarding appointment of Kevin Krakora and Peter Ekman to run the Debtor | 1.70 | 1,275.00 |
| 04/04/23 | SB | Review email from John Deere re objection to sale of certain John Deere equipment, review relevant pleadings and rules, and draft email reply to John Deere re the same. | 0.40 | 210.00 |
| 04/05/23 | VAS | Call with all parties regarding sales and marketing process and settlement of disputes between Safra, MGG and Yannias | 0.80 | 600.00 |
| 04/05/23 | VAS | Lengthy phone conversation with OUST regarding contents of Notice of Filing of Sale Agreement and Order Approving Credit Bid to MGG | 0.70 | 525.00 |
| 04/05/23 | VAS | Comments/objections to proposed Order Approving Sale from Napa County Tax Collector | 0.20 | 150.00 |
| 04/05/23 | VAS | Review documents in connection with hearing on April 7 and phone call with MGG and client regarding same | 1.10 | 825.00 |
| 04/06/23 | VAS | Preparation of declaration of Perry DeLica regarding sale process and sale and edits to same from Don Yannias, MGG and Perry DeLuca | 1.90 | 1,425.00 |
| 04/06/23 | VAS | Phone with Kevin Krakora, Perry DeLuca, Gregg Fatzinger and Theo Angelo regarding status of bankruptcy and settlement with MGG | 0.40 | 300.00 |
| 04/06/23 | VAS | Phone with OUST to discuss sale in detail and underlying reasons behind it | 0.40 | 300.00 |
| 04/06/23 | VAS | Phone with Richard Frey regarding resolution and court hearing on April 7 before Judge Novack on sale | 0.40 | 300.00 |
| 04/06/23 | VAS | Multiple calls all day regarding sale and hearing on April 7 | 1.60 | 1,200.00 |
| 04/07/23 | JLB | Review and provide comments on sale order, purchase agreement, bill of sale, intellectual property agreement, grant deed, and translation services agreement, telephone calls and emails regarding same. | 4.10 | 4,038.50 |
| 04/07/23 | PB | Review and work on proposed sale order, revised purchase agreement and related documents; calls and emails in connection with same | 4.60 | 2,277.00 |
| 04/07/23 | MSH | Attend sale hearing | 1.00 | 695.00 |
| 04/07/23 | MSH | Calls with V. Sahn and J. Babala regarding Ancillary Sale documents | 0.70 | 486.50 |

May 4, 2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/23 | MSH | Review and comment on ancillary sale documents, Transition Services Agreement, APA, Sale Order | 2.10 | 1,459.50 |
| 04/07/23 | VAS | Preparation for and appearance at hearing on motion for approval of sale and entry of order regarding same | 1.40 | 1,050.00 |
| 04/07/23 | VAS | Phone calls regarding transactional documents and regarding sale order and asset purchase agreement and review of same | 2.70 | 2,025.00 |
| 04/07/23 | VAS | Phone calls with Steve Ma at Proskauer regarding sale and related matters (3x) | 0.70 | 525.00 |
| 04/10/23 | JLB | Review data room and review and comment on schedules to asset purchase agreement; review sale order and attachments and revise closing checklist. | 3.60 | 3,546.00 |
| 04/10/23 | PB | Work on schedules to revised APA | 7.30 | 3,613.50 |
| 04/10/23 | VAS | Memorandum to Robert Lieff regarding sale process, what occurred at sale on March 24 and what occurred in Court at hearing on sale on April 7; phone with him about email subsequent to email's transmission | 1.00 | 750.00 |
| 04/10/23 | VAS | Memoranda regarding sale order entered on April 7 and explanation of same to client, to investment bankers, and to Chief Restructuring Officer | 1.10 | 825.00 |
| 04/10/23 | VAS | Agreements attendant to sale order and finalizing same | 0.40 | 300.00 |
| 04/10/23 | VAS | Multiple phone calls with counsel for MGG, and with client and client's professionals regarding sale approval on April 7 and related matters | 1.50 | 1,125.00 |
| 04/11/23 | PB | Review and comment on attachments to filed Order | 6.30 | 3,118.50 |
| 04/11/23 | VAS | Correspondence with Peter Ekman and Jeff Marwil regarding purchase and sale documents | 0.50 | 375.00 |
| 04/11/23 | VAS | Revisions to 4-5 agreements attached as Exhibits to sale order-collateral agreements necessary to sale | 1.90 | 1,425.00 |
| 04/12/23 | JLB | Review and provide comments on closing checklist in light of sale order. | 0.90 | 886.50 |
| 04/12/23 | MSH | Call with Mr. Babala regarding auction | 0.50 | 347.50 |
| 04/13/23 | JLB | Draft, review and revise schedules to asset purchase agreement; review sale order and draft closing checklist regarding same. | 1.70 | 1,674.50 |
| 04/13/23 | VAS | Conference regarding new 90 day DIP and with regard to schedules to Asset Purchase Agreement with MGG | 1.40 | 1,050.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/13/23 | VAS | Further work to finalize Asset Purchase Agreement with MGG | 1.10 | 825.00 |
| 04/14/23 | PB | Work on schedules to APA and review documents in data room | 6.40 | 3,168.00 |
| 04/14/23 | VAS | Preparation of further revisions to asset purchase documents including license transfer and transition services agreement, asset purchase agreement, bill of sale and assignment and assumption agreement, intellectual property assignment and assumption agreement, | 1.20 | 900.00 |
| 04/16/23 | JLB | Work on schedules; review and revise disclosures and proskauer comments to ancillary documents. | 1.90 | 1,871.50 |
| 04/17/23 | JLB | Prepare and revise schedules and exhibits to APA; telephone calls and emails regarding same. | 3.20 | 3,152.00 |
| 04/17/23 | PB | Revise schedules; receive and review emails in connection with same; conference call regarding status of APA | 5.30 | 2,623.50 |
| 04/17/23 | MSH | Two calls with Mr. Babala (.2 each) regarding APA and schedules; and call with Mr. Sahn regarding same (.2) | 0.60 | 417.00 |
| 04/18/23 | JLB | Receive and review comments to schedules from counsel to lender; review data room materials and advise as to missing diligence; telephone calls and emails regarding same. | 2.30 | 2,265.50 |
| 04/18/23 | VAS | Memorandum regarding status of sale documents and completion of same | 0.40 | 300.00 |
| 04/19/23 | PB | Receive and review comments to APA schedules; receive and review inquiries regarding sale process; revise schedules; review documents in data room and additional documentation from client; call with team regarding fee application [0.2] | 5.30 | 2,623.50 |
| 04/19/23 | VAS | Memorandum Puneet Bhullar regarding insurance policies and other information needed for APA schedules | 0.40 | 300.00 |
| 04/19/23 | VAS | Phone with Steve Burnell and Puneet Bhullar regarding asset purchase agreement and schedules to same | 0.30 | 225.00 |
| 04/19/23 | VAS | Memorandum Puneet Bhullar (2nd email) regarding schedules to Asset Purchase Agreement | 0.30 | 225.00 |
| 04/20/23 | JLB | Review and revise schedules and related purchase agreement provisions. | 1.70 | 1,674.50 |
| 04/20/23 | PB | Revise V. Sahn's declaration in support of fee application; calls and emails in connection with same | 1.40 | 693.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/23 | JLB | Receive and review declaration; provide comments on same; revive and review emails from lenders counsel regarding schedules and additional information; telephone calls and emails regarding same. | 2.30 | 2,265.50 |
| 04/25/23 | VAS | Phone conference regarding budget going forward and CapEx budget | 0.30 | 225.00 |
| 04/28/23 | VAS | Continued work on schedules to asset purchase agreement and memorandum Puneet Bhullar regarding same | 1.10 | 825.00 |
| | | **Subtotal: AD - Asset Disposition** | **100.10** | **70,414.50** |

**Task: APL - Appeals**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/23 | KLF | Email to S. Burnell re: appeal deadlines related to Mt. Hawley Insurance Co.'s notice of appeal 3-31-23 (.2). | 0.20 | 50.00 |
| 04/04/23 | SB | Review notice of appeal, statement of election, applicable deadlines in this case re Mt. Hawley's appeal under FRBP 8001 et seq (0.4), and draft emails to V. Sahn and K. Files re the same (0.1). | 0.50 | 262.50 |
| 04/04/23 | KLF | Review email from S. Burnell re: cross-appeal deadline 4/14/23 (.1); Review notice of transmission of appeal of Mt. Hawley Insurance Co. to District Court by USBC clerk [DKT 307 ] (.2); Email to S. Burnell and V. Sahn forwarding same (.2) | 0.50 | 125.00 |
| 04/06/23 | SB | Review transmittal of notice of appeal and the court's initial scheduling order, and attached papers re the same. | 0.20 | 105.00 |
| 04/17/23 | SB | Review appellant's statement of issues and designation of record and compare to docket, and analyze FRBP 8009 re deadline for supplemental designation. | 0.20 | 105.00 |
| 04/28/23 | SB | Draft Debtor's supplemental designation of record per FRBP 8009 for Mt. Hawley appeal. | 1.30 | 682.50 |
| 04/28/23 | SB | Review and finalize Debtor's supplemental designation of record. | 0.30 | 157.50 |
| | | **Subtotal: APL - Appeals** | **3.20** | **1,487.50** |

**Task: BO - Business Operations**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/05/23 | VAS | Resolution preparation regarding Kevin Krakora becoming the bankruptcy estate fiduciary, etc. | 0.40 | 300.00 |
| 04/06/23 | VAS | Phone with Kevin Krakora and separately with Peter Ekman and Bill Brinkman of Jigsaw Advisors regarding change in management of Debtor | 0.60 | 450.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/06/23 | SB | Review prior emails re prior proposed order granting KERP motion and current status of the same, draft email to P. Dillamar re new lodging instructions, and draft email to UST advising of the same. | 0.30 | 157.50 |
| 04/10/23 | SB | Review entered order partially granting KERP order. | 0.10 | 52.50 |
| | | **Subtotal: BO - Business Operations** | **1.40** | **960.00** |

**Task: CA - Case Administration**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/23 | VAS | Memorandum H. Ehrenberg regarding status of chapter 11 case and next steps | 0.30 | 225.00 |
| 04/04/23 | KLF | Phone call with V. Sahn re: UCC-1 search in California, Delaware and New York (.1); | 0.10 | 25.00 |
| 04/05/23 | KLF | Phone call with Benjamin at Parasec re: pricing and criteria for UCC lien searches for California, Delaware and New York ( .3); Phone calls with V. Sahn re: same (.3); Email to V. Sahn re lien searches (.1); Email exchanges with B. Carpineta (Parasec) re: UCC lien and tax lien searches for Spring Mountain Vineyard Inc. fka Good Wine Company in California, Delaware and New York (.6) | 1.30 | 325.00 |
| 04/06/23 | KLF | Review of notice of electronic filing re: Napa County Treasurer-Tax Collector's Objection to Notice of Filing of Order (I) Authorizing and Approving the Sale of Substantially All of the Debtors Assets and (II) Granting Related Relief (.2); Email to S. Burnell and V. Sahn re: same (.1) | 0.30 | 75.00 |
| 04/06/23 | KLF | Review email from B. Carpenita at Parasec re: UCC lien search results for California, Delaware and New York (.2); Email to V. Sahn re: same (.1); Review notice of appearance and request for service of papers filed by Nixon Peabody for interested party Don Yannias (.1); Email to P. Dillamar re: service list update (.1); Review and download notice of electronic filing re: Napa County Treasurer's objection to notice of filing order authorizing and approving the sale of substantially all of the Debtors assets, etc. (.3); Email same to V. Sahn and S. Burnell (.1); | 0.90 | 225.00 |
| 04/10/23 | SB | Review email exchange re scope of CRO's new responsibilities after entry of sale order. | 0.10 | 52.50 |
| 04/19/23 | SB | Phone call from the clerk's office re GM's change of address, return call to clerk, and phone call with D. Walker re the same and filing notice on case docket as instructed by clerk's office. | 0.20 | 105.00 |
| 04/20/23 | SB | Review proposed Notice of Address Change prepared for V. Sahn and draft email reply to P. Dillamar requesting clarification re the same. | 0.10 | 52.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/23 | VAS | Preparation of Chapter 11 Status Conference report and file the same with the Court | 0.70 | 525.00 |
| 04/24/23 | SB | Phone conference with V. Sahn and R. Elvina, T. Fehr, P. Shine, and K. McAbee from UST's Office re case statutes and direction, and discussion re timing of filing of plan and fee applications. | 0.30 | 157.50 |
| 04/24/23 | SB | Prepare initial draft of statement for chapter 11 status conference set for April 28, 2023 (1.9), and draft email to V. Sahn with the same, with comments re the proposed revisions (0.2). | 2.10 | 1,102.50 |
| 04/24/23 | KLF | Review email from B. Wilson (U.S. Bankruptcy Court) re: rejection of order pursuant to request to withdrawal order by P. Dillamar (.1); Forward email to P. Dillamar, S. Burnell and V. Sahn (.1) | 0.20 | 50.00 |
| 04/27/23 | SB | Phone call from V. Sahn re tomorrow's chapter 11 status conference and hearing on Jigsaw interim fee application, and instructions re the same. | 0.20 | 105.00 |
| 04/28/23 | SB | Prepare for appearance at chapter 11 status conference (0.2), prepare for appearance at Jigsaw interim fee application hearing (0.2), appear at Jigsaw interim fee application hearing and chapter 11 status conference (0.4). | 0.80 | 420.00 |
| 04/28/23 | SB | Draft emails to V. Sahn and B. Brinkman re the outcome of the chapter 11 status conference and Jigsaw interim fee application hearing. | 0.10 | 52.50 |
| 04/28/23 | SB | Draft email to P. Dillamar re continued chapter 11 status conference and instructions for status report. | 0.10 | 52.50 |
| | | **Subtotal: CA - Case Administration** | **7.80** | **3,550.00** |
| **Task: CAO - Claims Administration and Objections** | | | | |
| 04/07/23 | KLF | Preparation of certification of no objection to notice by Ch 11 DIP of rejection of (1) commercial and residential income listing agreement, etc. DKT 205 (1.0); Email draft to S. Burnell (.1) | 1.10 | 275.00 |
| | | **Subtotal: CAO - Claims Administration and Objections** | **1.10** | **275.00** |
| **Task: ECL - Executory Contract Leases** | | | | |
| 04/05/23 | SB | Review deadlines re motion to extend deadline to assume or reject commercial property leases. | 0.20 | 105.00 |
| 04/06/23 | SB | Review email instructions from V. Sahn re order re rejection of prepetition listing agreement, review related notice and local rules, and draft email reply to V. Sahn re the same. | 0.30 | 157.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/06/23 | SB | Prepare notice of errata re motion to extend time to assume or rejection commercial property leases (0.4), and forward the same for filing with service and filing instructions (0.1). | 0.50 | 262.50 |
| 04/06/23 | SB | Email exchange with V. Sahn re order for rejection of prepetition listing agreements. | 0.10 | 52.50 |
| 04/06/23 | SB | Review notice and prepare proposed order rejecting prepetition listing agreements (0.5), and draft email to V. Sahn and K. Files re the same (0.1). | 0.60 | 315.00 |
| 04/07/23 | SB | Prepare edits to proposed order rejecting prepetition executors contracts per V. Sahn's instructions, and forward the same to V. Sahn for further review (0.3), review related CNO and draft email reply to K. Files re the same with instructions (0.1). | 0.40 | 210.00 |
| 04/11/23 | SB | Review secondary source re fulfilling Debtor's obligations under section 365(d)(4). | 0.40 | 210.00 |
| 04/19/23 | KLF | Phone call with S. Burnell re: preparation of certificate of no objection re: DIP's motion to extend deadline to accept or reject leases (.2); Preparation of certificate of no objection re: DIP's motion to extend deadline to accept or reject leases (1.0); Email certificate of no objection re: DIP's motion to extend deadline to accept or reject leases to S. Burnell (.1). | 1.30 | 325.00 |
| 04/20/23 | SB | Review and revise CNO re motion to extend deadline to assume/reject commercial leases (0.1), review and revise the proposed order granting the motion in light of the CNO to be filed (0.2), and draft email to P. Dillamar re instructions for serving and filing the same (0.1). | 0.40 | 210.00 |
| 04/21/23 | SB | Appear at hearing re motion to extend time to assume or reject commercial property leases. | 0.60 | 315.00 |
| 04/24/23 | SB | Revise proposed order re motion to extend time re commercial property leases to conform with hearing held and ruling, and draft email to P. Dillamar with the revised order and instructions re the same. | 0.20 | 105.00 |
| 04/24/23 | SB | Review email from P. Dillamar re status of Review of proposed order rejecting prepetition listing agreements and phone call with P. Dillamar re the same (0.1), and draft email to V. Sahn re the same re status of review (0.1). | 0.20 | 105.00 |
| | | **Subtotal: ECL - Executory Contract Leases** | **5.20** | **2,372.50** |

**Task: FEA - Fee/Employment Applications**

Invoice No.: 1453263

Matter No.: 75310.0002

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/23 | SB | Draft email to E. Rafael re JIgsaw interim fee application and point of contact at Jigsaw, and question whether underlying data can be provided in alternate format other than ledes. | 0.10 | 52.50 |
| 04/04/23 | SB | Review preliminary draft of detailed time entries for GM's fee application (0.8), and forward the same to M. Beltran for editing (0.1). | 0.90 | 472.50 |
| 04/04/23 | KLF | Review V. Sahn's email re: preparation of Greenspoon Marder LLP's monthly fee statement (.1); Preparation of Greenspoon Marder LLP's monthly fee statement no. 6 for March 2023 (.3); Phone call with S. Burnell re: same (.1); Email to S. Burnell re: same (.1); Review K. Krakora's email re: Getzler Henrich & Associates LLC's monthly compensation statement no. 6 (March 2023) (.1); Preparation of Getzler Henrich & Associates LLC's monthly compensation statement no. 6 (March 2023) (.1); Email to S. Burnell re: same (.1) | 0.90 | 225.00 |
| 04/05/23 | VAS | Greenspoon Marder professional fee statement | 0.30 | 225.00 |
| 04/05/23 | SB | Review GM monthly fee statement for March 2023 (0.1), review Getzler monthly compensation statement for March 2023 (0.1). | 0.20 | 105.00 |
| 04/05/23 | KLF | Phone calls with S. Burnell re: Greenspoon Marder LLP's monthly fee statement no. 7 (March 2023) (.1); Preparation of monthly fee statement (.1); Email monthly fee statement to S. Burnell (.1) | 0.30 | 75.00 |
| 04/06/23 | VAS | Review and revise Supplemental Application to Employ BNPP as investment banker for the Debtor-revise declaration, Supplemental Application and preparation of notice | 0.90 | 675.00 |
| 04/06/23 | KLF | Review notice of electronic filing of Greenspoon Marder's monthly fee application no. 7 (March 2023) and calendar objection deadline (.2); Review notice of electronic filing of Getzler Henrich & Associates' monthly compensation report no. 7 (March 2023) and calendar objection deadline (.2); | 0.40 | 100.00 |
| 04/11/23 | SB | Review filing version of Jigsaw monthly fee statement for March 2023 and draft reply to P. Dillamar re the same. | 0.10 | 52.50 |
| 04/11/23 | SB | Review emails from Jigsaw re data to the UST and appearance at fee application hearing, and draft email replies to same. | 0.10 | 52.50 |
| 04/11/23 | SB | Read prior email to UST re any objections to GM interim fee application, and draft followup email re the same and Jigsaw's interim fee application. | 0.10 | 52.50 |

May 4, 2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/23 | SB | Read email exchange between V. Sahn and K. Krakora re procedure for payment of BNP's expenses (0.1), review employment order for BNP and application to employ BNP (0.2), draft email to V. Sahn re procedure for payment of BNP's expenses (0.1). | 0.40 | 210.00 |
| 04/12/23 | SB | Email exchange with Jigsaw re certificates of no objections for Jigsaw monthly statements from October 2022 to February 2023, and draft email to K. Files with instructions re the same. | 0.20 | 105.00 |
| 04/12/23 | SB | Read email from UST re scheduling call to discuss pending interim fee applications. | 0.10 | 52.50 |
| 04/12/23 | SB | Phone call with V. Sahn and UST's office re UST objections to GM's first interim fee application. | 0.30 | 157.50 |
| 04/12/23 | SB | Listen to voicemail from Jigsaw, and draft email reply re status of filing CNOs and UST's review of Jigsaw's first interim fee application. | 0.20 | 105.00 |
| 04/12/23 | SB | Review UST's objection to GM's first interim fee application. | 0.40 | 210.00 |
| 04/12/23 | KLF | Email exchange with S. Burnell re: Jigsaw monthly fee statements for October 2022 - February 2023. | 0.20 | 50.00 |
| 04/12/23 | KLF | Preparation of Jigsaw monthly fee statement for October 2022. | 0.30 | 75.00 |
| 04/12/23 | KLF | Preparation of Jigsaw monthly fee statement for November 2022. | 0.30 | 75.00 |
| 04/12/23 | KLF | Preparation of Jigsaw monthly fee statement for December 2022. | 0.30 | 75.00 |
| 04/12/23 | KLF | Preparation of Jigsaw monthly fee statement for January 2023. | 0.30 | 75.00 |
| 04/12/23 | KLF | Preparation of Jigsaw monthly fee statement for February 2023. | 0.30 | 75.00 |
| 04/13/23 | MSH | Review objections to time entries, note responses and send to V. Sahn | 0.50 | No Charge |
| 04/13/23 | VAS | Prepare and finalize Supplemental Application regarding employment of BNP Paribas and preparation of Notice regarding same | 1.90 | 1,425.00 |
| 04/13/23 | SB | Read email from B. Brinkman re UST wanting to schedule call to discuss Jigsaw's interim fee application, and draft reply to same confirming availability for call with UST. | 0.10 | 52.50 |
| 04/13/23 | SB | Phone call with B. Brinkman re his phone call with the UST re additional time required to review Jigsaw interim fee application and agreement to same. | 0.20 | 105.00 |

May 4, 2023

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/13/23 | SB | Phone call from V. Sahn re preparation for hearing on GM's first interim fee application. | 0.10 | 52.50 |
| 04/14/23 | VAS | Further work on supplemental application to employ BNP Paribas as Debtor's investment banker and detailed notice to creditors regarding same | 1.30 | 975.00 |
| 04/14/23 | SB | Email exchange with V. Sahn re email to UST re BNP employment supplement. | 0.10 | 52.50 |
| 04/15/23 | SB | Begin drafting email to V. Sahn re the results of my review and analysis of legal authorities in UST's pleadings objecting to GM interim fee application for V. Sahn's upcoming appearance at fee application hearing. | 0.60 | 315.00 |
| 04/15/23 | SB | Begin review and analysis of legal authorities in UST's pleadings objecting to GM interim fee application for V. Sahn's upcoming appearance at fee application hearing. | 1.40 | 735.00 |
| 04/16/23 | SB | Complete drafting email to V. Sahn re the results of my review and analysis of legal authorities in UST's pleadings objecting to GM interim fee application for V. Sahn's upcoming appearance at fee application hearing. | 0.50 | 262.50 |
| 04/16/23 | SB | Complete review and analysis of legal authorities in UST's pleadings objecting to GM interim fee application for V. Sahn's upcoming appearance at fee application hearing. | 0.30 | 157.50 |
| 04/17/23 | MSH | Review objections to fee application and draft section of response addressing block billing | 3.20 | 2,224.00 |
| 04/17/23 | VAS | Review and revise time records of Greenspoon Marder for period September 29, 2022 through February 28, 2023 | 2.30 | 1,725.00 |
| 04/17/23 | VAS | Further information regarding Greenspoon Marder time entries and related matters | 0.80 | 600.00 |
| 04/19/23 | VAS | Memorandum regarding employment of accountant | 0.20 | 150.00 |
| 04/19/23 | VAS | Tax Returns to MGG and employment application of Dal Poggetto | 0.40 | 300.00 |
| 04/19/23 | VAS | Appearance at hearing on First Interim Application for Compensation and Reimbursement of Expenses by Greenspoon Marder | 1.00 | 750.00 |
| 04/19/23 | SB | Appear remotely at hearing on GM's first interim fee application. | 0.50 | 262.50 |
| 04/19/23 | SB | Review multiple emails from Jigsaw re the upcoming hearing on its fee application and listen to voicemail from B. Brinkman (0.1), and return phone call to B. Brinkman re the upcoming fee application hearing (0.1). | 0.20 | 105.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/19/23 | SB | Phone conference with V. Sahn and P. Bhuller re supplemental declaration ordered by the court re hourly rate increase to both P. Bhuller and my hourly rate. | 0.20 | 105.00 |
| 04/19/23 | SB | Phone call with B. Brinkman and the UST office regarding UST's objection to Jigsaw interim fee application, resolving potential issues, and continuance of the hearing (0.3), phone calls to courtroom deputy and chambers to advise of continuance of hearing on Jigsaw interim fee application (0.1). | 0.40 | 210.00 |
| 04/20/23 | SB | Confirm available calendar dates and draft email to UST's office re confirmation of calendar next week, my voicemails to the court, and seeking clarification re the proposed continuance stipulation. | 0.20 | 105.00 |
| 04/20/23 | SB | Prepare stipulation to continue hearing re Jigsaw interim fee application (0.6), draft proposed order granting stipulation (0.3), and draft emails to Jigsaw and UST forwarding the same (0.1). | 1.00 | 525.00 |
| 04/20/23 | SB | Review email from Jigsaw and UST re proposed revisions to stipulation to continue hearing and prepare the same revisions (0.1), and draft email to B. Brinkman re said revisions and final version for review (0.1). | 0.20 | 105.00 |
| 04/20/23 | SB | Prepare initial draft of B. Brinkman declaration in support of Jigsaws response in support of Jigsaw first interim fee application (0.9), and draft email to B. Brinkman re the same, with copy of draft and comments (0.1). | 1.00 | 525.00 |
| 04/20/23 | SB | Prepare initial draft of response to UST's objections to Jigsaw first interim fee application. | 1.20 | 630.00 |
| 04/21/23 | SB | Review and prepare revisions to proposed declaration of V. Sahn re hourly rate increases for S. Burnell (0.6), and prepare email to V. Sahn re the same with comments (0.2). | 0.80 | 420.00 |
| 04/21/23 | SB | Draft email to B. Brinkman re draft of response in support of Jigsaw's first interim fee application. | 0.10 | 52.50 |
| 04/21/23 | SB | Read email from B. Brinkman re status of drafting Jigsaw response, and draft email reply to same. | 0.10 | 52.50 |
| 04/21/23 | SB | Draft email to UST's Office re status of order continuing the hearing on Jigsaw fee application hearing and timing of filing Jigsaw response. | 0.10 | 52.50 |
| 04/24/23 | SB | Read email exchange between B. Brinkman and K. Krakora re Jigsaw's supplemental response and declaration, and email re UST acceptance of Jihsaw voluntary reduction of fees to resolve duplication of services objections (0.1), and revise B. Brinkman's supplemental declaration accordingly (0.2), and draft email reply to B. Brinkman re the same with comments (0.1). | 0.40 | 210.00 |

May 4, 2023

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/23 | SB | Send email to V. Sahn re the status of his review of proposed supplemental declaration re hourly rate increases for GM interim fee application. | 0.10 | 52.50 |
| 04/24/23 | KLF | Prepare certificate of no objection to Greenspoon Marder LLP's monthly fee statement no. 7 for March 2023 (.2); Prepare certificate of no objection to Getzler Henrich & Associates LLC's monthly compensation report no. 6 for March 2023 (.2); Email certificates to S. Burnell (.1) | 0.50 | 125.00 |
| 04/25/23 | SB | Phone call from B. Brinkman re his proposed revisions to Jigsaw response re Jigsaw interim fee application. | 0.10 | 52.50 |
| 04/26/23 | SB | Review CNO's for Getzler and Greenspoon Marder and draft reply email to K. Files and P. Dillamar re the same and instructions re Jigsaw's March fee statement. | 0.20 | 105.00 |
| 04/26/23 | SB | Review emails from B. Brinkman re Jigsaw response and B. Brinkman declaration and supporting declarations with responses to each objection (0.3), and draft email to B. Brinkman re my review of the same (0.1), and draft email to P. Dillamar re instructions for finalizing and filing Jigsaw's response in support of interim fee application (0.1). | 0.50 | 262.50 |
| 04/26/23 | SB | Draft further email to P. Dillamar re finalizing Jigsaw response and updated exhibits in support of the same. | 0.10 | 52.50 |
| 04/28/23 | SB | Phone call with B. Brinkman re any UST response to Jigsaw supplements filed (0.1), and phone call with E. Rafael of UST office re the same and draft email to B. Brinkman re results of my call (0.1). | 0.20 | 105.00 |
| 04/28/23 | KLF | Review docket for any opposition to Jigsaw Advisors LLC's professional fee statement for March 2023 (.1); Prepare certificate of no objection re: Jigsaw Advisors LLC's professional fee statement for March 2023 (.2); Email certificate of no objection to S. Burnell (.1) | 0.40 | 100.00 |
| 04/30/23 | SB | Begin drafting application to employ Dal Poggetto & Company LLP (1.7), review prior emails between V. Sahn and J. Poggetto re retention (0.3). | 1.70 | 892.50 |
| 04/30/23 | SB | Review and revise proposed order per Court's docket text order (0.4), and draft email to US Trustee circulating order (0.1). | 0.50 | 262.50 |
| | **Subtotal: FEA - Fee/Employment Applications** | | **33.20** | **18,604.00** |

**Task: FEO - Fee/Employment Objections**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/23 | VAS | Finalize supplemental declaration regarding First Interim Fee Application and phone call with OUST regarding progress of chapter 11 case and likely disposition of chapter 11 case | 0.40 | 300.00 |
| | | **Subtotal: FEO - Fee/Employment Objections** | **0.40** | **300.00** |

**Task: FIN - Financing**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/26/23 | VAS | Phone with Kevin Krakora regarding CapEx budget and specific expenditures | 0.30 | 225.00 |
| 04/27/23 | VAS | Phone with client regarding projection to support further cash collateral usage and phone with Steve Burnell regarding the same | 1.20 | 900.00 |
| 04/28/23 | VAS | Kevin Krakora regarding status and budget respecting operations going forward | 0.20 | 150.00 |
| | | **Subtotal: FIN - Financing** | **1.70** | **1,275.00** |

**Task: LIT - Litigation**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/23 | VAS | Review applicable agreements and prior court orders regarding insurance litigation claims | 0.90 | 675.00 |
| 04/05/23 | VAS | Joe Vann regarding insurance carrier litigation and memorandum regarding same and review of applicable agreements | 0.90 | 675.00 |
| 04/17/23 | VAS | PHone call with Jay Spievack, Esq. regarding insurance company litigation and impact of approved sale by bankruptcy court | 0.30 | 225.00 |
| | | **Subtotal: LIT - Litigation** | **2.10** | **1,575.00** |

**Task: OUST - U. S. Trustee Requirements**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/20/23 | KLF | Redact bank statements to attach to monthly operating report for March 2023. | 1.00 | 250.00 |
| 04/21/23 | KLF | Email exchanges with K. Krakora re: monthly operating report for March 2023 and attachments on OneDrive (.5); Coordination of attachments to monthly operating report for March 2023 (.7); Preparation of proof of service (.5); Preparation of monthly operating report for March 2023 and attachments for e-filing (.7); E-file monthly operating report for March 2023 (.3). | 2.70 | 675.00 |
| | | **Subtotal: OUST - U. S. Trustee Requirements** | **3.70** | **925.00** |
| **Total Fees** | | | **159.90** | **$101,738.50** |

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 81-2555319

Spring Mountain Winery, Inc., a Delaware Corporation
c/o Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York, NY 10170
Attn: Joseph M. Vann

May 04, 2023
Invoice: 1453263
Client ID: 75310
Page Number: 1

**Our Matter #** 75310.0002 - In re Spring Mountain Vineyard, Inc.

| Date | Description | Narrative | Quantity | Amount |
|------|-------------|-----------|----------|--------|
| 10/08/22 | Delivery/Courier | Courier Srvc: GM LLP to NAPA Co. Recorder -75310.0001; Payee: First Legal Network, LLC; Invoice #10550859; 10/08/2022 | | 227.18 |
| 03/06/23 | Online Legal Research | Comprehensive Business Report.: S139541194194; Payee: Lexis Nexis - Online Payments; Invoice #5029241-20221231; 12/31/2022 | | 37.12 |
| 03/06/23 | Online Legal Research | Comprehensive Business Report.: S139649040922; Payee: Lexis Nexis - Online Payments; Invoice #5029241-20221231; 12/31/2022 | | 43.93 |
| 03/06/23 | Online Legal Research | Business Search.: MUSEION WINERY; Payee: Lexis Nexis - Online Payments; Invoice #5029241-20221231; 12/31/2022 | | 7.21 |
| 03/06/23 | Online Legal Research | Comprehensive Business Report.: S139649068315; Payee: Lexis Nexis - Online Payments; Invoice #5029241-20221231; 12/31/2022 | | 25.77 |
| 04/04/23 | Westlaw - Online legal research | Online Legal Research charges | | 119.74 |
| 04/04/23 | Travel Expense | Sahn, Victor; Embassy Suites Napa; 3/24/23; Incidental Charge: Meal Expense; 75310.0002 48623.1073; Payee: EMBASSY SUITES; Invoice #9529-3/27/2023; 03/27/2023 | | 39.52 |
| 04/07/23 | Lien Search Charges | Good Wine Company and Spring Mountain Vineyard Inc., state lien searches; Payee: Paracorp Incorporated DBA Parasec; Invoice #195144301; 04/07/2023 | | 359.50 |
| 04/07/23 | Postage | Postage | | 26.90 |
| 04/07/23 | Postage | Postage | | 10.80 |
| 04/07/23 | Postage | Postage | | 6.60 |
| 04/07/23 | Postage | Postage | | 1.20 |
| 04/07/23 | Postage | Postage | | 18.00 |
| 04/07/23 | Postage | Postage | | 22.45 |
| 04/07/23 | Postage | Postage | | 21.78 |
| 04/07/23 | Postage | Postage | | 38.16 |
| 04/11/23 | Westlaw - Online legal research | Online Legal Research charges | | 50.87 |
| 04/11/23 | Miscellaneous Expense | Difference in fee for flight change on Southwest Airlines from Burbank Airport to Napa County.; Payee: Southwest Airlines; Invoice #9631-3/24/2023; 03/24/2023 | | 16.50 |

| 04/13/23 | Westlaw - Online legal research | Online Legal Research charges | 32.25 |
| 04/14/23 | Postage | Postage | 27.06 |
| 04/14/23 | Westlaw - Online legal research | Online Legal Research charges | 32.25 |
| 04/17/23 | Westlaw - Online legal research | Online Legal Research charges | 21.00 |
| 04/19/23 | Westlaw - Online legal research | Online Legal Research charges | 23.00 |

TOTAL $1,208.79

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **Monthly Fee Statement Number: 8 Month of: April 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 4, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  May  , 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 4, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2023 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 372    Filed: 05/04/23    Entered: 05/04/23 17:08:52    Page 21 of 23

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

3. **SERVED BY EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**
Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com
Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Case: 22-10381     Doc# 372     Filed: 05/04/23     Entered: 05/04/23 17:08:52     Page 22 of 23

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery
Manager
lisa.chandler@ipfs.com

**Request for Special Notice - NEF**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
T: (925) 433-5894
F: (925) 482-0929
Email: mdp@proughlaw.com
dcb@proughlaw.com

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn:  Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Daniel.Peralta@ttb.gov

**Request for Special Notice - NEF**
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

**Request for Special Notice – NEF**
Attorneys for Don Yannias
Louis J. Cisz, III, Esq. NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8320 Fax: 415-984-8300
Email: lcisz@nixonpeabody.com

**Request for Special Notice**
Richard J. Frey NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 9007
Tel: (213) 629-6000 Fax: (213) 629-6001
Email: rfrey@nixonpeabody.com

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike
Dillahunt
Email: Leonard.sheer@psc.com
Email: Michael.dillahunt@psc.com

Will Densberger
Pavi Micheli
Engel & Volkers
1111 Main Street Suite A,
St. Helena CA 94574
Email: Will@nvwineestates.com
Email: pavimicheli@icloud.com

Office of the United States Trustee
Attn: Phillip J. Shine
280 South First Street, Rm. 268
San Jose, CA 95113
Email: phillip.shine@usdoj.gov

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth
jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 372    Filed: 05/04/23    Entered: 05/04/23 17:08:52    Page 23 of 23