| | |
|---|---|
| Attorney or Professional Name, Address, Telephone and FAX<br>Victor A. Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>Attorneys for Debtor in Possession,<br>Spring Mountain Vineyard Inc. | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>                Debtor. | Case Number: 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**Monthly Fee Statement**<br>**Number: 5**<br>**Month of: March 2023** |

| | |
|---|---|
| 1. Name of Professional: | Stanzler Law Group |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard, the debtor in possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought: | March 1, 2023 through March 31, 2023 |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $1,482.00 (80% of $1,852.50) |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $0.00 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $1,482.00 |

> DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR'S SECURED CREDITORS, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>RECIPIENTS</u>"). COMPENSATION AND EXPENSES WILL BE WITHDRAWN FROM THE DEBTOR'S TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL ABOVE AND ON ALL RECIPIENTS **WITHIN 15 DAYS** FROM THE DATE OF SERVICE OF THIS MONTHLY STATEMENT.

Items 1-7 above are a true and correct statement of fee compensation earned and expenses incurred during this reporting period.

Dated: May 8, 2023

Type Name of Professional:   Stanzler Law Group

Signature of Professional:

By: *[signature]*
Jordan Stanzler

Respectfully submitted,

Greenspoon Marder LLP,
A Florida limited liability partnership

*/s/ Victor Sahn*
Victor A. Sahn

SB 54313993v1

# EXHIBIT 1

Stanzler Law Group
390 Bridge Parkway
Suite 220
Redwood City, CA 94065
Tax I.D. 32-0351979


Invoice submitted to:

Mary Seavoy via email
cc: Jay Spievack, Esq. via email
cc: Joseph Vann, Esq. via email


April 14, 2023
In Reference To:  Spring Mountain Vineyards, Inc. v. Landmark American Insurance  Invoice #  1015
Company, et al., Case No. 22CV000270, Napa Superior Court

Professional Services

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2023 | JSS | Discussion with J. Spievack about motions to be filed concerning limitation of liability provisions. | | 0.50 | |
| 3/22/2023 | JSS | Discussed status and strategy with J. Spievack. | | 0.40 | |
| 3/24/2023 | JSS | Reviewed draft of motion for judgment on the pleadings and summary judgment against Mt. Hawley Ins C; gave comments to J. Spievack. | | 0.70 | |
| 3/27/2023 | JSS | Discussion of strategy with J. Spievack re motions of judgment on the pleadings/effect of expected ruling in a similar case pending in Napa County (Calistoga Ranch). | | 0.50 | |
| | JSS | Reviewed briefs filed by Calistoga Ranch 's motion for judgment on the pleadings re limitation of liability provisions, which raises similar issues for Spring Mountain. | | 0.80 | |
| 3/29/2023 | JSS | Review of decisions in the Calistoga Ranch/Auberge coverage action which decide virtually the same issues we have in our case. | | 0.50 | |
| 3/31/2023 | JSS | Discussion with J. Spievack on whether to file motion for judgment on the pleadings or motions for summary adjudication. | | 0.50 | |
| | | For professional services rendered | | 3.90 | $1,852.50 |
| | | Balance due | | | $1,852.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jordan S. Stanzler | 3.90 | 475.00 | $1,852.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY FEE STATEMENT NUMBER: 5 MONTH OF: MARCH 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 9, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May , 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 9, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 9, 2023 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 374    Filed: 05/09/23    Entered: 05/09/23 11:27:45    Page 7 of 9

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

3. **SERVED BY EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**
Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com
Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 374    Filed: 05/09/23    Entered: 05/09/23 11:27:45    Page 8 of 9

| | |
|---|---|
| **Secured Creditor**<br>Imperial PFS aka IPFS<br>49 Stevenson St. #127<br>San Francisco, CA 94105-2909<br>(877) 687-9826<br>Lisa Chandler, Litigation and Bankruptcy Recovery Manager<br>lisa.chandler@ipfs.com | **Request for Special Notice - NEF**<br>Attorneys for Mt. Hawley Insurance Company<br>Michael D. Prough<br>**Dean C. Burnick**<br>Prough Law, APC<br>1550 Parkside Drive, Suite 200<br>Walnut Creek, CA 94596<br>T: (925) 433-5894<br>F: (925) 482-0929<br>Email: mdp@proughlaw.com<br>dcb@proughlaw.com |
| **Request for Special Notice**<br>Alcohol & Tobacco Tax & Trade Bureau<br>U.S. Department of the Treasury<br>Attn: Daniel Paralta, Senior Counsel, Field Operations<br>1436 2nd Street #531<br>Napa, CA 94559<br>(513) 684-2509<br>(202) 453-2412<br>Daniel.Peralta@ttb.gov | **Request for Special Notice - NEF**<br>Attorneys for Napa County Treasurer<br>Jacquelyn H. Choi<br>RIMON, P.C.<br>2029 Century Park East<br>Suite 400N<br>Los Angeles, CA 90067<br>Telephone: (310) 525-5859<br>Facsimile: (310) 525-5859<br>jacquelyn.choi@rimonlaw.com |
| **Request for Special Notice – NEF**<br>Attorneys for Don Yannias<br>Louis J. Cisz, III, Esq. NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Tel: 415-984-8320 Fax: 415-984-8300<br>Email: lcisz@nixonpeabody.com | **Request for Special Notice**<br>Richard J. Frey NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 9007<br>Tel: (213) 629-6000 Fax: (213) 629-6001<br>Email: rfrey@nixonpeabody.com |
| Piper/Sandler<br>1251 Avenue of the Americas, 39th Floor<br>New York, N.Y. 10020<br>Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt<br>Email: Leonard.sheer@psc.com<br>Email: Michael.dillahunt@psc.com | Will Densberger<br>Pavi Micheli<br>Engel & Volkers<br>1111 Main Street Suite A,<br>St. Helena CA 94574<br>Email: Will@nvwineestates.com<br>Email: pavimicheli@icloud.com |
| Office of the United States Trustee<br>Attn: Phillip J. Shine<br>280 South First Street, Rm. 268<br>San Jose, CA 95113<br>Email: phillip.shine@usdoj.gov | **Courtesy Email**<br>Luckey McDowell luckey.mcdowell@shearman.com<br>Jonathan Dunworth<br>jonathan.dunworth@shearman.com<br><br>**Attorneys for Creditor Francois Freres USA Inc.**<br>John G. Warner warnerwest@aol.com |

PMD 52693717v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                      **F 9013-3.1.PROOF.SERVICE**