RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE,
DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:   (714) 431-1100
Facsimile:    (714) 431-1119

Attorneys for Movant,
CAB WEST LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Debtor.<br><hr>CAB WEST LLC,<br><br>Movant.<br><br>vs.<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Respondents. | Case No. 22-10381<br><br>Chapter 11<br><br>RS No: RPM-89<br><br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br><br><br>Date:   June 7, 2023<br>Time:   11:00 a.m.<br>Ctrm:   via Tele/Videoconference |

Pre-petition Lessor CAB WEST LLC ("Movant") moves this Court for Relief from the Automatic Stay based upon the following:

1. Movant is admitted to do business in the State of California, and is engaged, among other things, in the leasing of motor vehicles by retail lessees under motor vehicle leases.

2. Pre-petition, Movant, CAB WEST LLC ("Movant") and Debtor SPRING MOUNTAIN VINEYARD INC. ("Debtor") entered into three separate California Motor Vehicle Lease Agreements (the "Leases") for the lease by Movant to Debtor of three separate motor vehicles more particularly described as:

(the "Vehicles") True and correct copies of the Leases are attached as Exhibits "A," "B," and "C" to the List of Exhibits. (Declaration of Pamela Rucker filed herewith.)

3. Movant is the legal and co-registered owner of the Vehicles and Movant duly perfected its interest in the Vehicles pre-petition by the notation of its interests on the Vehicles' Certificates of Title. True and correct copies of the subject Certificates of Title are attached as Exhibit "D" to the List of Exhibits. (Declaration of Pamela Rucker filed herewith.)

4. The Leases are in default for the post-petition rental payment coming due in March and April 2023. The aggregate monthly rental payment under the Leases is $2,598.68. True and correct copies of the Debtor's payment histories with respect to the Leases are attached as Exhibits "E," "F," and "G" to the List of Exhibits. (Declaration of Pamela Rucker filed herewith.)

5. The current aggregate buyout with respect to the Leases is in the amount of $66,661.60.

6. The Leases require that the Debtor maintain an insurance policy covering the Vehicles with liability and collision and comprehensive coverages. Movant has not been provided with evidence that the Vehicles are insured.

7. Movant would exercise its rights and remedies under state law but for the automatic stay issued by this Court on the filing of the petition herein.

WHEREFORE, Movant prays for an order:

1. Terminating the automatic stay as to Movant, its successors and assigns;

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to dispose of the Vehicles;

3. That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived;

4. That the Order granting relief be binding and effective despite any conversion of this

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

3100.0146  3918585.1

Case 2:22-10381  Doc# 375  Filed: 05/09/23  Entered: 05/09/23 14:21:15  Page 2 of 3

2

MOTION FOR RELIEF FROM STAY

1. bankruptcy case to a case under any other chapter; and

2. 5. For such other and further relief as the court deems just and proper.

DATED: May 8, 2023                COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By:_____
   RANDALL P. MROCZYNSKI
   Attorneys for Movant
   CAB WEST LLC