RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE,**
**DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:     (714) 431-1100
Facsimile:     (714) 431-1119

Attorneys for Movant,
CAB WEST LLC

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 22-10381 |
| SPRING MOUNTAIN VINEYARD INC., | Chapter 11 |
| Debtor. | RS No: RPM-89 |
| CAB WEST LLC, | |
| Movant. | LIST OF EXHIBITS |
| vs. | |
| SPRING MOUNTAIN VINEYARD INC., | Date:     June 7, 2023 |
| Respondents. | Time:     11:00 a.m. |
| | Ctrm:     via Tele/Videoconference |

EXHIBIT "A" – "C":  Motor Vehicle Lease Agreements

EXHIBIT "D":  Evidence of Perfection

EXHIBIT "E" - "G":  Debtor's Payment Histories with Respect to the Leases

# Exhibit "A"

**1-800-727-7000**   Lessee (and Co-Lessee) - Name and Address (Including County)   Lessor - Name and Address:

Ford
SPRING MOUNTAIN VINEYARD INC
2805 SPRING MOUNTAIN RD
ST HELENA CA 94574-1798
CO: NAPA

ZUMWALT FORD
23 S. MAIN ST
ST HELENA CA 94574

FORD CREDIT
www.fordcredit.com

"Finance Company" or "FMC" means FORD MOTOR CREDIT COMPANY. The "Holder" is CAR WEST LLC ... and its assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the WestCare Addendum if it is attached to this lease.

| New/Used/Demo | Mileage at Start | Year/Make/Model | Vehicle ID No | Vehicle Use |
|---|---|---|---|---|
| NEW | 240 | 3858 FORD TRUCK F150 PICKUP | 1FTFX1E43LKE74296 | BUSINESS |

**1. Amount Due At Lease Signing or Delivery (Itemized Below)**
- $1500.00

**2. Monthly Payments**
Your first monthly payment of $673.70 is due 09/17/20, followed by 35 payments of $673.70 due on 40th day of each month. The total of Your monthly payments is $24253.20

**3. Other Charges** (not part of Your monthly payment)
Disposition Fee (if You do not purchase the Vehicle) $395.00
N/A
N/A
Total $395.00

**4. Total of Payments** (The amount You will have paid by the end of the lease) $24674.50

### 5. Itemization of Amount Due At Lease Signing or Delivery

**5. Amounts Due At Lease Signing or Delivery**
- a. Capitalized cost reduction $36.10
- b. First monthly payment $673.70
- c. Refundable security deposit N/A
- d. Title fees N/A
- e. Registration fees $657.00
- f. California tire fee $8.75
- g. Acquisition Fee N/A
- h. Upfront taxes $2.60
- i. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) $32.00
- j. Document Processing Charge (not a governmental fee) $85.00
- k. TAX ON DOC PROCESSIN $6.59
- N/A
- N/A
- Total $1500.00

**6. How the Amount Due At Lease Signing or Delivery will be paid:**
- a. Net trade-in allowance N/A
- b. Rebates and noncash credits $1250.00
- c. Amount to be paid in cash $250.00
- N/A
- N/A
- Total $1500.00

### 7. Your monthly payment is determined as shown below:

- a. Gross capitalized cost. The agreed upon value of the Vehicle $46400.00 and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (itemized below)* ... 46045.00
- b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost ... 36.10
- c. Adjusted capitalized cost. The amount used in calculating Your base monthly payment ... 46008.84
- d. Residual value. The value of the Vehicle at the end of the lease used in calculating Your base monthly payment ... 25056.00
- e. Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term ... 20952.84
- f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts ... 1556.88
- g. Total of base monthly payments. The depreciation and any amortized amounts plus the rent charge ... 22509.64
- h. Lease payments. The number of payments in Your lease ... 36
- i. Base monthly payment ... 625.24
- j. Monthly sales / use tax ... 48.46
- k. Total monthly payment ... 673.70
- l. Lease term in months ... 36

**Early Termination. You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.**

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0.20 per mile for each mile in excess of 31749 miles shown on the odometer. See items 22 and 26 on back and the WestCare Addendum if it is attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default on the credit is less than $1.00.

**10. Purchase Option at End of Lease Term.** $25056.00 plus official fees and taxes if Your lease and purchase option price. You have the option to purchase the Vehicle from a party designated by Holder for the purchase option price plus a purchase option fee of $250.00 at the end of this lease term if You are not in default. Other Important Terms. See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and security interests, if applicable.

### 11. Itemization of Gross Capitalized Cost

| Agreed Upon Value of the Vehicle As Equipped at the Time of Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease |
|---|---|---|---|
| + $46400.00 | + $ N/A | + $ N/A | + $ N/A |

| Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value As Lessor Agrees to Add to the Vehicle After Signing the Lease |
|---|---|---|---|
| + $ N/A | + $ N/A | + $ N/A | + $ N/A |

| Sales/Use Tax & Other Applicable Taxes | Title Fees | License & Registration Fees | Lessor Services | Acquisition Fee |
|---|---|---|---|---|
| + $ N/A | $ N/A | $ N/A | + $ N/A | + $645.00 |

| Document Processing Charge (not a governmental fee) | Outstanding Prior Credit or Lease Balance | Wear/Care | Agreed Upon Value | Agreed Upon Value |
|---|---|---|---|---|
| + $ N/A | + $ N/A | + $ N/A | N/A | N/A |

| Electronic Vehicle Registration or Transfer Charge (not governmental fee) | | | | Total Gross Capitalized Cost |
|---|---|---|---|---|
| + $ N/A | | | | = $46045.00 |

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:
☐ Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
N/A

If the Vehicle is of a type normally used for personal use and the Lessee, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.

**13. OFFICIAL FEES AND TAXES.** The estimated total amount You will pay for official and license fees, registration, title, and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed. $3763.70

**14.** This lease contract was negotiated primarily in the English language. ☐ Spanish ☐ Chinese ☐ Tagalog ☐ Korean ☐ Vietnamese ☐ Other ____

**16. Agreement to Arbitrate.** By signing below You agree that, pursuant to the Arbitration provision on the reverse side of this lease, You or we may resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration provision for additional information governing agreement to arbitrate.
Buyer Signs X _____
Co-Buyer Signs X _____

**17. LESSOR'S SERVICES.** N/A

**18. LATE PAYMENTS.** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.

**19. VEHICLE INSURANCE MINIMUMS.** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible of $1,000; and (c) automobile liability insurance with minimum limits for bodily injury or death of $100,000 for any one person and $300,000 for any one accident, and property damage of $50,000.

**15. Description of Vehicle or Other Property Traded-in** Year/Make/Model or Other Property Description

applicable to the following box:
I acknowledge I am requesting Lessor to assist me in returning the following leased vehicle:
2017 FORD F150 1FTEW1EP4HKE23654 to FORD CREDIT.
Any Turn-In Vehicle is not being sold to, or traded to Lessor. I completely understand Lessor is not responsible for any amounts which may now, or hereafter, be owed to the Leasing Company. I am aware that I may yet be liable for additional fees/costs from terminating the lease, including, but not limited to, outstanding payments, late charges, disposition/termination fees, excess wear and tear and excess mileage charges.

### SIGNATURES AND IMPORTANT NOTICES

You specifically waive the right to keep any residence address confidential as granted by Section 1808.21 of the California Vehicle Code.

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this lease simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this lease only with the agreement of the lessor or for legal cause, such as fraud.

You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by You.

**Modification:** This lease sets forth all the agreements of Lessee and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee SPRING MOUNTAIN VINEYARD INC.   By: _____   Title: CFO
Co-Lessee _____   By: _____   Title: N/A

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**
(1) Do not sign this lease before You read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this lease; (3) Warning - Unless a charge is included in this lease for public liability or property damage insurance, payment for that coverage is not provided by this lease.

**NOTICE:** You state that You have been given notice of an assignment of this lease by the Lessor to Holder and a filled-in copy of this lease at the time You sign it.

Lessee SPRING MOUNTAIN VINEYARD INC.   By: _____   Title: CFO
Co-Lessee _____   By: _____   Title: N/A

Lessor and Lessee are hereby notified that Holder has assigned to GT Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of the Vehicle, and the sale of the Vehicle to Lessee. This notice is given in accordance between Lessor and Finance Company under terms of the Lease of the Finance or lease any agreement between Lessor and Finance Company and to Holder under the terms of the Finance or lease any agreement between Lessor and Finance Company.

ZUMWALT FORD
By: _____   Title: MGR

Exhibit A
Page 1 of 2

**20. VEHICLE USE AND SUBLEASING** You will not sublet or permit others to use the Vehicle ...

**21. VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle ...

**22. DAMAGE REPAIR** You are responsible for repairs of All Damage which are not a result of normal wear and use. ...

**23. VEHICLE INSURANCE** If the state in which You lease/register the Vehicle establishes or changes the minimum automobile liability insurance limits greater than those listed on the front of this lease in Section 18, Vehicle Insurance Minimums, for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by the state. ...

**24. LESSOR IS NOT PROVIDING VEHICLE INSURANCE OR LIABILITY INSURANCE** If you lease/register the Vehicle in, or change the garage location of the Vehicle to a state where Finance Company has established minimum automobile liability insurance limits greater than those listed on the front of this lease for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by Finance Company.

## ENDING YOUR LEASE

**25. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**26. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company designates another place. Upon return of the Vehicle, You must pay the Disposition Fee shown on the front of the lease in Section 3, "Other Charges." ...

**27. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. ...

**28. VOLUNTARY EARLY TERMINATION AND RETURN OF THE VEHICLE** You may terminate this lease early by returning the Vehicle to Lessor, unless Finance Company designates another place, and paying the following: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Vehicle's Fair Market Wholesale Value, plus (b) all other amounts then due under this lease, plus (c) the Disposition Fee listed on the front of this lease in Section 3, "Other Charges." ...

**VOLUNTARY EARLY TERMINATION AND PURCHASE OF THE VEHICLE** You may purchase the Vehicle from Lessor or a party designated by Holder at any time for a purchase price that cannot exceed the following: (a) part due payments at the time of the purchase, plus (b) all other amounts then due under this lease (except excess wear and use and mileage charges), plus (c) any other charges, including the purchase option fee in Section 10, "Purchase Option at End of Lease Term," connected to the early termination and purchase, plus (d) the Unpaid Adjusted Capitalized Cost. You may also be charged for any taxes and other charges incidental to the sale. Payment of the purchase price will satisfy Your facilities under this lease.

*Unpaid Adjusted Capitalized Cost* is reduced on each payment due date. It is calculated by reducing the Adjusted Capitalized Cost each month by the difference between the Base Monthly Payment and the part of the Rent Charges earned in that month on an actuarial basis. ...

*Fair Market Wholesale Value*, at Your option, will be (a) an amount agreed to by You and Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense from an independent third party agreeable to Finance Company at least 3 days prior to any scheduled sale date of the Vehicle, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale. ...

**29. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

## DEFAULT AND LOSS OF VEHICLE

**30. DEFAULT** You will be in default if (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease. ...

**30. LOSS OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, You will pay to Finance Company: (a) the Unpaid Adjusted Capitalized Cost, plus (b) all other amounts then due under this lease, minus (c) any insurance proceeds received by Finance Company. *Gap Waiver:* If You fail to afford the insurance required under this lease and Finance Company recovers the full proceeds, You will pay to Finance Company: (a) any past due monthly lease payments, plus (b) the amount of the applicable insurance deductible, plus (c) all other amounts due under this lease. Even if the Vehicle is insured, Finance Company requires the appropriate amount above. You are responsible for the scheduled monthly payments.

## ADDITIONAL INFORMATION

**31. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder. Finance Company or a substitute will administer this lease. You must then pay all amounts due under this lease to Finance Company. All payments must be made in U.S. funds. ...

**32. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay these amounts even if they are itemized after lease end.

**33. TITLING** The Vehicle will be titled in the name of Holder. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**34. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and all costs and fees of claims, taxes, injuries, expenses and costs related to the use, maintenance, or operation of the Vehicle. You will promptly pay all fees and losses imposed on the Vehicle or driver. If You do not pay, Your left-hand Finance Company and pay a $20 administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**35. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts that You fail to pay under this lease. You will not receive any interest, profits or other earnings on Your security deposit.

**36. CONSUMER REPORTS** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**37. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**38. GENERAL** Except as otherwise provided by the law of the state where You reside, you need not apply to this lease in the law of the state where the Vehicle is garaged. A waiver on any one term of the lease is not a waiver of any of the agreements in this lease. If one or more of the terms of this lease are not allowed by law, the rest of this lease will still be valid.

---

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit has been filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to: the initial application for or agreement to this lease, any resulting lease or the relationship between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates. ...

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:
- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US**
- **WHICH IS IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: (1) Right to file bankruptcy in court; (2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; (3) Right to take legal action to enforce the arbitrator's decision; (4) Right to request that a court of law review whether the arbitrator exceeded its authority; and (5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction. ...

Case: 22-10381   Doc#: 375-4   Filed: 05/09/23   Entered: 05/09/23 14:21:15   Page 4 of 35

Exhibit A

Page 2 of 2

# Exhibit "B"

# CALIFORNIA MOTOR VEHICLE LEASE AGREEMENT

 | Ford Credit

**www.ford.com/finance**
**1-800-727-7000**

Lease Date: _____04/14/2022_____

**Lessee** (and Co-Lessee) - Name and Address (including County):

SPRING MOUNTAIN VINEYARD
2805 SPRING MOUNTAIN RD
Saint Helena, CA 94574-1775 NAPA

N/A

**Lessor** - Name and Address:

NAPAVALLEY FORD LINCOLN MERCU
570 SOSCOL AVENUE
NAPA, CA 94559

**"Finance Company"** is _____Ford Motor Credit Company_____ . The **"Holder"** is _____CAB West LLC_____ and its assigns. By signing **"You"** (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms in this lease and the terms of the WearCare Addendum if it is attached to this lease.

| New/Used/Demo | Mileage at Delivery | Year/Make/Model | Vehicle ID # | Vehicle Use |
|---|---|---|---|---|
| New | 59 | 2021 Ford F-150 | 1FTEW1E88MFC51215 | Business |

### THERE IS NO COOLING OFF PERIOD

**California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this lease simply because you change your mind, decided the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this lease only with the agreement of the lessor or for legal cause, such as fraud.**

**Agreement to Arbitrate:** By signing below You agree that, pursuant to the Arbitration provision on page 6 of this lease, You or we may resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration provision for any additional information concerning the agreement to arbitrate.

Buyer Signs X _A Mu Ce_

Co-Buyer Signs X _A_         **N/A**

19002-P-e (SEP 19)          Page 1 of 7          Exhibit B

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY
TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

| 1. Amount Due At Lease Signing or Delivery (Itemized Below) * | 2. Monthly Payments | 3. Other Charges (not part of Your monthly payment) | | 4. Total of Payments (The amount You will have paid by the end of the lease) |
|---|---|---|---|---|
| | Your first monthly payment of $ 1,025.00 is due on 04/14/2022 , followed by 38 payments of $ 1,025.00 due on the 14th day of each month. The total of Your monthly payments is $ 39,975.00 | Disposition Fee (if You do not purchase the Vehicle) 395.00 N/A N/A N/A N/A | | |
| $ 8,750.00 | | Total $ 395.00 | | $ 48,095.00 |

### * Itemization of Amount Due At Lease Signing or Delivery

**5. Amounts Due At Lease Signing or Delivery:**

| | | |
|---|---|---|
| a. Capitalized cost reduction | $ | 6,282.90 |
| b. First monthly payment | | 1,025.00 |
| c. Refundable security deposit | | N/A |
| d. Title fees | | N/A |
| e. Registration fees | | 793.00 |
| f. California tire fee | | 8.75 |
| g. Acquisition Fee | | N/A |
| h. Upfront taxes | | 525.35 |
| i. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) | | 30.00 |
| j. Document Processing Charge (not a governmental fee) | | 85.00 |
| k. N/A | | N/A |
| l. N/A | | N/A |
| m. N/A | | N/A |
| n. N/A | | N/A |
| o. N/A | | N/A |
| p. N/A | | N/A |
| q. N/A | | N/A |
| r. N/A | | N/A |
| s. N/A | | N/A |
| t. N/A | | N/A |
| Total | $ | 8,750.00 |

**6. How the Amount Due At Lease Signing or Delivery will be paid:**

| | | |
|---|---|---|
| a. Net trade-in allowance | $ | N/A |
| b. Rebates and noncash credits | | 1,250.00 |
| c. Amount to be paid in cash | | 7,500.00 |
| d. N/A | | N/A |
| Total | $ | 8,750.00 |

### 7. Your monthly payment is determined as shown below:

| | | |
|---|---|---|
| a. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 60,234.59 ) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (See Item 11)**................................. $ | | 63,214.59 |
| b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost........................................................................................................................... - | | 6,282.90 |
| c. **Adjusted capitalized cost.** The amount used in calculating Your base monthly payment............................................ = | | 56,931.69 |
| d. **Residual value.** The value of the Vehicle at the end of the lease used in calculating Your base monthly payment.................. = | | 32,430.00 |
| e. **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term.............................................................................................................. = | | 24,501.69 |
| f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts............................................ + | | 12,630.21 |
| g. **Total of base monthly payments.** The depreciation and any amortized amounts plus the rent charge.................................... = | | 37,131.90 |
| h. **Lease payments.** The number of payments in Your lease.............................................................................................. ÷ | | 39 |
| i. **Base monthly payment**...................................................................................................................................... = | | 952.10 |
| j. **Monthly sales / use tax**..................................................................................................................................... + | | 72.90 |
| k. **Total monthly payment**...................................................................................................................................... $ | | 1,025.00 |
| l. **Lease term in months**....................................................................................................................................... | | 39 |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. <u>The charge may be up to several thousand dollars.</u> **The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.**

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, **You must pay** to Lessor $0.25 per mile for each mile in excess of 48,809 miles shown on the odometer. See Items 21 and 25 and the WearCare Addendum if it is attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0.N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than **$1.00.**

**10. Purchase Option at End of Lease Term $ 32,430.00 plus official fees and taxes is Your lease end purchase option price.** You have the option to purchase the Vehicle from a party designated by Holder for the purchase option price plus a purchase option fee of $ N/A at the end of this lease term if You are not in default.

**Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late, and default charges, insurance, and any security interests, if applicable.

19002-P-e (SEP 19) Page 2 of 7

Exhibit B
Page 2 of 7

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

## **11. Itemization of Gross Capitalized Cost

| | | | |
|---|---|---|---|
| Agreed Upon Value of the Vehicle As Equipped at the Time of Signing the Lease<br><br>$ \_\_\_\_\_ 60,234.59 | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A |
| Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A | Agreed Upon Value of \_\_\_N/A\_\_\_ Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ \_\_\_\_\_ N/A |

| Sales/Use Tax & Other Applicable Taxes | Title Fees | License & Registration Fees | Lessor Services | Acquisition Fee |
|---|---|---|---|---|
| + $ \_\_\_\_ N/A | + $ \_\_\_\_ N/A | + $ \_\_\_\_ N/A | + $ \_\_\_\_ N/A | + $ \_\_\_\_ 645.00 |
| Document Processing Charge (not a governmental fee)<br>+ $ \_\_\_\_ N/A | Outstanding Prior Credit or Lease Balance<br>+ $ \_\_\_\_ N/A | WearCare<br>+ $ \_\_\_\_ 1,050.00 | Agreed Upon Value of \_\_\_\_ N/A<br>+ $ \_\_\_\_ N/A | Agreed Upon Value of \_\_\_\_ N/A<br>+ $ \_\_\_\_ N/A |
| Electronic Vehicle Registration or Transfer Charge (not governmental fee)<br>+ $ \_\_\_\_ 1,285.00 | Maintenance Plan \_\_\_\_ N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A |
| N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A |
| N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | N/A<br>+ $ \_\_\_\_ N/A | Total Gross Capitalized Cost<br>= $ \_\_\_\_ 63,214.59 |

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:

☒ Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle

☐ N/A

**If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.**

**13. OFFICIAL FEES AND TAXES** $ \_\_\_\_ 4,170.20 \_\_\_\_.
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**14. This lease contract was negotiated primarily in the language marked:** \_\_\_\_X\_\_\_\_ **English**
\_\_\_\_ **Spanish** \_\_\_\_ **Chinese** \_\_\_\_ **Tagalog**
\_\_\_\_ **Korean** \_\_\_\_ **Vietnamese** \_\_\_\_ **Other**

**15. LESSOR SERVICES** \_\_\_\_ N/A \_\_\_\_
(See Item 20) \_\_\_\_ N/A \_\_\_\_

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within **10 days** after it is due. The charge is **7.5%** of the full amount of the scheduled payment or **$50.00** whichever is less.

**17. VEHICLE INSURANCE MINIMUMS.** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with **(a)** comprehensive fire and theft insurance with a <u>maximum deductible</u> amount of **$1,000; and (b)** collision and upset insurance with a <u>maximum deductible</u> of **$1,000; and (c)** automobile liability insurance with <u>minimum limits</u> for bodily injury or death of $ \_\_15,000.00\_\_ for any one person and $\_\_30,000.00\_\_ for any one accident, and $\_\_5,000.00\_\_ for property damage.

Exhibit B
Page 3 of 7

Case: 22-10367-DP564224280 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC. 05/03/22 11:21:15    Page 8 of 35

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

| 18. Description of Vehicle or Other Property Trade-In: | Agreed Upon Gross Value: N/A |
|---|---|
| Year/Make/Model or Other Property Description | See Item 6, for net trade-in allowance |

N/A

Trade-In, Turn-In and other Individualized Agreements

By: **X B** **N/A**
Lessee

By: **X B** **N/A**
Co-Lessee

## VEHICLE MAINTENANCE, INSURANCE AND USE

**19. VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance policies covering the Vehicle, (c) outside the state where first titled or registered for more than **30** days without Finance Company's written consent, (d) outside the United States, except for less than **30** days in Canada or Mexico or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. **You will not assign or sublease any interest in the Vehicle or lease without Finance Company's written consent.**

**20. VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the service(s), if any, identified in the Lessor Services section under the terms of a separate agreement. The manufacturer will invalidate warranty coverage on parts affected by a failure to maintain the Vehicle as required by the manufacturer. (See Lessor Services, Item 15)

**21. DAMAGE REPAIR** You are responsible for repairs of **All Damage** which are not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal, Plastic Components**, and to **Vehicle Safety Systems**, including air bag, seat belt and bumper system components. Replacement of Sheet Metal must be made with Original Equipment Manufacturer Sheet Metal. All other repairs must be made with Original Equipment Manufacturer parts. Discuss this requirement with Your insurance company prior to signing a collision repair estimate or before authorizing any collision repair work.

If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle.

**22. VEHICLE INSURANCE** If the state in which You title/register the Vehicle establishes or changes the minimum automobile liability insurance limits greater than those listed in Section 17, "Vehicle Insurance Minimums," for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by the state. **These amounts may not be sufficient to cover all Your liabilities. You may wish to consult Your insurance advisor about obtaining additional coverage.** You will list the loss payee and additional insured as requested by Lessor. You must give Finance Company evidence of this insurance.

You authorize Finance Company, on Your behalf, to receive and endorse checks or drafts, and settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease or Holder's interest in the Vehicle.

If you or Finance Company obtain a refund for amounts paid to third parties for insurance, service contracts, or any other amount paid to a third party included in the Gross Capitalized Cost of this lease, You must pay to the Holder the entire amount of the refund and You authorize the Holder to subtract the refund from the amount You owe under this lease.

**LESSOR IS NOT PROVIDING VEHICLE INSURANCE OR LIABILITY INSURANCE**

If you title/register the Vehicle in, or change the garage location of the Vehicle to a state where Finance Company has established minimum automobile liability insurance limits greater than those listed in this lease for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by Finance Company.

19002-P-e (SEP 19)

Page 4 of 7

Case: 22-10367 T564224276-DP564224280 THIS IS A CUSTOMER COMPLETED COPY WAS CREATED ON 05/03/22 AT 11:21:15 Filed: 05/03/23 Entered: 05/03/23 11:21:15 Page 9 of 35

Exhibit B
Page 4 of 7

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

## ENDING YOUR LEASE

**23. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**24. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company designates another place. Upon return of the Vehicle, You must pay the Disposition Fee shown in this lease in Section 3, "Other Charges." If, upon termination of the lease, You enter into a lease agreement or retail installment contract for a new vehicle which is assigned to or administered by Finance Company, You will not be required to pay the Disposition Fee. If You fail to return the Vehicle, You must continue to pay the monthly payments **plus** other damages to Finance Company, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

**25. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) **Tires** that have sidewall damage/plugs, exposed cords/belts, or are unmatched for Vehicle or unsafe; (b) **Electrical or Mechanical** defects or malfunctions; (c) **Glass, Paint, Body Panels, Trim and Grill Work** that are broken, mismatched, chipped, scratched, pitted, cracked, or dented; (d) **Interior** rips, stains, burns or damaged areas; (e) **Replacement** of any missing equipment or parts (including missing keys or remote entry devices); and (f) **All Damage** which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the Vehicle must not invalidate any warranty. If You have not had the repairs made before the Vehicle is returned, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle. You will maintain the **Odometer** of the Vehicle so that it always reflects the Vehicle's actual mileage. If the odometer is at any time inoperative, You will provide us with reasonable evidence of the Vehicle's actual mileage at vehicle return. If You are unable to do so, You will pay us our estimate of any reduction of the Vehicle's wholesale value caused by the inability to determine the Vehicle's actual mileage.

**26. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

**27. VOLUNTARY EARLY TERMINATION AND RETURN OF THE VEHICLE** You may terminate this lease early by returning the Vehicle to Lessor, unless Finance Company designates another place, and paying the following: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Vehicle's Fair Market Wholesale Value, **plus** (b) all other amounts then due under this lease, **plus** (c) the Disposition Fee shown in this lease in Section 3, "Other Charges." You will never pay more than the sum of the remaining payments, plus any excess wear and use and mileage charges, and all other amounts then due under this lease.

**VOLUNTARY EARLY TERMINATION AND PURCHASE OF THE VEHICLE** You may purchase the Vehicle from Lessor or a party designated by Holder at any time for a purchase price that cannot exceed the following: (a) past due payments at the time of the purchase, **plus** (b) all other amounts then due under the lease (except excess wear and use and mileage charges), **plus** (c) any other charges, including the purchase option fee in Section 10, "Purchase Option at End of Lease Term", connected to the early termination and purchase, **plus** (d) the Unpaid Adjusted Capitalized Cost. You may also be charged for any taxes and other charges incidental to the sale. Payment of the purchase price will satisfy Your liabilities under this lease.

*Unpaid Adjusted Capitalized Cost* is reduced on each payment due date. It is calculated by reducing the Adjusted Capitalized Cost each month by the difference between the Base Monthly Payment and the part of the Rent Charges earned in that month on an **actuarial basis.** Rent Charges are earned when due. Lessor or Finance Company will provide You with a written explanation of the actuarial method upon Your request.

*Fair Market Wholesale Value*, at Your option, will be: (a) an amount agreed to by You and Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense from an independent third party agreeable to Finance Company at least 3 days prior to any scheduled sale date of the Vehicle, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale.

Please contact Finance Company at the telephone number or website listed in this lease if You have any questions regarding terminating Your lease.

## DEFAULT AND LOSS OF VEHICLE

**28. DEFAULT** You will be in default if (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.

If You are in default, and You have not exercised Your rights in Section 27, the "VOLUNTARY EARLY TERMINATION" paragraph, Finance Company may cancel this lease, take back the Vehicle and sell it at a public or private sale. You also give Finance Company the right to go on Your property to peacefully retake the Vehicle. Even if Finance Company retakes the Vehicle, You must still pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Fair Market Wholesale Value, plus (b) all other amounts then due under this lease. You must also pay all expenses, including

reasonable attorney's fees, payable by Finance Company to obtain and hold the Vehicle, collect amounts due and enforce Holder's rights under this lease. You authorize Finance Company to cancel Your insurance and apply any proceeds to Your obligation.

**29. LOSS OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, You will pay to Finance Company: (a) the Unpaid Adjusted Capitalized Cost, **plus** (b) all other amounts then due under this lease, **minus** (c) any insurance proceeds received by Finance Company. <u>Gap Waiver:</u> If You had in effect the insurance required under this lease and Finance Company receives the full proceeds, You will pay to Finance Company: (a) any past due monthly lease payments, **plus** (b) the amount of the applicable insurance deductible, **plus** (c) all other amounts then due under this lease. Even if the Vehicle is insured, until Finance Company receives the appropriate amount above, You are responsible for the scheduled monthly payments.

## ADDITIONAL INFORMATION

**30. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder, Finance Company or a substitute will administer this lease. You must then pay all amounts due under this lease to Finance Company. All payments must be made in U.S. funds.

If Finance Company is not the Holder of this lease, Holder has appointed Finance Company as its agent. As agent for Holder, Finance Company has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for these services.

Case: 22-10301   Doc #: 35-4   Filed: 05/09/23   Entered: 05/09/23 11:21:15   Page 10 of 35

Exhibit B
Page 5 of 7

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

**31. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay these amounts even if they are assessed after lease end.

**32. TITLING** The Vehicle will be titled in the name of Holder. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**33. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and its contents and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You will promptly pay all fines and tickets imposed on the Vehicle or its driver. If You do not pay, You will reimburse Finance Company and pay a **$20** administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**34. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts that You fail to pay under this lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

**35. CONSUMER REPORTS:** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**36. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**37. GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth in this lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be good.

**38. ELECTRONIC RECORDS AND SIGNATURES AND CONVERSION TO PAPER** You agree to use electronic records and electronic signatures to document this lease. Your electronic signatures will have the same effect as signatures on a paper lease.

There will be one authoritative copy of this lease. It will be the electronic copy in a document management system the Creditor designates for storing it.

The Creditor may convert that authoritative copy to a paper original. The Creditor will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper.

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY

### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/ Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**

If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; 4) Right to request that a court of law review whether the arbitrator exceeded its authority; and 5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association, (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one-half of the total or unless the fees are reallocated in the award under applicable law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

Case: 22-10384  Doc# 75  T564224276-DP564224280 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.   Filed: 05/03/23  Entered: 04/05/23 08:33:44   Page 11 of 35

Exhibit B
Page 6 of 7

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

## SIGNATURES AND IMPORTANT NOTICES

You specifically waive the right to keep any residence address confidential as granted by Section 1808.21 of the California Vehicle Code.

You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by You.

Modification: This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee: SPRING MOUNTAIN VINEYARD

By: **X** C_____  Title: PRESIDENT
RONALD ROSENBRAND

Co-Lessee: N/A

By: **X** C          N/A          Title: N/A

## YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION IN THIS CONTRACT.

(1) Do not sign this lease before You read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this lease; (3) Warning - Unless a charge is included in this lease for public liability or property damage insurance, payment for that coverage is not provided by this lease.

**NOTICE:** You state that You have been given notice of an assignment of this lease by the Lessor to Holder and a filled-in paper copy of this lease at the time You electronically sign it.

Lessee: SPRING MOUNTAIN VINEYARD

By: **X** D_____  Title: PRESIDENT
RONALD ROSENBRAND

Co-Lessee: N/A

By: **X** D          N/A          Title: N/A

Lessor and Lessee are hereby notified that Holder has assigned to QI Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the finance or lease plan agreement between Lessor and Finance Company unless otherwise indicated here:

Lessor: NAPAVALLEY FORD LINCOLN MERCU

By: **X** E_____  Title: Finance Manager

Case: 22-10381   Doc# 375   T564224276-DP564224280 - THIS IS A CUSTOMER COMPLETED COPY... WAS CREATED ON 04/05/20 09:08 MGMT   Filed: 05/09/23   Entered: 05/09/23   Page 12 of 35

Exhibit B
Page 7 of 7

# Exhibit "C"

# CALIFORNIA MOTOR VEHICLE LEASE AGREEMENT

 **| Ford Credit**

**www.ford.com/finance**
**1-800-727-7000**

Lease Date:＿＿＿ 03/18/2022＿＿＿

**Lessee** (and Co-Lessee) - Name and Address (including County):

SPRING MOUNTAIN VINEYARD INC
2805 SPRING MOUNTAIN RD
Saint Helena, CA 94574-1775 NAPA

N/A

**Lessor** - Name and Address:

NAPAVALLEY FORD LINCOLN MERCU
570 SOSCOL AVENUE
NAPA, CA 94559

**"Finance Company"** is ＿＿＿ Ford Motor Credit Company ＿＿＿. The **"Holder"** is ＿＿＿ CAB West LLC ＿＿＿ and its assigns. By signing **"You"** (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms in this lease and the terms of the WearCare Addendum if it is attached to this lease.

| New/Used/Demo | Mileage at Delivery | Year/Make/Model | Vehicle ID # | Vehicle Use |
|---|---|---|---|---|
| New | 110 | 2021 Ford Expedition | 1FMJU2AT8MEA63235 | Business |

**THERE IS NO COOLING OFF PERIOD**

**California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this lease simply because you change your mind, decided the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this lease only with the agreement of the lessor or for legal cause, such as fraud.**

**Agreement to Arbitrate:** By signing below You agree that, pursuant to the Arbitration provision on page 6 of this lease, You or we may resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration provision for any additional information concerning the agreement to arbitrate.

Buyer Signs X _A M Q_

Co-Buyer Signs X _A_                    N/A

Case: 22-10381    Doc# 375-4    Filed: 05/09/23    Entered: 05/09/23 14:21:15    Page 14 of 35

Exhibit C

Page 1 of 7

*(left margin, vertical text)* TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

| 1. Amount Due At Lease Signing or Delivery (Itemized Below) * | 2. Monthly Payments | 3. Other Charges (not part of Your monthly payment) | 4. Total of Payments (The amount You will have paid by the end of the lease) |
|---|---|---|---|
| $ 13,250.00 | Your first monthly payment of $ 900.00 is due on 03/18/2022, followed by 35 payments of $ 900.00 due on the 17th day of each month. The total of Your monthly payments is $ 32,400.00 . | Disposition Fee (if You do not purchase the Vehicle) 395.00 / N/A N/A / N/A N/A / Total 395.00 | $ 45,145.00 |

**\* Itemization of Amount Due at Lease Signing or Delivery**

**5. Amounts Due At Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized cost reduction | $ 10,386.37 |
| b. First monthly payment | 900.00 |
| c. Refundable security deposit | N/A |
| d. Title fees | N/A |
| e. Registration fees | 976.00 |
| f. California tire fee | 8.75 |
| g. Acquisition Fee | N/A |
| h. Upfront taxes | 863.88 |
| i. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) | 30.00 |
| j. Document Processing Charge (not a governmental fee) | 85.00 |
| k. N/A | N/A |
| l. N/A | N/A |
| m. N/A | N/A |
| n. N/A | N/A |
| o. N/A | N/A |
| p. N/A | N/A |
| q. N/A | N/A |
| r. N/A | N/A |
| s. N/A | N/A |
| t. N/A | N/A |
| Total | $ 13,250.00 |

**6. How the Amount Due At Lease Signing or Delivery will be paid:**

| | |
|---|---|
| a. Net trade-in allowance | $ N/A |
| b. Rebates and noncash credits | 1,250.00 |
| c. Amount to be paid in cash | 12,000.00 |
| d. N/A | N/A |
| Total | $ 13,250.00 |

**7. Your monthly payment is determined as shown below:**

| | |
|---|---|
| a. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 77,164.44) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (See Item 11)\*\* | $ 78,859.44 |
| b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost. | - 10,386.37 |
| c. **Adjusted capitalized cost.** The amount used in calculating Your base monthly payment. | = 68,473.07 |
| d. **Residual value.** The value of the Vehicle at the end of the lease used in calculating Your base monthly payment. | - 45,105.00 |
| e. **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term. | = 23,368.07 |
| f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts. | + 6,647.29 |
| g. **Total of base monthly payments.** The depreciation and any amortized amounts plus the rent charge. | = 30,015.36 |
| h. **Lease payments.** The number of payments in Your lease. | 36 |
| i. **Base monthly payment.** | = 833.76 |
| j. **Monthly sales / use tax.** | + 66.24 |
| k. **Total monthly payment.** | $ 900.00 |
| l. **Lease term in months.** | 36 |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, **You must pay** to Lessor $0.25 per mile for each mile in excess of 31,610 miles shown on the odometer. See Items 21 and 25 and the WearCare Addendum if it is attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0 N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than **$1.00.**

**10. Purchase Option at End of Lease Term** $ 45,105.00 **plus official fees and taxes is Your lease end purchase option price.** You have the option to purchase the Vehicle from a party designated by Holder for the purchase option price plus a purchase option fee of $ N/A at the end of this lease term if You are not in default.

**Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

Case: 22-10381   Doc# 375-4   Filed: 05/09/23   Entered: 05/09/23 14:21:15   Page 15 of 35

Page 2 of 7

**\*\*11. Itemization of Gross Capitalized Cost**

| | | | |
|---|---|---|---|
| Agreed Upon Value of the Vehicle As Equipped at the Time of Signing the Lease<br><br>$ 77,164.44 | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A |
| Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A | Agreed Upon Value of ____ N/A Lessor Agrees to Add to the Vehicle After Signing the Lease<br><br>+ $ _____ N/A |

| Sales/Use Tax & Other Applicable Taxes | Title Fees | License & Registration Fees | Lessor Services | Acquisition Fee |
|---|---|---|---|---|
| + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ 645.00 |

| Document Processing Charge (not a governmental fee) | Outstanding Prior Credit or Lease Balance | WearCare | Agreed Upon Value of ____ N/A | Agreed Upon Value of ____ N/A |
|---|---|---|---|---|
| + $ _____ N/A | + $ _____ N/A | + $ 1,050.00 | + $ _____ N/A | + $ _____ N/A |

| Electronic Vehicle Registration or Transfer Charge (not governmental fee) | N/A | N/A | N/A | N/A |
|---|---|---|---|---|
| + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A |

| N/A | N/A | N/A | N/A | N/A |
|---|---|---|---|---|
| + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A |

| N/A | N/A | N/A | N/A | Total Gross Capitalized Cost |
|---|---|---|---|---|
| + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | + $ _____ N/A | = $ 78,859.44 |

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:

[X] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle

[ ] N/A _____

**If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.**

**13. OFFICIAL FEES AND TAXES $** 4,233.27
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**14. This lease contract was negotiated primarily in the language marked:** ____X____ English
_____ Spanish _____ Chinese _____ Tagalog
_____ Korean _____ Vietnamese _____ Other

**15. LESSOR SERVICES** _____ N/A
(See Item 20) _____ N/A

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within **10 days** after it is due. The charge is **7.5%** of the full amount of the scheduled payment or **$50.00** whichever is less.

**17. VEHICLE INSURANCE MINIMUMS.** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with **(a)** comprehensive fire and theft insurance with a maximum deductible amount of **$1,000; and (b)** collision and upset insurance with a maximum deductible of **$1,000; and (c)** automobile liability insurance with minimum limits for bodily injury or death of $ 15,000.00 for any one person and $ 30,000.00 for any one accident, and $ 5,000.00 for property damage.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

| 18. Description of Vehicle or Other N/A Property Trade-In: Year/Make/Model or Other Property Description | Agreed Upon Gross Value: _____ N/A See Item 6, for net trade-in allowance |
|---|---|

N/A

Trade-In, Turn-In and other Individualized Agreements

By: **X B**     **N/A**
       Lessee

By: **X B**     **N/A**
       Co-Lessee

## VEHICLE MAINTENANCE, INSURANCE AND USE

19. **VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance policies covering the Vehicle, (c) outside the state where first titled or registered for more than **30** days without Finance Company's written consent, (d) outside the United States, except for less than **30** days in Canada or Mexico or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. **You will not assign or sublease any interest in the Vehicle or lease without Finance Company's written consent.**

20. **VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the service(s), if any, identified in the Lessor Services section under the terms of a separate agreement. The manufacturer will invalidate warranty coverage on parts affected by a failure to maintain the Vehicle as required by the manufacturer. (See Lessor Services, Item 15)

21. **DAMAGE REPAIR** You are responsible for repairs of **All Damage** which are not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal, Plastic Components,** and to **Vehicle Safety Systems,** including air bag, seat belt and bumper system components. Replacement of Sheet Metal must be made with Original Equipment Manufacturer Sheet Metal. All other repairs must be made with Original Equipment Manufacturer parts. Discuss this requirement with Your insurance company prior to signing a collision repair estimate or before authorizing any collision repair work.

If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle.

22. **VEHICLE INSURANCE** If the state in which You title/register the Vehicle establishes or changes the minimum automobile liability insurance limits greater than those listed in Section 17, "Vehicle Insurance Minimums," for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by the state. **These amounts may not be sufficient to cover all Your liabilities. You may wish to consult Your insurance advisor about obtaining additional coverage.** You will list the loss payee and additional insured as requested by Lessor. You must give Finance Company evidence of this insurance.

You authorize Finance Company, on Your behalf, to receive and endorse checks or drafts, and settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease or Holder's interest in the Vehicle.

If you or Finance Company obtain a refund for amounts paid to third parties for insurance, service contracts, or any other amount paid to a third party included in the Gross Capitalized Cost of this lease, You must pay to the Holder the entire amount of the refund and You authorize the Holder to subtract the refund from the amount You owe under this lease.

### LESSOR IS NOT PROVIDING VEHICLE INSURANCE OR LIABILITY INSURANCE

If you title/register the Vehicle in, or change the garage location of the Vehicle to a state where Finance Company has established minimum automobile liability insurance limits greater than those listed in this lease for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by Finance Company.

Page 4 of 7

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

## ENDING YOUR LEASE

**23. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**24. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company designates another place. Upon return of the Vehicle, You must pay the Disposition Fee shown in this lease in Section 3, "Other Charges." If, upon termination of the lease, You enter into a lease agreement or retail installment contract for a new vehicle which is assigned to or administered by Finance Company, You will not be required to pay the Disposition Fee. If You fail to return the Vehicle, You must continue to pay the monthly payments **plus** other damages to Finance Company, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

**25. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) **Tires** that have sidewall damage/plugs, exposed cords/belts, or are unmatched for Vehicle or unsafe; (b) **Electrical or Mechanical** defects or malfunctions; (c) **Glass, Paint, Body Panels, Trim and Grill Work** that are broken, mismatched, chipped, scratched, pitted, cracked, or dented; (d) **Interior** rips, stains, burns or damaged areas; (e) **Replacement** of any missing equipment or parts (including missing keys or remote entry devices); and (f) **All Damage** which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the Vehicle must not invalidate any warranty. If You have not had the repairs made before the Vehicle is returned, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle. You will maintain the **Odometer** of the Vehicle so that it always reflects the Vehicle's actual mileage. If the odometer is at any time inoperative, You will provide us with reasonable evidence of the Vehicle's actual mileage at vehicle return. If You are unable to do so, You will pay us our estimate of any reduction of the Vehicle's wholesale value caused by the inability to determine the Vehicle's actual mileage.

**26. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

**27. VOLUNTARY EARLY TERMINATION AND RETURN OF THE VEHICLE** You may terminate this lease early by returning the Vehicle to Lessor, unless Finance Company designates another place, and paying the following: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Vehicle's Fair Market Wholesale Value, **plus** (b) all other amounts then due under this lease, **plus** (c) the Disposition Fee shown in this lease in Section 3, "Other Charges." You will never pay more than the sum of the remaining payments, plus any excess wear and use and mileage charges, and all other amounts then due under this lease.

**VOLUNTARY EARLY TERMINATION AND PURCHASE OF THE VEHICLE** You may purchase the Vehicle from Lessor or a party designated by Holder at any time for a purchase price that cannot exceed the following: (a) past due payments at the time of the purchase, **plus** (b) all other amounts then due under the lease (except excess wear and use and mileage charges), **plus** (c) any other charges, including the purchase option fee in Section 10, "Purchase Option at End of Lease Term", connected to the early termination and purchase, **plus** (d) the Unpaid Adjusted Capitalized Cost. You may also be charged for any taxes and other charges incidental to the sale. Payment of the purchase price will satisfy Your liabilities under this lease.

*Unpaid Adjusted Capitalized Cost* is reduced on each payment due date. It is calculated by reducing the Adjusted Capitalized Cost each month by the difference between the Base Monthly Payment and the part of the Rent Charges earned in that month on an **actuarial basis**. Rent Charges are earned when due. Lessor or Finance Company will provide You with a written explanation of the actuarial method upon Your request.

*Fair Market Wholesale Value*, at Your option, will be: (a) an amount agreed to by You and Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense from an independent third party agreeable to Finance Company at least 3 days prior to any scheduled sale date of the Vehicle, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale.

Please contact Finance Company at the telephone number or website listed in this lease if You have any questions regarding terminating Your lease.

## DEFAULT AND LOSS OF VEHICLE

**28. DEFAULT** You will be in default if (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.

If You are in default, and You have not exercised Your rights in Section 27, the "VOLUNTARY EARLY TERMINATION" paragraph, Finance Company may cancel this lease, take back the Vehicle and sell it at a public or private sale. You also give Finance Company the right to go on Your property to peacefully retake the Vehicle. Even if Finance Company retakes the Vehicle, You must still pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Fair Market Wholesale Value, plus (b) all other amounts then due under this lease. You must also pay all expenses, including

reasonable attorney's fees, payable by Finance Company to obtain and hold the Vehicle, collect amounts due and enforce Holder's rights under this lease. You authorize Finance Company to cancel Your insurance and apply any proceeds to Your obligation.

**29. LOSS OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, You will pay to Finance Company: (a) the Unpaid Adjusted Capitalized Cost, **plus** (b) all other amounts then due under this lease, **minus** (c) any insurance proceeds received by Finance Company. Gap Waiver: If You had in effect the insurance required under this lease and Finance Company receives the full proceeds, You will pay to Finance Company: (a) any past due monthly lease payments, plus (b) the amount of the applicable insurance deductible, **plus** (c) all other amounts then due under this lease. Even if the Vehicle is insured, until Finance Company receives the appropriate amount above, You are responsible for the scheduled monthly payments.

## ADDITIONAL INFORMATION

**30. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder, Finance Company or a substitute will administer this lease. You must then pay all amounts due under this lease to Finance Company. All payments must be made in U.S. funds.

If Finance Company is not the Holder of this lease, Holder has appointed Finance Company as its agent. As agent for Holder, Finance Company has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for these services.

Case 22-10381 Doc# 375-4 Filed: 05/09/23 Page 6 of 7 of 35 Entered: 05/09/23 14:21:15 Page 18

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

**31. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay these amounts even if they are assessed after lease end.

**32. TITLING** The Vehicle will be titled in the name of Holder. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**33. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and its contents and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You will promptly pay all fines and tickets imposed on the Vehicle or its driver. If You do not pay, You will reimburse Finance Company and pay a **$20** administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**34. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts that You fail to pay under this lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

**35. CONSUMER REPORTS:** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**36. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**37. GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth in this lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be good.

**38. ELECTRONIC RECORDS AND SIGNATURES AND CONVERSION TO PAPER** You agree to use electronic records and electronic signatures to document this lease. Your electronic signatures will have the same effect as signatures on a paper lease.

There will be one authoritative copy of this lease. It will be the electronic copy in a document management system the Creditor designates for storing it.

The Creditor may convert that authoritative copy to a paper original. The Creditor will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper.

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; 4) Right to request that a court of law review whether the arbitrator exceeded its authority; and 5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association, (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one-half of the total or unless the fees are reallocated in the award under applicable law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.

TRUE AND ACCURATE COMPLETED COPY - UCC-NON-AUTHORITATIVE COPY

## SIGNATURES AND IMPORTANT NOTICES

**You specifically waive the right to keep any residence address confidential as granted by Section 1808.21 of the California Vehicle Code.**

**You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by You.**

Modification: This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee: SPRING MOUNTAIN VINEYARD INC

By: **X** C~~~~      Title: PRESIDENT
     RON ROSENBRAND

Co-Lessee: N/A

By: **X** C      **N/A**      Title: N/A

## YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION IN THIS CONTRACT.

(1) Do not sign this lease before You read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this lease; (3) Warning - Unless a charge is included in this lease for public liability or property damage insurance, payment for that coverage is not provided by this lease.

**NOTICE: You state that You have been given notice of an assignment of this lease by the Lessor to Holder and a filled-in paper copy of this lease at the time You electronically sign it.**

Lessee: SPRING MOUNTAIN VINEYARD INC

By: **X** D~~~~      Title: PRESIDENT
     RON ROSENBRAND

Co-Lessee: N/A

By: **X** D      **N/A**      Title: N/A

Lessor and Lessee are hereby notified that Holder has assigned to QI Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the finance or lease plan agreement between Lessor and Finance Company unless otherwise indicated here:

Lessor: NAPAVALLEY FORD LINCOLN MERCU

By: **X** E~~~~      Title: Finance Manager

19002-P-8 (SEP 19)

# Exhibit "D"

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME     FIRST

B. NEW OWNER'S ADDRESS     APT NUMBER     C. ODOMETER READING (NO TENTHS)

D. CITY     STATE     ZIP CODE     E. DATE OF SALE OR LEASE RETURN
MO   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME     FIRST     G. SELLING PRICE (NO CENTS):
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS     APT NUMBER     I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY     STATE     ZIP CODE

VEHICLE ID NUMBER     YR MODEL   MAKE     PLATE NUMBER

**1FTFX1E43LKE74296**     **2020 FORD**     **74528A3**

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE     VEHICLE HISTORY

**AEJ200914AS**

**COMMERCIAL**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| **1FTFX1E43LKE74296** | **2020 FORD** | | **74528A3** |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **PK** | **2** | **04928 G** | | | **NONE** | **08/31/2021** |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| **2020 ML** | | **BI** | | | **09/14/20** |

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE     ODOMETER READING
**08/17/2020**     **249 MI**
**ACTUAL MILEAGE**

REGISTERED OWNER(S)
**CAB WEST LLC LSR LSR
SPRING MOUNTAIN
VINEYARD LSE
2805 SPRING MOUNTAIN ROAD
SAINT HELENA CA 94574**     - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. DATE     X
SIGNATURE OF REGISTERED OWNER

1b. DATE     X
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [    ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**HTD LSG LLC
PO BX 105704
ATLANTA
GA 30348**

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

Exhibit D

Page 1 of 3

**CA198712618**

013082     REG. 17.30RS (REV.02/2016)

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV OR FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME

B. NEW OWNER'S ADDRESS                                APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY                              STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSOR'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE AND CENTS
                                                               DOLLARS    CENTS

H. SELLER'S ADDRESS OR ADDRESS              APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
                                                         X

J. CITY                              STATE    ZIP CODE

VEHICLE I.D. NUMBER                  YR MODEL    MAKE    PLATE NUMBER

**1FTEW1C8MFC51215**          **2021 FORD**    **73645L3**

---

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

HAW22042745                                  VEHICLE HISTORY

COMMERCIAL
VEHICLE ID NUMBER                    YEAR MODEL    MAKE    PLATE NUMBER
1FTEW1C8MFC51215                     2021 FORD     73645L3

BODY TYPE MODEL    WT/REMIT    CLASS    TRANSFER DATE    FEES PAID    REGISTRATION EXPIRATION DATE
PK          2 04995 G          00        NONE            04/30/2023
                              CLASS    DATE FEES PAID    04/27/22
            2022 4V           00

MOTORCYCLE ENGINE NUMBER                      ODOMETER DATE    ODOMETER READING
                                             04/14/2022       54 MI
                                             ACTUAL MILEAGE

REGISTERED OWNER
CAB WEST LLC LSR
SPRING MOUNTAIN
VINEYARD LSE
2805 SPRING MOUNTAIN RD
SAINT HELENA CA 94574

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

X
SIGNATURE OF REGISTERED OWNER

X
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X
SIGNATURE OF BUYER    PRINTED NAME OF BUYER

X
SIGNATURE OF SELLER (AND AGENT SIGNING FOR DEALER)    PRINTED NAME OF SELLER

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER
HTD LSG LLC
PO BX 30201
COLLEGE STA
TX 77842

2. X
Signature releases interest in vehicle (Company name must be countersigned)
Release Date

024575    **CA211550721**

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

*TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE*
SECTIONS A-J MUST BE COMPLETED IN FULL     PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

DMV XEROGRAPHICS USE ONLY

MAIL THIS PORTION TO DMV OR FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S LAST NAME (OR COMPANY NAME) | FIRST

B. NEW OWNER'S ADDRESS | APT. NUMBER | C. ODOMETER READING (AT SALE) (NO TENTHS)

D. CITY | STATE | ZIP CODE | E. DATE OF SALE OR LEASE RETURN

F. SELLER'S / LESSEE'S LAST NAME (OR COMPANY NAME) | FIRST | G. SELLING PRICE OR PAID (INCLUDING)

H. SELLER'S / LESSEE'S ADDRESS | APT. NUMBER | I. SELLER'S / LESSEE'S SIGNATURE  X

J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE / CF NUMBER

1FMJU2AT8MEA63235 | 2021 | FORD | 9AGG301

REG 138A (REV. 10/2012)

---



### STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

HAW22040YAS   VEHICLE HISTORY

AUTOMOBILE

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE / CF NUMBER
1FMJU2AT8MEA63235 | 2021 | FORD | 9AGG301

BODY TYPE MODEL | AX | GROSS/CW WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE
UT | | | G | | NONE | 03/20/2023

DATE FIRST SOLD | CLASS | MO | EQUIPMENT/TRUST NUMBER | ISSUE DATE
2022 VS | | 00 | | 04/04/22

MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING
| 03/18/2022 | 110 MI
| ACTUAL MILEAGE

REGISTERED OWNER(S)
CAB WEST LLC LSR
SPRING MOUNTAIN
VINEYARD LSE
2805 SPRING MOUNTAIN RD
SAINT HELENA CA 94574     - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a  X _____   SIGNATURE OF REGISTERED OWNER
1b  X _____   SIGNATURE OF REGISTERED OWNER

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] [ ] [ ] [ ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING:  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____   X _____
PRINTED NAME OF SELLER OR AGENT FOR SELLER

X _____   X _____
PRINTED NAME OF BUYER OR AGENT FOR BUYER

### IMPORTANT: READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER
HTD LSG LLC
PO BX 30201
COLLEGE STA
TX 77842

X _____
Signature releases interest in vehicle. (Company name must be countersigned)
Release Date _____

CA211030960

000244   REG 17 50RS (REV 08/2012)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

---

Exhibit D

Page 3 of 3

# Exhibit "E"

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code |
|---|---|---|---|---|
| 4/21/2023 | 4/24/2023 | 673.69 | REGULAR PAYMENT | 8080 |
| 4/16/2023 | 4/24/2023 | 48.45 | EARN TAX | 7024 |
| 3/16/2023 | 3/16/2023 | 48.45 | EARN TAX | 7024 |
| 2/17/2023 | 2/21/2023 | 673.69 | REGULAR PAYMENT | 8080 |
| 2/16/2023 | 2/21/2023 | 48.45 | EARN TAX | 7024 |
| 1/27/2023 | 1/30/2023 | 673.69 | REGULAR PAYMENT | 8080 |
| 1/16/2023 | 1/30/2023 | 48.45 | EARN TAX | 7024 |
| 12/20/2022 | 12/20/2022 | 673.69 | REGULAR PAYMENT | 8080 |
| 12/16/2022 | 12/16/2022 | 48.45 | EARN TAX | 7024 |
| 11/23/2022 | 11/23/2022 | 673.69 | REGULAR PAYMENT | 8080 |
| 11/16/2022 | 11/16/2022 | 48.45 | EARN TAX | 7024 |
| 11/2/2022 | 11/2/2022 | 673.69 | REGULAR PAYMENT | 8080 |
| 10/16/2022 | 10/16/2022 | 48.45 | EARN TAX | 7024 |
| 9/1/2022 | 10/3/2022 | 48.45 | EARN TAX | 7024 |
| 9/1/2022 | 10/3/2022 | 673.69 | ONLINE PAYMENT | 7118 |
| 8/18/2022 | 8/18/2022 | 673.69 | ONLINE PAYMENT | 7118 |
| 8/16/2022 | 8/16/2022 | 48.45 | EARN TAX | 7024 |
| 7/7/2022 | 7/7/2022 | 48.45 | EARN TAX | 7024 |

Exhibit
Page 1 of 4
E4

| | | | | |
|---|---|---|---|---|
| 7/7/2022 | 7/7/2022 | 673.69 | ONLINE PAYMENT | 7118 |
| 6/7/2022 | 6/7/2022 | 48.45 | EARN TAX | 7024 |
| 6/7/2022 | 6/7/2022 | 673.69 | ONLINE PAYMENT | 7118 |
| 4/27/2022 | 4/27/2022 | 48.45 | EARN TAX | 7024 |
| 4/27/2022 | 4/27/2022 | 673.69 | ONLINE PAYMENT | 7118 |
| 3/21/2022 | 3/21/2022 | 48.45 | EARN TAX | 7024 |
| 3/21/2022 | 3/21/2022 | 723.69 | ONLINE PAYMENT | 7118 |
| 3/1/2022 | 3/1/2022 | 48.45 | EARN TAX | 7024 |
| 3/1/2022 | 3/1/2022 | 1,347.38 | ONLINE PAYMENT | 7118 |
| 2/28/2022 | 2/28/2022 | 50 | FEE ASSESSMENT | 7011 |
| 2/16/2022 | 2/16/2022 | 48.45 | EARN TAX | 7024 |
| 1/4/2022 | 1/4/2022 | 48.45 | EARN TAX | 7024 |
| 1/4/2022 | 1/4/2022 | 2,121.07 | ONLINE PAYMENT | 7118 |
| 12/27/2021 | 12/27/2021 | 50 | FEE ASSESSMENT | 7011 |
| 12/16/2021 | 12/16/2021 | 48.45 | EARN TAX | 7024 |
| 11/26/2021 | 11/26/2021 | 50 | FEE ASSESSMENT | 7011 |
| 11/16/2021 | 11/16/2021 | 48.45 | EARN TAX | 7024 |
| 10/14/2021 | 10/14/2021 | 48.45 | EARN TAX | 7024 |
| 10/14/2021 | 10/14/2021 | 1,397.38 | ONLINE PAYMENT | 7118 |
| 9/27/2021 | 9/27/2021 | 50 | FEE ASSESSMENT | 7011 |
| 9/16/2021 | 9/16/2021 | 48.45 | EARN TAX | 7024 |

| | | | | |
|---|---|---|---|---|
| 8/11/2021 | 8/11/2021 | 48.45 | EARN TAX | 7024 |
| 8/11/2021 | 8/11/2021 | 673.69 | ONLINE PAYMENT | 7118 |
| 6/18/2021 | 6/18/2021 | 48.45 | EARN TAX | 7024 |
| 6/18/2021 | 6/18/2021 | 2,071.07 | ONLINE PAYMENT | 7118 |
| 6/16/2021 | 6/16/2021 | 48.45 | EARN TAX | 7024 |
| 5/26/2021 | 5/26/2021 | 50 | FEE ASSESSMENT | 7011 |
| 5/16/2021 | 5/16/2021 | 48.45 | EARN TAX | 7024 |
| 4/16/2021 | 4/16/2021 | 48.45 | EARN TAX | 7024 |
| 4/16/2021 | 4/16/2021 | 1,397.38 | ONLINE PAYMENT | 7118 |
| 3/26/2021 | 3/26/2021 | 50 | FEE ASSESSMENT | 7011 |
| 3/16/2021 | 3/16/2021 | 48.45 | EARN TAX | 7024 |
| 2/16/2021 | 2/16/2021 | 48.45 | EARN TAX | 7024 |
| 2/16/2021 | 2/16/2021 | 1,347.38 | ONLINE PAYMENT | 7118 |
| 1/27/2021 | 2/12/2021 | 50 | WAIVE ASSESSED | 8010 |
| 1/26/2021 | 2/12/2021 | 50 | FEE ASSESSMENT | 7011 |
| 1/16/2021 | 2/12/2021 | 48.45 | EARN TAX | 7024 |
| 12/15/2020 | 12/15/2020 | 48.45 | EARN TAX | 7024 |
| 12/15/2020 | 12/15/2020 | 673.69 | ONLINE PAYMENT | 7118 |
| 11/2/2020 | 11/2/2020 | 48.45 | EARN TAX | 7024 |
| 11/2/2020 | 11/2/2020 | 2,121.07 | ONLINE PAYMENT | 7118 |
| 10/26/2020 | 10/26/2020 | 50 | FEE ASSESSMENT | 7011 |

Exhibit E
Page 3 of 4

| | | | | |
|---|---|---|---|---|
| 10/16/2020 | 10/16/2020 | 48.45 | EARN TAX | 7024 |
| 9/28/2020 | 9/28/2020 | 50 | FEE ASSESS MENT | 7011 |
| 9/16/2020 | 9/16/2020 | 48.45 | EARN TAX | 7024 |
| 8/17/2020 | 8/21/2020 | 48.46 | EARN TAX | 7024 |
| 8/17/2020 | 8/21/2020 | 673.7 | FIRST LEASE PMT | 7182 |
| 8/17/2020 | 8/21/2020 | 44,690.14 | LEASE FUNDIN G | 7201 |

Exhibit
Page ___ of ___

# Exhibit "F"

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
|---|---|---|---|---|---|
| 4/21/2023 | 4/24/2023 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 4/14/2023 | 4/24/2023 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 3/14/2023 | 3/14/2023 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 2/17/2023 | 2/21/2023 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 2/14/2023 | 2/21/2023 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 1/27/2023 | 1/30/2023 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 1/14/2023 | 1/30/2023 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 12/20/2022 | 12/20/2022 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 12/14/2022 | 12/14/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 11/23/2022 | 11/23/2022 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 11/14/2022 | 11/14/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 11/2/2022 | 11/2/2022 | 1,025.00 | REGULAR PAYMENT | 8080 | 56,286.69 |
| 10/14/2022 | 10/14/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 9/1/2022 | 10/3/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 9/1/2022 | 10/3/2022 | 1,025.00 | ONLINE PAYMENT | 7118 | 56,286.69 |
| 8/18/2022 | 8/18/2022 | 1,025.00 | ONLINE PAYMENT | 7118 | 56,286.69 |
| 8/14/2022 | 8/14/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |

Exhibit F

| | | | | | |
|---|---|---|---|---|---|
| 7/7/2022 | 7/7/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 7/7/2022 | 7/7/2022 | 1,025.00 | ONLINE PAYMENT | 7118 | 56,286.69 |
| 6/7/2022 | 6/7/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 6/7/2022 | 6/7/2022 | 1,025.00 | ONLINE PAYMENT | 7118 | 56,286.69 |
| 4/27/2022 | 4/27/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 4/27/2022 | 4/27/2022 | 1,025.00 | ONLINE PAYMENT | 7118 | 56,286.69 |
| 4/14/2022 | 4/18/2022 | 72.9 | EARN TAX | 7024 | 56,286.69 |
| 4/14/2022 | 4/18/2022 | 1,025.00 | FIRST LEASE PMT | 7182 | 56,286.69 |
| 4/14/2022 | 4/18/2022 | 54,861.69 | LEASE FUNDING | 7201 | 56,286.69 |

Exhibit F
Page 2 of 2

# Exhibit "G"

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
|---|---|---|---|---|---|
| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
| 4/21/2023 | 4/24/2023 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 4/17/2023 | 4/24/2023 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 3/17/2023 | 3/17/2023 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 2/17/2023 | 2/21/2023 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 2/17/2023 | 2/21/2023 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 1/27/2023 | 1/30/2023 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 1/17/2023 | 1/30/2023 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 12/20/2022 | 12/20/2022 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 12/17/2022 | 12/17/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 11/23/2022 | 11/23/2022 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 11/17/2022 | 11/17/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 11/2/2022 | 11/2/2022 | 899.99 | REGULAR PAYMENT | 8080 | 67,828.07 |
| 10/17/2022 | 10/17/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 9/1/2022 | 10/3/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 9/1/2022 | 10/3/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |



Exhibit
Page ___ of ___

| | | | | | |
|---|---|---|---|---|---|
| 8/18/2022 | 8/18/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |
| 8/17/2022 | 8/17/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 7/7/2022 | 7/7/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 7/7/2022 | 7/7/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |
| 6/7/2022 | 6/7/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 6/7/2022 | 6/7/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |
| 4/27/2022 | 4/27/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 4/27/2022 | 4/27/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |
| 4/15/2022 | 4/15/2022 | 66.23 | EARN TAX | 7024 | 67,828.07 |
| 4/15/2022 | 4/15/2022 | 899.99 | ONLINE PAYMENT | 7118 | 67,828.07 |
| 3/18/2022 | 3/18/2022 | 66.24 | EARN TAX | 7024 | 67,828.07 |
| 3/18/2022 | 3/18/2022 | 900 | FIRST LEASE PMT | 7182 | 67,828.07 |
| 3/18/2022 | 3/18/2022 | ##### | LEASE FUNDING | 7201 | 67,828.07 |

Exhibit _____ G
Page 2 of 2