| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>1875 Century Park East., Suite 1900<br>Los Angeles, CA  90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for Spring Mountain Vineyard Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Federal EIN:  36-3844911<br><br>Debtor(s) | CASE NO.: 1:22-bk-10381 CN<br>CHAPTER:  11 |
|---|---|
| | NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:(title of motion[1]): **APPLICATION FOR HEARING ON SHORTENED TIME REGARDING THE DEBTOR'S MOTION TO AMEND THE FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND OTHER RELATED RELIEF ENTERED ON JANUARY 27, 2023 (I) DECLARATION OF VICTOR A. SAHN IN SUPPORT OF APPLICATION** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING APPLICATION FOR HEARING ON SHORTENED TIME REGARDING THE DEBTOR'S MOTION TO AMEND THE FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND OTHER RELATED RELIEF ENTERED ON JANUARY 27, 2023 (I) DECLARATION OF VICTOR A. SAHN IN SUPPORT OF APPLICATION** was lodged on *(date)* May 12, 2023 and is attached.  This order relates to the motion which is docket number 379.

---

[1] Please abbreviate if title cannot fit into text field

# EXHIBIT A

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1975
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

Case No. 1:22-bk-10381 CN

Chapter 11

**ORDER GRANTING APPLICATION FOR HEARING ON SHORTENED TIME WITH RESPECT TO DEBTOR'S MOTION TO AMEND THE FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND OTHER RELATED RELIEF ENTERED ON JANUARY 27, 2023 (I) DECLARATION OF VICTOR A. SAHN IN SUPPORT OF APPLICATION**

**Hearing Information:**
Date:     To be Set
Time:     To be Set
Place.:   Courtroom 215
          1300 Clay Street
          Oakland, California 94612

On May 12, 2023, the Chapter 11 Debtor and Debtor in Possession filed its *Application For Hearing On Shortened Time With Respect To Debtor's Motion To Amend The Final Order Authorizing Debtor In Possession Financing And Other Related Relief Entered On January 27, 2023 (I) Declaration Of Victor A. Sahn In Support Of Application.* Based upon the contents of the Application to Shorten Time including the Declaration of Victor A. Sahn in support of the Application to Shorten Time, and for good cause, ORDERS as follows:

1. The Application is granted;

2. The *Motion To Amend The Final Order Authorizing Debtor In Possession Financing And Other Related Relief Entered On January 27, 2023 (I) Declaration Of Victor A. Sahn In Support Of Application* shall be heard shall be heard on _____ __, 2023 at __:__ _.m.; and

3. Any opposition to the Motion shall be filed by _____ __, 2023. Any reply to any opposition to the Motion shall be filed by _____ __, 2023.

**\*\* END OF ORDER \*\***

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY.

VAS 54359646v2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Ste. 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steve Burnell, steve.burnell@gmlaw.com
Dean C. Burnick dcb@proughlaw.com
Jacquelyn H. Choi jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**
Trevor Ross Fehr trevor.fehr@usdoj.gov
Mark S Horoupian mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
Thomas Philip Kelly tomkelly@sonic.net
Steve Ma sma@proskauer.com
Jeff J. Marwil jmarwil@proskauer.com
Randall P. Mroczynski rmroczynski@cookseylaw.com
Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
Victor A. Sahn victor.sahn@gmlaw.com, Karen.Files@gmlaw.com
Michael St. James ecf@stjames-law.com
John G. Warner warnerwest@aol.com
Ashley M. Weringa aweringa@proskauer.com
Steven F. Werth steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com
Peter J Young pyoung@proskauer.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
___, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2023 | Patricia Dillamar | /s/Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |