Victor A. Sahn (CA Bar No. 97299)
victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
steven.werth@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Debtor. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**REQUEST FOR RELIEF BY DEFAULT FOR SUPPLEMENTAL APPLICATION REGARDING EMPLOYMENT OF BNP PARIBAS SECURITIES, INC. AS CHAPTER 11 DEBTOR'S INVESTMENT BANKER**<br><br>Related to Docket No. 331<br><br>**Hearing Information**<br>Date:  No Hearing Requested<br>Time:  No Hearing Requested<br>Place: Courtroom 215<br>         1300 Clay Street<br>         Oakland, CA 94612 |

Pursuant to BLR 9014-1(b)(4), Spring Mountain Vineyard, Inc., the debtor in possession in the above-captioned case ("Debtor") hereby requests relief by default with regard to the *Supplemental Application Regarding Employment Of Bnp Paribas Securities, Inc. As Chapter 11 Debtor's Investment Banker* (the "Supplemental Application") [Docket no. 331]. Notice of the Supplemental Application was filed and served on pursuant to BLR 9014-1(b)(3)(A) (the "Notice") [Docket no. 335]. No objection to the Supplemental Application or request for a hearing was filed or served within the time provided in BLR 9014-1(b)(3)(A). Accordingly, Debtor requests that the Court enter the proposed attached hereto as **Exhibit 1** and incorporated herein by this reference.

In the Supplemental Application, Debtor seeks to modify the *Order Authorizing the Employment and Retention of BNP Paribas Securities Corp. as Investment Banker to the Debtor and Debtor In Possession Effective as of October 14,* 2022 (the "BNP Retention Order") [Docket no. 161] which authorized the employment of BNP Paribas Securities Corp. ("BNP"), and its affiliates including Bank of the West, as Debtor's investment banker. On February 1, 2023, BMO Harris Bank, N.A. ("BHBNA") acquired Bank of the West which merged into BHBNA. Bank of the West is therefore no longer an affiliate of BNP. Mr. Perry DeLuca, the primary senior banker handling this matter, also became an employee of BMO Capital Markets Corp. ("BCMC", and together with BHBNA, "BMO") and BHBNA became contractually entitled to Bank of the West's existing right to certain portion of the transaction fees. Accordingly, after having met the standards for employment under 11 U.S.C. § 327(a), the BNP Retention Order will be modified to add BCMC as an "affiliate" of BNP and clarify that the previously approved Transaction Fee shall be allocated between BHBNA and BNP on the same basis and to the same extent as was agreed to between BNP and Bank of the West prior to February 2, 2023.

DATED: May 15, 2023   Respectfully submitted,

**GREENSPOON MARDER LLP**

By: */s/ Victor A. Sahn*
　　Victor A. Sahn
　　Attorneys for Debtor in Possession,
　　Spring Mountain Vineyard Inc.

# EXHIBIT 1

Victor A. Sahn (CA Bar No. 97299)
   victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
   mark.horoupian@gmlaw.com
Steven F. Werth (CA Bar No. 205434)
   steven.werth@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession
Spring Mountain Vineyard Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING SUPPLEMENTAL APPLICATION REGARDING EMPLOYMENT OF BNP PARIBAS SECURITIES, INC. AS CHAPTER 11 DEBTOR'S INVESTMENT BANKER** |
| | Related to Docket Nos. 161 and 331 |
| | **Hearing Information** <br> Date:   No Hearing Requested <br> Time:   No Hearing Requested <br> Place:   Courtroom 215 <br>            1300 Clay Street <br>            Oakland, CA 94612 |

Upon the *Supplemental Application Regarding Employment Of BNP Paribas Securities, Inc. As Chapter 11 Debtor's Investment Banker* (the "Supplemental Application") [Docket no. 331][1] of the above-captioned debtor and debtor in possession (collectively, the "Debtor"), for entry of an order (this "Order") modifying the Court's *Order Authorizing the Employment and Retention of BNP Paribas Securities Corp. as Investment Banker to the Debtor and Debtor In Possession Effective as of October 14,* 2022 (the "BNP Retention Order") [Docket no. 161] entered on December 9, 2022, which authorized the Debtor to employ and retain, pursuant to sections 327(a), 328(a), 503(b) and 507(b) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), BNP Paribas Securities Corp. ("BNP") as investment banker in connection with the above-captioned matter, effective as of October 14, 2022; and upon the *Declaration Of Perry Deluca In Support Of Supplemental Application Regarding Employment Of Bnp Paribas Securities, Inc. As Chapter 11 Debtor's Investment Banker* (the "Supplemental DeLuca Declaration") [Docket no. 332] filed in support of the Supplemental Application, and the Court being satisfied based on the representations in the Supplemental Application and the Supplemental DeLuca Declaration that BMO Capital Markets Corp. ("BCMC") and its affiliate BMO Harris Bank, N.A. ("BHBNA" and, together with BCMC, "BMO"), as successor by merger to Bank of the West, are "disinterested" as defined in section 101(14) of the Bankruptcy Code, and each holds no interest adverse to the Debtor or their estates in connection with the matters for which BNP was retained by the Debtor, as required by section 327(a) of the Bankruptcy Code and the BNP Retention Order; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28

---

[1] Capitalized terms used and not defined herein shall have the meaning given to them in the Supplemental Application.

VAS 54316039v3

U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Supplemental Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Supplemental Application is in the best interests of the Debtor and its bankruptcy estate; and the Court having found that the Debtor's notice of the Supplemental Application and opportunity for a hearing on the Supplemental Application was appropriate and no other notice need be provided; and the Court having reviewed the Supplemental Application; and the Court having determined that the legal and factual bases set forth in the Supplemental Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Supplemental Application is GRANTED as provided herein.

2. All references to BNP and its "affiliates" in the BNP Retention Order shall, for the period from and after February 1, 2023, be deemed to include BCMC; *provided* that BCMC's retention is hereby authorized hereunder, and its obligations under the Engagement Letter shall be limited, to the same extent and with respect to the same scope of services that were originally to be provided and were being provided by Bank of the West prior to February 1, 2023, from and after which date the obligations of BNP and BCMC hereunder are several, and not joint.

3. Any Transaction Fee payable pursuant to the Engagement Letter and the BNP Retention Order shall be allocated between BHBNA, as successor by merger to Bank of the West, and BNP on the same basis and to the same extent as was agreed between Bank of the West and BNP prior to February 1, 2023. BMO's other rights to any reimbursement or indemnification

VAS 54316039v3

under the Engagement Letter shall be coextensive with those of BNP and Bank of the West as set forth in the BNP Retention Order; *provided* that BMO shall not seek reimbursement from the Debtor of any attorneys' fees incurred in connection with the Supplemental Application.

4. Except to the extent expressly set forth herein, (i) the terms of the Engagement Letter and BNP Retention Order remain in full force and effect and (ii) nothing in this Order is intended to create any additional rights or obligations of the Debtor, BNP, BMO or any other party, whether under the Engagement Letter, the BNP Retention Order, or otherwise.

5. Notice of the Supplemental Application as provided therein shall be deemed good and sufficient notice of such Supplemental Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

6. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order. For the avoidance of doubt, notwithstanding any provision in the Engagement Letter to the contrary, during the pendency of this Chapter 11 case, this Court shall have exclusive jurisdiction over the approval of fees due and owing to BNP and/or BMO in connection herewith.

**END OF ORDER**

VAS 54316039v3

4

# COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY

VAS 54316039v3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR RELIEF BY DEFAULT FOR SUPPLEMENTAL APPLICATION REGARDING EMPLOYMENT OF BNP PARIBAS SECURITIES, INC. AS CHAPTER 11 DEBTOR'S INVESTMENT BANKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 15, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 15, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 15, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 54364505v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 54364505v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Case: 22-10381    Doc# 381    Filed: 05/15/23    Entered: 05/15/23 15:08:56    Page 10 of 14

F 9013-3.1.PROOF.SERVICE

**SERVED BY EMAIL OR UNITED STATES MAIL**

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826
Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com

**Largest Unsecured Creditors**
Allen Wine Group LLP
Attn: Timothy Allen, CPA - Managing Partner
120 Stony Point Road, #230
Santa Rosa, CA 95401
(707) 528-3860
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
(707) 258-1301
paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
2413 Crows Landing Rd
Modesto, CA 95358
(209) 205-3706
ar@belkorpag.com
AR@BelkorpAg.com
ldunhouse@belkorpag.com

Brown's Auto Parts
Attn Dan Beltramai, Owner
1218 Main St.
Saint Helena, CA 94574-1901
(707) 963-3638
brownsauto169@gmail.com

Castino Restaurant Equipment And Supply
50 Utility Ct.
Rohnert Park, CA 94928-1659
(707) 585-3566
sales@castinosolutions.com

Central Valley
Administrative Offices
1804 Soscol Ave., #205
Napa, CA 94559
Attn: Gerry Cruz, Accounting Mgr.
(707) 261-7900
gerryc@central-valley.com

Chubb Group of Insurance Companies
P.O. Box 777-1630
Philadelphia, PA 19175-0001
(800) 372-4822
**Returned – Box Closed**

Conway Beverage Group, LLC
Dba: Elite Brands
Elite Brokerage
3238 Old Heather Rd.
San Diego, CA 92111-7716
Attn: Mr. Jay Conway
Jayconway@elitebrands.biz

Famille Sylvain
855 Bordeaux Way #239
Napa, CA 94558-7549
(707) 492-3308
contactusa@famillesylvain.com

Tonnellerie Sylvain
855 Bordeaux Way
Napa, CA 94558

PMD 54364505v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381    Doc# 381    Filed: 05/15/23    Entered: 05/15/23 15:08:56    Page 11 of 14    **F 9013-3.1.PROOF.SERVICE**

(707) 492-3308
contactusa@famillesylvain.com

Francois Freres USA Inc.
1403 Jefferson St.
Napa, CA 94559-1708
(707) 294-2204
office@francoisfreresusa.com
julie@francoisfreresusa.com
accounting@francoisfreresusa.com
assistant@francoisfreresusa.com

G3 Enterprises Inc.
(Tapp Labels)
580 Gateway Dr.
Napa, CA 94558
(707) 252-8300
jeff.licht@tapplabel.com

Napa County Treasurer
1195 3rd St. #108
Napa, CA 94559-3035
(707) 253-4314
Dawnette.martindale@countyofnapa.org
Napa County Treasurer-Tax Collector
Bob.Minahen@countyofnapa.org
Napa County Attorney
Wendy.dau@countyofnapa.org

Napa Ford Lincoln
170 Soscol Ave.
Napa, CA 94559
(707) 255-2580
**Via U.S. Mail**

Ford Motor Credit Company
National Bankruptcy Service Center
P O Box 62180
Colorado Springs CO 80962-2180
(800) 955-8232
fcffald@ford.com

Napa Valley Petroleum
P.O. Box 2670
Napa, CA 94558-0528
(707) 252-6888
kamh@napavalleypetroleum.com

Napa Valley Vintners Association
P.O. Box 141
Saint Helena, CA 94574
(707) 963-3388
Attn: Steve Tradewell, CFO
stradewell@napavinters.com

Ramondin U.S.A. Inc.
Tammy Frandsen
Finance Manager
541 Technology Way
Napa, CA 94558
(707) 944-2277
tfrandsen@ramondin.com

Stanzler Law Group
Attn: Jordan S. Stanzler
390 Bridge Pkwy #220
Redwood City, CA 94065
(650) 739-0200
Jstanzler@stanzlerlawgroup.com

Wilbur Ellis Company LLC
c/o Registered Agent Solutions Inc.
720 14th St.
Sacramento, CA 95814-1905
(707) 963-3495
KZavala@wilburellis.com
MHAMMETT@wilburellis.com
SPRIM@wilburellis.com

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager
Tel: (707) 963-9474
Fax: (707) 963 9359
Steve@wineservicecoop.com

Bright Event Rental
22674 Broadway # A
Sonoma, CA 95476
(707) 940-6060
Attn: Michelle Minsk, Acctg.
accountsreceivable@bright.com

PMD 54364505v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Case: 22-10381    Doc# 381    Filed: 05/15/23    Entered: 05/15/23 15:08:56    Page 12 of 14    **F 9013-3.1.PROOF.SERVICE**

CNH Capital
Dept. 1801104747435
P.O. Box 78004
Phoenix, AZ 85062
Attn: Steve Wright, Bankruptcy Dept.
(717) 355-5790
**Via U.S. Mail**

CNH Industrial Capital America, LLC
PO Box 71264
Philadelphia, PA 19176-6264
Attn: John Chiavacci, HRBK Analyst
(717) 355-5913
john.chiavacci@cnhind.com

ETS Laboratories
c/o Marjorie Burns 899 Adams Street #A
Saint Helena, CA 94574-1160
(707) 963-4806
Attn Accounts Receivable Team
ar@etslabs.com
accounts@etslabs.com

Matheson Tri-Gas Inc.
Dept. LA 23793
Pasadena, CA 91185
(707) 963-4307
**Via U.S. Mail**

Sovos Compliance LLC
200 Ballardvale St. Bldg 14th Fl.
Wilmington, MA 01887
(866) 890-3970
lori.bradshaw@sovos.com

Wine Technology America
aka Wine Technology, Inc.
474 Walten Way
aka Vinwizard
Windsor, CA 95492
(707) 703-5919
Attn: Kelly Graves, Director
(720) 284-2059
kelly@vinwizard.us

Wine Technology America Inc.

c/o Lloyd Matthews, Agent
1899 Larkspur St.
Yountville, CA 94599-1237
**Via U.S. Mail**

Wyatt Irrigation Co.
4407 Solano Ave.
Napa, CA 94558
(707) 578-3747
Lynne Colombano, Acct Receivable Mgr.
lynne@wyattsupply.com

Wyatt Irrigation Co.
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr. #150N
Sacramento, CA 95833-3502
**Via U.S. Mail**

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Daniel.Peralta@ttb.gov

Dept. of the Treasury, Alcoholic Beverage Control
Attn: Tracie Parker, Lic. Rep. I
50 D Street Room 130
Santa Rosa, CA. 95404
Phone: (707) 576-2165
Fax: (707) 638-9537
tracie.parker@abc.ca.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(800) 973-0424
**Via U.S. Mail**

California Department of Tax and Fee
Administration
Special Operations Bankruptcy Team MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074
(800) 400-7115
**Via U.S. Mail**

PMD 54364505v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 22-10381   Doc# 381   Filed: 05/15/23   Entered: 05/15/23 15:08:56   Page 13 of 14    **F 9013-3.1.PROOF.SERVICE**

Franchise Tax Board
Attn: Vivian Ho
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
916-845-7069
Vivian.Ho@ftb.ca.gov

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
**Via U.S. Mail**

Employment Development Department
Attn: MIC 53
800 Capital Mall
Sacramento, CA 95814
**Via U.S. Mail**

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt
Leonard.sheer@psc.com
Michael.dillahunt@psc.com
**Via U.S. Mail & Email**

Will Densberger
Pavi Micheli
Engel & Volkers
1111 Main Street Suite A,
St. Helena CA 94574
Will@nvwineestates.com
pavimicheli@icloud.com
**Via U.S. Mail & Email**

**Attorneys for Don Yannias**
Louis J. Cisz, III, Esq. NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8320 Fax: 415-984-8300
Email: lcisz@nixonpeabody.com

Richard J. Frey NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 9007
Tel: (213) 629-6000 Fax: (213) 629-6001
Email: rfrey@nixonpeabody.com

Office of the United States Trustee
Attn: Phillip J. Shine
280 South First Street, Rm. 268
San Jose, CA 95113
Email: phillip.shine@usdoj.gov

**Courtesy Email**
Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8735
email: jspievack@ctswlaw.com

Joseph Vann, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Ave., Suite 2400
New York NY 10170-2499
(212) 381-8724
email: jvann@ctswlaw.com

John C. Vaughan
Newmark Knight Frank
4675 MacArthur Court, Suite 1600
Newport Beach, CA 92660
(808) 797-0148
email: john.vaughan@nmrk.com

Mark Kasowitz: MKasowitz@kasowitz.com

Gavin D. Schryver: GSchryver@kasowitz.com

Attorneys for Napa County Treasurer
Jacquelyn H. Choi
jacquelyn.choi@rimonlaw.com,
docketing@rimonlaw.com

Luckey McDowell
luckey.mcdowell@shearman.com

Jonathan Dunworth
jonathan.dunworth@shearman.com

Attorneys for Creditor Francois Freres USA Inc.
John G. Warner
warnerwest@aol.com