**Entered on Docket**
**May 17, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Victor A. Sahn (CA Bar No. 97299)
     victor.sahn@gmlaw.com
2  Mark S. Horoupian (CA Bar No. 175373)
     mark.horoupian@gmlaw.com
3  Steve Burnell (CA Bar No. 286557)
     steve.burnell@gmlaw.com
4  **GREENSPOON MARDER LLP**
   1875 Century Park East, Suite 1975
5  Los Angeles, CA 90067
   Telephone: 213.626.2311
6  Facsimile: 954.771.9264

**The following constitutes the order of the Court.**
**Signed: May 16, 2023**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

7  Attorneys for Debtor in Possession,
   Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| | Chapter 11 |
| SPRING MOUNTAIN VINEYARD INC., | **AMENDED ORDER GRANTING APPLICATION FOR HEARING ON SHORTENED TIME WITH RESPECT TO DEBTOR'S MOTION TO AMEND THE FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND OTHER RELATED RELIEF ENTERED ON JANUARY 27, 2023 (I) DECLARATION OF VICTOR A. SAHN IN SUPPORT OF APPLICATION** |
| Debtor. | |
| | **Hearing Information:**<br>Date:  May 30, 2023<br>Time:  11:00 a.m.<br>Place.: Courtroom 215<br>           1300 Clay Street<br>           Oakland, California 94612 |

On May 12, 2023, the Chapter 11 Debtor and Debtor in Possession filed its *Application For Hearing On Shortened Time With Respect To Debtor's Motion To Amend The Final Order Authorizing Debtor In Possession Financing And Other Related Relief Entered On January 27, 2023 (I) Declaration Of Victor A. Sahn In Support Of Application.* Based upon the contents of the Application to Shorten Time including the Declaration of Victor A. Sahn in support of the Application to Shorten Time, and for good cause, ORDERS as follows:

1. The Application is granted;

2. The *Motion To Amend The Final Order Authorizing Debtor In Possession Financing And Other Related Relief Entered On January 27, 2023 (I) Declaration Of Victor A. Sahn In Support Of Application* shall be heard on May 30, 2023 at 11:00 a.m.; and

3. Any opposition to the Motion shall be filed by May 26, 2023. Any reply to any opposition to the Motion may be made at the hearing.

**\*\* END OF ORDER \*\***

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY.

PMD 54430993v1