Victor A. Sahn (CA Bar No. 97299)
   victor.sahn@gmlaw.com
Steve Burnell (CA Bar No. 286557)
   steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Debtor. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME ON MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT (Twenty Percent Holdback Pursuant to Monthly Professional Fee Compensation Procedures (11 U.S.C. §§330, 331)**<br><br>**Hearing Information:**<br>Date:   June 29, 2023<br>Time:  2:00 p.m.<br>Place:  U.S. Bankruptcy Court<br>           Courtroom 215<br>           1300 Clay Street<br>           Oakland, CA 94612 |

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY**

**JUDGE, MGG CALIFORNIA LLC, THE TWENTY LARGEST UNSECURED**

**CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES**

**ENTITLED TO NOTICE:**

1      **PLEASE TAKE NOTICE** that the Bankruptcy Court has entered the Order Shortening Time [Docket no. 428] granting the Application For Hearing On Shortened Time Regarding The Debtor's *Motion Of Chapter 11 Debtor For Authorization To Disburse Allowed Professional Fees And Costs Previously Not Authorized For Distribution By The Court* (*Twenty Percent Holdback Pursuant to Monthly Professional Fee Compensation Procedures*)(" Motion to Disburse") [Docket no. 429] filed by Spring Mountain Vineyard Inc., the debtor in possession in the above-captioned case ("Debtor").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Time a hearing will be held on **June 29, 2023 at 2:00 p.m.** (the "Hearing"), in the above-titled court, on Debtor's Motion to Disburse.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Time, any opposition to the Motion to Disburse shall be filed by **June 23, 2023**, and any reply to any opposition to the Motion to Disburse shall be filed by the time of the Hearing on the Motion to Disburse to Assume and Assign. Such Objections shall be served upon counsel for the Debtor whose name, firm name and contact information is on the top left corner of the first page of this Notice. Such objections should also be served upon counsel for MGG who are Jeff J. Marwil, J marwil@proskauer.com, Peter J. Young, pyoung@proskauer.com, and Steve Ma, sma@proskauer.com, and upon the United States Trustee, Trevor Fehr, trevor.fehr@usdoj.gov and Phillip Shine, Phillip.Shine@usdoj.gov as well as all parties in this bankruptcy case entitled to notice of this matter. If you wish to receive a copy of the Motion to Disburse, you may obtain a copy by requesting one (1) in writing from Debtor's bankruptcy general counsel, Greenspoon Marder LLP, Attn: Steve Burnell, Esq., 1875 Century Park East, Los Angeles, California 90067, telephone number (213) 626-2311, facsimile number (954) 771-9264; email: steve.burnell@gmlaw.com.

     **PLEASE TAKE FURTHER NOTICE** that at the hearings on the First Interim Fee Applications of Jigsaw Advisors and Greenspoon Marder that the Bankruptcy Court granted the requested fees and costs in full, subject to certain disallowances made as a result of sustaining objections to such fee requests, and as a result of voluntary reductions made in the face of

objections filed to certain fee requests. However, certain Holdbacks ( as defined in the Motion to Disburse) of twenty percent (20%) of the fees incurred by Jigsaw Advisors and Greenspoon Marder which were requested to be paid at the First Interim Fee Hearings were not permitted to be paid by the Bankruptcy Court because of the Court's concern that a potential capital gains tax arising from the potential sale by credit bid of the Debtor's assets to MGG California LLC ("MGG")was unknown as to its amount or existence and that such claim if it existed would be a substantial administrative claim which would potentially create administrative insolvency in this Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE** the Debtor seeks to permit payment of the twenty (20%) percent holdback which the Court did not authorize to be paid when the professional fees and costs of Jigsaw Advisors and Greenspoon Marder were allowed.. As the Court stated on the record and in the third operative paragraph of its ruling on the Jigsaw Advisors Fee Application, "3. Payment of the twenty (20%) holdback totaling $107,338.00 not previously paid to Jigsaw is not authorized at this time pending a further Order of Court." (emphasis added) Similar language is contained in the separate order entered with regard to interim fee and cost allowance of Greenspoon Marder, but the amount whose payment was not authorized equaled $213,687.50. This Motion seeks that further Court Order as an analysis done by highly qualified accountants after the interim fee hearings of the capital gains tax arising from the sale or potential sale to MGG will not generate or create any capital gains tax for the Debtor to pay should such sale go forward on or before July 7, 2023.

**PLEASE TAKE FURTHER NOTICE** that the failure to timely object to the relief requested at the Hearing may be deemed a waiver of any such objections and as consent to the relief requested at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that (1) counsel, parties, and other interested parties may attend the hearings in person or by Zoom, (2) additional information is available on Judge Novack's Procedures page on the Court's website, www.canb.uscourts.gov/calendars, and (3) information on attending the hearings by Zoom will be provided on Judge Novack's calendar, posted prior to the hearing date.

DATED: June 14, 2023          Respectfully submitted,

                              **GREENSPOON MARDER LLP**


                              By:     */s/ Victor A. Sahn*
                                   _____
                                   Victor A. Sahn
                                   Mark S. Horoupian
                                   Steve Burnell
                                   Attorneys for Spring Mountain Vineyard, Inc.,
                                   Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON SHORTENED TIME ON MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT (Twenty Percent Holdback Pursuant to Monthly Professional Fee Compensation Procedures (11 U.S.C. §§330, 331)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 14, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
 Attn:  Don Yannias, President
 email:  don@bimi.com

**Elvina Rofael, Trial Attorney**
United States Department of Justice
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Avenue, Fifth Floor, 05-0153
San Francisco, California 94102

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) June 14, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  June 14, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

| June 14, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 6 of 12

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 7 of 12

## 2. SERVED VIA U.S. MAIL OR EMAIL

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

Ballande & Meneret
Attn: Florian Malpuch
55 Boulevard Jacques-Chaban Delmas
33250 Bruges, France

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager

**Attorney for Cab West LLC**
Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog APC
535 Anton Boulevard, Tenth Floor Costa Mesa, Ca 92626-1977
rmroczynski@cookseylaw.com

East West Wine Trading, Inc.
Attn: Satoshi Tanaka, President & CEO
1 Blackfield Dr. #205
Tiburon, CA 94920

Wilmington Trust, National Association
10250 Constellation Blvd #2800,
Los Angeles, CA 90067
Attn: Jennifer Anderson,
Vice President

CQ&A Consulting
Attn: Deanna Leon, President
PO Box 777
Pinole, CA 94564
dleon@cqaconsult.com

My Enologist, Inc.
Attn: Mark Meyering
1451 Gordon Drive
Napa, CA 94558

### 20 Largest Unsecured Creditors:

Allen Wine Group LLP
Attn: Timothy Allen, CPA
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
ar@belkorpag.com
AR@BelkorpAg.com
ldunhouse@belkorpag.com

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  F 9013-3.1.PROOF.SERVICE

Case: 22-10381   Doc# 430   Filed: 06/14/23   Entered: 06/14/23 15:38:23   Page 8 of 12

| | | |
|---|---|---|
| Brown's Auto Parts<br>Attn Dan Beltramai, Owner<br>1218 Main St.<br>Saint Helena, CA 94574-1901<br>brownsauto169@gmail.com | Castino Restaurant Equipment And Supply<br>50 Utility Ct.<br>Rohnert Park, CA 94928-1659<br>(707) 585-3566<br>sales@castinosolutions.com | Central Valley<br>Administrative Offices<br>1804 Soscol Ave., #205<br>Napa, CA 94559<br>Attn: Gerry Cruz, Accounting Mgr.<br>gerryc@central-valley.com |
| Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175-0001<br>(800) 372-4822<br>**Returned – Box Closed** | Conway Beverage Group, LLC<br>Dba: Elite Brands<br>Elite Brokerage<br>3238 Old Heather Rd.<br>San Diego, CA 92111-7716<br>Attn: Mr. Jay Conway<br>Jayconway@elitebrands.biz | Famille Sylvain<br>855 Bordeaux Way #239<br>Napa, CA 94558-7549<br>(707) 492-3308<br>contactusa@famillesylvain.com |
| Francois Freres USA Inc.<br>1403 Jefferson St.<br>Napa, CA 94559-1708<br>(707) 294-2204<br>office@francoisfreresusa.com<br>julie@francoisfreresusa.com<br>accounting@francoisfreresusa.com<br>assistant@francoisfreresusa.com | G3 Enterprises Inc.<br>(Tapp Labels)<br>580 Gateway Dr.<br>Napa, CA 94558<br>(707) 252-8300<br>jeff.licht@tapplabel.com | Imperial PFS aka IPFS<br>49 Stevenson St. #127<br>San Francisco, CA 94105<br>Lisa Chandler, Litigation and Bankruptcy Recovery Manager<br>lisa.chandler@ipfs.com |
| Napa County Treasurer<br>1195 3rd St. #108<br>Napa, CA 94559-3035<br>Dawnette.martindale@countyofnapa.org<br>Napa County Treasurer-Tax Collector<br>Bob.Minahen@countyofnapa.org<br>Napa County Attorney<br>Wendy.dau@countyofnapa.org | Napa Ford Lincoln<br>170 Soscol Ave.<br>Napa, CA 94559 | Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA 94558-0528<br>(707) 252-6888<br>kamh@napavalleypetroleum.com |
| Ramondin U.S.A. Inc.<br>Tammy Frandsen<br>Finance Manager<br>tfrandsen@ramondin.com | Stanzler Law Group<br>Attn: Jordan S. Stanzler<br>390 Bridge Pkwy #220<br>Redwood City, CA 94065<br>Jstanzler@stanzlerlawgroup.com | Tonnellerie Sylvain<br>855 Bordeaux Way<br>Napa, CA 94558<br>contactusa@famillesylvain.com |
| Wilbur Ellis Company LLC<br>c/o Registered Agent Solutions Inc.<br>720 14th St.<br>Sacramento, CA 95814<br>KZavala@wilburellis.com,<br>MHAMMETT@wilburellis.com,<br>SPRIM@wilburellis.com | Wine Service Cooperative<br>1150 Dowdell Lane<br>Saint Helena, CA 94574<br>Attn: Steven Tamburelli<br>General Manager<br>Steve@wineservicecoop.com | Jeff. J. Marwil, Esq. (**NEF**)<br>Proskauer Rose LLP<br>jmarwil@proskauer.com<br>pyoung@proskauer.com<br>AWeringa@proskauer.com<br>sma@proskauer.com<br>NPetrov@proskauer.com<br>creditagreementnotices@mgginv.com |

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 9 of 12

**Additional Others:**

| | | |
|---|---|---|
| Bradley R. Bobroff, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>bbobroff@proskauer.com | Scott P. Cooper, Esq.<br>Proskauer Rose LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3010<br>scooper@proskauer.com | Frederic Ragucci, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>FRagucci@proskauer.com |
| Ford Motor Credit Company<br>National Bankruptcy Service Center<br>P O Box 62180<br>Colorado Springs CO 80962-2180<br>fcffald@ford.com | Napa Valley Vintners Association<br>P.O. Box 141<br>Saint Helena, CA 94574<br>Attn: Steve Tradewell, CFO<br>stradewell@napavintners.com | Bright Event Rental<br>22674 Broadway # A<br>Sonoma, CA 95476<br>(707) 940-6060<br>Attn: Michelle Minsk, Acctg.<br>accountsreceivable@bright.com |
| CNH Capital<br>Dept. 1801104747435<br>P.O. Box 78004<br>Phoenix, AZ 85062<br>Attn: Steve Wright,<br>Bankruptcy Dept. | CNH Industrial Capital America, LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264<br>Attn: John Chiavacci,<br> HRBK Analyst<br>john.chiavacci@cnhind.com | ETS Laboratories<br>c/o Marjorie Burns 899 Adams Street #A<br>Saint Helena, CA 94574-1160<br>(707) 963-4806<br>Attn Accounts Receivable Team<br>ar@etslabs.com<br>accounts@etslabs.com |
| Matheson Tri-Gas Inc.<br>Dept. LA 23793<br>Pasadena, CA 91185<br>(707) 963-4307<br>**Via U.S. Mail** | Sovos Compliance LLC<br>200 Ballardvale St. Bldg 14th Fl.<br>Wilmington, MA 01887<br>(866) 890-3970<br>lori.bradshaw@sovos.com | Wine Technology America<br>aka Wine Technology, Inc.<br>474 Walten Way<br>aka Vinwizard<br>Windsor, CA 95492<br>Attn: Kelly Graves, Director<br>kelly@vinwizard.us |
| Wine Technology America Inc.<br>c/o Lloyd Matthews, Agent<br>1899 Larkspur St.<br>Yountville, CA 94599-1237<br>**Via U.S. Mail** | Wyatt Irrigation Co.<br>4407 Solano Ave.<br>Napa, CA 94558<br>(707) 578-3747<br>Lynne Colombano, Acct Receivable Mgr.<br>lynne@wyattsupply.com | Wyatt Irrigation Co.<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. #150N<br>Sacramento, CA 95833-3502<br>**Via U.S. Mail** |
| **Request for Special Notice**<br>Alcohol & Tobacco Tax & Trade Bureau<br>U.S. Department of the Treasury<br>Attn: Daniel Paralta, Senior Counsel,<br>Field Operations<br>Daniel.Peralta@ttb.gov | Dept. of the Treasury, Alcoholic Beverage Control<br>Attn: Tracie Parker, Lic. Rep. I<br>50 D Street Room 130<br>Santa Rosa, CA. 95404<br>tracie.parker@abc.ca.gov | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 10 of 12

| | | |
|---|---|---|
| California Department of Tax and Fee Administration<br>Special Operations Bankruptcy Team MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | Franchise Tax Board<br>Attn: Vivian Ho<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>916-845-7069<br>Vivian.Ho@ftb.ca.gov | Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>Attn: MIC 53<br>800 Capital Mall<br>Sacramento, CA 95814 | Piper/Sandler<br>1251 Avenue of the Americas, 39th Floor<br>New York, N.Y. 10020<br>Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt<br>Leonard.sheer@psc.com<br>Michael.dillahunt@psc.com<br>**Via U.S. Mail & Email** | Will Densberger<br>Pavi Micheli<br>Engel & Volkers<br>1111 Main Street Suite A,<br>St. Helena CA 94574<br>Will@nvwineestates.com<br>pavimicheli@icloud.com<br>**Via U.S. Mail & Email** |
| **Attorneys for Don Yannias**<br>Louis J. Cisz, III, Esq. NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>lcisz@nixonpeabody.com | Richard J. Frey NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 9007<br>Tel: (213) 629-6000 Fax: (213) 629-6001<br>rfrey@nixonpeabody.com | Office of the United States Trustee<br>Attn: Phillip J. Shine<br>280 South First Street, Rm. 268<br>San Jose, CA 95113<br>Email: phillip.shine@usdoj.gov |
| **Courtesy Email**<br>Jay B. Spievack, Esq.<br>Cohen Tauber Spievack & Wagner P.C.<br>jspievack@ctswlaw.com | Joseph Vann, Esq.<br>Cohen Tauber Spievack & Wagner P.C.<br>420 Lexington Ave., Suite 2400<br>New York NY 10170-2499<br>(212) 381-8724<br>jvann@ctswlaw.com | John C. Vaughan<br>Newmark Knight Frank<br>4675 MacArthur Court, Suite 1600<br>Newport Beach, CA 92660<br>john.vaughan@nmrk.com |
| Mark Kasowitz:<br>MKasowitz@kasowitz.com | Gavin D. Schryver:<br>GSchryver@kasowitz.com | **Attorneys for Napa County Treasurer**<br>Jacquelyn H. Choi<br>jacquelyn.choi@rimonlaw.com,<br>docketing@rimonlaw.com |
| Luckey McDowell<br>luckey.mcdowell@shearman.com | Jonathan Dunworth<br>jonathan.dunworth@shearman.com | **Attorneys for Creditor Francois Freres USA Inc.**<br>John G. Warner<br>warnerwest@aol.com |
| C Q and A Consulting, LLC<br>c/o Robert J. Hooy, Agent<br>3125 Clayton Rd. 2nd Fl.<br>Concord, CA 94519-2732 | | |

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 11 of 12

**Utilities**

| | | |
|---|---|---|
| AT&T<br>PO Box 5014<br>Carol Stream, IL  60197<br>(707) 967-1178 | AT&T Long Distance<br>PO Box 5017 alcohol<br>Carol Stream, IL  60197<br>(707) 967-1178 | Comcast Business<br>PO Box 60533<br>City of Industry, CA  91716<br>(955) 564-1056 |
| Culligan<br>Chad Durkson, general manager<br>1249 Illinois Street Suite 1<br>Fairfield, CA 94533<br>(707) 558-1000 | Direct TV<br>PO Box 105249<br>Atlanta, GA  30348<br>800 288-2020 | Federal Express<br>PO Box 7722<br>Pasadena, CA 91109<br>(800) 463-3339 |
| M&M Sanitary Company<br>Cindy La Grande, Owner<br>1208 Green Island Rd.<br>American Canyon, CA 94503<br>(800) 675-0025<br>cindy@mmsanitary.com | Pacific Gas & Electric<br>P.O. Box 997300<br>Sacramento, CA  95899<br>(800) 468-4743 | City of St. Helena<br>1572 Railroad<br>St. Helena, CA  94574<br>Attn: Stephanie Killingsworth<br>Senior Accounting Technician<br>(707) 968-2750 x 513<br>skillingsworth@cityofsthelena.org<br>finance@cityofsthelena.org |
| Upper Valley Disposal Service<br>Attn: Sarah Williams<br>P.O. Box 382<br>1285 Whitehall Lane<br>St. Helena, CA  94574<br>(707) 963-7988<br>sarah@uvds.com | State Water Resources Control Board (POC)<br>PO Box 1888<br>1001 I Street<br>Accounting Office<br>Sacramento, CA 95812−1888<br>Telephone:  (916) 341-5247<br>feebranch@waterboards.ca.gov | Attorney for State Water Resources Control Board (POC)<br>Ryan Mallory<br>1001 I Street<br>Accounting Office<br>Sacramento, CA 95812−1888<br>Telephone:  9163415173<br>ryan.mallory-jones@waterboards.ca.gov |

PMD 54693001v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 430    Filed: 06/14/23    Entered: 06/14/23 15:38:23    Page 12 of 12