

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1975
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

**Not Signed.**
_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Debtor. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 DEBTOR'S MOTION TO CONTINUE HEARING ON MOTION OF THE UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE OF DEBTOR IN POSSESSION (Docket No. 432)**<br><br>**[Hearing Date on Motion to Continue Not Necessary]**<br><br>**Hearing Information on Motion to Convert or Dismiss Chapter 11 Case:**<br><br>Date:     July 5, 2023<br>Time:    11:00 a.m.<br>Place.:   Courtroom 215<br>            1300 Clay Street<br>            Oakland, California 94612 |

The Court has considered the Chapter 11 Debtor's "Motion To Continue Hearing On Motion Of The United States Trustee To Convert Or Dismiss Chapter 11 Case Of Debtor In Possession; Declarations of Kevin A. Krakora and Victor A. Sahn in Support of Motion." (Docket No. 432) ("Motion to Continue"). Based upon the Motion to Continue and good cause appearing therefore, it is hereby

1    ORDERED that the hearing on the United States Trustee's Motion to Dismiss or Convert
2 Debtor's Chapter 11 Case to Chapter 7, etc." now scheduled for hearing on July 5, 2023 at 11:00
3 a.m. is continued to July __, 2023 at __:__ _.m.; and further
4    ORDERED, that any opposition and response to said opposition shall be filed and served
5 in conformance with the Local Rules of this Court.

**END OF ORDER**

## COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY.

VAS 54705236v1