Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
1875 Century Park East., Suite 1900
Los Angeles, CA  90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

☐  *Individual appearing without attorney*
☒  *Attorneys for Spring Mountain Vineyard Inc.*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Federal EIN:  36-3844911<br><br>Debtor(s) | CASE NO.:  1:22-bk-10381 CN<br>CHAPTER:  11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:(title of motion[1]): AMENDED OMNIBUS MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365 [Dkt. No. 402]** |

PLEASE TAKE NOTE that the order titled  **ORDER GRANTING IN PART, AND DENYING IN PART, DEBTOR'S AMENDED OMNIBUS MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365**
was lodged on *(date)* June 23, 2023 and is attached.  This order relates to the motion which is docket number: 402.

---

[1] Please abbreviate if title cannot fit into text field

1  Victor A. Sahn (CA Bar No. 97299)
     victor.sahn@gmlaw.com
2  Steve Burnell (CA Bar No. 286557)
     steve.burnell@gmlaw.com
3  **GREENSPOON MARDER LLP**
   1875 Century Park East, Suite 1900
4  Los Angeles, CA 90067
   Telephone: 213.626.2311
5  Facsimile: 954.771.9264

6  Attorneys for Debtor in Possession,
   Spring Mountain Vineyard Inc.

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

                         **SANTA ROSA DIVISION**
10

11

12  In re                                Case No. 1:22-bk-10381 CN

    SPRING MOUNTAIN VINEYARD INC.,       Chapter 11
13

14             Debtor.                   **ORDER GRANTING IN PART, AND
                                         DENYING IN PART, DEBTOR'S
15                                       AMENDED OMNIBUS MOTION TO
                                         ASSUME AND ASSIGN EXECUTORY
                                         CONTRACTS AND UNEXPIRED
16                                       LEASES PURSUANT TO 11 U.S.C. § 365**

17                                       [Related to Docket No. 402]

18                                       **Continued Hearing Information:**
                                         Date:    June 23, 2023
19                                       Time:    11:00 a.m.
                                         Place:   Courtroom 215
20                                                1300 Clay Street
                                                  Oakland, CA 94612
21

22

23          On June 2, 2023, Spring Mountain Vineyard Inc., the debtor in possession in the above

24  captioned bankruptcy case ("Debtor") filed its "*Amended Omnibus Motion To Assume And Assign*

25  *Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365* (the "Motion") [Docket

26  no. 402].[1]  The Motion came on for regular hearing before the Honorable Charles Novack on the

27  date and time indicated above.

28

    ---
    [1] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

SB 54572590v3

This Court having considered the Motion, including all supporting pleadings, declarations, and exhibits thereto and the record in this case; finding that no opposition was filed to the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided; and that the legal and factual bases for approval of the Motion establish just cause for the relief granted herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted in part, and denied in part;

2. Debtor is hereby authorized to assume the following executory contracts and unexpired leases pursuant to 11 U.S.C. § 365(a), the Sale Order, and the APA:

| Contract No. in the Motion | Contract/Lease Counterparty | Contract/Lease | Date of Contract/Lease |
|---|---|---|---|
| 1 | Allen Wine Group, LLP | Accounting Engagement Agreement | 09/07/22 |
| 6 | Ballande & Meneret | Ballande & Meneret Agreement | 08/05/22 |
| 7 | Cab West LLC | Lease for 2020 Ford F150 | 08/17/22 |
| 8 | Cab West LLC | Lease for 2021 Ford F150 | 04/14/22 |
| 9 | Cab West LLC | Lease for 2021 Ford Expedition | 03/18/22 |
| 10 | Conway Beverages Group, LLC dba Elite Brands, a California limited liability company | Brokerage Agreement | 03/03/17 |
| 11 | CQ&A Consulting | Compliance Services Agreement | 07/01/14 |
| 12 | East West Wine Trading, Inc. | Marketing Agreement | 05/16/17 |
| 27 | My Enologist, Inc. | Subscription Services Agreement | 01/10/11 |
| 34 | Vinetrace Winery Software | Vinetrace Subscription Agreement | 05/31/18 |

(collectively, the "Assumed Contracts");

3. The Court finds that there have been no defaults under the Assumed Contracts by Debtor, therefore the requirements of 11 U.S.C. § 365(b)(1) for assumption are not applicable, and there are no cure costs;

4. Debtor is further authorized to assign the Assumed Contracts, pursuant to 11 U. S. C. § 365(f), the Sale Order, and the APA, to MGG California LLC ("MGG");

SB 54572590v3

2

5. The Court further finds that Debtor has satisfied the requirements of 11 U.S.C. § 365(f)(2) and provided sufficient evidence of adequate assurance of future performance under the Assumed Contracts by MGG;

6. Pursuant to 11 U.S.C. § 365(k), Debtor and the Debtor's bankruptcy estate are hereby relieved from any liability for any breach of the Assumed Contracts after assignment of the Assumed Contracts to MGG;

7. The Motion is denied without prejudice as to the following contracts:

| Contract No. in the Motion | Contract/Lease Counterparty | Contract/Lease | Date of Contract/Lease |
|---|---|---|---|
| 2 | American International Group UK Limited | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | American International Group UK Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 2 | Aviva Insurance Limited | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Aviva Insurance Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 4 | AXIS Surplus Insurance Company | Second Excess Layer Commercial Property Insurance ($1M) Policy # ELF662367-22 | 07/01/22 |
| 5 | AXIS Surplus Insurance Company | Excess Commercial Property/Earthquake Insurance ($10M) Policy # ELF646549-22 | 07/01/22 |
| 3 | Convex Insurance UK Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Endurance Worldwide Insurance Ltd. | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 14 | Evanston Insurance Company | Excess Commercial Property/Earthquake Insurance Policy # MKLV5XPR001025 | 07/01/22 |
| 15 | Federal Insurance Company | Commercial General Liability/Liquor Liability Insurance Policy # 36071989 | 07/01/22 |
| 16 | Federal Insurance Company | Automobile Liability Insurance Policy # 73622702 | 07/01/22 |
| 17 | Federal Insurance Company | Umbrella Liability Insurance Policy # 56716721 | 07/01/22 |

SB 54-572590v3

| | | | |
|---|---|---|---|
| 18 | First Specialty Insurance Corporation | Primary Commercial Property Insurance ($1.25M) Policy # ESP200486102 | 07/01/22 |
| 19 | Hallmark Specialty Insurance Company | Third Excess Layer Commercial Property Insurance ($2.5M) Policy # 73PRX22AF0A | 07/01/22 |
| 2 | Houston Casualty Company (UK Branch) | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Houston Casualty Company (UK Branch) | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 20 | Ironshoe Specialty Insurance Company | Second Excess Layer Commercial Property Insurance ($2.5M) Policy # 1000485242-02 | 07/01/22 |
| 21 | Kinsale Insurance Company | Third Excess Layer Commercial Property Insurance ($1.25M) Policy # 0100156163-1 | 07/01/22 |
| 22 | Landmark American Insurance Company | Commercial Property/Flood/Earthquake Insurance Policy # LHD428977 | 07/01/22 |
| 23 | Landmark American Insurance Company | Third Excess Layer Commercial Property Insurance ($4.25M) Policy # LHD428979 | 07/01/22 |
| 24 | Lexington Insurance Company | Second Excess Layer Commercial Property Insurance ($2.5M) Policy # 026710334-01 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 457 MRS | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1084 CSL | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1200 AMA | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1225 AES | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 1225 AES | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1414 ASC | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1414 ASC | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 1618 | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |

SB 54572590v3

| | | | | |
|---|---|---|---|---|
| 3 | Lloyd's Underwriter Syndicate No. 1686 AXS | Marine Stock Throughput Insurance Policy # B1263EM0004322 | | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1686 AXS | Excess Stock Insurance Policy # B1263EM0027822 | | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 2001 AML | Marine Stock Throughput Insurance Policy # B1263EM0004322 | | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 2001 AML | Excess Stock Insurance Policy # B1263EM0014022 | | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 2488 CGM | Marine Stock Throughput Insurance Policy # B1263EM0004322 | | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 2488 CGM | Excess Stock Insurance Policy # B1263EM0014022 | | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 4020 ARK | Marine Stock Throughput Insurance Policy # B1263EM0004322 | | 07/01/22 |
| 25 | Mercer Insurance Company | Fourth Excess Layer Commercial Property Insurance ($9.5M) Policy # 20000000315 | | 07/01/22 |
| 26 | Missing Link Networks, Inc. (d/b/a eCellars) | Point-of-Sale Agreement | | |
| 28 | National Fire & Marine Insurance Company | Primary Layer Commercial Property Insurance/Wildfire ($1.25M) Policy # 42-PRP-316311-02 | | 07/01/22 |
| 13 | Navium Marine Limited | Excess Stock Insurance Policy # B1263EM0027822 | | 07/01/22 |
| 29 | Preferred Employers Insurance Company | Workers Compensation & Employers' Liability Insurance Policy # NVN171539-2 | | 07/01/22 |
| 30 | Princeton E&S Insurance | Third Excess Layer Commercial Property Insurance ($2M) Policy # 7EA3XP1001505-1 | | 07/01/22 |
| 31 | RLI Insurance Company | Equipment Coverage Policy # ILM0715548 | | 08/20/22 |
| 32 | Underwriters at Lloyd's of London | Primary Layer Commercial Property Insurance/Wildfire ($2.5M) Policy # W2BCE9220301 | | 07/01/22 |
| 33 | Underwriters at Lloyd's of London | Second Excess Layer Commercial Property Insurance ($4M) Policy # EW0154722 | | 07/01/22 |

SB 54-572590v3

| 35 | VinWizard | Winery Operations System Agreement | |
|----|-----------|-------------------------------------|--|

8. The fourteen day stay imposed by FRBP 6006(d) is hereby waived;

9. This Order is effective only upon close of the Sale;

10. MGG reserves its rights to remove any of the Assumed Contracts prior to the Closing Date; and

11. The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**\*\*END OF ORDER\*\***

**Approved as to Form and Content:**

**PROSKAUER ROSE LLP**

By: _____

    Jeff J. Marwil
    Peter J. Young
    Steve Ma
    Attorneys for MGG California, LLC
    Administrative Agent and DIP Agent

SB 54572590v3

1  COURT SERVICE LIST

2  SERVICE OF THE ORDER IS NOT NECESSARY

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SB 54572590v3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steve Burnell, steve.burnell@gmlaw.com
Dean C. Burnick dcb@proughlaw.com
Jacquelyn H. Choi jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**
Trevor Ross Fehr trevor.fehr@usdoj.gov
Mark S Horoupian mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
Thomas Philip Kelly tomkelly@sonic.net
Steve Ma sma@proskauer.com
Jeff J. Marwil jmarwil@proskauer.com
Randall P. Mroczynski rmroczynski@cookseylaw.com
Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
Victor A. Sahn victor.sahn@gmlaw.com, Karen.Files@gmlaw.com
Michael St. James ecf@stjames-law.com
John G. Warner warnerwest@aol.com
Ashley M. Weringa aweringa@proskauer.com
Steven F. Werth steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com
Peter J Young pyoung@proskauer.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2023 | Denise Walker | /s/ Denise Walker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |