

1 | Victor A. Sahn (CA Bar No. 97299)
victor.sahn@gmlaw.com

2 | Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com

The following constitutes the order of the Court.
Signed: June 23, 2023

3 | **GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900

4 | Los Angeles, CA 90067
Telephone: 213.626.2311

5 | Facsimile: 954.771.9264

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

6 | Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

7

8 | ### UNITED STATES BANKRUPTCY COURT

9 | ### NORTHERN DISTRICT OF CALIFORNIA

10 | ### SANTA ROSA DIVISION

11

12 | In re | Case No. 1:22-bk-10381 CN

13 | SPRING MOUNTAIN VINEYARD INC., | Chapter 11

14 | Debtor. | **ORDER GRANTING IN PART, AND DENYING IN PART, DEBTOR'S AMENDED OMNIBUS MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365**

15

16

17 | [Related to Docket No. 402]

18 | **Continued Hearing Information:**
Date: June 23, 2023

19 | Time: 11:00 a.m.
Place: Courtroom 215

20 | 1300 Clay Street
Oakland, CA 94612

21

22

23 | On June 2, 2023, Spring Mountain Vineyard Inc., the debtor in possession in the above

24 | captioned bankruptcy case ("Debtor") filed its "*Amended Omnibus Motion To Assume And Assign*

25 | *Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365* (the "Motion") [Docket

26 | no. 402].[1] The Motion came on for regular hearing before the Honorable Charles Novack on the

27 | date and time indicated above.

28

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

SB 54572590v3

This Court having considered the Motion, including all supporting pleadings, declarations, and exhibits thereto and the record in this case; finding that no opposition was filed to the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided; and that the legal and factual bases for approval of the Motion establish just cause for the relief granted herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted in part, and denied in part;

2. Debtor is hereby authorized to assume the following executory contracts and unexpired leases pursuant to 11 U.S.C. § 365(a), the Sale Order, and the APA:

| Contract No. in the Motion | Contract/Lease Counterparty | Contract/Lease | Date of Contract/Lease |
|---|---|---|---|
| 1 | Allen Wine Group, LLP | Accounting Engagement Agreement | 09/07/22 |
| 6 | Ballande & Meneret | Ballande & Meneret Agreement | 08/05/22 |
| 7 | Cab West LLC | Lease for 2020 Ford F150 | 08/17/22 |
| 8 | Cab West LLC | Lease for 2021 Ford F150 | 04/14/22 |
| 9 | Cab West LLC | Lease for 2021 Ford Expedition | 03/18/22 |
| 10 | Conway Beverages Group, LLC dba Elite Brands, a California limited liability company | Brokerage Agreement | 03/03/17 |
| 11 | CQ&A Consulting | Compliance Services Agreement | 07/01/14 |
| 12 | East West Wine Trading, Inc. | Marketing Agreement | 05/16/17 |
| 27 | My Enologist, Inc. | Subscription Services Agreement | 01/10/11 |
| 34 | Vinetrace Winery Software | Vinetrace Subscription Agreement | 05/31/18 |

(collectively, the "Assumed Contracts");

3. The Court finds that there have been no defaults under the Assumed Contracts by Debtor, therefore the requirements of 11 U.S.C. § 365(b)(1) for assumption are not applicable, and there are no cure costs;

4. Debtor is further authorized to assign the Assumed Contracts, pursuant to 11 U.S.C. § 365(f), the Sale Order, and the APA, to MGG California LLC ("MGG");

SB 54572590v3

2

5.  The Court further finds that Debtor has satisfied the requirements of 11 U.S.C. § 365(f)(2) and provided sufficient evidence of adequate assurance of future performance under the Assumed Contracts by MGG;

6.  Pursuant to 11 U.S.C. § 365(k), Debtor and the Debtor's bankruptcy estate are hereby relieved from any liability for any breach of the Assumed Contracts after assignment of the Assumed Contracts to MGG;

7.  The Motion is denied without prejudice as to the following contracts:

| Contract No. in the Motion | Contract/Lease Counterparty | Contract/Lease | Date of Contract/Lease |
|---|---|---|---|
| 2 | American International Group UK Limited | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | American International Group UK Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 2 | Aviva Insurance Limited | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Aviva Insurance Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 4 | AXIS Surplus Insurance Company | Second Excess Layer Commercial Property Insurance ($1M) Policy # ELF662367-22 | 07/01/22 |
| 5 | AXIS Surplus Insurance Company | Excess Commercial Property/Earthquake Insurance ($10M) Policy # ELF646549-22 | 07/01/22 |
| 3 | Convex Insurance UK Limited | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Endurance Worldwide Insurance Ltd. | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 14 | Evanston Insurance Company | Excess Commercial Property/Earthquake Insurance Policy # MKLV5XPR001025 | 07/01/22 |
| 15 | Federal Insurance Company | Commercial General Liability/Liquor Liability Insurance Policy # 36071989 | 07/01/22 |
| 16 | Federal Insurance Company | Automobile Liability Insurance Policy # 73622702 | 07/01/22 |
| 17 | Federal Insurance Company | Umbrella Liability Insurance Policy # 56716721 | 07/01/22 |

| | | | |
|---|---|---|---|
| 18 | First Specialty Insurance Corporation | Primary Commercial Property Insurance ($1.25M) Policy # ESP200486102 | 07/01/22 |
| 19 | Hallmark Specialty Insurance Company | Third Excess Layer Commercial Property Insurance ($2.5M) Policy # 73PRX22AF0A | 07/01/22 |
| 2 | Houston Casualty Company (UK Branch) | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Houston Casualty Company (UK Branch) | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 20 | Ironshoe Specialty Insurance Company | Second Excess Layer Commercial Property Insurance ($2.5M) Policy # 1000485242-02 | 07/01/22 |
| 21 | Kinsale Insurance Company | Third Excess Layer Commercial Property Insurance ($1.25M) Policy # 0100156163-1 | 07/01/22 |
| 22 | Landmark American Insurance Company | Commercial Property/Flood/Earthquake Insurance Policy # LHD428977 | 07/01/22 |
| 23 | Landmark American Insurance Company | Third Excess Layer Commercial Property Insurance ($4.25M) Policy # LHD428979 | 07/01/22 |
| 24 | Lexington Insurance Company | Second Excess Layer Commercial Property Insurance ($2.5M) Policy # 026710334-01 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 457 MRS | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1084 CSL | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1200 AMA | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1225 AES | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 1225 AES | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1414 ASC | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 1414 ASC | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 1618 | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |

SB 54572590v3

| | | | |
|---|---|---|---|
| 3 | Lloyd's Underwriter Syndicate No. 1686 AXS | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 13 | Lloyd's Underwriter Syndicate No. 1686 AXS | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 2001 AML | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 2001 AML | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 2488 CGM | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 2 | Lloyd's Underwriter Syndicate No. 2488 CGM | Excess Stock Insurance Policy # B1263EM0014022 | 07/01/22 |
| 3 | Lloyd's Underwriter Syndicate No. 4020 ARK | Marine Stock Throughput Insurance Policy # B1263EM0004322 | 07/01/22 |
| 25 | Mercer Insurance Company | Fourth Excess Layer Commercial Property Insurance ($9.5M) Policy # 20000000315 | 07/01/22 |
| 26 | Missing Link Networks, Inc. (d/b/a eCellars) | Point-of-Sale Agreement | |
| 28 | National Fire & Marine Insurance Company | Primary Layer Commercial Property Insurance/Wildfire ($1.25M) Policy # 42-PRP-316311-02 | 07/01/22 |
| 13 | Navium Marine Limited | Excess Stock Insurance Policy # B1263EM0027822 | 07/01/22 |
| 29 | Preferred Employers Insurance Company | Workers Compensation & Employers' Liability Insurance Policy # NVN171539-2 | 07/01/22 |
| 30 | Princeton E&S Insurance | Third Excess Layer Commercial Property Insurance ($2M) Policy # 7EA3XP1001505-1 | 07/01/22 |
| 31 | RLI Insurance Company | Equipment Coverage Policy # ILM0715548 | 08/20/22 |
| 32 | Underwriters at Lloyd's of London | Primary Layer Commercial Property Insurance/Wildfire ($2.5M) Policy # W2BCE9220301 | 07/01/22 |
| 33 | Underwriters at Lloyd's of London | Second Excess Layer Commercial Property Insurance ($4M) Policy # EW0154722 | 07/01/22 |

| 35 | VinWizard | Winery Operations System Agreement | |
|----|-----------|-------------------------------------|---|

8.       The fourteen day stay imposed by FRBP 6006(d) is hereby waived;

9.       This Order is effective only upon close of the Sale;

10.       MGG reserves its rights to remove any of the Assumed Contracts prior to the Closing Date; and

11.       The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**\*\*END OF ORDER\*\***

**Approved as to Form and Content:**

**PROSKAUER ROSE LLP**

By: _____

     Jeff J. Marwil
     Peter J. Young
     Steve Ma
     Attorneys for MGG California, LLC
     Administrative Agent and DIP Agent

SB 54572590v3

6

1 | COURT SERVICE LIST

2 | SERVICE OF THE ORDER IS NOT NECESSARY

SB 54572590v3