| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>1875 Century Park East., Suite 1900<br>Los Angeles, CA  90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for Spring Mountain Vineyard Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

| In re:<br><br>SPRING MOUNTAIN VINEYARD INC., a Delaware corporation,<br><br>Federal EIN:  36-3844911<br><br>                                         Debtor(s) | CASE NO.: 1:22-bk-10381 CN<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:(title of motion[1]) MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT (TWENTY PERCENT HOLDBACK PURSUANT TO MONTHLY PROFESSIONAL FEE COMPENSATION PROCEDURES)(11 U.S.C. §§330, 331); DECLARATIONS OF KERMITH BOFFILL, CPA AND VICTOR A. SAHN IN SUPPORT OF MOTION** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND**

---

[1] Please abbreviate if title cannot fit into text field

PMD 54802779v1                                         *Page 1*

Case: 22-10381   Doc# 455   Filed: 06/29/23   Entered: 06/29/23 14:14:53   Page 1 of 7

**COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT** was lodged on *(date)* June 29, 2023 and is attached.  This order relates to the motion which is docket number: 429.

# EXHIBIT A

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD INC.,<br><br>Debtor. | Case No. 1:22-bk-10381 CN<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT (Twenty Percent Holdback Pursuant to Monthly Professional Fee Compensation Procedures)(11 U.S.C. §§330, 331)**<br><br>**Hearing Information:**<br>Date:   June 29, 2023<br>Time:   2:00 p.m.<br>Place:  U.S. Bankruptcy Court<br>            Courtroom 215<br>            1300 Clay Street<br>            Oakland, CA 94612 |

On June 29, 2023, the Court at a shortened time hearing heard the Chapter 11 Debtor's "Motion for Authorization to Disburse Allowed Professional Fees and Costs Previously Not Authorized for Distribution by the Court (Twenty Percent Holdback Pursuant to Monthly

VAS 54666511v1                                                                                                                                                                                              003

Professional Fee Compensation Procedures)(11 U.S.C. §§330, 331); Declarations of Kermith Boffill, CPA and Victor A. Sahn in Support of Motion" ("Motion to Disburse"). After consideration of the Motion to Disburse, the arguments of counsel and parties present at the hearing and the records in this Chapter 11 Case, and in particular the Debtor demonstrating that there is no capital gains tax which will be owing by the Debtor by reason of the sale of substantially all of the Debtor's assets to MGG California LLC, it is hereby:

ORDERED that the Court's Orders regarding the allowed professional fees and costs of Jigsaw Advisors (Docket No. 365) and Greenspoon Marder LLP (Docket No. 377) are hereby modified to permit payment by the Debtor of the twenty percent (20%) holdback because of the entry by the Court of this Order; and further

ORDERED that Debtor is authorized consistent with their employment applications, to pay Enotrias Sommelier Services and the Stanzler Law Group the twenty (20%) percent holdback which the Debtor continues to retain pursuant to this Court's previous Orders.

**END OF ORDER**

1 COURT SERVICE LIST
2 SERVICE OF THE ORDER IS NOT NECESSARY.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>June 29, 2023</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steve Burnell, steve.burnell@gmlaw.com
Dean C. Burnick dcb@proughlaw.com
Jacquelyn H. Choi jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
Louis J. Cisz lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**
Trevor Ross Fehr trevor.fehr@usdoj.gov
Mark S Horoupian mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
Thomas Philip Kelly tomkelly@sonic.net
Steve Ma sma@proskauer.com
Jeff J. Marwil jmarwil@proskauer.com
Randall P. Mroczynski rmroczynski@cookseylaw.com
Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, GemMil.Langit@usdoj.gov
Victor A. Sahn victor.sahn@gmlaw.com, Karen.Files@gmlaw.com
Michael St. James ecf@stjames-law.com
John G. Warner warnerwest@aol.com
Ashley M. Weringa aweringa@proskauer.com
Steven F. Werth steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com
Peter J Young pyoung@proskauer.com

☐ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2023 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |