

1  Victor A. Sahn (CA Bar No. 97299)
    victor.sahn@gmlaw.com
2  Steve Burnell (CA Bar No. 286557)
    steve.burnell@gmlaw.com
3  **GREENSPOON MARDER LLP**
   1875 Century Park East, Suite 1900
4  Los Angeles, CA  90067
   Telephone: 213.626.2311
5  Facsimile: 954.771.9264

6  Attorneys for Debtor in Possession,
   Spring Mountain Vineyard Inc.

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: June 29, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION OF CHAPTER 11 DEBTOR FOR AUTHORIZATION TO DISBURSE ALLOWED PROFESSIONAL FEES AND COSTS PREVIOUSLY NOT AUTHORIZED FOR DISTRIBUTION BY THE COURT** (Twenty Percent Holdback Pursuant to Monthly Professional Fee Compensation Procedures)(11 U.S.C. §§330, 331) |
| | **Hearing Information:**<br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612 |

On June 29, 2023, the Court at a shortened time hearing heard the Chapter 11 Debtor's "Motion for Authorization to Disburse Allowed Professional Fees and Costs Previously Not Authorized for Distribution by the Court (Twenty Percent Holdback Pursuant to Monthly

1 Professional Fee Compensation Procedures)(11 U.S.C. §§330, 331); Declarations of Kermith

2 Boffill, CPA and Victor A. Sahn in Support of Motion" ("Motion to Disburse"). After

3 consideration of the Motion to Disburse, the arguments of counsel and parties present at the

4 hearing and the records in this Chapter 11 Case, and in particular the Debtor demonstrating that

5 there is no capital gains tax which will be owing by the Debtor by reason of the sale of

6 substantially all of the Debtor's assets to MGG California LLC, it is hereby:

7 ORDERED that the Court's Orders regarding the allowed professional fees and costs of

8 Jigsaw Advisors (Docket No. 365) and Greenspoon Marder LLP (Docket No. 377) are hereby

9 modified to permit payment by the Debtor of the twenty percent (20%) holdback because of the

10 entry by the Court of this Order; and further

11 ~~ORDERED that Debtor is authorized consistent with their employment applications, to pay~~

12 ~~Enotrias Sommelier Services and the Stanzler Law Group the twenty (20%) percent holdback~~

13 ~~which the Debtor continues to retain pursuant to this Court's previous Orders.~~

**END OF ORDER**

The Motion to Disburse did not seek the relief requested in this Order regarding Enotrias Sommelier Services and the Stanzler Law Group. The court also notes that the relief requested is not consistent with the court's orders approving their employment (docket entry nos. 170 and 268), which require Enotrias Sommelier Services and the Stanzler Law Group to file interim fee applications in compliance with Bankruptcy Code sections 330 and 331.    CN

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY.