Victor A. Sahn (CA Bar No. 97299)
   victor.sahn@gmlaw.com
Steve Burnell (CA Bar No. 286557)
   steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., | Chapter 11 |
| Debtor. | **DEBTOR'S AMENDED REPORT REGARDING PURCHASE AND SALE TRANSACTION WITH MGG CALIFORNIA, LLC AND PROPOSED DISCOUNTED PURCHASE OF SECURED INDEBTEDNESS OF MGG CALIFORNIA, LLC BY MR. JAQUI SAFRA** |
| | **Hearing Information:** <br> Date: July 5, 2023 <br> Time: 11:00 p.m. <br> Place: U.S. Bankruptcy Court <br> Courtroom 215 <br> 1300 Clay Street <br> Oakland, CA 94612 |

**TO THE HONORABLE JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, THE TWENTY LARGEST UNSECURED CREDITORS, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

1.  The Chapter 11 Debtor, Spring Mountain Vineyard, Inc. ("SMV" or "Debtor") hereby provides the following report respecting the status of the sale of the Debtor's assets to

1. MGG California, LLC ("MGG") and of the efforts of Mr. Jaqui Safra to pay off the Debtor's secured indebtedness to MGG by June 28, 2023.

2. Mr. Safra did not pay, at an agreed discount, the Debtor's secured indebtedness to MGG by the June 28, 2023 deadline established in an agreement reached between them to which the Debtor was not a party. This was established by communication from MGG to the Debtor on June 29, 2023.

3. MGG under the Court's Order(s) approving and authorizing the sale of the Debtor's assets to it, had until July 7, 2023 to close the sale.

4. In fact, MGG and the Debtor closed the sale on July 3, 2023 which closing included the recording by MGG of the Grant Deed transferring the Debtor's real property to MGG thereby putting them now as the holder of legal title to the vineyard property.

5. The Debtor intends to fully comply with the terms of Transition Services Agreement (the "TSA") entered into with MGG, which was entered into as part of the Asset Purchase Agreement approved by order of this Court. Any breach of the TSA by the Debtor may cause harm to the key constituencies in this case, including the Debtors employees who remain employed by the Debtor under the terms of the TSA, and other creditors, suppliers, vendors and the purchaser. Additional claims by any of these parties will potentially create administrative liabilities that do not presently exist.

6. The Debtor and its advisors are evaluating the options available to the Debtor for a quick and consensual resolution to this bankruptcy case. This will be done expeditiously. The Debtor believes that the proper resolution of the United States Trustee's Motion at this time is to either continue it for thirty (30) days by which time the Debtor should be able to report to this Court what the results are of its efforts to bring this case to a consensual resolution or, alternatively, simply deny the United States Trustee's Motion without prejudice. The Debtor is concerned that a hasty judgment granting either form of relief requested by the United States Trustee will have negative impacts on its key constituencies in this bankruptcy case.

7. In addition to the foregoing, the Debtor believes that its Opposition to the United States Trustee's Motion and the Declaration of Kevin A. Krakora (Docket Nos. 441 and 442), to which no response was filed, are more than sufficient for the United States Trustee's Motion to be denied. However, as stated in paragraph 6, Debtor believes that a more practical resolution would be a continuance of the hearing on the Motion for thirty (30) days.

8. Debtor offers this information to the Court and interested parties for the purpose of supplementing and updating the record prior to the July 5, 2023 hearing on the Motion of the United States Trustee to Dismiss or Convert this case to Chapter 7.

WHEREFORE, Debtor prays that this Court consider this amended report regarding the status of the sale of its assets in connection with the July 5, 2023 hearing, regarding the Motion of the United States Trustee to Convert or Dismiss this Chapter 11 case, and prays for such other and further relief as is just and appropriate in the circumstances.

DATED: July 3, 2023         Respectfully submitted,

**GREENSPOON MARDER LLP**

By:     */s/ Victor A. Sahn*
Victor A. Sahn
Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.