Attorney or Professional Name, Address, Telephone and FAX

Victor A. Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
Greenspoon Marder LLP
a Florida limited liability partnership
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

SPRING MOUNTAIN VINEYARD INC.,
a Delaware corporation,

                    Debtor.

Case Number: 1:22-bk-10381 CN

Chapter 11

**Monthly Compensation Report**
**Report No.: 10**
**Reporting Period: July 1, 2023 through July 31, 2023**

| | |
|---|---|
| 1. Name of Professional: | Getzler Henrich & Associates LLC |
| 2. Authorized to Provide Professional Services to: | Spring Mountain Vineyard Inc., Debtor and Debtor in Possession |
| 3. Date of Retention: | September 29, 2022 |
| 4. Period For Which Compensation And Reimbursement Are Sought: | July 1, 2023 through July 31, 2023 |
| 5. Amount of Compensation Sought As Actual, Reasonable, And Necessary: | $85,309.50 |
| 6. Amount of Expense Reimbursement Sought As Actual, Reasonable, And Necessary: | $0.00 |
| 7. Total Amount of Compensation And Expense Reimbursement Sought: | $85,309.50 |

> DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD ARE ATTACHED AS <u>EXHIBIT 1</u> AND WILL BE SERVED ON: THE DEBTOR, MGG CALIFORNIA LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO MGG CALIFORNIA LLC, ALL OFFICIAL COMMITTEES APPOINTED IN THIS CHAPTER 11 CASE, IF ANY, AND ALL PARTIES WHO HAVE FILED REQUESTS FOR NOTICE IN THIS BANKRUPTCY CASE (COLLECTIVELY, THE "<u>PARTIES IN INTEREST</u>"). PARTIES IN INTEREST SHALL HAVE **<u>FOURTEEN (14) DAYS</u>** AFTER THE DATE THIS COMPENSATION REPORT IS FILED AND SERVED TO OBJECT.

Items 1-7 above are a true and correct report of compensation earned and expenses incurred during this reporting period.

Dated: August 3, 2023

Type Name of Professional:

Signature of Professional:

Getzler Henrich & Associates LLC

By: _____
Kevin A. Krakora, Managing Director

Respectfully submitted,

Greenspoon Marder LLP,
A Florida limited liability partnership

/s/ Victor A. Sahn
_____
Victor A. Sahn

# EXHIBIT 1



**Getzler Henrich**  
295 Madison Ave, 20th Floor  
New York, NY 10017  
212-697-2400  
www.getzlerhenrich.com

**Spring Mountain Vineyard**

2805 Spring Mountain Rd.  
St. Helena,, CA 94574

# INVOICE

| | |
|---|---|
| Invoice Date: | 8/3/23 |
| Due Date: | 8/3/23 |
| Total Amount: | $85,309.50 |
| Number: | July 2023 |
| Invoice Period: | 07/01/23 - 07/31/23 |
| Terms: | On Receipt |

## INVOICE SUMMARY

| Description | Quantity | Rate | Amount |
|---|---:|---:|---:|
| Kevin Krakora | 123.40 | $650.00 | $80,210.00 |
| Jake Ringelstein | 21.70 | $235.00 | $5,099.50 |
| **TOTAL AMOUNT DUE** | | | **$85,309.50** |

*******************************************************************************

PAYMENT INFORMATION FOR WIRE TRANSFERS:  
Getzler Henrich & Associates LLC  
c/o JP Morgan Chase Bank  
Account No. 733687336  
Routing/ABA No. 021 0000 21



**Getzler Henrich**
295 Madison Ave, 20th Floor
New York, NY 10017
212-697-2400
www.getzlerhenrich.com

**INVOICE**

| | |
|---|---|
| Invoice Date: | 8/3/23 |
| Due Date: | 8/3/23 |
| Total Amount: | $85,309.50 |
| Number: | July 2023 |
| Invoice Period: | 07/01/23 - 07/31/23 |
| Terms: | On Receipt |

**Spring Mountain Vineyard**

2805 Spring Mountain Rd.
St. Helena,, CA 94574

## SUMMARY OF FEES

| Source | Title | Hrs | Rate | Amount |
|---|---|---|---|---|
| **Bankruptcy: Business Operations** | | | | |
| Kevin Krakora | Managing Director | 3.80 | $650.00 | $2,470.00 |
| | **Bankruptcy: Business Operations** | **3.80** | | **$2,470.00** |
| **Bankruptcy: Case Management** | | | | |
| Kevin Krakora | Managing Director | 10.80 | $650.00 | $7,020.00 |
| | **Bankruptcy: Case Management** | **10.80** | | **$7,020.00** |
| **Bankruptcy: Court Hearing Prep and/or Appearance** | | | | |
| Kevin Krakora | Managing Director | 0.80 | $650.00 | $520.00 |
| Jake Ringelstein | Associate | 0.10 | $235.00 | $23.50 |
| | **Bankruptcy: Court Hearing Prep and/or Appearance** | **0.90** | | **$543.50** |
| **Bankruptcy: Data Analysis** | | | | |
| Kevin Krakora | Managing Director | 37.20 | $650.00 | $24,180.00 |
| Jake Ringelstein | Associate | 7.00 | $235.00 | $1,645.00 |
| | **Bankruptcy: Data Analysis** | **44.20** | | **$25,825.00** |
| **Bankruptcy: Reporting** | | | | |
| Kevin Krakora | Managing Director | 14.50 | $650.00 | $9,425.00 |
| Jake Ringelstein | Associate | 1.10 | $235.00 | $258.50 |
| | **Bankruptcy: Reporting** | **15.60** | | **$9,683.50** |
| **CLIENT: Cash Flow & Financial Projections** | | | | |
| Kevin Krakora | Managing Director | 12.50 | $650.00 | $8,125.00 |
| Jake Ringelstein | Associate | 13.30 | $235.00 | $3,125.50 |
| | **CLIENT: Cash Flow & Financial Projections** | **25.80** | | **$11,250.50** |
| **CLIENT: Sale of Business and Related Issues** | | | | |
| Kevin Krakora | Managing Director | 43.80 | $650.00 | $28,470.00 |
| Jake Ringelstein | Associate | 0.20 | $235.00 | $47.00 |
| | **CLIENT: Sale of Business and Related Issues** | **44.00** | | **$28,517.00** |
| **TOTAL FEES** | | **145.10** | | **$85,309.50** |

**Spring Mountain Vineyard Inc.**  **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Business Operations | 7/1/23 | 0.30 | $650.00 | $195.00 | Analyze planning for DTC job descriptions, scheduling with K. Baker, D. Whelan. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/1/23 | 0.20 | $650.00 | $130.00 | Emails with K. Baker re: status of Somm documentary, planning, potential support. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/1/23 | 0.20 | $650.00 | $130.00 | Analyze status of kosher wine planning, rabbi invoicing from Safra with B. Anderson. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/2/23 | 0.40 | $650.00 | $260.00 | Analyze, follow up to P. Ekman emails re: DTC events, chiller replacement quotes, operational issues. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/2/23 | 0.30 | $650.00 | $195.00 | Analyze current status of kosher wine and potential transition issues for DNAW. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/3/23 | 0.50 | $650.00 | $325.00 | Call with D. Whelan, R. Rosenbrand, P. Ekman re: status of sale closing, press release, employee matters. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/3/23 | 0.60 | $650.00 | $390.00 | Analyze employee resignation and KERP eligibility issues with D. Whelan and J. Douglas. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/5/23 | 1.00 | $650.00 | $650.00 | Participate in department head meeting with D. Whelan, R. Rosenbrand, B. Anderson, K. Baker, P. Ekman re: transition issues, case updates, operational issues and updates, status of various projects. |
| Kevin Krakora | Bankruptcy: Business Operations | 7/5/23 | 0.30 | $650.00 | $195.00 | Analyze status of reservoir repair project expenses and updated timing with R. Rosenbrand, P. Ekman. |
| **TOTAL** | **Bankruptcy: Business Operations** | | **3.80** | | **$2,470.00** | |
| Kevin Krakora | Bankruptcy: Case Management | 7/1/23 | 0.30 | $650.00 | $195.00 | Analyze invoices, support for legal fees from BNP and BMO for expense reimbursements after closing. |
| Kevin Krakora | Bankruptcy: Case Management | 7/2/23 | 0.50 | $650.00 | $325.00 | Analyze expense support from BNP and BMO for processing payment following the sale closing. |
| Kevin Krakora | Bankruptcy: Case Management | 7/3/23 | 1.50 | $650.00 | $975.00 | Prepare, distribute individual emails and release forms for eligible KERP participants. |
| Kevin Krakora | Bankruptcy: Case Management | 7/3/23 | 0.40 | $650.00 | $260.00 | Review final draft of Enotrias first and final application and CRO declaration for filing by Greenspoon. |
| Kevin Krakora | Bankruptcy: Case Management | 7/3/23 | 0.40 | $650.00 | $260.00 | Analyze and respond to report to the Court by V. Sahn (GM), including drafting additional statements on behalf of the Debtor. |
| Kevin Krakora | Bankruptcy: Case Management | 7/5/23 | 0.30 | $650.00 | $195.00 | Analyze emails, respond to V. Sahn (GM) re: UST outreach prior to court hearing. |
| Kevin Krakora | Bankruptcy: Case Management | 7/5/23 | 0.20 | $650.00 | $130.00 | Call with J. Marwil, S. Ma (Proskauer), V. Sahn (GM Law) re: response to UST motion to dismiss in prep for hearing. |
| Kevin Krakora | Bankruptcy: Case Management | 7/5/23 | 0.40 | $650.00 | $260.00 | Track and respond to employee KERP releases and related issues. |
| Kevin Krakora | Bankruptcy: Case Management | 7/6/23 | 0.50 | $650.00 | $325.00 | Analyze status of investment banking legal expense reimbursements and payment processing with A. Gern (MGG), V. Sahn (GM), L. Bareilles. |
| Kevin Krakora | Bankruptcy: Case Management | 7/7/23 | 0.40 | $650.00 | $260.00 | Call with J. Vann (CTSW) re: status of TSA, fire insurance litigation. |
| Kevin Krakora | Bankruptcy: Case Management | 7/7/23 | 0.20 | $650.00 | $130.00 | Call with V. Sahn (GM) re: inventory at storage cellar, case updates, issues. |
| Kevin Krakora | Bankruptcy: Case Management | 7/7/23 | 0.40 | $650.00 | $260.00 | Analyze status of KERP release responses and payout timing issues. |
| Kevin Krakora | Bankruptcy: Case Management | 7/11/23 | 0.30 | $650.00 | $195.00 | Call with V. Sahn (GM) re: post-closing status, transition items, bankruptcy matters. |
| Kevin Krakora | Bankruptcy: Case Management | 7/12/23 | 0.40 | $650.00 | $260.00 | Analyze GT engagement letter, status of tasks, initial monthly invoices for May and June. |
| Kevin Krakora | Bankruptcy: Case Management | 7/13/23 | 1.50 | $650.00 | $975.00 | Prepare update, individual emails for KERP participants re: process, timing and counter-signature page, including responses. |
| Kevin Krakora | Bankruptcy: Case Management | 7/14/23 | 0.20 | $650.00 | $130.00 | Read Debtor's status conference statement filed by Greenspoon. |
| Kevin Krakora | Bankruptcy: Case Management | 7/18/23 | 0.30 | $650.00 | $195.00 | Call, email with J. Vann (CTSW) re: status of fire insurance litigation, depositions. |
| Kevin Krakora | Bankruptcy: Case Management | 7/18/23 | 0.30 | $650.00 | $195.00 | Analyze Mt. Hawley litigation status and prep for Debtor's response with V. Sahn, S. Burnell (GM). |

**Spring Mountain Vineyard Inc.**  Exhibit 1
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Case Management | 7/18/23 | 0.40 | $650.00 | $260.00 | Prepare instructions for KERP bonus payments in upcoming payroll cycle. |
| Kevin Krakora | Bankruptcy: Case Management | 7/20/23 | 0.20 | $650.00 | $130.00 | Call with V. Sahn (GM) re: creditor inquiries, transition issues, updates. |
| Kevin Krakora | Bankruptcy: Case Management | 7/24/23 | 0.40 | $650.00 | $260.00 | Analyze correspondence and case updates on retained professionals matters from V. Sahn (GM). |
| Kevin Krakora | Bankruptcy: Case Management | 7/24/23 | 0.60 | $650.00 | $390.00 | Analyze Debtor's draft brief re: Mt. Hawley appeal and commentary from S. Burnell (GM), J. Spievack (CTSW). |
| Kevin Krakora | Bankruptcy: Case Management | 7/28/23 | 0.30 | $650.00 | $195.00 | Analyze Jigsaw resignation documents submitted by B. Brinkman for Greenspoon. |
| Kevin Krakora | Bankruptcy: Case Management | 7/28/23 | 0.40 | $650.00 | $260.00 | Analyze fire insurance litigation matter updates from V. Sahn (GM), case updates, administrative issues. |
| **TOTAL** | **Bankruptcy: Case Management** | | **10.80** | | **$7,020.00** | |
| Kevin Krakora | Bankruptcy: Court Hearing Prep and/or Appearance | 7/5/23 | 0.60 | $650.00 | $390.00 | Attend Court hearing as CRO to oppose UST motion for dismissal or conversion of bankruptcy case. |
| Jake Ringelstein | Bankruptcy: Court Hearing Prep and/or Appearance | 7/19/23 | 0.10 | $235.00 | $23.50 | Attend Spring Mountain Vineyard - Continued Status Conference |
| Kevin Krakora | Bankruptcy: Court Hearing Prep and/or Appearance | 7/19/23 | 0.20 | $650.00 | $130.00 | Prepare for and attend court hearing as CRO re: status conference with V. Sahn (GM). |
| **TOTAL** | **Bankruptcy: Court Hearing Prep and/or Appearance** | | **0.90** | | **$543.50** | |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/3/23 | 0.60 | $650.00 | $390.00 | Analyze prior week actual bank account activity for updates to weekly cash flow reporting. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/3/23 | 0.90 | $650.00 | $585.00 | Analyze orders, vineyard work purchases, auto-withdrawals, invoices, cut-off issues with R. Rosenbrand, L. Bareilles, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/5/23 | 0.70 | $650.00 | $455.00 | Analyze additional support schedules and updated analyses re: receipts and disbursements prepared by AWG. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/6/23 | 1.40 | $650.00 | $910.00 | Analyze latest AP, preliminary list of potential weekly disbursements, and open approvals for Newco payments with L. Bareilles, S. Soares (AWG), P. Ekman. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/6/23 | 1.10 | $650.00 | $715.00 | Analyze new and open invoices, status of certain vendors, Newco AP, commissions payroll, administrative matters with L. Bareilles, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/6/23 | 0.40 | $650.00 | $260.00 | Analyze, respond to open corporate insurance issues with K. Dickenson, R. Doyle (MIV), A. Gern (MGG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/6/23 | 0.40 | $650.00 | $260.00 | Analyze, reconcile supporting detail for paid property taxes at closing and remaining open charge with A. Gern (MGG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/7/23 | 1.20 | $650.00 | $780.00 | Analyze and final approval of check run, wires for weekly TSA disbursements for Oldco and Newco with L. Bareilles, S. Soares (AWG), M. Seavoy. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/7/23 | 0.70 | $650.00 | $455.00 | Analyze certain invoice issues, expense cutoffs between Oldco and Newco, administrative issues. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/7/23 | 0.50 | $650.00 | $325.00 | Analyze inventory listing for storage cellar at Miravalle House and related issues. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/7/23 | 0.30 | $650.00 | $195.00 | Analyze unsecured property tax claim and issues for payment with L. Bareilles, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/9/23 | 0.10 | $650.00 | $65.00 | Analyze status of professional fee schedule and updates with S. Soares (AWG), J. Ringelstein. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/10/23 | 0.70 | $650.00 | $455.00 | Analyze prior week actual bank account activity for updates to weekly cash flow reporting. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/10/23 | 0.60 | $650.00 | $390.00 | Analyze additional support schedules and updated analyses re: receipts and disbursements prepared by AWG. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/11/23 | 1.70 | $235.00 | $399.50 | Updating Professional Fee Schedules |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/11/23 | 0.40 | $235.00 | $94.00 | Comparison of CRO Approved Check Run and Check Run Disbursements by AWG |

**Spring Mountain Vineyard Inc.**  Exhibit 1
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Data Analysis | 7/11/23 | 1.40 | $650.00 | $910.00 | Analyze updates schedules re: property tax reconciliations, accrued professional fees, pre-closing expenses, outstanding checks. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/11/23 | 0.30 | $650.00 | $195.00 | Analyze status of 2022 and 2023 tax filings with V. Sahn (GM), GT tax advisors. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/12/23 | 0.10 | $235.00 | $23.50 | Additional update to professional fee schedule and distribution to S. Soares |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/12/23 | 1.20 | $650.00 | $780.00 | Analyze latest AP, preliminary list of potential weekly disbursements, and open approvals for Newco payments with S. Soares (AWG), P. Ekman. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/12/23 | 0.50 | $650.00 | $325.00 | Analyze vineyard invoices, monthly employee benefits, bookkeeping invoices with R. Rosenbrand, L. Bareilles, S. Soares (AWG). |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/13/23 | 1.50 | $235.00 | $352.50 | SMV Napa Property Tax Payments Analysis |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/13/23 | 0.50 | $650.00 | $325.00 | Analyze pre-petition accounts payable listing for updates due to transaction and transition services operations. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/13/23 | 0.70 | $650.00 | $455.00 | Analyze, respond to issues and requests for debit card usage with L. Bareilles, S. Soares (AWG), P. Ekman. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/14/23 | 0.20 | $235.00 | $47.00 | Meeting with K. Krakora re: SMV Property Tax Review |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/14/23 | 0.60 | $650.00 | $390.00 | Analyze, correspond with vendor re: invoice and credit applications. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/14/23 | 1.40 | $650.00 | $910.00 | Analyze application of Napa County property tax payments to pre- and post-petition data in accounts payable system with J. Ringelstein. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/14/23 | 0.30 | $650.00 | $195.00 | Analyze status of bank activity, wires, balances, outstanding checks with L. Bareilles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/14/23 | 0.30 | $650.00 | $195.00 | Analyze status of final paycheck processing for employee with S. Soares (AWG), L. Bareilles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/17/23 | 1.20 | $650.00 | $780.00 | Analyze prior week actual bank account activity for updates to weekly cash flow reporting. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/17/23 | 0.50 | $650.00 | $325.00 | Analyze claimed inventory issue with B. Anderson, D. Yannias. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/17/23 | 0.90 | $650.00 | $585.00 | Analyze payroll status, amounts, funding required, vendor purchases, customer receipts with L. Bareilles, R. Rosenbrand, S. Soares (AWG). |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/18/23 | 0.50 | $235.00 | $117.50 | SMV Analysis between CRO approved check run file and AWG check run |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/18/23 | 0.60 | $650.00 | $390.00 | Analyze additional support schedules and updated analyses re: receipts and disbursements prepared by AWG. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/18/23 | 0.60 | $650.00 | $390.00 | Analyze various invoices and expenses, including approved Newco invoices for charges to debit card with R. Rosenbrand, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/18/23 | 0.80 | $650.00 | $520.00 | Analyze latest AP, preliminary list of potential weekly disbursements, and open approvals for Newco payments with S. Soares (AWG), P. Ekman. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/19/23 | 0.50 | $235.00 | $117.50 | SMV analysis and update of professional fee schedule with received invoices. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/19/23 | 0.50 | $650.00 | $325.00 | Analyze KERP processing, payroll taxes, funding transfers with L. Bareilles, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.50 | $650.00 | $325.00 | Emails with L. Bareilles, S. Soares (AWG) re: Oldco invoices, accounts payable, bookkeeping entries. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.30 | $650.00 | $195.00 | Calls with D. Yannias, B. Anderson re: status of privately owned bottles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.30 | $650.00 | $195.00 | Prepare quarterly UST calculation, payment instructions with L. Bareilles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.40 | $650.00 | $260.00 | Analyze erroneous payroll processor charges and reversals with L. Bareilles, S. Soares (AWG), M. Seavoy. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.80 | $650.00 | $520.00 | Analyze various Oldco invoices and expenses, including approved Newco invoices for charges to debit card with L. Bareilles, R. Rosenbrand, B. Anderson, S. Soares (AWG). |

**Spring Mountain Vineyard Inc.**            **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Data Analysis | 7/20/23 | 0.40 | $650.00 | $260.00 | Analyze status of accrued professional fees, June fee statements for cash flow updates, bookkeeping instructions. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/21/23 | 0.30 | $235.00 | $70.50 | Updating SMV professional schedule with newly received invoices. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/21/23 | 0.40 | $650.00 | $260.00 | Analyze property tax invoices received post-close with S. Soares (AWG), A. Gern (AWG), L. Bareilles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/21/23 | 0.50 | $650.00 | $325.00 | Analyze invoices for application between the Debtor and DNAW with L. Bareilles. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/24/23 | 0.60 | $235.00 | $141.00 | Updates applied to professional fee schedule with newly received June invoices. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/24/23 | 1.40 | $650.00 | $910.00 | Analyze prior week actual bank account activity for updates to weekly cash flow reporting. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/24/23 | 0.20 | $650.00 | $130.00 | Analyze, respond to request for debit card usage by Newco for approved expenses with R. Rosenbrand, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/24/23 | 0.50 | $650.00 | $325.00 | Follow up, analyze certain invoices, charges, deposits for cash flow reporting with L. Bareilles, J. Ringelstein. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/24/23 | 0.20 | $650.00 | $130.00 | Emails with R. Doyle (MIV) re: Debtor insurance policy refunds. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/25/23 | 0.50 | $235.00 | $117.50 | SMV Analysis between CRO approved check run file and AWG check run |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/25/23 | 0.80 | $650.00 | $520.00 | Analyze additional support schedules and updated analyses re: receipts and disbursements prepared by AWG, including revised files. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/25/23 | 0.90 | $650.00 | $585.00 | Analyze updated bank balance reporting, payroll disbursements, invoices, Newco debit card approvals with R. Rosenbrand, S. Soares (AWG), P. Ekman. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/26/23 | 0.10 | $235.00 | $23.50 | SMV Email communications with S.Soares and I.Olvera re: AP Agings Report |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/26/23 | 1.20 | $650.00 | $780.00 | Analyze latest AP, preliminary list of potential weekly disbursements, and open approvals for Newco payments with S. Soares (AWG), P. Ekman. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/26/23 | 0.40 | $650.00 | $260.00 | Analyze latest pre-petition accounts payable listing for post-closing adjustments and updates. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/26/23 | 0.60 | $650.00 | $390.00 | Analyze, respond to requests for debit card usage and e-payments by Newco for approved expenses with R. Rosenbrand, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/26/23 | 0.40 | $650.00 | $260.00 | Analyze insurance claim matter and details with B. Anderson, M. Seavoy, L. Bareilles. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/27/23 | 0.40 | $650.00 | $260.00 | Prepare, revise payment method procedures for Oldco and Newco for use with bookkeeping staff. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/27/23 | 0.50 | $650.00 | $325.00 | Analyze invoices, requests for payment through check and debit card with I. Olvera, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/27/23 | 0.40 | $650.00 | $260.00 | Analyze additional invoices and disbursements for weekly check run. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/27/23 | 0.50 | $650.00 | $325.00 | Analyze, approve final disbursement list for weekly check run with follow ups for AWG. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/28/23 | 0.20 | $235.00 | $47.00 | Updates applied to professional fee schedule with final June invoices. |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/28/23 | 0.10 | $235.00 | $23.50 | Email to I.Olvera & S.Soares re:Chubb Insurance Payment |
| Jake Ringelstein | Bankruptcy: Data Analysis | 7/28/23 | 0.30 | $235.00 | $70.50 | Call with K.Krakora: End of week touch-base and review of scope for next week SMV CFF Reporting |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/28/23 | 0.60 | $650.00 | $390.00 | Analyze status of open issues, invoices approvals, payments, cash flow planning with S. Soares (AWG), J. Ringelstein. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/28/23 | 0.30 | $650.00 | $195.00 | Call with J. Ringelstein re: open issues, case updates, upcoming cash flow reporting. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/31/23 | 0.20 | $650.00 | $130.00 | Respond to inquiry re: status of tax returns with M. Seavoy. |

**Spring Mountain Vineyard Inc.**  **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Data Analysis | 7/31/23 | 0.50 | $650.00 | $325.00 | Analyze near term funding requirements, bank account balances, cash transfers between accounts with L. Bareilles, D. Yannias, A. Gern (MGG). |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/31/23 | 0.30 | $650.00 | $195.00 | Analyze quarterly excise and sales tax calculations and payments by AWG. |
| Kevin Krakora | Bankruptcy: Data Analysis | 7/31/23 | 1.40 | $650.00 | $910.00 | Analyze prior week actual bank account activity for updates to weekly cash flow reporting. |
| **TOTAL** | **Bankruptcy: Data Analysis** | | **44.20** | | **$25,825.00** | |
| Kevin Krakora | Bankruptcy: Reporting | 7/3/23 | 0.40 | $650.00 | $260.00 | Analyze preliminary open items and support schedules for June monthly operating report. |
| Kevin Krakora | Bankruptcy: Reporting | 7/3/23 | 0.30 | $650.00 | $195.00 | Obtain and analyze bank account statements for June monthly operating report for Greenspoon. |
| Kevin Krakora | Bankruptcy: Reporting | 7/6/23 | 0.40 | $650.00 | $260.00 | Analyze preliminary May financial statements with new formatting presentation and supporting schedules with AWG. |
| Kevin Krakora | Bankruptcy: Reporting | 7/7/23 | 0.40 | $650.00 | $260.00 | Obtain and analyze bank account statements for June monthly operating report for Greenspoon. |
| Kevin Krakora | Bankruptcy: Reporting | 7/9/23 | 0.20 | $650.00 | $130.00 | Provide instructions re: accounting and reporting cut-off issues between Newco and Oldco with S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/12/23 | 0.70 | $650.00 | $455.00 | Analyze new ERP guidance and potential impact on initial form submissions with S. Soares (AWG), M. Seavoy. |
| Kevin Krakora | Bankruptcy: Reporting | 7/12/23 | 0.50 | $650.00 | $325.00 | Analyze, respond to reporting issues during transition period with S. Soares (AWG), P. Ekman. |
| Kevin Krakora | Bankruptcy: Reporting | 7/13/23 | 0.40 | $650.00 | $260.00 | Analyze data needed for amended ERP application with M. Seavoy, S. Soares (AWG), P. Ekman. |
| Kevin Krakora | Bankruptcy: Reporting | 7/13/23 | 0.30 | $650.00 | $195.00 | Analyze status of outstanding data and financial information for June monthly operating report. |
| Kevin Krakora | Bankruptcy: Reporting | 7/14/23 | 0.90 | $650.00 | $585.00 | Analyze data and forms necessary for amended ERP application with M. Seavoy, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/14/23 | 1.00 | $650.00 | $650.00 | Process and confirm submission of completed ERP forms with M. Seavoy, S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/14/23 | 0.30 | $650.00 | $195.00 | Call with S. Soares (AWG), M. Seavoy re: amended ERP application, data and support. |
| Kevin Krakora | Bankruptcy: Reporting | 7/17/23 | 0.30 | $650.00 | $195.00 | Obtain, provide GH COI for the Debtor's workers compensation audit to S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/17/23 | 0.80 | $650.00 | $520.00 | Analyze supporting schedules for cash receipts and disbursements section of June monthly operating report. |
| Kevin Krakora | Bankruptcy: Reporting | 7/17/23 | 0.60 | $650.00 | $390.00 | Prepare draft June MOR form for internal review based on preliminary support schedules. |
| Kevin Krakora | Bankruptcy: Reporting | 7/17/23 | 0.90 | $650.00 | $585.00 | Analyze preliminary financial statements and account detail for June and changes from May. |
| Kevin Krakora | Bankruptcy: Reporting | 7/17/23 | 1.00 | $650.00 | $650.00 | Update preliminary support documents and attachments for June monthly operating report. |
| Jake Ringelstein | Bankruptcy: Reporting | 7/18/23 | 1.10 | $235.00 | $258.50 | SMV June Monthly Operating Report review |
| Kevin Krakora | Bankruptcy: Reporting | 7/18/23 | 0.50 | $650.00 | $325.00 | Analyze open items, variance explanations, detailed support and information for monthly operating report. |
| Kevin Krakora | Bankruptcy: Reporting | 7/18/23 | 0.40 | $650.00 | $260.00 | Analyze preliminary support documents, attachments and May monthly operating report form for internal review. |
| Kevin Krakora | Bankruptcy: Reporting | 7/18/23 | 0.90 | $650.00 | $585.00 | Analyze accounting treatment for sale closing, final DIP loan borrowing, uses of closing cash with S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/19/23 | 0.80 | $650.00 | $520.00 | Analyze bottled inventory data, bulk wine and changes from May for June monthly operating report with S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/19/23 | 0.70 | $650.00 | $455.00 | Finalize May MOR form and accompanying financial support schedules for Greenspoon review. |
| Kevin Krakora | Bankruptcy: Reporting | 7/20/23 | 0.30 | $650.00 | $195.00 | Analyze, respond to correspondence with USDA re: ERP submission and forms. |
| Kevin Krakora | Bankruptcy: Reporting | 7/20/23 | 0.30 | $650.00 | $195.00 | Review and approve final June monthly operating report and exhibits for Debtor's counsel. |

**Spring Mountain Vineyard Inc.**  **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | Bankruptcy: Reporting | 7/21/23 | 0.90 | $650.00 | $585.00 | Analyze open issues re: accounting treatment for sale closing, MGG loan balances, uses of closing cash with A. Gern (MGG), S. Soares (AWG). |
| Kevin Krakora | Bankruptcy: Reporting | 7/25/23 | 0.30 | $650.00 | $195.00 | Analyze additional support for final DIP loan payoff amount provided by MGG for Debtor bookkeeping, with S. Soares (AWG). |
| **TOTAL** | **Bankruptcy: Reporting** | | **15.60** | | **$9,683.50** | |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/1/23 | 0.50 | $650.00 | $325.00 | Analyze updates and sensitivities to pre and post close receipts and disbursements for funding under TSA. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/5/23 | 1.60 | $650.00 | $1,040.00 | Analyze preliminary updates to cash flow actuals and draft revised forecast for closing expenses, receipts, disbursements. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/6/23 | 1.50 | $650.00 | $975.00 | Analyze updates to cash flow actuals and revised near-term forecast for receipts and TSA-related disbursements. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/10/23 | 1.50 | $650.00 | $975.00 | Analyze preliminary updates to cash flow actuals and draft revised forecast for closing expenses, TSA activity, receipts, disbursements. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/10/23 | 0.40 | $650.00 | $260.00 | Analyze potential significant disbursements for potential TSA funding in current week with S. Soares (AWG). |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/11/23 | 2.40 | $235.00 | $564.00 | Reconciliation of cash flows for week of 6.26.23 and corresponding variance analysis |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/11/23 | 2.00 | $235.00 | $470.00 | SMV Cash Flow reporting for week of 07.03.23 and corresponding variance analysis |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/11/23 | 0.60 | $650.00 | $390.00 | Analyze cash flow variances and revised near-term forecast for receipts and TSA-related disbursements. |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/12/23 | 0.70 | $235.00 | $164.50 | Update CFF reporting for revisions and updates applied to corresponding variance analysis |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/12/23 | 0.50 | $235.00 | $117.50 | Meeting with K. Krakora re: w.o. 6.26 & 7.03 cash flow reconciliation review |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/12/23 | 0.50 | $650.00 | $325.00 | Analyze cash flow actuals, variances and draft reporting with J. Ringelstein. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/12/23 | 0.90 | $650.00 | $585.00 | Analyze revised weekly cash flow forecast for changes, variances and updates to forecast and disbursement trends. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/13/23 | 1.20 | $650.00 | $780.00 | Analyze updates to cash flow actuals and revised near-term forecast for receipts and TSA-related disbursements. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/17/23 | 0.50 | $650.00 | $325.00 | Analyze preliminary updates to cash flow actuals and draft revised forecast for near term TSA activity, receipts, disbursements. |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/18/23 | 1.70 | $235.00 | $399.50 | SMV Cash Flow reporting for week of 07.10.23 and corresponding variance analysis |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/18/23 | 0.50 | $650.00 | $325.00 | Analyze updated cash flow actuals and revised near-term forecast for receipts and TSA-related disbursements. |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/19/23 | 0.50 | $650.00 | $325.00 | Analyze updated weekly cash flow forecast with preliminary check runs for the Debtor and Newco per the TSA. |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/25/23 | 3.30 | $235.00 | $775.50 | SMV Cash Flow reporting for week of 07.17.23 and corresponding variance analysis |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/25/23 | 0.20 | $235.00 | $47.00 | Update CFF reporting for revisions and updates applied to corresponding variance analysis following updates files from I. Olvera |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/25/23 | 0.70 | $650.00 | $455.00 | Analyze preliminary cash flow actuals, direct charges and outstanding checks for draft cash flow reporting. |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/26/23 | 0.20 | $235.00 | $47.00 | Update CFF reporting for revisions and updates applied to corresponding variance analysis following discussion with K. Krakora |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/26/23 | 0.50 | $650.00 | $325.00 | Analyze updated cash flow actuals and revised near-term forecast for receipts and TSA-related disbursements. |

**Spring Mountain Vineyard Inc.**  **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/27/23 | 0.90 | $235.00 | $211.50 | Final review of file "CFF SMV w.o.7.24.23" |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/27/23 | 0.70 | $650.00 | $455.00 | Analyze updated weekly cash flow forecast with preliminary check runs for the Debtor and Newco per the TSA. |
| Jake Ringelstein | CLIENT: Cash Flow & Financial Projections | 7/31/23 | 1.40 | $235.00 | $329.00 | SMV Initial reconciliation of debits and credits for w.o. 7.24.23 |
| Kevin Krakora | CLIENT: Cash Flow & Financial Projections | 7/31/23 | 0.40 | $650.00 | $260.00 | Analyze preliminary cash flow actuals, direct charges, DTC weekend receipts for draft cash flow reporting. |
| **TOTAL** | **CLIENT: Cash Flow & Financial Projections** | | **25.80** | | **$11,250.50** | |
| | | | | | | |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/2/23 | 0.50 | $650.00 | $325.00 | Analyze, respond to emails re: inventory dispute with D. Yannias, B. Anderson, P. Ekman. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/2/23 | 0.30 | $650.00 | $195.00 | Prepare closing wire instructions related to investment banking fees pending receipt of MGG DIP loan funding. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/3/23 | 0.50 | $650.00 | $325.00 | Emails, coordination of wires and other issues for sale closing with A. Gern (MGG), M. Seavoy. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/3/23 | 0.70 | $650.00 | $455.00 | Calls with P. Ekman re: status of sale closing, transition issues, employee matters, planning. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/3/23 | 0.20 | $650.00 | $130.00 | Review, revise draft internal employee communication from DNAW. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/3/23 | 0.50 | $650.00 | $325.00 | Analyze post-closing disbursements, transition issues, funding requirements. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/5/23 | 0.20 | $650.00 | $130.00 | Call with P. Ekman re: transition issues, operational matters. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/5/23 | 1.50 | $650.00 | $975.00 | Analyze invoice cut-off issues, transition matters, IT system conversions, AP processing with L. Bareilles, S. Soares (AWG), M. Seavoy, P. Ekman. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/6/23 | 0.50 | $650.00 | $325.00 | Calls with P. Ekman re: transition issues, planning, updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/6/23 | 0.40 | $650.00 | $260.00 | Analyze TSA funding requirements for request submission to A. Gern (MGG). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/6/23 | 0.40 | $650.00 | $260.00 | Prepare weekly TSA cash flow reporting package with commentary for MGG. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/6/23 | 0.80 | $650.00 | $520.00 | Call with K. Griffin, P. Flynn, A. Gern (MGG), P. Ekman re: TSA, transition issues, case updates and status. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/6/23 | 0.20 | $650.00 | $130.00 | Review, authorize corporate insurance policy cancellations with MIV due to asset sale. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/7/23 | 0.30 | $650.00 | $195.00 | Call with P. Ekman re: transition issues, planning, updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/7/23 | 0.50 | $650.00 | $325.00 | Call with J. Douglas (DPF Law) re: employment matters, KERP issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/7/23 | 0.70 | $650.00 | $455.00 | Analyze status of open transition issues, TSA matters, draft listing of tasks. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/9/23 | 0.20 | $650.00 | $130.00 | Analyze status of transition issues re: bank accounts, inventory reporting with S. Soares (AWG), P. Ekman. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/10/23 | 0.30 | $650.00 | $195.00 | Call with P. Ekman re: transition issues, status of reservoir project and revised estimates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/10/23 | 1.00 | $650.00 | $650.00 | Prepare transition materials re: reservoir project, proposals and cost estimates for Newco. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/10/23 | 0.80 | $650.00 | $520.00 | Edit and comment on draft letter to employees re: asset sale and employment issues with J. Douglas (DPF Law). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/10/23 | 0.20 | $650.00 | $130.00 | Call with A. Gern (MGG) re: potential TSA funding needs, status of transition items. |
| Jake Ringelstein | CLIENT: Sale of Business and Related Issues | 7/11/23 | 0.20 | $235.00 | $47.00 | Call with K. Krakora re: Updates regarding close of SMV and objectives for weekly SMV reporting. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/11/23 | 0.80 | $650.00 | $520.00 | Analyze status of transition issues re: bank accounts, expense reporting with S. Soares (AWG), P. Ekman. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/11/23 | 0.60 | $650.00 | $390.00 | Analyze updated reservoir project budget and line item changes to prior year project approvals. |

**Spring Mountain Vineyard Inc.**   **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/11/23 | 0.90 | $650.00 | $585.00 | Prepare, review letter to employees and distribution coordination with L. Bareilles, department heads. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/11/23 | 0.30 | $650.00 | $195.00 | Analyze transitional issues, status, go-forward communications with M. Seavoy. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/12/23 | 0.50 | $650.00 | $325.00 | Call with P. Ekman re: status of transition, employee and payroll matters, planning. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/12/23 | 1.10 | $650.00 | $715.00 | Call with D. Whelan re: transition issues, employee matters, updates, distribution of letter to employees. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/12/23 | 0.50 | $650.00 | $325.00 | Prepare instructions for department heads re: distribution of letter to employees. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/12/23 | 0.30 | $650.00 | $195.00 | Emails with senior management team re: weekly transition update meetings. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.50 | $650.00 | $325.00 | Prepare cash flow transition information and vendor/invoice explanations for Newco to P. Ekman, S. Soares (AWG). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.20 | $650.00 | $130.00 | Call with R. Rosenbrand re: reservoir project commitments, orders under Oldco, transition matters. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.20 | $650.00 | $130.00 | Call with A. Gern (MGG) re: transition matters. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.30 | $650.00 | $195.00 | Provide P. Ekman with additional detail re: reservoir pumping station order selection. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.40 | $650.00 | $260.00 | Analyze, address website access, IT systems and other transition matters with D. Yannias, K. Baker, P. Ekman, S. Soares (AWG). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.40 | $650.00 | $260.00 | Prepare weekly TSA cash flow reporting package with commentary for MGG. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/13/23 | 0.20 | $650.00 | $130.00 | Call with P. Ekman re: amended ERP application data, transition matters, updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/14/23 | 0.50 | $650.00 | $325.00 | Analyze status and issues related to transition of IT systems, access with D. Yannias, N. Serdar, S. Soares (AWG), P. Ekman. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/14/23 | 0.40 | $650.00 | $260.00 | Call with A. Gern (MGG), P. Ekman re: BMO cash management proposal, transition updates and issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/14/23 | 0.60 | $650.00 | $390.00 | Analyze protocols, requests for vendor payments on debit card by Newco during transition period. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/17/23 | 0.40 | $650.00 | $260.00 | Analyze status, potential termination of 401k plan with M. Seavoy, V. Sahn (GM) following sale of business. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/17/23 | 0.30 | $650.00 | $195.00 | Call with D. Yannias re: transition matters, issues, case updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/17/23 | 0.40 | $650.00 | $260.00 | Call with K. Griffin, P. Flynn, A. Gern (MGG), P. Ekman, M. Koschitzky re: TSA, transition issues and status. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/17/23 | 0.70 | $650.00 | $455.00 | Analyze and respond to issues raised by staff re: transition items, expense approvals. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/18/23 | 0.20 | $650.00 | $130.00 | Call with A. Gern (MGG) re: TSA funding and weekly cash flow reporting. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/18/23 | 0.20 | $650.00 | $130.00 | Emails with senior management team re: weekly transition update meetings. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/18/23 | 0.90 | $650.00 | $585.00 | Call with D. Whelan re: transition issues, updates, communications with employees. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/19/23 | 1.40 | $650.00 | $910.00 | Prepare preliminary list of outstanding transition service items and open issues for status report. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/19/23 | 0.40 | $650.00 | $260.00 | Prepare weekly TSA cash flow reporting package with commentary for MGG. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/19/23 | 0.30 | $650.00 | $195.00 | Analyze communications between Debtor employees and P. Ekman re: sales platform transition, issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 0.50 | $650.00 | $325.00 | Analyze, prepare response to P. Ekman re: DTC website transition issues, other transition items. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 1.00 | $650.00 | $650.00 | Analyze status of Oldco transition items, wind down matters and outstanding issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 0.40 | $650.00 | $260.00 | Call with P. Ekman re: DTC website transition issues, employee matters. |

**Spring Mountain Vineyard Inc.**  Exhibit 1
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 0.40 | $650.00 | $260.00 | Analyze status of insurance policies, transfer to Newco with L. Bareilles, S. Seavoy (AWG), R. Doyle (MIV). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 0.70 | $650.00 | $455.00 | Analyze identification, instructions and protocols for privately owned personal property in Miravalle house, cellar with D. Yannias, B. Anderson. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/20/23 | 1.00 | $650.00 | $650.00 | Weekly call with department heads D. Whelan, R. Rosenbrand, B. Anderson, K. Baker re: transition issues, case updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.40 | $650.00 | $260.00 | Call with J. Douglas (DPF Law) re: employee updates, transition issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.40 | $650.00 | $260.00 | Prepare and revise draft communications re: employee issues for J. Douglas review. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.80 | $650.00 | $520.00 | Analyze updated support schedules, analysis for wind down costs and accruals. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.10 | $650.00 | $65.00 | Call with P. Flynn (MGG) re: disputed assets. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.20 | $650.00 | $130.00 | Call with D. Whelan re: updates, employee issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/21/23 | 0.40 | $650.00 | $260.00 | Analyze expenses related to transition services period and cash flow allocations. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.40 | $650.00 | $260.00 | Call with P. Ekman re: transition issues, updates, employee communications. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.30 | $650.00 | $195.00 | Call with P. Flynn (MGG) re: transition status and issues, disputed assets. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.10 | $650.00 | $65.00 | Call with B. Anderson re: transition issues and updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.20 | $650.00 | $130.00 | Correspondence with A. Gern (MGG), P. Ekman re: weekly calls, future funding needs. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.80 | $650.00 | $520.00 | Analyze updated funding reserve calculation for professionals under the TSA. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/24/23 | 0.50 | $650.00 | $325.00 | Analyze MGG request and potential Debtor's response re: alleged disputed assets with V. Sahn (GM). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/25/23 | 1.00 | $650.00 | $650.00 | Weekly call with department heads D. Whelan, R. Rosenbrand, B. Anderson re: transition issues, case updates. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/25/23 | 0.30 | $650.00 | $195.00 | Provide additional capital expenditure information to P. Ekman for transition, reservoir project. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/25/23 | 0.60 | $650.00 | $390.00 | Prepare, revise draft of responses to MGG re: alleged disputed assets with V. Sahn (GM). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/25/23 | 0.30 | $650.00 | $195.00 | Analyze property tax invoices received post-close with S. Soares (AWG), A. Gern (AWG), L. Bareilles. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/25/23 | 0.50 | $650.00 | $325.00 | Respond to various inquiries from staff regarding transition matters, administrative issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/26/23 | 0.40 | $650.00 | $260.00 | Analyze reporting and termination issues for 401k plan with M. Seavoy, K. Goekler (Hicks). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/26/23 | 0.20 | $650.00 | $130.00 | Analyze communication from V. Sahn (GM) re: disputes assets and asserted personal property claims. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/26/23 | 0.50 | $650.00 | $325.00 | Analyze status of various open items and transition matters with Newco following the sale closing. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.20 | $650.00 | $130.00 | Analyze status of Ford vehicle leases assumptions and transitions to Newco. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.30 | $650.00 | $195.00 | Call with K. Goekler (NH Hicks) re: 401k plan administration, planning, termination issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.40 | $650.00 | $260.00 | Analyze TSA funding requirements for request submission to A. Gern (MGG). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.40 | $650.00 | $260.00 | Call with A. Gern (MGG), P. Ekman re: employee matters, transition planning. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.30 | $650.00 | $195.00 | Call with J. Douglas (DPF) re: DNAW employee transition request, issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.50 | $650.00 | $325.00 | Analyze preliminary issues, documents with J. Douglas (DPF) re: DNAW employee transition request, planning. |

**Spring Mountain Vineyard Inc.**     **Exhibit 1**
**Case: 1:22-bk-10381 CN, Chapter 11**
**Getzler Henrich & Associates**
**Compensation Report - July 1, 2023 - July 31, 2023**

| Staff Member | Category | Date | Quantity | Bill Rate | Fees ($) | Time Descriptions |
|---|---|---|---|---|---|---|
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.70 | $650.00 | $455.00 | Analyze status of post-petition AP, accrued and unpaid administrative expenses and related transition services period expenses. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.40 | $650.00 | $260.00 | Prepare weekly TSA cash flow reporting package with commentary for MGG. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/27/23 | 0.90 | $650.00 | $585.00 | Review and comment on proposed employee termination documents from MGG for J. Douglas (DPF). |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/28/23 | 0.30 | $650.00 | $195.00 | Call with J. Douglas (DPF) re: DNAW employee transition request, issues, Debtor positions. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/28/23 | 0.80 | $650.00 | $520.00 | Analyze emails, revised draft employee termination document from MGG for J. Douglas (DPF) and related issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/28/23 | 0.50 | $650.00 | $325.00 | Analyze status of certain transition issues, TSA matters, bookkeeping issues and processes. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/28/23 | 0.30 | $650.00 | $195.00 | Emails with S. Soares (AWG), K. Boffill (Grobstein Teeple) re: asset purchase allocations and preliminary bookkeeping entries. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/28/23 | 0.40 | $650.00 | $260.00 | Debriefs with J. Douglas (DPF) re: employee termination call with MGG, status of open issues. |
| Kevin Krakora | CLIENT: Sale of Business and Related Issues | 7/31/23 | 0.40 | $650.00 | $260.00 | Analyze emails, respond to S. Soares (AWG), M. Seavoy, R. Doyle (MIV) re: employee workers compensation insurance transitions with MIV. |
| **TOTAL** | **CLIENT: Sale of Business and Related Issues** | | **44.00** | | **$28,517.00** | |
| **GRAND TOTAL** | | | **145.10** | | **$85,309.50** | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY COMPENSATION REPORT: REPORT NO.: 10 REPORTING PERIOD: JULY 1, 2023 THROUGH JULY 31, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 3, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2023 | Karen L. Files | /s/ Karen L. Files |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

KLF 55104247v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**
jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

KLF 55104247v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*              **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY EMAIL**

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
150 S. Wacker Drive | 24th Floor
Chicago, IL 60606
Tel: (312) 283-8071
email: kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100

creditagreementnotices@mgginv.com

**Counsel for MGG Secured Creditors**
Bradley R. Bobroff, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3643
email: bbobroff@proskauer.com

Scott P. Cooper, Esq.
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Tel: (310) 284-5669
email: scooper@proskauer.com

Frederic Ragucci, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3023
email: FRagucci@proskauer.com

**Jeff. J. Marwil, Esq. (NEF)**
Head-Business Solutions, Governance, Restructuring & Bankruptcy Group
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
D (312).962.3540
C (312) 543 2303
email: jmarwil@proskauer.com
pyoung@proskauer.com
AWeringa@proskauer.com
sma@proskauer.com
NPetrov@proskauer.com

**Secured Creditor**
Imperial PFS aka IPFS
49 Stevenson St. #127
San Francisco, CA 94105-2909
(877) 687-9826

**Request for Special Notice - NEF**
Attorneys for Mt. Hawley Insurance Company
Michael D. Prough
**Dean C. Burnick**
Prough Law, APC
1550 Parkside Drive, Suite 200

KLF 55104247v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                       F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 483    Filed: 08/03/23    Entered: 08/03/23 18:01:38    Page 18 of 19

Lisa Chandler, Litigation and Bankruptcy Recovery Manager
lisa.chandler@ipfs.com

Walnut Creek, CA 94596
Email: mdp@proughlaw.com
dcb@proughlaw.com

**Request for Special Notice**
Alcohol & Tobacco Tax & Trade Bureau
U.S. Department of the Treasury
Attn: Daniel Paralta, Senior Counsel,
Field Operations
1436 2nd Street #531
Napa, CA 94559
(513) 684-2509
(202) 453-2412
Daniel.Peralta@ttb.gov

**Request for Special Notice - NEF**
Attorneys for Napa County Treasurer
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

**Request for Special Notice – NEF**
Attorneys for Don Yannias
Louis J. Cisz, III, Esq. NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8320 Fax: 415-984-8300
Email: lcisz@nixonpeabody.com

**Request for Special Notice**
Richard J. Frey NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 9007
Tel: (213) 629-6000 Fax: (213) 629-6001
Email: rfrey@nixonpeabody.com

Piper/Sandler
1251 Avenue of the Americas, 39th Floor
New York, N.Y. 10020
Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt
Email: Leonard.sheer@psc.com
Email: Michael.dillahunt@psc.com

Will Densberger
Pavi Micheli
Engel & Volkers
1111 Main Street Suite A,
St. Helena CA 94574
Email: Will@nvwineestates.com
Email: pavimicheli@icloud.com

Office of the United States Trustee
Attn: Phillip J. Shine
280 South First Street, Rm. 268
San Jose, CA 95113
Email: phillip.shine@usdoj.gov

**Courtesy Email**
Luckey McDowell luckey.mcdowell@shearman.com
Jonathan Dunworth
jonathan.dunworth@shearman.com

**Attorneys for Creditor Francois Freres USA Inc.**
John G. Warner warnerwest@aol.com

KLF 55104247v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 483    Filed: 08/03/23    Entered: 08/03/23 18:01:38    Page 19 of 19