1  Victor A. Sahn (CA Bar No. 97299)
   *victor.sahn@gmlaw.com*
2  Mark S. Horoupian (CA Bar No. 175373)
   *mark.horoupian@gmlaw.com*
3  Steve Burnell (Ca Bar No. 286557)
   *steve.burnell@gmlaw.com*
4  Greenspoon Marder LLP
   a Florida limited liability partnership
5  333 South Grand Ave., Suite 3400
   Los Angeles, CA  90071
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520

Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

Jeff J. Marwil (admitted pro hac vice)              Peter J. Young (admitted pro hac vice)
Ashley M. Weringa (admitted pro hac vice)           Steve Ma (CA Bar No. 320997)
PROSKAUER ROSE LLP                                  PROSKAUER ROSE LLP
70 West Madison, Suite 3800                         2029 Century Park East, Suite 2400
Chicago, Illinois 60602                             Los Angeles, California 90067
Telephone: (312) 962-3550                           Telephone: (310) 557-2900
Facsimile: (312) 962-3551                           Facsimile: (310) 557-2193
Email: jmarwil@proskauer.com                        Email: pyoung@proskauer.com
       aweringa@proskauer.com                              sma@proskauer.com

*Counsel for MGG California, LLC*                   *Counsel for MGG California, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Case No. 1:22-bk-10381 CN |
| SPRING MOUNTAIN VINEYARD INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **JOINT STATEMENT OF CHAPTER 11 DEBTOR AND MGG CALIFORNIA, LLC REGARDING CONTINUED HEARING ON MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE** |
| Federal EIN:  36-3844911 | |
| | **Date:** September 8, 2023<br>**Time:**  11:00 a.m.<br>**Place:**  U.S. Bankruptcy Court<br>         Courtroom 215<br>         1300 Clay Street<br>         Oakland, CA 94612 |

Spring Mountain Vineyard, Inc. ("Debtor"), the Chapter 11 Debtor in Possession, and MGG California, LLC ("MGG") hereby provide this Court with the following status update in connection with the hearing on the Motion of the United States Trustee to Convert or Dismiss Debtor's Chapter 11 case.

1. The hearing to consider the United States Trustee's Motion to Convert or Dismiss the Debtor's Chapter 11 case (Docket No. 416) ("Motion") was continued to September 8, 2023 at 11:00 a.m. At the July 5, 2023 hearing on the Motion, the Court considered evidence and heard argument from the parties on the status of the closing of the sale of substantially all of the Debtor's assets to MGG (the "Sale").

2. The Court heard that the Sale had closed on July 3, 2023, days prior to the hearing on the Motion. The Court was presented with remaining tasks still to be completed by the Debtor under the terms and conditions of the Asset Purchase Agreement (the "APA") and related License Transfer and Transition Services Agreement (the "TSA") (Docket No. 318), between MGG, the Debtor, and DNAW SPV CA Vineyard, LLC (an affiliate of MGG) ("Buyer").

3. Pursuant to the TSA, the Debtor is obligated to assist Buyer in the post-closing transition of the business. To date, the Debtor has successfully completed a number of its obligations under the TSA, including the transition of employees, and vendor and supplier relationships. Accordingly, substantially all of the operating expenses of the Debtor have ceased. However, certain other tasks remain pending, including the transfer of the Debtor's licenses to Buyer. Following the closing of the Sale, Buyer promptly filed its initial license applications (the "Initial Licenses"), which are pending with the applicable regulatory agencies, and are anticipated to be issued in October. There are state permit applications that cannot be completed until the Initial Licenses are issued. Buyer intends to promptly file the state applications after receiving the Initial Licenses. Buyer understands that the applications are processing on a typical timeline, and has acted promptly to avoid any delay in the license transfer process. Nonetheless, Buyer anticipates that only about 75% of the licenses will be issued by the end of this year. The Debtor working in concert with MGG to accomplish the transfer of the Initial Licenses and any subsequent licenses that need to be filed is a crucial aspect of the TSA. With the end of year

holiday season upcoming, the Debtor's maintenance of these licenses under the supervision of this Court is crucial to Buyer's uninterrupted operations until the license transfers provided for under the APA are completed.

4. In regard to these matters, MGG continues to fund operations of the Debtor's professionals pursuant to the TSA as all of them are being paid currently as they have been throughout this Chapter 11 case. That will continue as long as services under the TSA continue to be necessary.

5. In consideration of the foregoing, the Debtor asks that the Court continue the September 8, 2023 hearing on the Motion to mid-December, 2023. If the Debtor is unable to continue to perform its obligations pursuant to the TSA, it will cause significant disruption to the orderly transition process contemplated by the Sale.

WHEREFORE, the Debtor and MGG pray that the hearing on the U.S. Trustee's Motion be continued to December 2023 and requests such other and further relief as is just and appropriate in the circumstances.

DATED: September 7, 2023         Respectfully submitted,

**GREENSPOON MARDER LLP**

By: _/s/ Victor A. Sahn_
Victor A. Sahn
Attorneys for Debtor in Possession,
Spring Mountain Vineyard Inc.

DATED: September 7, 2023         **PROSKAUER ROSE LLP**

By: _/s/ Steve Ma_
Jeff J. Marwil
Peter J. Young
Steve Ma
Attorneys for MGG California, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATEMENT OF CHAPTER 11 DEBTOR AND MGG CALIFORNIA, LLC REGARDING CONTINUED HEARING ON MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who onsented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2023 | Patricia Dillamar | *Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 496    Filed: 09/07/23    Entered: 09/07/23 14:26:10    Page 4 of 9

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Steve Burnell on behalf of Debtor Spring Mountain Vineyard Inc.
steve.burnell@gmlaw.com

Dean C. Burnick on behalf of Interested Party Mt. Hawley Insurance Company **(RSN)**
dcb@proughlaw.com

Jacquelyn H. Choi on behalf of Creditor Napa County Treasurer-Tax Collector **(RSN)**

Louis J. Cisz  lcisz@nixonpeabody.com on behalf of Don Yannias **(RSN)**

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Mark S Horoupian on behalf of Debtor Spring Mountain Vineyard Inc.
mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com

Thomas Philip Kelly, III on behalf of Creditor Central Valley Builders Supply Inc. **(RSN)**
tomkelly@sonic.net

Steve Ma on behalf of Creditor MGG California, LLC
sma@proskauer.com

Jeff J. Marwil on behalf of Creditor MGG California, LLC
jmarwil@proskauer.com

Randall P. Mroczynski on behalf of Creditor Ford Motor Credit Company LLC **(RSN)**
rmroczynski@cookseylaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SR
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Victor A. Sahn on behalf of Debtor Spring Mountain Vineyard Inc.
victor.sahn@gmlaw.com, Karen.Files@gmlaw.com

Michael St. James on behalf of Interested Party Arcade Capital, LLC **(RSN)**
ecf@stjames-law.com

John G. Warner on behalf of Creditor Francois Freres USA Inc. **(RSN)**
warnerwest@aol.com

Ashley M. Weringa on behalf of Creditor MGG California, LLC
aweringa@proskauer.com

Steven F. Werth on behalf of Debtor Spring Mountain Vineyard Inc.
steven.werth@gmlaw.com, Patricia.Dillamar@gmlaw.com

Peter J Young on behalf of Creditor MGG California, LLC
pyoung@proskauer.com

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381    Doc# 496    Filed: 09/07/23    Entered: 09/07/23 14:26:10    Page 5 of 9

## 2. SERVED VIA U.S. MAIL OR EMAIL

**Secured Creditors**
MGG (BV) Limited
MGG Canada Fund LP
MGG Insurance Fund Series Interests of t
MGG Investment Group LP
MGG Onshore Funding I LLC
MGG SF Drawdown Master Fund (Cayman) LP
MGG SF Drawdown Unlevered Fund II LP
MGG SF Drawdown Unlevered Fund LP
MGG SF Drawdown Unlevered Master Fund I
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Master Fund (Cayman) LP
MGG SF Evergreen Unlevered Fund LP
MGG SF Evergreen Unlevered Master Fund I
MGG Specialty Finance Fund I LP
MGG Specialty Finance Fund LP
c/o MGG California, LLC
One Penn Plaza 53rd Fl
Attn Kevin F. Griffin, CEO
New York, NY 10119-0002
Tel: (212) 356-6100
creditagreementnotices@mgginv.com

**Debtor's Financial Advisor And Chief Restructuring Officer**
Attn: Kevin A. Krakora, Managing Director
Getzler Henrich & Associates LLC, a Hilco Global Company
kkrakora@getzlerhenrich.com
Peter.Ekman@jigsawadvisors.com

**Elvina Rofael, Esq.**
U.S. Dept of Justice
Office of the U.S. Trustee
Phillip J. Burton Federal Building
450 Golden Gate Avenue,
Fifth Floor, 05-0153
San Francisco, California 94102
Email: Elvina.Rofael@usdoj.gov
**Via U.S. Mail & Email**

Ballande & Meneret
Attn: Florian Malpuch
55 Boulevard Jacques-Chaban Delmas
33250 Bruges, France

**Debtor**
Spring Mountain Vineyard Inc.
2805 Spring Mountain Road
St. Helena, CA 94574-1798
Attn: Don Yannias, President
email: don@bimi.com

Wine Service Cooperative
1150 Dowdell Lane
Saint Helena, CA 94574
Attn: Steven Tamburelli
General Manager

**Attorney for Cab West LLC**
Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog APC
535 Anton Boulevard, Tenth Floor Costa Mesa, Ca 92626-1977
rmroczynski@cookseylaw.com

East West Wine Trading, Inc.
Attn: Satoshi Tanaka, President & CEO
1 Blackfield Dr. #205
Tiburon, CA 94920

Wilmington Trust, National Association
10250 Constellation Blvd #2800,
Los Angeles, CA 90067
Attn: Jennifer Anderson, Vice President

CQ&A Consulting
Attn: Deanna Leon, President
PO Box 777
Pinole, CA 94564
dleon@cqaconsult.com

My Enologist, Inc.
Attn: Mark Meyering
1451 Gordon Drive
Napa, CA 94558

### 20 Largest Unsecured Creditors:

Allen Wine Group LLP
Attn: Timothy Allen, CPA
tim@allenwine.com
Tim@allengroupllp.com
Brent Garrison
Brent@allengroupllp.com

Bartelt Engineering
Attn: Paul Bartelt
1303 Jefferson St #200B
Napa, CA 94559
paulb@barteltengineering.com

Belkorp AG, LLC
Attn: Laura Correll, Accounting
ar@belkorpag.com
AR@BelkorpAg.com
ldunhouse@belkorpag.com

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

Case: 22-10381   Doc# 496   Filed: 09/07/23   Entered: 09/07/23 14:26:10   Page 6 of 9

| | | |
|---|---|---|
| Brown's Auto Parts<br>Attn Dan Beltramai, Owner<br>1218 Main St.<br>Saint Helena, CA 94574-1901<br>brownsauto169@gmail.com | Castino Restaurant Equipment And Supply<br>50 Utility Ct.<br>Rohnert Park, CA 94928-1659<br>(707) 585-3566<br>sales@castinosolutions.com | Central Valley<br>Administrative Offices<br>1804 Soscol Ave., #205<br>Napa, CA 94559<br>Attn: Gerry Cruz, Accounting Mgr.<br>gerryc@central-valley.com |
| Chubb Group of Insurance Companies<br>P.O. Box 777-1630<br>Philadelphia, PA 19175-0001<br>(800) 372-4822<br>**Returned – Box Closed** | Conway Beverage Group, LLC<br>Dba: Elite Brands<br>Elite Brokerage<br>3238 Old Heather Rd.<br>San Diego, CA 92111-7716<br>Attn: Mr. Jay Conway<br>Jayconway@elitebrands.biz | Famille Sylvain<br>855 Bordeaux Way #239<br>Napa, CA 94558-7549<br>(707) 492-3308<br>contactusa@famillesylvain.com |
| Francois Freres USA Inc.<br>1403 Jefferson St.<br>Napa, CA 94559-1708<br>(707) 294-2204<br>office@francoisfreresusa.com<br>julie@francoisfreresusa.com<br>accounting@francoisfreresusa.com<br>assistant@francoisfreresusa.com | G3 Enterprises Inc.<br>(Tapp Labels)<br>580 Gateway Dr.<br>Napa, CA 94558<br>(707) 252-8300<br>jeff.licht@tapplabel.com | Imperial PFS aka IPFS<br>49 Stevenson St. #127<br>San Francisco, CA 94105<br>Lisa Chandler, Litigation and Bankruptcy Recovery Manager<br>lisa.chandler@ipfs.com |
| Napa County Treasurer<br>1195 3rd St. #108<br>Napa, CA 94559-3035<br>Dawnette.martindale@countyofnapa.org<br>Napa County Treasurer-Tax Collector<br>Bob.Minahen@countyofnapa.org<br>Napa County Attorney<br>Wendy.dau@countyofnapa.org | Napa Ford Lincoln<br>170 Soscol Ave.<br>Napa, CA 94559<br><br>Central Valley<br>1100 Vintage Avenue<br>St. Helena, CA 94564 | Napa Valley Petroleum<br>P.O. Box 2670<br>Napa, CA 94558-0528<br>(707) 252-6888<br>kamh@napavalleypetroleum.com |
| Ramondin U.S.A. Inc.<br>Tammy Frandsen<br>Finance Manager<br>tfrandsen@ramondin.com | Stanzler Law Group<br>Attn: Jordan S. Stanzler<br>390 Bridge Pkwy #220<br>Redwood City, CA 94065<br>Jstanzler@stanzlerlawgroup.com | Tonnellerie Sylvain<br>855 Bordeaux Way<br>Napa, CA 94558<br>contactusa@famillesylvain.com |
| Wilbur Ellis Company LLC<br>c/o Registered Agent Solutions Inc.<br>720 14th St.<br>Sacramento, CA 95814<br>KZavala@wilburellis.com,<br>MHAMMETT@wilburellis.com,<br>SPRIM@wilburellis.com | Wine Service Cooperative<br>1150 Dowdell Lane<br>Saint Helena, CA 94574<br>Attn: Steven Tamburelli<br>General Manager<br>Steve@wineservicecoop.com | Jeff. J. Marwil, Esq. (**NEF**)<br>Proskauer Rose LLP<br>jmarwil@proskauer.com<br>pyoung@proskauer.com<br>AWeringa@proskauer.com<br>sma@proskauer.com<br>NPetrov@proskauer.com<br>creditagreementnotices@mgginv.com |

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

Case: 22-10381   Doc# 496   Filed: 09/07/23   Entered: 09/07/23 14:26:10   Page 7 of 9

**Additional Others:**

| | | |
|---|---|---|
| Bradley R. Bobroff, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>bbobroff@proskauer.com | Scott P. Cooper, Esq.<br>Proskauer Rose LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3010<br>scooper@proskauer.com | Frederic Ragucci, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>FRagucci@proskauer.com |
| Ford Motor Credit Company<br>National Bankruptcy Service Center<br>P O Box 62180<br>Colorado Springs CO 80962-2180<br>fcffald@ford.com | Napa Valley Vintners Association<br>P.O. Box 141<br>Saint Helena, CA 94574<br>Attn: Steve Tradewell, CFO<br>stradewell@napavintners.com | Bright Event Rental<br>22674 Broadway # A<br>Sonoma, CA 95476<br>(707) 940-6060<br>Attn: Michelle Minsk, Acctg.<br>accountsreceivable@bright.com |
| CNH Capital<br>Dept. 1801104747435<br>P.O. Box 78004<br>Phoenix, AZ 85062<br>Attn: Steve Wright,<br>Bankruptcy Dept. | CNH Industrial Capital America, LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264<br>Attn: John Chiavacci,<br>HRBK Analyst<br>john.chiavacci@cnhind.com | ETS Laboratories<br>c/o Marjorie Burns 899 Adams Street #A<br>Saint Helena, CA 94574-1160<br>(707) 963-4806<br>Attn Accounts Receivable Team<br>ar@etslabs.com<br>accounts@etslabs.com |
| Matheson Tri-Gas Inc.<br>Dept. LA 23793<br>Pasadena, CA 91185<br>(707) 963-4307<br>**Via U.S. Mail** | Sovos Compliance LLC<br>200 Ballardvale St. Bldg 14th Fl.<br>Wilmington, MA 01887<br>(866) 890-3970<br>lori.bradshaw@sovos.com | Wine Technology America<br>aka Wine Technology, Inc.<br>474 Walten Way<br>aka Vinwizard<br>Windsor, CA 95492<br>Attn: Kelly Graves, Director<br>kelly@vinwizard.us |
| Wine Technology America Inc.<br>c/o Lloyd Matthews, Agent<br>1899 Larkspur St.<br>Yountville, CA 94599-1237<br>**Via U.S. Mail** | Wyatt Irrigation Co.<br>4407 Solano Ave.<br>Napa, CA 94558<br>(707) 578-3747<br>Lynne Colombano, Acct Receivable Mgr.<br>lynne@wyattsupply.com | Wyatt Irrigation Co.<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. #150N<br>Sacramento, CA 95833-3502<br>**Via U.S. Mail** |
| **Request for Special Notice**<br>Alcohol & Tobacco Tax & Trade Bureau<br>U.S. Department of the Treasury<br>Attn: Daniel Paralta, Senior Counsel,<br>Field Operations<br>Daniel.Peralta@ttb.gov | Dept. of the Treasury, Alcoholic Beverage Control<br>Attn: Tracie Parker, Lic. Rep. I<br>50 D Street Room 130<br>Santa Rosa, CA. 95404<br>tracie.parker@abc.ca.gov | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 496    Filed: 09/07/23    Entered: 09/07/23 14:26:10    Page 8 of 9

| | | |
|---|---|---|
| California Department of Tax and Fee Administration<br>Special Operations Bankruptcy Team MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | Franchise Tax Board<br>Attn: Vivian Ho<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>916-845-7069<br>Vivian.Ho@ftb.ca.gov | Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>Attn: MIC 53<br>800 Capital Mall<br>Sacramento, CA 95814 | Piper/Sandler<br>1251 Avenue of the Americas, 39th Floor<br>New York, N.Y. 10020<br>Attn.: Mr. Leonard Sheer and Mr. Mike Dillahunt<br>Leonard.sheer@psc.com<br>Michael.dillahunt@psc.com<br>**Via U.S. Mail & Email** | Will Densberger<br>Pavi Micheli<br>Engel & Volkers<br>1111 Main Street Suite A,<br>St. Helena CA 94574<br>Will@nvwineestates.com<br>pavimicheli@icloud.com<br>**Via U.S. Mail & Email** |
| **Attorneys for Don Yannias**<br>Louis J. Cisz, III, Esq. NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>lcisz@nixonpeabody.com | Richard J. Frey NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 9007<br>Tel: (213) 629-6000 Fax: (213) 629-6001<br>rfrey@nixonpeabody.com | Office of the United States Trustee<br>Attn: Phillip J. Shine<br>280 South First Street, Rm. 268<br>San Jose, CA 95113<br>Email: phillip.shine@usdoj.gov |
| **Courtesy Email**<br>Jay B. Spievack, Esq.<br>Cohen Tauber Spievack & Wagner P.C.<br>jspievack@ctswlaw.com<br><br>Mark Kasowitz:<br>MKasowitz@kasowitz.com | Joseph Vann, Esq.<br>Cohen Tauber Spievack & Wagner P.C.<br>420 Lexington Ave., Suite 2400<br>New York NY 10170-2499<br>(212) 381-8724<br>jvann@ctswlaw.com<br><br>Gavin D. Schryver:<br>GSchryver@kasowitz.com | John C. Vaughan<br>Newmark Knight Frank<br>4675 MacArthur Court, Suite 1600<br>Newport Beach, CA 92660<br>john.vaughan@nmrk.com<br><br>Attorneys for Napa County Treasurer<br>Jacquelyn H. Choi<br>jacquelyn.choi@rimonlaw.com,<br>docketing@rimonlaw.com |
| Luckey McDowell<br>luckey.mcdowell@shearman.com<br><br>C Q and A Consulting, LLC<br>c/o Robert J. Hooy, Agent<br>3125 Clayton Rd. 2nd Fl.<br>Concord, CA 94519-2732 | Jonathan Dunworth<br>jonathan.dunworth@shearman.com<br><br>Abbott & Kinderman, Inc.<br>2100 21st Street<br>Sacramento, CA 95818 | Attorneys for Creditor Francois Freres USA Inc.<br>John G. Warner<br>warnerwest@aol.com<br><br>William R. Brinkman<br>3581 Mt. Diablo Blvd., #215<br>Lafayette, CA 94549 |

PMD 55339709v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE

Case: 22-10381    Doc# 496    Filed: 09/07/23    Entered: 09/07/23 14:26:10    Page 9 of 9